## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| VINCENT McFADDEN, | ) | |
| | ) | |
| *Petitioner,* | ) | |
| | ) | |
| vs. | ) | **Case No** _____ |
| | ) | |
| WILLIAM STRANGE, | ) | |
| | ) | |
| *Respondent.* | ) | |

### *MOTION TO PROCEED IN FORMA PAUPERIS*

Vincent McFadden will be filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 action with this Court. Mr. McFadden's Affidavit in Support of Motion to Proceed in Forma Pauperis is attached. (See Ex. 1.) Mr. McFadden requests that the Court grant him *In Forma Pauperis* status in the present action under 28 U.S.C. 1915.

Mr. McFadden was declared indigent by the United States District Court for the Eastern District of Missouri in a 28 U.S.C. § 2254 action with this Court and received the appointment of counsel pursuant to 18 U.S.C. § 3599 in *McFadden v. Stange*, Case No. 4:18-CV-01559-AGF (E.D. Mo.). (See Ex. 2) He has at all times proceeded as an indigent in state and federal court.

WHEREFORE, Petitioner Vincent McFadden respectfully moves this Court to GRANT Petitioner to proceed *In Forma Pauperis* in his habeas corpus proceeding

Respectfully Submitted,

/s/ Laurence E. Komp
Laurence E. Komp
E.D. MO. Bar. No. 5212907
MO Bar No. 40446
Capital Habeas Unit, Chief
Federal Public Defender
Western District of Missouri
1000 Walnut, Suite 600
Kansas City, MO 64106
Laurence_Komp@fd.org
(816) 471-8282

-and-

/s/ Scott W. Braden
Scott W. Braden
AK Bar. No. 2007123
Capital Habeas Unit, Chief
Federal Public Defender
Eastern District of Arkansas
1401 W. Capitol Street, Suite 490
Little Rock, AR 72
Scott_Braden@fd.org
(501) 324-6114

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

On this 10th day of August 2020, a true and correct copy of the foregoing was mailed via regular U.S. Mail to the Office of the Attorney General, P.O. Box 899, Jefferson City, Missouri 65102.

/s/ Laurence E. Komp
LAURENCE E. KOMP
Assistant Federal Public Defender