**\*\*\*CAPITAL CASE\*\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

No. 4:20-CV-1046-SEP

VINCENT McFADDEN,                                                     Petitioner

v.

PAUL BLAIR, Warden,
   Potosi Correctional Center                                        Respondent

---

**INDEX TO PETITION FOR WRIT OF HABEAS CORPUS**

**VOLUME 2-4**

---

LAURENCE E. KOMP, MO Bar 40446
Capital Habeas Unit, Chief
Federal Public Defender
Western District of Missouri
1000 Walnut, Ste. 600
Kansas City, MO 64106
816-471-8282
laurence_komp@fd.org

SCOTT W. BRADEN, AR Bar 2007123
JOHN C. WILLIAMS, AR Bar 2013233
Assistant Federal Public Defenders
Federal Public Defender's Office
Eastern District of Arkansas
1401 West Capitol, Suite 490
Little Rock, AR 72201
501-324-6114
scott_braden@fd.org
john_c_williams@fd.org

*Counsel for Vincent McFadden*

# TABLE OF CONTENTS

Attachment A...............................................Gregory Hazlett's Complaint 2002

Attachment B...............................................Gregory Hazlett's Complaint 2004

Attachment C...............................................Gregory Hazlett's Complaint 2012

Attachment D ....................Michael Douglas' Certification Investigation Report

Attachment E.................. Edward Magee's Interview Report on Vaughn Shivers

Attachment F...........................................Dr. Fred Sautter's Preliminary Report

Attachment G ........................................................Dr. Collin Gordon's Report

Attachment H .................................................................. Dr. Stanford's Report

Attachment I......................................Youth Services International, Inc. Records

Attachment J...........................September 1995 – 121 Students on TA Honor Roll

Attachment K...............................................Discharge Affidavit on JU594-00803J

Attachment L........................................................... Dr. Aaron Specht's Report

Attachment M................................................ Declaration of Lamika Covington

Attachment N ........................................................Declaration of Sandra Boles

Attachment O .................................................... Declaration of Loyce Hamilton

Attachment P.................................................... Declaration of Valerie Leftwich

Attachment Q .........................................................Declaration of Robert Lundt

Attachment R.................................................. Normandy High School Records

Attachment S .................................................................. 29.15 Exhibit 4

Attachment T.................................................................. 29.15 Exhibit 5

Attachment U ..................................................................... 29.15 Exhibit 6

Attachment V...................................................................... 29.15 Exhibit 7

Attachment W..................................................................... 29.15 Exhibit 9

Attachment X......................................................................29.15 Exhibit 31

Attachment Y......................................................................29.15 Exhibit 32A+B

Attachment Z......................................................................29.15 Exhibit 43

Attachment AA ...................................................................29.15 Exhibit 45

Attachment BB ...................................................................29.15 Exhibit 47

Attachment CC........................................... Dr. Colin Gordon Curriculum Vitae

Attachment DD ....................................... Dr. Frederic Sautter Curriculum Vitae

Attachment EE..............................................Dr. Aaron Specht Curriculum Vitae

Attachment FF ...................................Dr. Shameka Stanford Curriculum Vitae

Attachment GG........................................... Vincent McFadden's Birth Records

Attachment HH.......................................................David Lee's Police Reports

Attachment II ................................... Vincent McFadden Sr.'s Military Records

Attachment JJ ................. Detective Edwin Menzenwerth Deposition Page 10-11

# Attachment K

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI
FAMILY COURT - JUVENILE DIVISION

DISCHARGE AFFIDAVIT

IN THE INTEREST OF:

FILED

SEP 2 3 1996

M_____ _____SON
CLERK, CIRCUIT COURT
BY_____DEPUTY

VINCENT McFADDEN
A Minor

M-123137-01
Permanent Number

DOB: ▮▮▮/80                              Date Placed on Supervision: 07/29/94

Cause No.: JU594-00803J                  Date of Report: 08/09/96

Characterization of Adjustment: The following constitutes a complete report and characterization of the juvenile's or minor's adjustment during the period of Supervision:

1.    Parents and Home Adjustment: On May 16, 1996, Vincent was discharged from Tarkio Academy. Custody was returned to his mother, Theresa Brown, on June 5, 1996. Since this release Vincent has made a satisfactory adjustment. He worked most of the summer part-time at McDonald's near his home. But he was forced to quit because his late work schedule and no transportation home after work.

Vincent and his family moved to St. Louis County. They currently reside at 640 Bagnell in Bellefontaine Neighbors. They have resided there for the past year.

2.    School/Community Adjustment: The last school Vincent attended was Tarkio Academy. He was enrolled in the tenth grade. He plans to enroll in Riverview Gardens for the 1996/97 school year. He will be a junior in the Fall.

-2-

RE:     McFADDEN, Vincent
MO#     123137-01

_____

3.    Police and/or Court History:

| 09/29/94 | Property Damage; Leaving Scene of an Accident | Counseled & Warned 08/09/96 |
| 09/29/94 | Operated Vehicle; No Valid License | Counseled & Warned 08/09/96 |
| 09/29/94 | Municipal Violation | Counseled & Warned 08/09/96 |
| 10/12/94 | Relief of Custody; Incorrigible | Tarkio 03/08/95 |

4.    Others:  N/A.

5.    Recommendation:   It is respectfully recommended that Vincent McFadden be discharged from Official Court Supervision and Jurisdiction.  He has maintained regular office visits and has received no subsequent referrals since his discharge from Tarkio Academy.


Respectfully submitted,

*[signature]*

RICHARD NELSON
Deputy Juvenile Officer

# Attachment L

# HARVARD T.H. CHAN SCHOOL OF PUBLIC HEALTH

**Department of Environmental Health**
**Environmental & Occupational Medicine and Epidemiology Program**
Building 1, Suite 1402
655 Huntington Ave.
Boston, MA 02215

Expert Report of: Dr. Aaron Specht

In the matter of: Lead Testing in Vincent McFadden Case

April 2, 2021

The primary means of surveilling lead exposure in communities relies on widespread blood testing. Lead in blood, although taken as standard in these surveillance settings, has many situations in which its capabilities as a biomarker of exposure are severely lacking (Rabinowitz, 1991). Blood lead is a biomarker that is highly linked with turnover of red blood cells in the body, as red blood cells are the primary carriers of lead in blood (O'Flaherty, 1998). Thus, in adults, lead in blood has been repeatedly shown to only reflect recent exposures with a half-life of about 30 days (Nilsson et al., 1991). This means that if we measured an adult who was severely exposed one month ago, we would only be able to identify half of the exposure from our lagged measurement. This is further complicated when we look at children's biokinetics and blood lead turnover. Previous studies have shown children have a blood lead half-life of less than one week, so the measurement from blood is incredibly time sensitive (Specht et al., 2016; Aaron J. Specht et al., 2018). This effect introduces a great deal of uncertainty into a single measurement of blood lead, as, in any given week, the blood lead could change by more than 50%. In order to properly assess the exposure to lead over time using blood lead, there would need to be serial measurements taken over many weeks at the known point of highest exposure.

Bone lead is the most valuable tool for accurately determining cumulative exposure to lead over years to decades. When lead gets in the body, it acts similarly to calcium, as they have similar binding properties (Rabinowitz, 1991). As a consequence, lead can disrupt critical neural pathways reliant on calcium channels, as well as produce many other ill-effects throughout the body (Bressler & Goldstein, 1991). Lead will also replace calcium in bone. Not only is lead in bone a good marker of overall exposure, but, since it is directly related to disruption in calcium metabolism, it is a proxy for lead's effects in the brain and throughout the body (United States. Agency for Toxic Substances and Disease Registry., 2007). This is what makes bone such an excellent marker of exposure. Additionally, since bone changes slowly in the body, studies have shown that lead measured from bone is reflective of years to decades worth of exposure due to the slow kinetic processes of bone remodeling (Barbosa et al., 2005; Nilsson et al., 1991; Rabinowitz, 1991). Thus, a single measurement of bone lead reflects the lead exposure during a time period of potential exposure from an acute or chronic source in an individual's past. Thus, we can use bone lead to identify lead exposure that was missed due to the poor temporality and unavailability of blood lead testing from years prior.

Bone lead can be measured in a variety of ways, but the most successful and least invasive method is a tool utilizing x-ray fluorescence (XRF) (Hu et al., 1989; Todd et al., 2001; Wielopolski et al., 1986). In XRF, an X-ray source generates a photon beam that passes through the sample. The photon transfers the energy and displaces an electron from atoms in the sample. Displacement of this electron makes the sample atoms unstable and electrons jump from outer orbitals to lower orbitals releasing fluorescence, characteristic of the element of each atom. The fluorescence in the form of secondary X-rays is measured by a radiation spectrometer and the rate of determination of these secondary rays gives the elemental concentration present in the

2

sample. XRF has been used for years to determine the bone lead level of individuals from children to adults in a variety of different settings (Bleecker et al., 1995; Grashow et al., 2013; McNeill et al., 2000; A. J. Specht, Y. Lin, et al., 2018; Wielopolski et al., 1986). Lead can be measured at two energies particular to the XRF device, the K- and L-shell. K and L are reflective of the electron orbitals in which the measurement arose. K-shell requires the use of a radioisotope source. L-shell can be used with either radioisotope or x-ray tube sources. Both have been used successfully for decades in measurement of bone lead (Hu et al., 1989; Todd et al., 2001; Wielopolski et al., 1986). There have been a number of iterations of these XRF devices to gradually make this measurement of bone lead easier through the years.

Measurement of bone lead has become much more convenient as the capabilities of the XRF technology has improved. The first devices to measure bone lead (K-shell) utilized a radioisotope source (cobalt-57 and cadmium-109), which made the devices themselves fairly difficult to obtain and operate (Hu et al., 1989). The measurement systems were also incredibly large, requiring special high-purity germanium detectors with liquid nitrogen cooling in order to operate properly. Finally, the measurements were slow with each measurement taking 30 minutes to complete. Thus, the initial XRF bone lead measurement systems were incredibly large, difficult to obtain, difficult to operate, and took a significant amount of time for each measurement.

Improvements in low energy (L-shell) x-ray detection led to advancements of low energy XRF technology (Nie et al., 2011; Specht et al., 2014; Wielopolski et al., 1986). Previous L-shell measurement systems had similar long measurement times as the K-shell systems in order to reach detection limits needed for measurement of bone lead. In the early 2000's, low energy x-ray detector systems vastly improved in both the maximum counts per second (resolving time)

3

and energy resolution, which would drastically lower the detection limits and, most importantly, the measurement times with these devices. The current standard L-shell XRF utilizes a portable form factor and boasts a 3-minute measurement time to achieve equivalent detection limits to conventional XRF devices (Specht et al., 2014). This allows for easy, convenient measurements of bone lead in field environments and the ability for widespread testing for cumulative lead exposure.

The current portable XRF measures the same bone lead measurement as has been done decades prior. This has been verified in theoretical, human, animal, and lab settings using multiple methodologies for validation (Nie et al., 2011; Specht, Dickerson, et al., 2019; Specht, Kirchner, et al., 2019; Specht et al., 2016; A. J. Specht, C. N. Parish, et al., 2018; Specht et al., 2014). The device x-rays give a small radiation exposure, which is equivalent to that of standing outside for about 9 hours with natural cosmic sources of radiation or equivalent to $1/3^{rd}$ of a single dental x-ray (Specht, Zhang, et al., 2019).

The test is performed using a customized Thermo Niton XL3t GOLDD+ x-ray fluorescence (XRF) analyzer. This device is widely used commercially to test for lead paints and the presence of specific elements in mining. The radiation from the device is negligible and has been studied by multiple parties each giving the same assessment. The total radiation dose is equivalent to that of standing outside for 9 hours with natural cosmic radiation. The device is handheld, weighs about 5 pounds, battery operated, and shaped similarly to a barcode scanner at the supermarket. The test is done on the mid-tibia (shin) bone, which is initially cleaned using an alcohol swab to prevent any potential contamination. The individual typically has their leg stretched between two chairs, so the operator can rest the device on their bone easily with minimal motion. The bone is centered over the x-ray tube aperture and the x-ray tube is

4

energized for 3-minutes while keeping the device and leg as still as possible. After three minutes the scan data is confirmed, and the testing is finished. The device does not operate using Wi-Fi or Bluetooth. Analysis of the spectra will take additional time but is done off-site.

Since the device utilizes x-rays, the test involves no pain, can be done with only an alcohol swab to clean the leg, and will leave no mark or produce any adverse outcomes associated with the test. Bone lead is much more valuable as a biomarker in adults. Blood lead dissipates quickly in the body and cannot be easily tracked to early life exposures that may have created adverse health effects. Since the half-life of bone lead is 20-30 years, it can be easily traced to cases of acute or chronic lead poisoning in early life, as it would persist in the bone over their entire life.

Respectfully Submitted,

Aaron Specht, PhD
Research Associate, Environmental Health
Director NIEHS HSPH Trace Metals Laboratory
Harvard T.H. Chan School of Public Health

5

References

Barbosa, F., Jr., Tanus-Santos, J. E., Gerlach, R. F., & Parsons, P. J. (2005). A critical review of biomarkers used for monitoring human exposure to lead: advantages, limitations, and future needs. *Environ Health Perspect*, *113*(12), 1669-1674.

Bleecker, M., Mcneill, F., Lindgren, K., Masten, V., & Ford, D. P. (1995). Relationship between bone lead and other indices of lead exposure in smelter workers. *Toxicology Letters*, *77*, 241-248.

Bressler, J. P., & Goldstein, G. W. (1991). Mechanisms of lead neurotoxicity. *Biochem Pharmacol*, *41*(4), 479-484.

Grashow, R., Spiro, A., Taylor, K. M., Newton, K., Shrairman, R., Landau, A., Sparrow, D., Hu, H., & Weisskopf, M. (2013). Cumulative lead exposure in community-dwelling adults and fine motor function: comparing standard and novel tasks in the VA normative aging study. *Neurotoxicology*, *35*, 154-161. https://doi.org/10.1016/j.neuro.2013.01.005

Hu, H., Milder, F. L., & Burger, D. E. (1989). X-ray fluorescence: issues surrounding the application of a new tool for measuring burden of lead. *Environ Res*, *49*(2), 295-317.

McNeill, F. E., Stokes, L., Brito, J. A., Chettle, D. R., & Kaye, W. E. (2000). 109Cd K x ray fluorescence measurements of tibial lead content in young adults exposed to lead in early childhood. *Occup Environ Med*, *57*(7), 465-471.

Nie, H., Sanchez, S., Newton, K., Grodzins, L., Cleveland, R. O., & Weisskopf, M. G. (2011). In vivo quantification of lead in bone with a portable x-ray fluorescence system-- methodology and feasibility. *Phys Med Biol*, *56*(3), N39-51. https://doi.org/10.1088/0031-9155/56/3/N01

Nilsson, U., Attewell, R., Christoffersson, J. O., Schutz, A., Ahlgren, L., Skerfving, S., & Mattsson, S. (1991). Kinetics of lead in bone and blood after end of occupational exposure. *Pharmacol Toxicol*, *68*(6), 477-484.

O'Flaherty, E. J. (1998). A physiologically based kinetic model for lead in children and adults. *Environ Health Perspect*, *106 Suppl 6*, 1495-1503. https://doi.org/10.1289/ehp.98106s61495

Rabinowitz, M. B. (1991). Toxicokinetics of bone lead. *Environ Health Perspect*, *91*, 4.

Specht, A. J., Dickerson, A. S., & Weisskopf, M. G. (2019). Comparison of bone lead measured via portable x-ray fluorescence across and within bones. *Environ Res*, *172*, 273-278. https://doi.org/10.1016/j.envres.2019.02.031

Specht, A. J., Kirchner, K. E., Weisskopf, M. G., & Pokras, M. A. (2019). Lead exposure biomarkers in the Common Loon. *Sci Total Environ*, *647*, 639-644. https://doi.org/10.1016/j.scitotenv.2018.08.043

Specht, A. J., Lin, Y., Weisskopf, M., Yan, C., Hu, H., Xu, J., & Nie, L. H. (2016). XRF-measured bone lead (Pb) as a biomarker for Pb exposure and toxicity among children diagnosed with Pb poisoning. *Biomarkers*, *21*(4), 347-352. https://doi.org/10.3109/1354750X.2016.1139183

Specht, A. J., Lin, Y., Xu, J., Weisskopf, M., & Nie, L. H. (2018). Bone lead levels in an environmentally exposed elderly population in shanghai, China. *Sci Total Environ*, *626*, 96-98. https://doi.org/10.1016/j.scitotenv.2018.01.091

Specht, A. J., Parish, C. N., Wallens, E. K., Watson, R. T., Nie, L. H., & Weisskopf, M. G. (2018). Feasibility of a portable X-ray fluorescence device for bone lead measurements of condor bones. *Sci Total Environ*, *615*, 398-403. https://doi.org/10.1016/j.scitotenv.2017.09.123

Specht, A. J., Weisskopf, M., & Nie, L. H. (2014). Portable XRF Technology to Quantify Pb in Bone In Vivo. *J Biomark*, *2014*, 398032. https://doi.org/10.1155/2014/398032

Specht, A. J., Weisskopf, M., & Nie, L. H. (2018). Childhood lead biokinetics and associations with age among a group of lead-poisoned children in China. *Journal of Exposure Science & Environmental Epidemiology*. https://doi.org/10.1038/s41370-018-0036-y

Specht, A. J., Zhang, X., Goodman, B. D., Maher, E., Weisskopf, M. G., & Nie, L. H. (2019). A Dosimetry Study of Portable X-ray Fluorescence in Vivo Metal Measurements. *Health Phys*, *116*(5), 590-598. https://doi.org/10.1097/HP.0000000000000971

Todd, A. C., Moshier, E. L., Carroll, S., & Casteel, S. W. (2001). Validation of X-ray fluorescence-measured Swine femur lead against atomic absorption spectrometry. *Environ Health Perspect*, *109*(11), 1115-1119.

United States. Agency for Toxic Substances and Disease Registry. (2007). *Toxicological profile for lead*. U.S. Dept. of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry,.

Wielopolski, L., Ellis, K. J., Vaswani, A. N., Cohn, S. H., Greenberg, A., Puschett, J. B., Parkinson, D. K., Fetterolf, D. E., & Landrigan, P. J. (1986). In vivo bone lead measurements: a rapid monitoring method for cumulative lead exposure. *Am J Ind Med*, *9*(3), 221-226.

# Attachment M

## Declaration of Lamika Covington
### Pursuant to 28 U.S.C § 1746

I, Lamika Covington, declare under penalty of perjury the following to be true to the best of my knowledge and belief:

1.      I am over the age of 18 and of sound mind.

2.      I am a childhood friend of Vincent McFadden. I know Vincent as JR. I grew up on Edmund Ave in Hillsdale.

3.      JR was 13-14 years old at the time I met him.

4.      JR's trial counsel approached me to be a witness in his case. I was 23 years old and pregnant with my first child when I testified.

5.      JR's trial counsel did not prepare me before I testified. I had no idea what they were going to ask me until I heard them ask it in the court room

6.      I did not know why I was testifying. I did not know what I was supposed to be testifying about.

7.      I received a subpoena to be at the courthouse which is why I showed up.

8.      I was very nervous and trial counsel never prepared me for what to expect.

9.      It was such a horrible experience, I wanted to get out of there as soon as I could, even before I started to testify.

10.      I was afraid of the prosecuting attorney. He made me feel like I was on trial. My nerves made me mess up words when he asked me questions.

*L.C.*
Initials                                    Page **1** of **2**

I hereby certify the fact set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to penalty of perjury, pursuant to 28 U.S.C. § 1746.

This 4 day of June 2021.

_Lamika Covington_
Lamika Covington

_L.C._
Initials

Page **2** of **2**

# Attachment N

## Declaration of Sandra Boles
### Pursuant to 28 U.S.C § 1746

I, Sandra Boles, declare under penalty of perjury the following to be true to the best of my knowledge and belief:

1.      I am over the age of 18 and of sound mind.

2.      I am a paternal second cousin of Vincent McFadden Jr. I called Vincent JR which was his nickname.

3.      I saw JR at different ages in his life. I was in the military, but I came back to St. Louis often. My mom lived in St. Louis.

4.      JR's mom is Theresa Brown and his dad is Vincent McFadden Sr. JR's paternal grandparents are Minnie McFadden and Spencer McFadden, Sr. JR's maternal grandparents are Glenda Brown and David Brown. JR lived with both his grandparents but lived with Mrs. Brown more.

5.      I remember Mrs. Brown always put her man, David Brown, first. Mr. Brown left Mrs. Brown and came back to Mrs. Brown.

6.      Mrs. Brown was sick and Mr. Brown would not take care of her. He wouldn't feed her or change her. Mr. Brown would cheat on Mrs. Brown with young girls. I remember them being 16 years old. Mr. Brown went to jail for fooling around with 16 year old girls. Mr. Brown took money from Mrs. Brown and mistreated people.

7.      I remember JR telling me when he was a child that he told me he hoped Mr. Brown wasn't home.

Initials                              Page **1** of **3**

8.    Mr. Brown did not like JR and they had a bad relationship. I believe Mr. Brown did not like JR because JR saw him with girls in the street.

9.    I remember Mr. Brown and JR had a fight because JR didn't want to leave their home. This fight became physical and the police were called.

10.    I didn't understand why JR kept going back to Mr. and Mrs. Brown's home.

11.    I remember Theresa, JR's mother, was like Mrs. Brown. Theresa always picked her boyfriends first.

12.    Theresa kicked JR and his sisters out of their beds for her boyfriend's kids. JR and his sister were forced to sleep on the floor. JR was six years old.

13.    I remember Theresa would leave her kids alone. She wasn't a mom.

14.    JR wasn't welcome in his parent's homes and the Brown's home.

15.    I believe JR didn't stand a chance. I didn't know he was sent away to Tarkio and did well, but he didn't have that kind of help at home. The life JR lived was horrifying. No kid should've gone through the rejection JR did. No one had love for him.

16.    I was not talked to by JR's prior attorneys. I would have talked to them if they contacted me.

I hereby certify the fact set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to penalty of perjury, pursuant to 28 U.S.C. § 1746.

Initials

Page **2** of **3**

This 11th day of June 2021.

_Sandra Boles_
Sandra Boles

_SB_
Initials

Page **3** of **3**

# Attachment O

Declaration of Loyce Hamilton
Pursuant to 28 U.S.C. § 1746

I, Loyce Hamilton, pursuant to the provision of 28 U.S.C. 1746(2), declare as follows:

1. I am over the age of 18, am of sound mind, and am competent to testify regarding all the matters below.

2. I am a retired attorney from the Missouri State Public Defender.

3. In my capacity as an attorney with the Missouri State Public Defender in their capital post-conviction unit, I investigated and prepared state post-conviction petitions on behalf of my clients.

4. I served in that capacity for Vincent McFadden, Jr., in his post-conviction proceedings. However, I no longer on the case when the amended petition was filed.

5. As a post-conviction attorney, I did not winnow issues. Winnowing is not a concept I applied, especially in capital cases.

6. I especially would not have failed to raise mitigation claims, and claims related to the jury composition and what evidence they would consider, in a case previously reversed due to a *Batson* violation.

I declare under penalty of perjury that the following is true and correct.

LOYCE HAMILTON

Dated: 4/3/2021

Initials _____

Page 1 of 1

# Attachment P

Declaration of Valerie Leftwich
Pursuant to 28 U.S.C. § 1746

I, Valerie Leftwich, pursuant to the provision of 28 U.S.C. 1746(2), declare as follows:

1.    I am over the age of 18, am of sound mind, and am competent to testify regarding all the matters below.

2.    I am an attorney with the Missouri State Public Defender.

3.    I have been with the Missouri State Public Defender in their capital post-conviction unit since 2006. Before that, I worked in the Capital Trial Division from 1995-2000, and Boone County Trial Division 2004-2006.

4.    In my capacity as an attorney with the Missouri State Public Defender in their capital post-conviction unit, I investigate and prepare state post-conviction petitions on behalf of my clients.

5.    I served in that capacity for Vincent McFadden, Jr., in his post-conviction proceedings.

6.    I was asked by Federal Public Defender Laurence E. Komp to review specific sections of the arguments of the Respondent raised with the District Court from Mr. McFadden's federal habeas proceeding related to state post-conviction effectiveness.

7.    I have reviewed those materials.

8.    I do not winnow issues. Winnowing is not a concept I apply, especially in capital cases. While I did raise issues in Mr. McFadden's post-conviction proceeding through the amended petition, that cannot be equated with strategically excluding


Initials

any issue not raised. It does not mean that all other claims were fully investigated and that I made a strategic reasonable decision not to present them.

8. I especially would not have failed to raise mitigation claims, and claims related to the jury composition and what evidence they would consider, in a case previously reversed due to a *Batson* violation.

I declare under penalty of perjury that the following is true and correct.

VALERIE LEFTWICH

Dated: 3-23-21

Initials

# Attachment Q

Declaration of Robert Lundt
Pursuant to 28 U.S.C. § 1746

I, Robert Lundt, pursuant to the provision of 28 U.S.C. 1746(2), declare as follows:

1.      I am over the age of 18, am of sound mind, and am competent to testify regarding all the matters below.

2.      I am an attorney with the Small Business Administration.

3.      I spent almost thirty years employed by the Missouri State Public Defender System. I worked in the trial office in the City of St. Louis from 1993 to 1998. I was employed by the Missouri State Public Defender in their Capital Post-Conviction unit from November of 1998 to July of 2014. From July of 2014 to November of 2019 I worked in the Capital Trial Division of the Missouri State Public Defender.

4.      During my fifteen years as an attorney with the Missouri State Public Defender in their capital post-conviction unit, I investigated and prepared state post-conviction petitions on behalf of my clients.

5.      I served in that capacity for Vincent McFadden, Jr., in his post-conviction proceedings.

6.      I was asked by Federal Public Defender Laurence E. Komp to review specific sections of the arguments of the Respondent raised with the District Court from Mr. McFadden's federal habeas proceeding related to state post-conviction effectiveness.

7.      I have reviewed those materials.

8.      I never employed winnowing with regard to issues in a capital case. Because of the serious consequences in a death penalty case, I was taught to raise every available meritorious, non-frivous issue. Winnowing was not a concept I applied, especially in

Initials

Page 1 of 2

capital cases. While I did research, investigate and draft certain issues for Mr. McFadden's post-conviction proceeding to be included in the amended petition, I did not strategically exclude any issue not raised. It does not mean that all other claims were fully investigated and that I made a strategic reasonable decision not to present them.

9.      I especially would not have failed to raise mitigation claims, and claims related to the jury composition and what evidence they would consider, in a case previously reversed due to a *Batson* violation.

I declare under penalty of perjury that the following is true and correct.

ROBERT W. LUNDT

MoBar 39687

Dated: 4/2/21

Initials

# Attachment R



Case: 4:20-cv-01046-SEP   Doc. #: 15-2   Filed: 06/28/21   Page: 31 of 116 PageID #: 6483

MCFADDEN, VINCENT          1998
ID# 0000029

**Normandy School District**

7837 Natural Bridge Road   Saint Louis, Missouri 63121
Normandy Senior High School
6701 St. Charles Rock Road
St. Louis, Mo 63133

Accredited by
NORTH CENTRAL ASSOCIATION

SEX:      M
SSN:      ▮▮▮▮-▮▮-1247
DOB:      ▮▮/▮▮/80

ADDR:     ▮▮▮▮▮▮▮▮
ZIP:      63121

PRNT:     THERESA BROWN
REL:      MOTHER

| | Date | Source |
|---|---|---|
| E | 9/3/96 | TARKI# |
| DN | 10/21/96 | Principal Request |
| | | |
| | | |

Graduation Date

---

**TARKIO ACADEMY – S.S. '95**
**VINCENT MCFADDEN**

| | | |
|---|---|---|
| APP OF LIT | C | 0.50 |
| CREATIVE WRIT | A | 0.25 |
| READING | A | 0.25 |
| PHY SCIENCE | B | 0.25 |
| PRE ALGEBRA | A | 0.50 |
| COM ED | C | 0.50 |
| HEALTH | C | 0.25 |
| P.E. | P | 0.50 |

---

**M-D IRI A – ST. LOUIS, MO**
**(9)   VINCENT MCFADDEN    94-95**

| | | | |
|---|---|---|---|
| ENGLISH 9 | C | – | 0.25 |
| SPANISH | C | – | 0.25 |
| DESIGN | C | – | 0.25 |
| SPORTS | C | – | 0.25 |
| CREDITS | | | 1.00 |
| GRADUATION CREDITS | | | 1.00 |

**TARKIO ACADEMY – TARKIO, MO**
**(9)   VINCENT MCFADDEN    94-95**

| | | | |
|---|---|---|---|
| WRITING SKILLS | – | C | 0.25 |
| SOCIAL STUDIES | – | B | 0.25 |
| GENERAL SCIENCE | – | B | 0.25 |
| READING | – | B | 0.25 |
| APPLIED MATH I | – | A | 0.25 |
| HEALTH | – | C | 0.25 |
| P.E. | – | P | 0.25 |
| CREDITS | | | 1.75 |
| GRADUATION CREDITS | | | 2.75 |

---

**TARKIO ACADEMY – TARKIO, MO**
**(10)   VINCENT MCFADDEN    95-96**

| | | | |
|---|---|---|---|
| AMERICAN LIT | D | – | 0.25 |
| BASIC READ & WRIT | – | B | 0.25 |
| AMERICAN HISTORY | – | B | 0.50 |
| GEOGRAPHY | C | C | 0.75 |
| CURRENT EVENTS | C | – | 0.50 |
| EARTH SCI/BIOLO | C | B | 1.00 |
| ALGEBRA I | B | D | 0.50 |
| KEYBOARDING | – | A | 0.25 |
| CHORUS | – | A | 0.25 |
| POS SELF IMAGE | A | A | 1.00 |
| GROUP COMM SKILLS | P | P | 1.00 |
| DECISION MAKING | A | – | 0.25 |
| CREDITS | | | 6.50 |
| GRADUATION CREDITS | | 12.25 | 9.25 |

*A. B____*
NHS Registrar 11-9-18

6/6/97 – Family Court of St. Louis County & H.R.
To Nancy Hirsch

BEST TEST

PASS

MISSOURI DEPARTMENT OF HEALTH

# CUMULATIVE SCHOOL HEALTH RECORD

INFORMATION ON THIS FORM MAY BE SHARED WITH APPROPRIATE HEALTH AND EDUCATIONAL PERSONNEL RECORD SHOULD FOLLOW STUDENT AND EVENTUALLY BE PLACED IN CUMULATIVE ACADEMIC RECORD

SCHOOL

ADDRESS BIRTHDATE SEX

FATHER PHONE W H MOTHER PHONE W H

MEDICAL HISTORY (INCLUDE COMMUNICABLE DISEASE, INJURIES OPERATIONS, FAMILY HISTORY, CHRONIC ILLNESS, DISABILITY)

PERSONAL

FAMILY

DOCTOR PHONE DENTIST PHONE HOSPITAL PREFERENCE

KNOWN VISION PROBLEM

☐ GLASSES  ☐ CONTACT LENS  ☐ PREF SEATING  ☐ HEARING AID  ☐ PREFERENTIAL SEATING

KNOWN HEARING PROBLEM

SPECIAL CARE PROCEDURES

## IMMUNIZATION STATUS

☐ COMPLETE  ☐ EXEMPT   DUE DATE

RECORD DAY/MONTH/YR

| | DTP | ORAL POLIO | TD | MMR | MR |
|---|---|---|---|---|---|
| DOSE 1 | 6-4-80 | 6/23/96 | | 6-19-81 | |
| 2 | 8-27-80 | | | 12-19-95 | |
| | | | | MEASLES | RUBELLA |
| 3 | 11-24-80 | | | | |
| 4 | 12-4-81 | | | MUMPS | HEP B |
| 5 | 7-85 | | | 1 | |
| ADD'L DOSES | | | | OTHER 2 | |
| TB TEST | | | | 3 | |

## HEALTH SCREENING RESULTS

CODE 0 - NO DEFECT   X - FAILED SCREENING   R - REFERRED   (USE NURSES NOTES FOR DOCUMENTATION, REFERRAL CRITERIA ETC.)

| SCREENING | YEAR/GRADE ▶ | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VISION (RECORD ACTIVITY WITH GLASSES IF WORN) | | | | | | | | | | | | |
| FAR ACUITY | R | | | | | | | | | | | |
| | L | | | | | | | | | | | |
| PLUS LENS | R | | | | | | | | | | | |
| | L | | | | | | | | | | | |
| NEAR ACUITY | R | | | | | | | | | | | |
| | L | | | | | | | | | | | |
| | BOTH | | | | | | | | | | | |
| FUNCTIONAL TESTS (CORNEAL LIGHT REFLEX ETC) | | | | | | | | | | | | |
| COLOR VISION (RECORD ONCE) | | | | | | | | | | | | |
| HEARING | | | | | | | | | | | | |
| PURETONE | R | | | | | | | | | | | |
| | L | | | | | | | | | | | |
| TYMPANOMETRY | R | | | | | | | | | | | |
| | L | | | | | | | | | | | |
| DENTAL | | | | | | | | | | | | |
| RECEIVED CARE LAST 6 MOS · OR SCREENING | | | | | | | | | | | | |
| PARTICIPATE IN FLUORIDE RINSE | | | | | | | | | | | | |
| SCOLIOSIS | INITIAL | | | | | | | | | | | |
| | RESCREEN | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | |
| HEALTH HISTORY/RISK APPRAISAL | | | | | | | | | | | | |
| PHYSICAL EXAMINATION (INSERT LATEST COPY) | | | | | | | | | | | | |

NRS. Register 11-9-18

MO 580-0236 (7-80)

AN EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

PACH-5 (R7-80)

0000 0000 1529

N.R

M. I.

V. I.

## TARKIO ACADEMY

### IMMUNIZATION RECORD

**DPT:**
6-4-80
8-27-80
11-24-80
12-4-81
7-85

**Oral Polio:**
6-4-80
8-27-80
11-24-80
12-4-81
7-85

**MMR:**
6-19-81
12-19-95

**DT:(Booster)**
12-23-90

**HIB:**

**Hepatitis B:**
9-26-95  Tarkio Academy
10-24-95
12-19-95

**MEASLES:**

**MUMPS:**

**RUBELLA**

**TUBERCULIN SKIN TEST:**
12-19-95

REPORTED AS: (NEG.)  POS.

REPORTED AS: NEG.  POS.

**REPORTED BY:**

STUDENT'S NAME:   McFadden, Vincent Jr.

Date of Birth:   3/25/80

NHS Registrar 11-9-18

# Attachment S

# UNIVERSITY OF PENNSYLVANIA - SCHOOL OF MEDICINE
## Curriculum Vitae

Date: August 2016

### Ruben C. Gur, Ph.D.

**OFFICE ADDRESS:**

Brain Behavior Laboratory
Department of Psychiatry
10 Gates Building
University of Pennsylvania
Philadelphia, PA 19104-4283
gur@upenn.edu
Tel: (215) 615-3604
Fax: (215) 662-7903

**EDUCATION:**

| | |
|---|---|
| 1967-70 | B.A. Hebrew University of Jerusalem |
| 1970-71 | M.A. Michigan State University |
| 1971-73 | Ph.D. Michigan State University |
| 1973-74 | Postdoctoral Fellowship, Stanford University |

## POSTGRADUATE TRAINING AND FELLOWSHIP APPOINTMENTS:

**Doctorate:**   1971   NIMH
Summer Traineeship, Psychiatric Clinic
Oakland County Juvenile Court
Pontiac, Michigan

1971-72   Psychology Internship, Psychiatric Clinic
State Prison of Southern Michigan
Jackson, Michigan

1972-73   Psychology Internship, Counseling Center
Michigan State University
East Lansing, Michigan

**Postdoctorate:**   1973-74   Research Associate, Department of Psychology
Stanford University, Stanford California

1974-76   Postdoctorate supervised clinical experience
Department of Psychiatry
University of Pennsylvania

**MILITARY SERVICE:**   1965-67   Israeli Defense Forces

## FACULTY APPOINTMENTS:

1974-81   Assistant Professor



Ruben C. Gur, Ph.D.                                                      Page      2

Department of Psychology
University of Pennsylvania
Philadelphia, PA

1981-84    Research Associate Professor of Psychology in
Neurology and Psychiatry
University of Pennsylvania School of Medicine

1984-88    Associate Professor of Psychology with Tenure in
Psychiatry, Neurology and Radiology
University of Pennsylvania School of Medicine

1988-Present   Professor of Psychology with Tenure in
Psychiatry, Neurology and Radiology
University of Pennsylvania School of Medicine

## HOSPITAL AND ADMINISTRATIVE APPOINTMENTS:

1974-81    Supervisor, Clinical Training Program
Department of Psychology
University of Pennsylvania

1982-84    Director of Neuropsychology
Department of Neurology
The Graduate Hospital

1984-Present   Director of Neuropsychology and the
Brain Behavior Laboratory
Department of Psychiatry
Hospital of the University of Pennsylvania

2005-Present   Director of the Center for Neuroimaging in Psychiatry
Department of Psychiatry
Hospital of the University of Pennsylvania

2005-Present   Staff Psychologist
Philadelphia Veterans Administration Medical Center

## BOARD SPECIALTY CERTIFICATION:
Diplomate in Clinical Neuropsychology
American Board of Professional Psychology

LICENSURE:    Licensed Psychologist, Commonwealth of Pennsylvania
Lic. #PS002389L

## AWARDS, HONORS AND MEMBERSHIP IN HONORARY SOCIETIES:

Erickson Award for Scientific Excellence for Writing in Hypnosis - 1976

Ruben E. Gur, Ph.D.                                                          Page      3

Member, Sigma Xi
Elected to Fellow status, National Academy of Neuropsychologists, 1986
Elected to Fellow status, American Psychological Association, Divisions 6 & 30, 1987
NAMI Stephen V. Logan Award, 1990
Elected to Fellow status, The Association for Psychological Science, 1992
Brain & Behavior Research Foundation - Distinguished Investigator Award - 2007
Brain & Behavior Research Foundation - Lieber Prize for Outstanding Achievement in
Schizophrenia Research – 2009 (with Raquel E. Gur, MD, PhD)
American Psychological Association George A. Miller Award - 2009

## MEMBERSHIP IN PROFESSIONAL AND SCIENTIFIC SOCIETIES:

American Psychological Association, FELLOW ; Association for Psychological Science,
FELLOW; American College of Neuropsychopharmacology, FELLOW; The John Morgan Society;
American Association for the Advancement of Science; International Neuropsychological Society;
National Academy of Neuropsychologists; International Society for Neuroimaging in Psychiatry

## EDITORIAL/ADVISORY POSITIONS:

Member, NIH Study Sections: Clinical Neuroscience and Biological Psychopathology (1993-
1996); Neural Basis of Psychopathology, Addictions and Sleep Disorders (NPAS) (2004-
2008); NIH Distinguished Editors Panel, BBBP - Biobehavioral & Behavioral Processes IRG
(2009); Adult Psychopathology and Disorders of Aging (2013-2017 – presently)
Editorial Board: Archives of Clinical Neuropsychology (1985-1997), Journal of Mental Imagery
(1984-present), Brain and Cognition (1989-present), Brain and Language (1990-present),
Brain Imaging and Behavior (1994-present; founding member), Social Neuroscience
(founding member), Schizophrenia Research (2004-present)
Action Editor: Brain and Cognition (2002-present)
Advisory Board: The Greenwall Initiative on Imaging and Treating the Human Brain: Ethical and
Social Implications. The Center for Bioethics, University of Pennsylvania; Institute for
Strategic Threat Analysis and Response (ISTAR), University of Pennsylvania, (2002-), The
Conte Center on the Neurobiology of Suicide, Columbia University (J Mann, MD, PI), Boston
Center for Intervention Development and Applied Research (CIDAR is a NIMH-sponsored
program project, "Vulnerability to Progression in Schizophrenia"; NIMH workgroup on
harmonization of neurocognitive measures in prodrome studies.
Advisor, DSM-5 Work Group on Diagnostic Instrument (2011-2013)

## ACADEMIC COMMITTEES AT THE UNIVERSITY OF PENNSYLVANIA:

| | |
|---|---|
| 1975-1977 | Admissions Committee, Psychology Department |
| 1984-1994 | Research Committee, Psychiatry Department |
| 1984-1987 | Computer Task Force, Psychiatry Department |
| 1984-1988 | Chairman's Council for Planning and Development, Psychiatry Department |
| 1990-1992 | Senate Committee on Academic Freedom and Responsibility, Penn |
| 1996-1998 | Search Committee for Chair of Radiology |
| 2000-2002 | Search Committee for fMRI Physicist |
| 2002-Present | Steering Committee Center for Functional Neuroimaging |
| 2002-Present | Project Development Committee Center for Functional Neuroimaging |
| 1999-Present | University Scholars Council |

Ruben C. Gur, Ph.D.                                                    Page      4

2011-2012      Search Committee for Chair of Radiology
2012- 2013     Neuroscience of Behavior Initiative Search Committee
2013- Present  Steering Committee for the Center for Biomedical Image Computing
               and Analytics
2014- Present  Committee to evaluate Center for Cognitive Neuroscience

MAJOR TEACHING & CLINICAL RESPONSIBILITIES AT THE
UNIVERSITY OF PENNSYLVANIA:

A. Teaching:
   1. Co-founder and Advisor, Biological Basis of Behavior Undergraduate Major program
   2. Supervisor of postdoctoral Fellows and doctoral students (NIMH T32 Training Grant)
   3. Member of dissertation committees
   4. Rounds and teaching conferences for Psychiatry residents and Neuropsychology Fellows
      (HUP and VAMC)
   5. Supervisor of undergraduate Honors theses
   6. Co-Founder and Mentor, International Research Training Grant (IRTG 1328) between
      University of Pennsylvania and the Jülich-Aachen Research Alliance, Germany

B. Clinical:
   1. Director of Neuropsychology, Department of Psychiatry, Hospital of the University of
      Pennsylvania
   2. Supervisor of interns and practicum students in neuropsychology.
   3. Director of Forensic Neuropsychiatry Center, Hospital of the University of Pennsylvania
   4. Psychologist, Philadelphia Veterans Administration Medical Center

PRESENTATIONS & LECTURES BY INVITATION: (Outside Philadelphia, Past 5 years, partial
     list)

December 5, 2011 "Adolescent Brains: The Constancy of Change" ACNP 50th Annual Meeting,
     Waikoloa, Hawaii.

January 6, 2012 "Neuroimaging genomics: A new agenda for neuropsychology" Grand Rounds at
     Columbia University, Department of Psychiatry, New York, New York.

June 20, 2012 "Integrating Diverse Datasets to Understand Development: The Philadelphia
     Neurodevelopmental Cohort (PNC)" Special Invitation, National Institutes of Mental Health,
     Bethesda, Maryland.

September 4, 2012  "A Lab Rat in the Courtroom? When Neuroscience Weighs in on Life or
     Death" Law and Neuroscience Speaker Series, Fordham Law School, New York, New York
     (they asked for the same title).

September 24, 2013, "A Lab Rat in the Courtroom? When Neuroscience Weighs in on Life or
     Death" Law and Neuroscience Speaker Series, Fordham Law School, New York, New York
     (they asked for the same title).

September 26, 2013, "Neuroscience in the Courtroom: Too Early, Too Late, or Just in Time?"
     Brain Matters: Neuroscience in Criminal Law and Policy Colloquium, Loyola University,

Ruben C. Gur, Ph.D.                                                             Page     5

Chicago, Illinois.

January 6, 2014, "Neuroscience of violence: Integration of neuroimaging with genomics". Aachen University, Department of Psychiatry and Psychotherapy, Aachen, Germany.

January 12, 2014, "Functional neuroimaging of emotion regulation systems in psychosis". Tel Aviv University, Department of Psychiatry, Tel Aviv, Israel

March 4, 2014, "The Cognition battery for NASA research", NASA Twins Investigators Working Group, Houston, Texas.

May 10, 2014, "A dimensional approach to psychopathology: Results from 9500 youths from the Philadelphia neurodevelopmental cohort", Society of Biological Psychiatry, New York, New York.

May 10, 2014, "Age Effects and sex differences in structural and functional brain organization enabling the development of executive functions: Evidence from the Philadelphia neurodevelopmental cohort", Society of Biological Psychiatry, New York, New York.

May 22, 2014, 1.  Cao H, Benus S, Gur RC, Verma R, Nenkova A. "Prosodic cues for emotion: analysis with discrete characterization of intonation." Proceedings of the International Conference on Speech Prosody, Dublin, Ireland, p 130-134.

May 29, 2014, "Neurocognitive functioning in the prediction of suicide in Servicemembers". Army STARRS  Scientific Advisory Board Meeting, Ann Arbor, Michigan.

June 19, 2014, "Structural and functional brain abnormalities in 22q11.2 deletion syndrome", 9th Biennial International 22q11.2 DS Meeting, Mallorca, Spain.

August 15, 2014, "Neuroscience transition into big science: A personal journey", International Symposium on Updates in Psychosis, Sao Paolo, Brasil.

November 6, 2014, "From Neuroscience to Big Science: Neuroimaging genomics is a long journey, might as well enjoy the scenery", UCSF, San Francisco, California.

November 8, 2014, "Multimodal imaging in a population-based sample: Developmental warning signals before psychosis hits. Molecular Psychiatry Meeting, San Francisco, California.

November 20, 2014, "Neuroscience challenges to the court perspective on morality, free will, and executive functions". Fordham Law Conference on Neuroscience in the Courtroom, New York, New York.

November 24, 2014, "Criminal liability and violence risk assessment by neuropsychology and neuroimaging", German Association for Psychiatry, Psychotherapy and Psychosomatics (DGPPN), Berlin, Germany.

December 8, 2014, "Multimodal Imaging in a Large Population-Based Sample: Results from the Philadelphia Neurodevelopmental Cohort", American College of Neuropsychopharmacology (ACNP) Annual Meeting, Phoenix, Arizona.

Ruben C. Gur, Ph.D.                                                        Page      6

February 21, 2015, "Cognition and Criminality: Sociolegal Implications of Neuroscience", RebLaw 2015 (Yale Law School), New Haven, Connecticut.

April 10, 2015, "Multimodal brain and behavior indices of psychosis risk", 63rd annual Nebraska Symposium on Motivation (University of Nebraska – Lincoln), Lincoln, Nebraska.

August 19, 2015, "Multimodal Neuroimaging and Behavioral Phenotyping in a Genomic Neurodevelopmental Context", Program on Challenges in Computational Neuroscience (CCNS) at Statistical and Applied Mathematical Sciences Institute (UNC – Chapel Hill), Chapel Hill, North Carolina.

October 6, 2015, panel discussion member on Neuroscience and Sentencing (Fordham University School of Law), New York, New York.

December 2, 2015, "Clinical risk for psychosis in the general population: Lessons from the Philadelphia Neurodevelopmental Cohort", Johns Hopkins Schizophrenia Center's Seminar Series, Baltimore, Maryland.

April 26, 2016, "Big Data to elucidate brain-behavior relations: Opportunities and challenges", Harvard Medical School McLean Hospital Neuroscience Seminar, Belmont, Massachusetts.

May 2, 2016, participant in the Verily (formerly Google Life Sciences) Conference, New York, New York.

ORGANIZING ROLES IN SCIENTIFIC MEETINGS:

Co-Chaired a session at the 9th World Congress of Biological Psychiatry.  Paris, France

Co-Chaired a session at the Schizophrenic International Research Society Conference.  Florence, Italy

Moderated a press conference at the Society for Neuroscience 2012. New Orleans, Louisiana.

Program Committee, 2015 Annual Meeting, Society of Biological Psychiatry, Toronto, Canada.

BIBLIOGRAPHY:
Research Publications, peer reviewed:
(h-index: 109; i10-index 349; http://scholar.google.com/citations?user=s0c4v8MAAAAJ&hl=en)

1. Gur RC. An attention-controlled operant procedure for enhancing hypnotic susceptibility. J Abnorm Psychol. 1974, 83(6), 644-650.

2. Gur RC, Gur RE. Handedness, sex, and eyedness as moderating variables in the relation between hypnotic susceptibility and functional brain asymmetry. J Abnorm Psychol. 1974, 83(6), 635-643.

3. Alexander LT, Gur RC, Gur RE, Patterson L. Peer assisted learning. Improving Human Performance Quarterly. 1974, 3(4), 175-186.

4. Gur RE, Gur RC, Harris LJ. Cerebral activation, as measured by subjects' lateral eye movements, is

Ruben C. Gur, Ph.D.                                                                     Page    7

influenced by experimenter location. Neuropsychologia. 1975, 13(1), 35-44.

5. Gur RE, Gur RC, Marshalek B. Classroom seating and functional brain asymmetry. J Educ Psychol. 1975, 67(1), 151-153.

6. Gur RE, Gur RC. Defense mechanisms, psychosomatic symptomatology, and conjugate lateral eye movements. J Consult Clin Psychol. 1975, 43(3), 416-420.

7. Gur RC, Hilgard ER. Visual imagery and the discrimination of differences between altered pictures simultaneously and successively presented. Br J Psychol. 1975, 66(3), 341-345.

8. Gur RC, Sackeim HA, Gur RE. Classroom seating and psychopathology: some initial data. J Abnorm Psychol. 1976, 85(1), 122-124.

9. Gur RC, Reyher J. Enhancement of creativity via free-imagery and hypnosis. Am J Clin Hypn. 1976, 18(4), 237-249.

10. Sackeim HA, Packer IK, Gur RC. Hemisphericity, cognitive set, and susceptibility to subliminal perception. J Abnorm Psychol. 1977, 86(6), 624-630.

11. Gur RE, Gur RC. Sex differences in the relations among handedness, sighting-dominance and eye-acuity. Neuropsychologia. 1977, 15(4-5), 585-590.

12. Sackeim HA, Gur RC, Saucy MC. Emotions are expressed more intensely on the left side of the face. Science. 1978, 202(4366), 434-436.

13. Sackeim HA, Gur RC. Lateral asymmetry in intensity of emotional expression. Neuropsychologia. 1978, 16(4), 473-481.

14. Gur RC. Measuring hypnotic susceptibility: a guest editorial. Am J Clin Hypn. 1978, 21(2-3), 64-67.

15. Gur RC, Sackeim HA. Self-confrontation and psychotherapy: a reply to Sanborn, Pyke and Sanborn. Psychotherapy: Theory, Research and Practice. 1978, 15(3), 258-265.

16. Levick SE, Voneida TJ, Schweitzer L, Becker E, Welsh H, Gur RE, Gur RC. Eye movements in schizophrenic vs normal subjects. Arch Gen Psychiatry. 1979, 36(4), 493-494.

17. Sackeim HA, Nordlie JW, Gur RC. A model of hysterical and hypnotic blindness: cognition, motivation, and awareness. J Abnorm Psychol. 1979, 88(5), 474-489.

18. Sackeim HA, Gur RC. Self-deception, other-deception, and self-reported psychopathology. J Consult Clin Psychol. 1979, 47(1), 213-215.

19. Gur RC, Sackeim HA. Self-deception: A concept in search of a phenomenon. Journal of Personality and Social Psychology. 1979, 37(2), 147-169.

20. Sackeim HA, Gur RC. Asymmetry in facial expression. Science. 1980, 209(4458), 834-836.

21. Gur RC, Reivich M. Cognitive task effects on hemispheric blood flow in humans: evidence for individual differences in hemispheric activation. Brain Lang. 1980, 9(1), 78-92.

22. Gur RC, Packer IK, Hungerbuhler JP, Reivich M, Obrist WD, Amarnek WS, Sackeim HA. Differences in the distribution of gray and white matter in human cerebral hemispheres. Science. 1980, 207(4436), 1226-1228.

23. Sackeim HA, Greenberg MS, Weiman AL, Gur RC, Hungerbuhler JP, Geschwind N. Hemispheric asymmetry in the expression of positive and negative emotions. Neurologic evidence. Arch Neurol. 1982, 39(4), 210-218.

Ruben C. Gur, Ph.D.                                        Page    8

24. Gur RC, Sussman NM, Alavi A, Gur RE, Rosen AD, O'Connor M, Goldberg HI, Greenberg JH, Reivich M. Positron emission tomography in two cases of childhood epileptic encephalopathy (Lennox-Gastaut syndrome). Neurology. 1982, 32(10), 1191-1194.

25. Gur RC, Gur RE, Obrist WD, Hungerbuhler JP, Younkin D, Rosen AD, Skolnick BE, Reivich M. Sex and handedness differences in cerebral blood flow during rest and cognitive activity. Science. 1982, 217(4560), 659-661.

26. Gur RE, Skolnick BE, Gur RC, Caroff S, Rieger W, Obrist WD, Younkin D, Reivich M. Brain function in psychiatric disorders. I. Regional cerebral blood flow in medicated schizophrenics. Arch Gen Psychiatry. 1983, 40(11), 1250-1254.

27. Gur RC, Gur RE, Rosen AD, Warach S, Alavi A, Greenberg J, Reivich M. A cognitive-motor network demonstrated by positron emission tomography. Neuropsychologia. 1983, 21(6), 601-606.

28. Natale M, Gur RE, Gur RC. Hemispheric asymmetries in processing emotional expressions. Neuropsychologia. 1983, 21(5), 555-565.

29. Sussman NM, Gur RC, Gur RE, O'Connor MJ. Mutism as a consequence of callosotomy. J Neurosurg. 1983, 59(3), 514-519.

30. Reivich M, Gur R, Alavi A. Positron emission tomographic studies of sensory stimuli, cognitive processes and anxiety. Hum Neurobiol. 1983, 2(1), 25-33.

31. Gur RE, Skolnick BE, Gur RC, Caroff S, Rieger W, Obrist WD, Younkin D, Reivich M. Brain function in psychiatric disorders. II. Regional cerebral blood flow in medicated unipolar depressives. Arch Gen Psychiatry. 1984, 41(7), 695-699.

32. Gur RE, Gur RC, Sussman NM, O'Connor MJ, Vey MM. Hemispheric control of the writing hand: the effect of callosotomy in a left-hander. Neurology. 1984, 34(7), 904-908.

33. Reivich M, Alavi A, Gur RC. Positron emission tomographic studies of perceptual tasks. Ann Neurol. 1984, 15 Suppl, S61-5.

34. Gur RE, Gur RC, Skolnick BE, Caroff S, Obrist WD, Resnick S, Reivich M. Brain function in psychiatric disorders. III. Regional cerebral blood flow in unmedicated schizophrenics. Arch Gen Psychiatry. 1985, 42(4), 329-334.

35. Reivich M, Alavi A, Gur RC, Greenberg J. Determination of local cerebral glucose metabolism in humans: methodology and applications to the study of sensory and cognitive stimuli. Res Publ Assoc Res Nerv Ment Dis. 1985, 63, 105-119.

36. Younkin D, Hungerbuhler JP, O'Connor M, Goldberg H, Burke A, Kushner M, Hurtig H, Obrist W, Gordon J, Gur R. Superficial temporal-middle cerebral artery anastomosis: effects on vascular, neurologic, and neuropsychological functions. Neurology. 1985, 35(4), 462-469.

37. Sackeim HA, Gur RC. Voice recognition and the ontological status of self-deception. J Pers Soc Psychol. 1985, 48(5), 1365-1372.

38. Stern MB, Gur RC, Saykin AJ, Hurtig HI. Dementia of Parkinson's disease and Alzheimer's disease. Is there a difference? J Am Geriatr Soc. 1986, 34(6), 475-478.

39. Trivedi SS, Gur RC, Gur RE, Skolnick BE, Obrist WD, Reivich M, Herman GT. Imaging regional cerebral blood flow measured by the 133-Xenon technique. rCBF Bulletin. 1986, 9, 175-178.

40. Gur RC, Gur RE, Obrist WD, Skolnick BE, Reivich M. Age and regional cerebral blood flow at rest and during cognitive activity. Arch Gen Psychiatry. 1987, 44(7), 617-621.

Ruben C. Gur, Ph.D.                                                         Page    9

41. Knight H, Millman RP, Gur RC, Saykin AJ, Doherty JU, Pack AI. Clinical significance of sleep apnea in the elderly. Am Rev Respir Dis. 1987, 136(4), 845-850.

42. Trivedi SS, Gur RC. Computer graphics for neuropsychological data. Proceedings of the National Computer Graphics Association. 1987, 3, 22-32.

43. Trope I, Fishman B, Gur RC, Sussman NM, Gur RE. Contralateral and ipsilateral control of fingers following callosotomy. Neuropsychologia. 1987, 25(1B), 287-291.

44. Gur RC, Gur RE, Resnick SM, Skolnick BE, Alavi A, Reivich M. The effect of anxiety on cortical cerebral blood flow and metabolism. J Cereb Blood Flow Metab. 1987, 7(2), 173-177.

45. Gur RE, Resnick SM, Alavi A, Gur RC, Caroff S, Dann R, Silver FL, Saykin AJ, Chawluk JB, Kushner M. Regional brain function in schizophrenia. I. A positron emission tomography study. Arch Gen Psychiatry. 1987, 44(2), 119-125.

46. Gur RE, Resnick SM, Gur RC, Alavi A, Caroff S, Kushner M, Reivich M. Regional brain function in schizophrenia. II. Repeated evaluation with positron emission tomography. Arch Gen Psychiatry. 1987, 44(2), 126-129.

47. Gur RC, Gur RE, Silver FL, Obrist WD, Skolnick BE, Kushner M, Hurtig HI, Reivich M. Regional cerebral blood flow in stroke: hemispheric effects of cognitive activity. Stroke. 1987, 18(4), 776-780.

48. Warach S, Gur RC, Gur RE, Skolnick BE, Obrist WD, Reivich M. The reproducibility of the 133Xe inhalation technique in resting studies: task order and sex related effects in healthy young adults. J Cereb Blood Flow Metab. 1987, 7(6), 702-708.

49. Gur RC, Trivedi SS, Saykin AJ, Gur RE. "Behavioral imaging" - a procedure for analysis and display of neuropsychological test scores: I. Construction of algorithm and initial clinical evaluation. Neuropsychiatry, Neuropsychology and Behavioral Neurology. 1988, 1(1), 53-60.

50. Gur RC, Saykin AJ, Blonder LX, Gur RE. "Behavioral imaging": II. Application of the quantitative algorithm to hypothesis testing in a population of hemiparkinsonian patients. Neuropsychiatry, Neuropsychology and Behavioral Neurology. 1988, 1(2), 87-96.

51. Gottlieb GL, McAllister TW, Gur RC. Depot neuroleptics in the treatment of behavioral disorders in patients with Alzheimer's disease. J Am Geriatr Soc. 1988, 36(7), 619-621.

52. Gur RC, Gur RE, Skolnick BE, Resnick SM, Silver FL, Chawluk J, Muenz L, Obrist WD, Reivich M. Effects of task difficulty on regional cerebral blood flow: relationships with anxiety and performance. Psychophysiology. 1988, 25(4), 392-399.

53. Resnick SM, Gottlieb GL, Gur RE, Gur RC, Forciea MA, Zimmerman RA, Malamut B, Saykin AJ, Reivich M, Alavi A. Identical twins with probable Alzheimer's Disease: behavior, anatomy and physiology. Neuropsychiatry, Neuropsychology and Behavioral Neurology. 1988, 1(1), 61-72.

54. Schmidt ML, Gur RE, Gur RC, Trojanowski JQ. Intraneuronal and extracellular neurofibrillary tangles exhibit mutually exclusive cytoskeletal antigens. Ann Neurol. 1988, 23(2), 184-189.

55. Resnick SM, Gur RE, Alavi A, Gur RC, Reivich M. Positron emission tomography and subcortical glucose metabolism in schizophrenia. Psychiatry Res. 1988, 24(1), 1-11.

56. Gottlieb GL, Gur RE, Gur RC. Reliability of psychiatric scales in patients with dementia of the Alzheimer type. Am J Psychiatry. 1988, 145(7), 857-860.

57. Trope I, Rozin P, Gur RC. Validation of the lateral limits technique with a callosotomy patient. Neuropsychologia. 1988, 26(5), 673-684.

Ruben C. Gur, Ph.D.                                                                Page    10

58. Blonder LX, Gur RE, Gur RC. The effects of right and left hemiparkinsonism on prosody. Brain Lang. 1989, 36(2), 193-207.

59. Erwin RJ, Mawhinney-Hee M, Gur RC, Gur RE. Effects of task and gender on EEG indices of hemispheric activation: similarities to previous rCBF findings. Neuropsychiatry, Neuropsychology, and Behavioral Neurology. 1989, 2(4), 248-260.

60. Gur RE, Resnick SM, Gur RC. Laterality and frontality of cerebral blood flow and metabolism in schizophrenia: relationship to symptom specificity. Psychiatry Res. 1989, 27(3), 325-334.

61. Saykin AJ, Gur RC, Sussman NM, O'Connor MJ, Gur RE. Memory deficits before and after temporal lobectomy: effect of laterality and age of onset. Brain Cogn. 1989, 9(2), 191-200.

62. Blonder LX, Gur RE, Gur RC, Saykin AJ, Hurtig HI. Neuropsychological functioning in hemiparkinsonism. Brain Cogn. 1989, 9(2), 244-257.

63. Trojanowski JQ, Schmidt ML, Otvos L,Jr, Gur RC, Gur RE, Hurtig H, Lee VM. Selective expression of epitopes in multiphosphorylation repeats of the high and middle molecular weight neurofilament proteins in Alzheimer neurofibrillary tangles. Ann Med. 1989, 21(2), 113-116.

64. Trivedi SS, Gur RC. Topographic mapping of cerebral blood flow and behavior. Comput Biol Med. 1989, 19(4), 219-229.

65. Stafiniak P, Saykin AJ, Sperling MR, Kester DB, Robinson LJ, O'Connor MJ, Gur RC. Acute naming deficits following dominant temporal lobectomy: prediction by age at 1st risk for seizures. Neurology. 1990, 40(10), 1509-1512.

66. Gur RC, Saykin AJ, Benton A, Kaplan E, Levin H, Kester DB, Gur RE. Behavioral imaging: III. Interexpert agreement and reliability of weightings. Neuropsychiatry, Neuropsychology, and Behavioral Neurology. 1990, 3(2), 113-124.

67. Gur RE, Gur RC. Gender differences in regional cerebral blood flow. Schizophr Bull. 1990, 16(2), 247-254.

68. Gur RE, Gur RC, Saykin AJ. Neurobehavioral studies in schizophrenia: implications for regional brain dysfunction. Schizophr Bull. 1990, 16(3), 445-451.

69. Gur RC, Saykin AJ, Muenz LR, Trivedi S, Gur RE. Response to Yeo et al.'s critique of behavioral imaging. Neuropsychiatry, Neuropsychology, and Behavioral Neurology. 1990, 3(4), 304-312.

70. Sperling MR, Gur RC, Alavi A, Gur RE, Resnick S, O'Connor MJ, Reivich M. Subcortical metabolic alterations in partial epilepsy. Epilepsia. 1990, 31(2), 145-155.

71. Kester DB, Saykin AJ, Sperling MR, O'Connor MJ, Robinson LJ, Gur RC. Acute effect of anterior temporal lobectomy on musical processing. Neuropsychologia. 1991, 29(7), 703-708.

72. Kohn MI, Tanna NK, Herman GT, Resnick SM, Mozley PD, Gur RE, Alavi A, Zimmerman RA, Gur RC. Analysis of brain and cerebrospinal fluid volumes with MR imaging. Part I. Methods, reliability, and validation. Radiology. 1991, 178(1), 115-122.

73. Robinson LJ, Kester DB, Saykin AJ, Kaplan EF, Gur RC. Comparison of two short forms of the Wisconsin Card Sorting Test. Arch Clin Neuropsychol. 1991, 6(1-2), 27-33.

74. Gur RC, Mozley PD, Resnick SM, Gottlieb GL, Kohn M, Zimmerman R, Herman G, Atlas S, Grossman R, Berretta D. Gender differences in age effect on brain atrophy measured by magnetic resonance imaging. Proc Natl Acad Sci U S A. 1991, 88(7), 2845-2849.

75. Gur RE, Mozley PD, Resnick SM, Shtasel D, Kohn M, Zimmerman R, Herman G, Atlas S,

Grossman R, Erwin R, Gur RC. Magnetic resonance imaging in schizophrenia. I. Volumetric analysis of brain and cerebrospinal fluid. Arch Gen Psychiatry. 1991, 48(5), 407-412.

76. Erwin RJ, Mawhinney-Hee M, Gur RC, Gur RE. Midlatency auditory evoked responses in schizophrenia. Biol Psychiatry. 1991, 30(5), 430-442.

77. Saykin AJ, Gur RC, Gur RE, Mozley PD, Mozley LH, Resnick SM, Kester DB, Stafiniak P. Neuropsychological function in schizophrenia. Selective impairment in memory and learning. Arch Gen Psychiatry. 1991, 48(7), 618-624.

78. Gur RE, Mozley PD, Resnick SM, Levick S, Erwin R, Saykin AJ, Gur RC. Relations among clinical scales in schizophrenia. Am J Psychiatry. 1991, 148(4), 472-478.

79. Shtasel DL, Gur RE, Mozley PD, Richards J, Taleff MM, Heimberg C, Gallacher F, Gur RC. Volunteers for biomedical research. Recruitment and screening of normal controls. Arch Gen Psychiatry. 1991, 48(11), 1022-1025.

80. Warach S, Gur RC, Gur RE, Skolnick BE, Obrist WD, Reivich M. Decreases in frontal and parietal lobe regional cerebral blood flow related to habituation. J Cereb Blood Flow Metab. 1992, 12(4), 546-553.

81. Erwin RJ, Gur RC, Gur RE, Skolnick B, Mawhinney-Hee M, Smailis J. Facial emotion discrimination: I. Task construction and behavioral findings in normal subjects. Psychiatry Res. 1992, 42(3), 231-240.

82. Gur RC, Erwin RJ, Gur RE, Zwil AS, Heimberg C, Kraemer HC. Facial emotion discrimination: II. Behavioral findings in depression. Psychiatry Res. 1992, 42(3), 241-251.

83. Heimberg C, Gur RE, Erwin RJ, Shtasel DL, Gur RC. Facial emotion discrimination: III. Behavioral findings in schizophrenia. Psychiatry Res. 1992, 42(3), 253-265.

84. Shtasel DL, Gur RE, Gallacher F, Heimberg C, Gur RC. Gender differences in the clinical expression of schizophrenia. Schizophr Res. 1992, 7(3), 225-231.

85. Trope I, Rozin P, Kemler Nelson D, Gur RC. Information processing in the separated hemispheres of callosotomy patients: does the analytic-holistic dichotomy hold? Brain Cogn. 1992, 19(2), 123-147.

86. Malamut BL, Graff-Radford N, Chawluk J, Grossman RI, Gur RC. Memory in a case of bilateral thalamic infarction. Neurology. 1992, 42(1), 163-169.

87. Gur RC, Erwin RJ, Gur RE. Neurobehavioral probes for physiologic neuroimaging studies. Arch Gen Psychiatry. 1992, 49(5), 409-414.

88. Gur RE, Gur RC. Neurotransmitters are important, but so is metabolism. Commentary on "The current status of PET scanning with respect to schizophrenia". Neuropsychopharmacology. 1992, 7(1), 63-5; discussion 73-5.

89. Shtasel DL, Gur RE, Gallacher F, Heimberg C, Cannon T, Gur RC. Phenomenology and functioning in first-episode schizophrenia. Schizophr Bull. 1992, 18(3), 449-462.

90. Levick SE, Lorig T, Wexler BE, Gur RE, Gur RC, Schwartz GE. Asymmetrical visual deprivation: a technique to differentially influence lateral hemispheric function. Percept Mot Skills. 1993, 76(3 Pt 2), 1363-1382.

91. Crawford HJ, Gur RC, Skolnick B, Gur RE, Benson DM. Effects of hypnosis on regional cerebral blood flow during ischemic pain with and without suggested hypnotic analgesia. Int J Psychophysiol. 1993, 15(3), 181-195.

Ruben C. Gur, Ph.D.    Page    12

92. Gur RC, Jaggi JL, Ragland JD, Resnick SM, Shtasel D, Muenz L, Gur RE. Effects of memory processing on regional brain activation: cerebral blood flow in normal subjects. Int J Neurosci. 1993, 72(1-2), 31-44.

93. Skolnick BE, Gur RC, Stern MB, Hurtig HI. Reliability of regional cerebral blood flow activation to cognitive tasks in elderly normal subjects. J Cereb Blood Flow Metab. 1993, 13(3), 448-453.

94. Gur RE, Jaggi JL, Shtasel DL, Ragland JD, Gur RC. Cerebral blood flow in schizophrenia: effects of memory processing on regional activation. Biol Psychiatry. 1994, 35(1), 3-15.

95. Gur RE, Mozley PD, Shtasel DL, Cannon TD, Gallacher F, Turetsky B, Grossman R, Gur RC. Clinical subtypes of schizophrenia: differences in brain and CSF volume. Am J Psychiatry. 1994, 151(3), 343-350.

96. Schneider F, Gur RC, Jaggi JL, Gur RE. Differential effects of mood on cortical cerebral blood flow: a 133xenon clearance study. Psychiatry Res. 1994, 52(2), 215-236.

97. Gur RC, Skolnick BE, Gur RE. Effects of emotional discrimination tasks on cerebral blood flow: regional activation and its relation to performance. Brain Cogn. 1994, 25(2), 271-286.

98. Gur RC, Ragland JD, Resnick SM, Skolnick BE, Jaggi J, Muenz L, Gur RE. Lateralized increases in cerebral blood flow during performance of verbal and spatial tasks: relationship with performance level. Brain Cogn. 1994, 24(2), 244-258.

99. Mozley PD, Gur RE, Resnick SM, Shtasel DL, Richards J, Kohn M, Grossman R, Herman G, Gur RC. Magnetic resonance imaging in schizophrenia: relationship with clinical measures. Schizophr Res. 1994, 12(3), 195-203.

100. Holdnack JA, Moberg PJ, Arnold SE, Gur RE, Gur RC. MMPI characteristics in adults diagnosed with ADD: a preliminary report. Int J Neurosci. 1994, 79(1-2), 47-58.

101. Saykin AJ, Shtasel DL, Gur RE, Kester DB, Mozley LH, Stafiniak P, Gur RC. Neuropsychological deficits in neuroleptic naive patients with first-episode schizophrenia. Arch Gen Psychiatry. 1994, 51(2), 124-131.

102. Cannon TD, Zorrilla LE, Shtasel D, Gur RE, Gur RC, Marco EJ, Moberg P, Price RA. Neuropsychological functioning in siblings discordant for schizophrenia and healthy volunteers. Arch Gen Psychiatry. 1994, 51(8), 651-661.

103. Cowell PE, Turetsky BI, Gur RC, Grossman RI, Shtasel DL, Gur RE. Sex differences in aging of the human frontal and temporal lobes. J Neurosci. 1994, 14(8), 4748-4755.

104. Resnick SM, Lazar J, Gur RE, Gur RC. The stability of tachistoscopic measures of hemispheric specialization. Neuropsychologia. 1994, 32(11), 1419-1430.

105. Schneider F, Gur RC, Gur RE, Muenz LR. Standardized mood induction with happy and sad facial expressions. Psychiatry Res. 1994, 51(1), 19-31.

106. Kareken DA, Gur RC, Mozley PD, Mozley LH, Saykin AJ, Shtasel DL, Gur RE. Cognitive functioning and neuroanatomic volume measures in schizophrenia. Neuropsychology. 1995, 9(2), 211-219.

107. Heimberg C, Gallacher F, Gur RC, Gur RE. Diet and gender moderate clozapine-related weight gain. Human Psychopharmacology. 1995, 10(5), 367-371.

108. Schneider F, Gur RC, Gur RE, Shtasel DL. Emotional processing in schizophrenia: neurobehavioral probes in relation to psychopathology. Schizophr Res. 1995, 17(1), 67-75.

Ruben C. Gur, Ph.D.                                                                    Page    13

109. Wang GJ, Volkow ND, Logan J, Fowler JS, Schlyer D, MacGregor RR, Hitzemann RJ, Gur RC, Wolf AP. Evaluation of age-related changes in serotonin 5-HT2 and dopamine D2 receptor availability in healthy human subjects. Life Sci. 1995, 56(14), PL249-53.

110. Turetsky B, Cowell PE, Gur RC, Grossman RI, Shtasel DL, Gur RE. Frontal and temporal lobe brain volumes in schizophrenia. Relationship to symptoms and clinical subtype. Arch Gen Psychiatry. 1995, 52(12), 1061-1070.

111. Gur RC, Gur RE. Hypofrontality in schizophrenia: RIP. Lancet. 1995, 345(8962), 1383-1384.

112. Saykin AJ, Stafiniak P, Robinson LJ, Flannery KA, Gur RC, O'Connor MJ, Sperling MR. Language before and after temporal lobectomy: specificity of acute changes and relation to early risk factors. Epilepsia. 1995, 36(11), 1071-1077.

113. Schneider F, Gur RE, Mozley LH, Smith RJ, Mozley PD, Censits DM, Alavi A, Gur RC. Mood effects on limbic blood flow correlate with emotional self-rating: a PET study with oxygen-15 labeled water. Psychiatry Res. 1995, 61(4), 265-283.

114. Saykin AJ, Gur RC, Gur RE, Shtasel DL, Flannery KA, Mozley LH, Malamut BL, Watson B, Mozley PD. Normative neuropsychological test performance: effects of age, education, gender and ethnicity. Appl Neuropsychol. 1995, 2(2), 79-88.

115. Arnold SE, Gur RE, Shapiro RM, Fisher KR, Moberg PJ, Gibney MR, Gur RC, Blackwell P, Trojanowski JQ. Prospective clinicopathologic studies of schizophrenia: accrual and assessment of patients. Am J Psychiatry. 1995, 152(5), 731-737.

116. Kareken DA, Gur RC, Saykin AJ. Reading on the Wide Range Achievement Test-Revised and parental education as predictors of IQ: comparison with the Barona formula. Arch Clin Neuropsychol. 1995, 10(2), 147-157.

117. Ragland JD, Gur RC, Deutsch GK, Censits DM, Gur RE. Reliability and construct validity of the Paired-Associate Recognition Test: A test of declarative memory using Wisconsin Card Sorting stimuli. Psychological Assessment. 1995, 7(1), 25-32.

118. Gur RE, Mozley PD, Resnick SM, Mozley LH, Shtasel DL, Gallacher F, Arnold SE, Karp JS, Alavi A, Reivich M, Gur RC. Resting cerebral glucose metabolism in first-episode and previously treated patients with schizophrenia relates to clinical features. Arch Gen Psychiatry. 1995, 52(8), 657-667.

119. Gur RC, Mozley LH, Mozley PD, Resnick SM, Karp JS, Alavi A, Arnold SE, Gur RE. Sex differences in regional cerebral glucose metabolism during a resting state. Science. 1995, 267(5197), 528-531.

120. Arnold SE, Franz BR, Gur RC, Gur RE, Shapiro RM, Moberg PJ, Trojanowski JQ. Smaller neuron size in schizophrenia in hippocampal subfields that mediate cortical-hippocampal interactions. Am J Psychiatry. 1995, 152(5), 738-748.

121. Holdnack JA, Moberg PJ, Arnold SE, Gur RC, Gur RE. Speed of processing and verbal learning deficits in adults diagnosed with attention deficit disorder. Neuropsychiatry, Neuropsychology and Behavioral Neurology. 1995, 8(4), 282-292.

122. Wang GJ, Volkow ND, Fowler JS, Logan J, Gur R, Netusil N, Hitzemann RJ, Pappas NS. Age associated decrements in dopamine D2 receptors in thalamus and in temporal insula of human subjects. Life Sci. 1996, 59(1), PL31-5.

123. Ragland JD, Censits DM, Gur RC, Glahn DC, Gallacher F, Gur RE. Assessing declarative memory in schizophrenia using Wisconsin Card Sorting Test stimuli: the Paired Associate

Recognition Test. Psychiatry Res. 1996, 60(2-3), 135-145.

124. Schneider F, Gur RE, Alavi A, Seligman ME, Mozley LH, Smith RJ, Mozley PD, Gur RC. Cerebral blood flow changes in limbic regions induced by unsolvable anagram tasks. Am J Psychiatry. 1996, 153(2), 206-212.

125. Volkow ND, Ding YS, Fowler JS, Wang GJ, Logan J, Gatley SJ, Hitzemann R, Smith G, Fields SD, Gur R. Dopamine transporters decrease with age. J Nucl Med. 1996, 37(4), 554-559.

126. Mozley PD, Kim HJ, Gur RC, Tatsch K, Muenz LR, McElgin WT, Kung MP, Mu M, Myers AM, Kung HF. Iodine-123-IPT SPECT imaging of CNS dopamine transporters: nonlinear effects of normal aging on striatal uptake values. J Nucl Med. 1996, 37(12), 1965-1970.

127. Kareken DA, Moberg PJ, Gur RC. Proactive inhibition and semantic organization: relationship with verbal memory in patients with schizophrenia. J Int Neuropsychol Soc. 1996, 2(6), 486-493.

128. Mozley LH, Gur RC, Gur RE, Mozley PD, Alavi A. Relationships between verbal memory performance and the cerebral distribution of fluorodeoxyglucose in patients with schizophrenia. Biol Psychiatry. 1996, 40(6), 443-451.

129. Gur RE, Petty RG, Turetsky BI, Gur RC. Schizophrenia throughout life: sex differences in severity and profile of symptoms. Schizophr Res. 1996, 21(1), 1-12.

130. Cowell PE, Kostianovsky DJ, Gur RC, Turetsky BI, Gur RE. Sex differences in neuroanatomical and clinical correlations in schizophrenia. Am J Psychiatry. 1996, 153(6), 799-805.

131. Szymanski S, Gur RC, Gallacher F, Mozley LH, Gur RE. Vulnerability to tardive dyskinesia development in schizophrenia: an FDG-PET study of cerebral metabolism. Neuropsychopharmacology. 1996, 15(6), 567-575.

132. Mozley PD, Gur RC, Swanson CL, Turetsky BI, Gur RE, Nienow T, Alavi A. [Tc-99m] ECD SPECT demonstrates that dopaminergic drugs affect cerebral blood flow in healthy human volunteers. Journal of Nuclear Medicine. 1997, 38(5), 171.

133. Finkelstein JR, Cannon TD, Gur RE, Gur RC, Moberg P. Attentional dysfunctions in neuroleptic-naive and neuroleptic-withdrawn schizophrenic patients and their siblings. J Abnorm Psychol. 1997, 106(2), 203-212.

134. Gur RC, Ragland JD, Gur RE. Cognitive Changes in Schizophrenia: A Critical Look. International Review of Psychiatry. 1997, 9(4), 449-458.

135. Coleman AR, Moberg PJ, Ragland JD, Gur RC. Comparison of the Halstead-Reitan and infrared light beam finger tappers. Assessment. 1997, 4(3), 277-286.

136. Mozley PD, Sadek AM, Alavi A, Gur RC, Muenz LR, Bunow BJ, Kim HJ, Stecker MH, Jolles P, Newberg A. Effects of aging on the cerebral distribution of technetium-99m hexamethylpropylene amine oxime in healthy humans. Eur J Nucl Med. 1997, 24(7), 754-761.

137. Schneider F, Grodd W, Weiss U, Klose U, Mayer KR, Nagele T, Gur RC. Functional MRI reveals left amygdala activation during emotion. Psychiatry Res. 1997, 76(2-3), 75-82.

138. Gur RC, Ragland JD, Mozley LH, Mozley PD, Smith R, Alavi A, Bilker W, Gur RE. Lateralized changes in regional cerebral blood flow during performance of verbal and facial recognition tasks: correlations with performance and "effort". Brain Cogn. 1997, 33(3), 388-414.

139. Censits DM, Ragland JD, Gur RC, Gur RE. Neuropsychological evidence supporting a neurodevelopmental model of schizophrenia: a longitudinal study. Schizophr Res. 1997, 24(3), 289-298.

Ruben C. Gur, Ph.D.                                                                  Page    15

140. Moberg PJ, Doty RL, Turetsky BI, Arnold SE, Mahr RN, Gur RC, Bilker W, Gur RE. Olfactory identification deficits in schizophrenia: correlation with duration of illness. Am J Psychiatry. 1997, 154(7), 1016-1018.

141. Ragland JD, Glahn DC, Gur RC, Censits DM, Smith RJ, Mozley PD, Alavi A, Gur RE. PET regional cerebral blood flow change during working and declarative memory: relationship with task performance. Neuropsychology. 1997, 11(2), 222-231.

142. Glahn DC, Gur RC, Ragland JD, Censits DM, Gur RE. Reliability, performance characteristics, construct validity, and an initial clinical application of a visual object learning test (VOLT). Neuropsychology. 1997, 11(4), 602-612.

143. Volkow ND, Gur RC, Wang GJ, Fowler JS, Moberg PJ, Ding YS, Hitzemann R, Smith G, Logan J. Association between decline in brain dopamine activity with age and cognitive and motor impairment in healthy individuals. Am J Psychiatry. 1998, 155(3), 344-349.

144. Kohler C, Gur RC, Swanson CL, Petty R, Gur RE. Depression in schizophrenia: I. Association with neuropsychological deficits. Biol Psychiatry. 1998, 43(3), 165-172.

145. Kohler C, Swanson CL, Gur RC, Mozley LH, Gur RE. Depression in schizophrenia: II. MRI and PET findings. Biol Psychiatry. 1998, 43(3), 173-180.

146. Gur RE, Cowell P, Turetsky BI, Gallacher F, Cannon T, Bilker W, Gur RC. A follow-up magnetic resonance imaging study of schizophrenia. Relationship of neuroanatomical changes to clinical and neurobehavioral measures. Arch Gen Psychiatry. 1998, 55(2), 145-152.

147. Ragland JD, Gur RC, Glahn DC, Censits DM, Smith RJ, Lazarev MG, Alavi A, Gur RE. Frontotemporal cerebral blood flow change during executive and declarative memory tasks in schizophrenia: a positron emission tomography study. Neuropsychology. 1998, 12(3), 399-413.

148. Coleman AR, Norstrand JA, Moberg PJ, Kohler CG, Gur RC, Gur RE. MMPI-2 characteristics of adults diagnosed with attention deficit disorder. Int J Neurosci. 1998, 96(3-4), 161-175.

149. Erwin RJ, Turetsky BI, Moberg P, Gur RC, Gur RE. P50 abnormalities in schizophrenia: relationship to clinical and neuropsychological indices of attention. Schizophr Res. 1998, 33(3), 157-167.

150. Volkow ND, Wang GJ, Fowler JS, Ding YS, Gur RC, Gatley J, Logan J, Moberg PJ, Hitzemann R, Smith G, Pappas N. Parallel loss of presynaptic and postsynaptic dopamine markers in normal aging. Ann Neurol. 1998, 44(1), 143-147.

151. Swanson CL,Jr, Gur RC, Bilker W, Petty RG, Gur RE. Premorbid educational attainment in schizophrenia: association with symptoms, functioning, and neurobehavioral measures. Biol Psychiatry. 1998, 44(8), 739-747.

152. Gur RE, Maany V, Mozley PD, Swanson C, Bilker W, Gur RC. Subcortical MRI volumes in neuroleptic-naive and treated patients with schizophrenia. Am J Psychiatry. 1998, 155(12), 1711-1717.

153. McBride T, Arnold SE, Gur RC. A comparative volumetric analysis of the prefrontal cortex in human and baboon MRI. Brain Behav Evol. 1999, 54(3), 159-166.

154. Mozley PD, Acton PD, Barraclough ED, Plossl K, Gur RC, Alavi A, Mathur A, Saffer J, Kung HF. Effects of age on dopamine transporters in healthy humans. J Nucl Med. 1999, 40(11), 1812-1817.

155. Ragland JD, Gur RE, Klimas BC, McGrady N, Gur RC. Neuropsychological laterality indices of

Ruben C. Gur, Ph.D.                                                          Page    16

schizophrenia: interactions with gender. Schizophr Bull. 1999, 25(1), 79-89.

156. Moberg PJ, Agrin R, Gur RE, Gur RC, Turetsky BI, Doty RL. Olfactory dysfunction in schizophrenia: a qualitative and quantitative review. Neuropsychopharmacology. 1999, 21(3), 325-340.

157. Cecil KM, Lenkinski RE, Gur RE, Gur RC. Proton magnetic resonance spectroscopy in the frontal and temporal lobes of neuroleptic naive patients with schizophrenia. Neuropsychopharmacology. 1999, 20(2), 131-140.

158. Gur RE, Turetsky BI, Bilker WB, Gur RC. Reduced gray matter volume in schizophrenia. Arch Gen Psychiatry. 1999, 56(10), 905-911.

159. Gur RC, Turetsky BI, Matsui M, Yan M, Bilker W, Hughett P, Gur RE. Sex differences in brain gray and white matter in healthy young adults: correlations with cognitive performance. J Neurosci. 1999, 19(10), 4065-4072.

160. Volkow ND, Logan J, Fowler JS, Wang GJ, Gur RC, Wong C, Felder C, Gatley SJ, Ding YS, Hitzemann R, Pappas N. Association between age-related decline in brain dopamine activity and impairment in frontal and cingulate metabolism. Am J Psychiatry. 2000, 157(1), 75-80.

161. Kohler CG, Bilker W, Hagendoorn M, Gur RE, Gur RC. Emotion recognition deficit in schizophrenia: association with symptomatology and cognition. Biol Psychiatry. 2000, 48(2), 127-136.

162. Habel U, Gur RC, Mandal MK, Salloum JB, Gur RE, Schneider F. Emotional processing in schizophrenia across cultures: standardized measures of discrimination and experience. Schizophr Res. 2000, 42(1), 57-66.

163. Gur RC, Alsop D, Glahn D, Petty R, Swanson CL, Maldjian JA, Turetsky BI, Detre JA, Gee J, Gur RE. An fMRI study of sex differences in regional activation to a verbal and a spatial task. Brain Lang. 2000, 74(2), 157-170.

164. Ragland JD, Gur RC, Lazarev MG, Smith RJ, Schroeder L, Raz J, Turetsky BI, Alavi A, Gur RE. Hemispheric activation of anterior and inferior prefrontal cortex during verbal encoding and recognition: a PET study of healthy volunteers. Neuroimage. 2000, 11(6 Pt 1), 624-633.

165. Kohler CG, Ances BM, Coleman AR, Ragland JD, Lazarev M, Gur RC. Marchiafava-Bignami disease: literature review and case report. Neuropsychiatry Neuropsychol Behav Neurol. 2000, 13(1), 67-76.

166. Gur RE, Cowell PE, Latshaw A, Turetsky BI, Grossman RI, Arnold SE, Bilker WB, Gur RC. Reduced dorsal and orbital prefrontal gray matter volumes in schizophrenia. Arch Gen Psychiatry. 2000, 57(8), 761-768.

167. Matsui M, Gur RC, Turetsky BI, Yan MX, Gur RE. The relation between tendency for psychopathology and reduced frontal brain volume in healthy people. Neuropsychiatry Neuropsychol Behav Neurol. 2000, 13(3), 155-162.

168. Ragland JD, Coleman AR, Gur RC, Glahn DC, Gur RE. Sex differences in brain-behavior relationships between verbal episodic memory and resting regional cerebral blood flow. Neuropsychologia. 2000, 38(4), 451-461.

169. Gur RE, Turetsky BI, Cowell PE, Finkelman C, Maany V, Grossman RI, Arnold SE, Bilker WB, Gur RC. Temporolimbic volume reductions in schizophrenia. Arch Gen Psychiatry. 2000, 57(8), 769-775.

Ruben C. Gur, Ph.D.                                                    Page    17

170. Glahn DC, Cannon TD, Gur RE, Ragland JD, Gur RC. Working memory constrains abstraction in schizophrenia. Biol Psychiatry. 2000, 47(1), 34-42.

171. Matsuzawa J, Matsui M, Konishi T, Noguchi K, Gur RC, Bilker W, Miyawaki T. Age-related volumetric changes of brain gray and white matter in healthy infants and children. Cereb Cortex. 2001, 11(4), 335-342.

172. Kurtz MM, Moberg PJ, Gur RC, Gur RE. Approaches to cognitive remediation of neuropsychological deficits in schizophrenia: a review and meta-analysis. Neuropsychol Rev. 2001, 11(4), 197-210.

173. Kurtz MM, Ragland JD, Bilker W, Gur RC, Gur RE. Comparison of the continuous performance test with and without working memory demands in healthy controls and patients with schizophrenia. Schizophr Res. 2001, 48(2-3), 307-316.

174. Gur RC, Ragland JD, Moberg PJ, Turner TH, Bilker WB, Kohler C, Siegel SJ, Gur RE. Computerized neurocognitive scanning: I. Methodology and validation in healthy people. Neuropsychopharmacology. 2001, 25(5), 766-776.

175. Gur RC, Ragland JD, Moberg PJ, Bilker WB, Kohler C, Siegel SJ, Gur RE. Computerized neurocognitive scanning: II. The profile of schizophrenia. Neuropsychopharmacology. 2001, 25(5), 777-788.

176. Moelter ST, Hill SK, Ragland JD, Lunardelli A, Gur RC, Gur RE, Moberg PJ. Controlled and automatic processing during animal word list generation in schizophrenia. Neuropsychology. 2001, 15(4), 502-509.

177. Ragland JD, Gur RC, Raz J, Schroeder L, Kohler CG, Smith RJ, Alavi A, Gur RE. Effect of schizophrenia on frontotemporal activity during word encoding and recognition: a PET cerebral blood flow study. Am J Psychiatry. 2001, 158(7), 1114-1125.

178. Kurtz MM, Moberg PJ, Mozley LH, Swanson CL, Gur RC, Gur RE. Effectiveness of an attention- and memory-training program on neuropsychological deficits in schizophrenia. Neurorehabil Neural Repair. 2001, 15(1), 75-80.

179. Hill SK, Ragland JD, Gur RC, Gur RE. Neuropsychological differences among empirically derived clinical subtypes of schizophrenia. Neuropsychology. 2001, 15(4), 492-501.

180. Hill SK, McBride T, Moberg PJ, Ragland JD, Gur RE, Gur RC. The relationship between elevated MMPI-2 profiles and neuropsychological performance in healthy volunteers. Journal of Clinical Psychology. 2001, 14, 83-88.

181. Mozley LH, Gur RC, Mozley PD, Gur RE. Striatal dopamine transporters and cognitive functioning in healthy men and women. Am J Psychiatry. 2001, 158(9), 1492-1499.

182. Gur RC, Schroeder L, Turner T, McGrath C, Chan RM, Turetsky BI, Alsop D, Maldjian J, Gur RE. Brain activation during facial emotion processing. Neuroimage. 2002, 16(3 Pt 1), 651-662.

183. Langleben DD, Schroeder L, Maldjian JA, Gur RC, McDonald S, Ragland JD, O'Brien CP, Childress AR. Brain activity during simulated deception: an event-related functional magnetic resonance study. Neuroimage. 2002, 15(3), 727-732.

184. Gur RC, Gunning-Dixon FM, Turetsky BI, Bilker WB, Gur RE. Brain region and sex differences in age association with brain volume: a quantitative MRI study of healthy young adults. Am J Geriatr Psychiatry. 2002, 10(1), 72-80.

185. Rosen AC, Gur RC. Ethical considerations for neuropsychologists as functional magnetic

imagers. Brain Cogn. 2002, 50(3), 469-481.

186. Gur RE, McGrath C, Chan RM, Schroeder L, Turner T, Turetsky BI, Kohler C, Alsop D, Maldjian J, Ragland JD, Gur RC. An fMRI study of facial emotion processing in patients with schizophrenia. Am J Psychiatry. 2002, 159(12), 1992-1999.

187. Gur RE, Gur RC. Gender differences in aging: cognition, emotions, and neuroimaging studies. Dialogues Clin Neurosci. 2002, 4(2), 197-210.

188. Turetsky BI, Moberg PJ, Mozley LH, Moelter ST, Agrin RN, Gur RC, Gur RE. Memory-delineated subtypes of schizophrenia: relationship to clinical, neuroanatomical, and neurophysiological measures. Neuropsychology. 2002, 16(4), 481-490.

189. Gur RC, Sara R, Hagendoorn M, Marom O, Hughett P, Macy L, Turner T, Bajcsy R, Posner A, Gur RE. A method for obtaining 3-dimensional facial expressions and its standardization for use in neurocognitive studies. J Neurosci Methods. 2002, 115(2), 137-143.

190. Gur RC, Gur RE. Neuroimaging applications in elderly patients. Am J Geriatr Psychiatry. 2002, 10(1), 5-11.

191. Hill SK, Ragland JD, Gur RC, Gur RE. Neuropsychological profiles delineate distinct profiles of schizophrenia, an interaction between memory and executive function, and uneven distribution of clinical subtypes. J Clin Exp Neuropsychol. 2002, 24(6), 765-780.

192. Goldstein RZ, Volkow ND, Chang L, Wang GJ, Fowler JS, Depue RA, Gur RC. The orbitofrontal cortex in methamphetamine addiction: involvement in fear. Neuroreport. 2002, 13(17), 2253-2257.

193. Silver H, Shlomo N, Turner T, Gur RC. Perception of happy and sad facial expressions in chronic schizophrenia: evidence for two evaluative systems. Schizophr Res. 2002, 55(1-2), 171-177.

194. Gur RC, Gunning-Dixon F, Bilker WB, Gur RE. Sex differences in temporo-limbic and frontal brain volumes of healthy adults. Cereb Cortex. 2002, 12(9), 998-1003.

195. Ragland JD, Turetsky BI, Gur RC, Gunning-Dixon F, Turner T, Schroeder L, Chan R, Gur RE. Working memory for complex figures: an fMRI comparison of letter and fractal n-back tasks. Neuropsychology. 2002, 16(3), 370-379.

196. Gunning-Dixon FM, Gur RC, Perkins AC, Schroeder L, Turner T, Turetsky BI, Chan RM, Loughead JW, Alsop DC, Maldjian J, Gur RE. Age-related differences in brain activation during emotional face processing. Neurobiol Aging. 2003, 24(2), 285-295.

197. Dubb A, Gur R, Avants B, Gee J. Characterization of sexual dimorphism in the human corpus callosum. Neuroimage. 2003, 20(1), 512-519.

198. Bilker WB, Brensinger C, Kurtz MM, Kohler C, Gur RC, Siegel SJ, Gur RE. Development of an abbreviated schizophrenia quality of life scale using a new method. Neuropsychopharmacology. 2003, 28(4), 773-777.

199. Indersmitten T, Gur RC. Emotion processing in chimeric faces: hemispheric asymmetries in expression and recognition of emotions. J Neurosci. 2003, 23(9), 3820-3825.

200. Kohler CG, Turner TH, Bilker WB, Brensinger CM, Siegel SJ, Kanes SJ, Gur RE, Gur RC. Facial emotion recognition in schizophrenia: intensity effects and error pattern. Am J Psychiatry. 2003, 160(10), 1768-1774.

201. Windischberger C, Barth M, Lamm C, Schroeder L, Bauer H, Gur RC, Moser E. Fuzzy cluster analysis of high-field functional MRI data. Artif Intell Med. 2003, 29(3), 203-223.

Ruben C. Gur, Ph.D.                                                                                    Page    19

202. Ragland JD, Moelter ST, McGrath C, Hill SK, Gur RE, Bilker WB, Siegel SJ, Gur RC. Levels-of-processing effect on word recognition in schizophrenia. Biol Psychiatry. 2003, 54(11), 1154-1161.

203. Kryspin-Exner I, Gur RC, Hoheisel B, Klein M, Six N. Neurobehavioral Probes: Adaptierung und Erweiterung von Verfahren zur computergestützen neuropsychologischen Diagnostik. Verhaltenstherapie und Verhaltensmedizin. 2003, 24, 27-51.

204. Gur RE, Kohler C, Ragland JD, Siegel SJ, Bilker WB, Loughead J, Phend N, Gur RC. Neurocognitive performance and clinical changes in olanzapine-treated patients with schizophrenia. Neuropsychopharmacology. 2003, 28(11), 2029-2036.

205. Silver H, Feldman P, Bilker W, Gur RC. Working memory deficit as a core neuropsychological dysfunction in schizophrenia. Am J Psychiatry. 2003, 160(10), 1809-1816.

206. Weiser M, Reichenberg A, Rabinowitz J, Knobler HY, Lubin G, Yazvitzky R, Nahon D, Gur RC, Davidson M. Cognitive performance of male adolescents is lower than controls across psychiatric disorders: a population-based study. Acta Psychiatr Scand. 2004, 110(6), 471-475.

207. Keefe RS, Seidman LJ, Christensen BK, Hamer RM, Sharma T, Sitskoorn MM, Lewine RR, Yurgelun-Todd DA, Gur RC, Tohen M, Tollefson GD, Sanger TM, Lieberman JA. Comparative effect of atypical and conventional antipsychotic drugs on neurocognition in first-episode psychosis: a randomized, double-blind trial of olanzapine versus low doses of haloperidol. Am J Psychiatry. 2004, 161(6), 985-995.

208. Kohler CG, Turner T, Stolar NM, Bilker WB, Brensinger CM, Gur RE, Gur RC. Differences in facial expressions of four universal emotions. Psychiatry Res. 2004, 128(3), 235-244.

209. Elliott MA, Gualtieri EE, Hulvershorn J, Ragland JD, Gur R. The effects of geometric distortion correction on motion realignment in fMRI. Acad Radiol. 2004, 11(9), 1005-1010.

210. Ragland JD, Gur RC, Valdez J, Turetsky BI, Elliott M, Kohler C, Siegel S, Kanes S, Gur RE. Event-related fMRI of frontotemporal activity during word encoding and recognition in schizophrenia. Am J Psychiatry. 2004, 161(6), 1004-1015.

211. Sachs G, Steger-Wuchse D, Kryspin-Exner I, Gur RC, Katschnig H. Facial recognition deficits and cognition in schizophrenia. Schizophr Res. 2004, 68(1), 27-35.

212. Lowery N, Ragland JD, Gur RC, Gur RE, Moberg PJ. Normative data for the symbol cancellation test in young healthy adults. Appl Neuropsychol. 2004, 11(4), 218-221.

213. Irani F, Dankert M, Brensinger C, Bilker WB, Nair SR, Kohler CG, Kanes SJ, Turetsky BI, Moberg PJ, Ragland JD, Gur RC, Gur RE, Siegel SJ. Patient attitudes towards surgically implantable, long-term delivery of psychiatric medicine. Neuropsychopharmacology. 2004, 29(5), 960-968.

214. Kurtz MM, Ragland JD, Moberg PJ, Gur RC. The Penn Conditional Exclusion Test: a new measure of executive-function with alternate forms of repeat administration. Arch Clin Neuropsychol. 2004, 19(2), 191-201.

215. Kohler CG, Turner TH, Gur RE, Gur RC. Recognition of facial emotions in neuropsychiatric disorders. CNS Spectr. 2004, 9(4), 267-274.

216. Kurtz MM, Moberg PJ, Gur RC, Gur RE. Results from randomized, controlled trials of the effects of cognitive remediation on neurocognitive deficits in patients with schizophrenia. Psychol Med. 2004, 34(3), 569-570.

217. Gur RE, Kohler C, Turetsky BI, Siegel SJ, Kanes SJ, Bilker WB, Brennan AR, Gur RC. A sexually dimorphic ratio of orbitofrontal to amygdala volume is altered in schizophrenia. Biol

Ruben C. Gur, Ph.D.                                                                        Page    20

Psychiatry. 2004, 55(5), 512-517.

218. Gelber EI, Kohler CG, Bilker WB, Gur RC, Brensinger C, Siegel SJ, Gur RE. Symptom and demographic profiles in first-episode schizophrenia. Schizophr Res. 2004, 67(2-3), 185-194.

219. Bilker WB, Brensinger C, Gur RC. A two factor ANOVA-like test for correlated correlations: CORANOVA. Multivariate Behavioral Research. 2004, 39(4), 565-594.

220. Goldstein RZ, Alia-Klein N, Leskovjan AC, Fowler JS, Wang GJ, Gur RC, Hitzemann R, Volkow ND. Anger and depression in cocaine addiction: association with the orbitofrontal cortex. Psychiatry Res. 2005, 138(1), 13-22.

221. Gur RC. Brain maturation and its relevance to understanding criminal culpability of juveniles. Curr Psychiatry Rep. 2005, 7(4), 292-296.

222. Dubb A, Xie Z, Gur R, Gur R, Gee J. Characterization of brain plasticity in schizophrenia using template deformation. Acad Radiol. 2005, 12(1), 3-9.

223. Davatzikos C, Ruparel K, Fan Y, Shen DG, Acharyya M, Loughead JW, Gur RC, Langleben DD. Classifying spatial patterns of brain activity with machine learning methods: application to lie detection. Neuroimage. 2005, 28(3), 663-668.

224. Calkins ME, Gur RC, Ragland JD, Gur RE. Face recognition memory deficits and visual object memory performance in patients with schizophrenia and their relatives. Am J Psychiatry. 2005, 162(10), 1963-1966.

225. Nucifora PG, Verma R, Melhem ER, Gur RE, Gur RC. Leftward asymmetry in relative fiber density of the arcuate fasciculus. Neuroreport. 2005, 16(8), 791-794.

226. Ragland JD, Gur RC, Valdez JN, Loughead J, Elliott M, Kohler C, Kanes S, Siegel SJ, Moelter ST, Gur RE. Levels-of-processing effect on frontotemporal function in schizophrenia during word encoding and recognition. Am J Psychiatry. 2005, 162(10), 1840-1848.

227. Williams LM, Grieve SM, Whitford TJ, Clark CR, Gur RC, Goldberg E, Flor-Henry P, Peduto AS, Gordon E. Neural synchrony and gray matter variation in human males and females: integration of 40 Hz gamma synchrony and MRI measures. J Integr Neurosci. 2005, 4(1), 77-93.

228. Moelter ST, Hill SK, Hughett P, Gur RC, Gur RE, Ragland JD. Organization of semantic category exemplars in schizophrenia. Schizophr Res. 2005, 78(2-3), 209-217.

229. Verma R, Davatzikos C, Loughead J, Indersmitten T, Hu R, Kohler C, Gur RE, Gur RC. Quantification of facial expressions using high-dimensional shape transformations. J Neurosci Methods. 2005, 141(1), 61-73.

230. Yushkevich P, Dubb A, Xie Z, Gur R, Gur R, Gee J. Regional structural characterization of the brain of schizophrenia patients. Acad Radiol. 2005, 12(10), 1250-1261.

231. Kurtz MM, Moberg PJ, Ragland JD, Gur RC, Gur RE. Symptoms versus neurocognitive test performance as predictors of psychosocial status in schizophrenia: a 1- and 4-year prospective study. Schizophr Bull. 2005, 31(1), 167-174.

232. Langleben DD, Loughead JW, Bilker WB, Ruparel K, Childress AR, Busch SI, Gur RC. Telling truth from lie in individual subjects with fast event-related fMRI. Hum Brain Mapp. 2005, 26(4), 262-272.

233. Davatzikos C, Shen D, Gur RC, Wu X, Liu D, Fan Y, Hughett P, Turetsky BI, Gur RE. Whole-brain morphometric study of schizophrenia revealing a spatially complex set of focal abnormalities. Arch Gen Psychiatry. 2005, 62(11), 1218-1227.

Ruben C. Gur, Ph.D.                                                                              Page    21

234. Sanders RD, Joo YH, Almasy L, Wood J, Keshavan MS, Pogue-Geile MF, Gur RC, Gur RE, Nimgaonkar VL. Are neurologic examination abnormalities heritable? A preliminary study. Schizophr Res. 2006, 86(1-3), 172-180.

235. Dickinson D, Ragland JD, Calkins ME, Gold JM, Gur RC. A comparison of cognitive structure in schizophrenia patients and healthy controls using confirmatory factor analysis. Schizophr Res. 2006, 85(1-3), 20-29.

236. Gur RE, Kohler CG, Ragland JD, Siegel SJ, Lesko K, Bilker WB, Gur RC. Flat affect in schizophrenia: relation to emotion processing and neurocognitive measures. Schizophr Bull. 2006, 32(2), 279-287.

237. Ragland JD, Valdez JN, Loughead J, Gur RC, Gur RE. Functional magnetic resonance imaging of internal source monitoring in schizophrenia: recognition with and without recollection. Schizophr Res. 2006, 87(1-3), 160-171.

238. Silver H, Goodman C, Bilker W, Gur RC, Isakov V, Knoll G, Feldman P. Impaired error monitoring contributes to face recognition deficit in schizophrenia patients. Schizophr Res. 2006, 85(1-3), 151-161.

239. Schneider F, Gur RC, Koch K, Backes V, Amunts K, Shah NJ, Bilker W, Gur RE, Habel U. Impairment in the specificity of emotion processing in schizophrenia. Am J Psychiatry. 2006, 163(3), 442-447.

240. Ragland JD, McCarthy E, Bilker WB, Brensinger CM, Valdez J, Kohler C, Gur RE, Gur RC. Levels-of-processing effect on internal source monitoring in schizophrenia. Psychol Med. 2006, 36(5), 641-648.

241. Platek SM, Loughead JW, Gur RC, Busch S, Ruparel K, Phend N, Panyavin IS, Langleben DD. Neural substrates for functionally discriminating self-face from personally familiar faces. Hum Brain Mapp. 2006, 27(2), 91-98.

242. Moberg PJ, Arnold SE, Doty RL, Gur RE, Balderston CC, Roalf DR, Gur RC, Kohler CG, Kanes SJ, Siegel SJ, Turetsky BI. Olfactory functioning in schizophrenia: relationship to clinical, neuropsychological, and volumetric MRI measures. J Clin Exp Neuropsychol. 2006, 28(8), 1444-1461.

243. Siegel SJ, Irani F, Brensinger CM, Kohler CG, Bilker WB, Ragland JD, Kanes SJ, Gur RC, Gur RE. Prognostic variables at intake and long-term level of function in schizophrenia. Am J Psychiatry. 2006, 163(3), 433-441.

244. Aliyu MH, Calkins ME, Swanson CL,Jr, Lyons PD, Savage RM, May R, Wiener H, McLeod-Bryant S, Nimgaonkar VL, Ragland JD, Gur RE, Gur RC, Bradford LD, Edwards N, Kwentus J, McEvoy JP, Santos AB, McCleod-Bryant S, Tennison C, Go RC, Allen TB, PAARTNERS Study Group. Project among African-Americans to explore risks for schizophrenia (PAARTNERS): recruitment and assessment methods. Schizophr Res. 2006, 87(1-3), 32-44.

245. Weiss EM, Kohler CG, Nolan KA, Czobor P, Volavka J, Platt MM, Brensinger C, Loughead J, Delazer M, Gur RE, Gur RC. The Relationship between history of violent and criminal behavior and recognition of facial expression of emotions in men with schizophrenia and schizoaffective disorder. Journal of Aggressive Behavior. 2006, 32(3), 187-194.

246. Irani F, Platek SM, Panyavin IS, Calkins ME, Kohler C, Siegel SJ, Schachter M, Gur RE, Gur RC. Self-face recognition and theory of mind in patients with schizophrenia and first-degree relatives. Schizophr Res. 2006, 88(1-3), 151-160.

247. Pinkham AE, Gur RE, Gur RC. Affect recognition deficits in schizophrenia: neural substrates and psychopharmacological implications. Expert Rev Neurother. 2007, 7(7), 807-816.

248. Wolf DH, Gur RC, Valdez JN, Loughead J, Elliott MA, Gur RE, Ragland JD. Alterations of fronto-temporal connectivity during word encoding in schizophrenia. Psychiatry Res. 2007, 154(3), 221-232.

249. Habel U, Windischberger C, Derntl B, Robinson S, Kryspin-Exner I, Gur RC, Moser E. Amygdala activation and facial expressions: explicit emotion discrimination versus implicit emotion processing. Neuropsychologia. 2007, 45(10), 2369-2377.

250. Moser E, Derntl B, Robinson S, Fink B, Gur RC, Grammer K. Amygdala activation at 3T in response to human and avatar facial expressions of emotions. J Neurosci Methods. 2007, 161(1), 126-133.

251. Kohler CG, Barrett FS, Gur RC, Turetsky BI, Moberg PJ. Association between facial emotion recognition and odor identification in schizophrenia. J Neuropsychiatry Clin Neurosci. 2007, 19(2), 128-131.

252. Aigner M, Sachs G, Bruckmuller E, Winklbaur B, Zitterl W, Kryspin-Exner I, Gur R, Katschnig H. Cognitive and emotion recognition deficits in obsessive-compulsive disorder. Psychiatry Res. 2007, 149(1-3), 121-128.

253. Fan Y, Shen D, Gur RC, Gur RE, Davatzikos C. COMPARE: classification of morphological patterns using adaptive regional elements. IEEE Trans Med Imaging. 2007, 26(1), 93-105.

254. Alvino C, Kohler C, Barrett F, Gur RE, Gur RC, Verma R. Computerized measurement of facial expression of emotions in schizophrenia. J Neurosci Methods. 2007, 163(2), 350-361.

255. Calkins ME, Dobie DJ, Cadenhead KS, Olincy A, Freedman R, Green MF, Greenwood TA, Gur RE, Gur RC, Light GA, Mintz J, Nuechterlein KH, Radant AD, Schork NJ, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Braff DL. The Consortium on the Genetics of Endophenotypes in Schizophrenia: model recruitment, assessment, and endophenotyping methods for a multisite collaboration. Schizophr Bull. 2007, 33(1), 33-48.

256. Gur RE, Calkins ME, Gur RC, Horan WP, Nuechterlein KH, Seidman LJ, Stone WS. The Consortium on the Genetics of Schizophrenia: neurocognitive endophenotypes. Schizophr Bull. 2007, 33(1), 49-68.

257. Turetsky BI, Kohler CG, Indersmitten T, Bhati MT, Charbonnier D, Gur RC. Facial emotion recognition in schizophrenia: when and why does it go awry? Schizophr Res. 2007, 94(1-3), 253-263.

258. Wang J, Korczykowski M, Rao H, Fan Y, Pluta J, Gur RC, McEwen BS, Detre JA. Gender difference in neural response to psychological stress. Soc Cogn Affect Neurosci. 2007, 2(3), 227-239.

259. Gur RC, Turetsky BI, Loughead J, Waxman J, Snyder W, Ragland JD, Elliott MA, Bilker WB, Arnold SE, Gur RE. Hemodynamic responses in neural circuitries for detection of visual target and novelty: An event-related fMRI study. Hum Brain Mapp. 2007, 28(4), 263-274.

260. Greenwood TA, Braff DL, Light GA, Cadenhead KS, Calkins ME, Dobie DJ, Freedman R, Green MF, Gur RE, Gur RC, Mintz J, Nuechterlein KH, Olincy A, Radant AD, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Schork NJ. Initial heritability analyses of endophenotypic measures for schizophrenia: the consortium on the genetics of schizophrenia. Arch Gen Psychiatry. 2007, 64(11), 1242-1250.

261. Gur RE, Loughead J, Kohler CG, Elliott MA, Lesko K, Ruparel K, Wolf DH, Bilker WB, Gur RC. Limbic activation associated with misidentification of fearful faces and flat affect in

schizophrenia. Arch Gen Psychiatry. 2007, 64(12), 1356-1366.

262. Gur RE, Nimgaonkar VL, Almasy L, Calkins ME, Ragland JD, Pogue-Geile MF, Kanes S, Blangero J, Gur RC. Neurocognitive endophenotypes in a multiplex multigenerational family study of schizophrenia. Am J Psychiatry. 2007, 164(5), 813-819.

263. Kohler CG, Martin EA, Kujawski E, Bilker W, Gur RE, Gur RC. No effect of donepezil on neurocognition and social cognition in young persons with stable schizophrenia. Cogn Neuropsychiatry. 2007, 12(5), 412-421.

264. Halpern DF, Benbow CP, Geary DC, Gur RC, Hyde JS, Gernsbacher MA. The Science of Sex Differences in Science and Mathematics. Psychol Sci Public Interest. 2007, 8(1), 1-51.

265. Halpern DF, Benbow CP, Geary DC, Gur RC, Hyde JS, Gernsbacher MA. Sex, Math and Scientific Achievement: Why do men dominate the fields of science, engineering and mathematics? Sci Am Mind. 2007, 18(6), 44-51.

266. Silver H, Goodman C, Bilker WB, Knoll G, Gur RC, Povar G. Suboptimal processing strategy and working-memory impairments predict abstraction deficit in schizophrenia. Journal of Clinical and Experimental Neuropsychology. 2007, 29(8), 823-830.

267. Gur RE, Turetsky BI, Loughead J, Snyder W, Kohler C, Elliott M, Pratiwadi R, Ragland JD, Bilker WB, Siegel SJ, Kanes SJ, Arnold SE, Gur RC. Visual attention circuitry in schizophrenia investigated with oddball event-related functional magnetic resonance imaging. Am J Psychiatry. 2007, 164(3), 442-449.

268. Turetsky BI, Greenwood TA, Olincy A, Radant AD, Braff DL, Cadenhead KS, Dobie DJ, Freedman R, Green MF, Gur RE, Gur RC, Light GA, Mintz J, Nuechterlein KH, Schork NJ, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Tsuang DW, Tsuang MT, Calkins ME. Abnormal auditory N100 amplitude: a heritable endophenotype in first-degree relatives of schizophrenia probands. Biol Psychiatry. 2008, 64(12), 1051-1059.

269. Leitman DI, Loughead J, Wolf DH, Ruparel K, Kohler CG, Elliott MA, Bilker WB, Gur RE, Gur RC. Abnormal superior temporal connectivity during fear perception in schizophrenia. Schizophr Bull. 2008, 34(4), 673-678.

270. Wolf DH, Turetsky BI, Loughead J, Elliott MA, Pratiwadi R, Gur RE, Gur RC. Auditory Oddball fMRI in Schizophrenia: Association of Negative Symptoms with Regional Hypoactivation to Novel Distractors. Brain Imaging Behav. 2008, 2(2), 132-145.

271. Wang P, Barrett F, Martin E, Milonova M, Gur RE, Gur RC, Kohler C, Verma R. Automated video-based facial expression analysis of neuropsychiatric disorders. J Neurosci Methods. 2008, 168(1), 224-238.

272. Kohler CG, Loughead J, Ruparel K, Indersmitten T, Barrett FS, Gur RE, Gur RC. Brain activation during eye gaze discrimination in stable schizophrenia. Schizophr Res. 2008, 99(1-3), 286-293.

273. Kohler CG, Martin EA, Milonova M, Wang P, Verma R, Brensinger CM, Bilker W, Gur RE, Gur RC. Dynamic evoked facial expressions of emotions in schizophrenia. Schizophr Res. 2008, 105(1-3), 30-39.

274. Ragland JD, Moelter ST, Bhati MT, Valdez JN, Kohler CG, Siegel SJ, Gur RC, Gur RE. Effect of retrieval effort and switching demand on fMRI activation during semantic word generation in schizophrenia. Schizophr Res. 2008, 99(1-3), 312-323.

275. Derntl B, Windischberger C, Robinson S, Lamplmayr E, Kryspin-Exner I, Gur RC, Moser E,

Ruben C. Gur, Ph.D.                                                    Page    24

Habel U. Facial emotion recognition and amygdala activation are associated with menstrual cycle phase. Psychoneuroendocrinology. 2008, 33(8), 1031-1040.

276. Hakun JG, Seelig D, Ruparel K, Loughead JW, Busch E, Gur RC, Langleben DD. fMRI investigation of the cognitive structure of the Concealed Information Test. Neurocase. 2008, 14(1), 59-67.

277. Dickinson D, Ragland JD, Gold JM, Gur RC. General and specific cognitive deficits in schizophrenia: Goliath defeats David? Biol Psychiatry. 2008, 64(9), 823-827.

278. Almasy L, Gur RC, Haack K, Cole SA, Calkins ME, Peralta JM, Hare E, Prasad K, Pogue-Geile MF, Nimgaonkar V, Gur RE. A genome screen for quantitative trait loci influencing schizophrenia and neurocognitive phenotypes. Am J Psychiatry. 2008, 165(9), 1185-1192.

279. Loughead J, Gur RC, Elliott M, Gur RE. Neural circuitry for accurate identification of facial emotions. Brain Res. 2008, 1194, 37-44.

280. Ray R, Loughead J, Wang Z, Detre J, Yang E, Gur R, Lerman C. Neuroimaging, genetics and the treatment of nicotine addiction. Behav Brain Res. 2008, 193(2), 159-169.

281. Pinkham AE, Sasson NJ, Calkins ME, Richard J, Hughett P, Gur RE, Gur RC. The other-race effect in face processing among African American and Caucasian individuals with schizophrenia. Am J Psychiatry. 2008, 165(5), 639-645.

282. Dyck M, Winbeck M, Leiberg S, Chen Y, Gur RC, Mathiak K. Recognition profile of emotions in natural and virtual faces. PLoS One. 2008, 3(11), e3628.

283. Green MF, Penn DL, Bentall R, Carpenter WT, Gaebel W, Gur RC, Kring AM, Park S, Silverstein SM, Heinssen R. Social cognition in schizophrenia: an NIMH workshop on definitions, assessment, and research opportunities. Schizophr Bull. 2008, 34(6), 1211-1220.

284. Kohler CG, Martin EA, Stolar N, Barrett FS, Verma R, Brensinger C, Bilker W, Gur RE, Gur RC. Static posed and evoked facial expressions of emotions in schizophrenia. Schizophr Res. 2008, 105(1-3), 49-60.

285. Fan Y, Gur RE, Gur RC, Wu X, Shen D, Calkins ME, Davatzikos C. Unaffected family members and schizophrenia patients share brain structure patterns: a high-dimensional pattern classification study. Biol Psychiatry. 2008, 63(1), 118-124.

286. Russ JB, Gur RC, Bilker WB. Validation of affective and neutral sentence content for prosodic testing. Behav Res Methods. 2008, 40(4), 935-939.

287. Wild J, Gur RC. Verbal memory and treatment response in post-traumatic stress disorder. Br J Psychiatry. 2008, 193(3), 254-255.

288. Horan WP, Braff DL, Nuechterlein KH, Sugar CA, Cadenhead KS, Calkins ME, Dobie DJ, Freedman R, Greenwood TA, Gur RE, Gur RC, Light GA, Mintz J, Olincy A, Radant AD, Schork NJ, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Green MF. Verbal working memory impairments in individuals with schizophrenia and their first-degree relatives: findings from the Consortium on the Genetics of Schizophrenia. Schizophr Res. 2008, 103(1-3), 218-228.

289. Derntl B, Habel U, Robinson S, Windischberger C, Kryspin-Exner I, Gur RC, Moser E. Amygdala activation during recognition of emotions in a foreign ethnic group is associated with duration of stay. Soc Neurosci. 2009, 4(4), 294-307.

290. Derntl B, Windischberger C, Robinson S, Kryspin-Exner I, Gur RC, Moser E, Habel U.

Ruben C. Gur, Ph.D.                                                                      Page    25

Amygdala activity to fear and anger in healthy young males is associated with testosterone. Psychoneuroendocrinology. 2009, 34(5), 687-693.

291. Halene TB, Ehrlichman RS, Liang Y, Christian EP, Jonak GJ, Gur TL, Blendy JA, Dow HC, Brodkin ES, Schneider F, Gur RC, Siegel SJ. Assessment of NMDA receptor NR1 subunit hypofunction in mice as a model for schizophrenia. Genes Brain Behav. 2009, 8(7), 661-675.

292. Glocker ML, Langleben DD, Ruparel K, Loughead JW, Gur RC, Sachser N. Baby Schema in Infant Faces Induces Cuteness Perception and Motivation for Caretaking in Adults. Ethology. 2009, 115(3), 257-263.

293. Glocker ML, Langleben DD, Ruparel K, Loughead JW, Valdez JN, Griffin MD, Sachser N, Gur RC. Baby schema modulates the brain reward system in nulliparous women. Proc Natl Acad Sci U S A. 2009, 106(22), 9115-9119.

294. Carter CS, Barch DM, Gur R, Gur R, Pinkham A, Ochsner K. CNTRICS final task selection: social cognitive and affective neuroscience-based measures. Schizophr Bull. 2009, 35(1), 153-162.

295. Talkowski ME, McClain L, Allen T, Bradford LD, Calkins M, Edwards N, Georgieva L, Go R, Gur R, Gur R, Kirov G, Chowdari K, Kwentus J, Lyons P, Mansour H, McEvoy J, O'Donovan MC, O'Jile J, Owen MJ, Santos A, Savage R, Toncheva D, Vockley G, Wood J, Devlin B, Nimgaonkar VL. Convergent patterns of association between phenylalanine hydroxylase variants and schizophrenia in four independent samples. Am J Med Genet B Neuropsychiatr Genet. 2009, 150B(4), 560-569.

296. Loughead J, Wileyto EP, Valdez JN, Sanborn P, Tang K, Strasser AA, Ruparel K, Ray R, Gur RC, Lerman C. Effect of abstinence challenge on brain function and cognition in smokers differs by COMT genotype. Mol Psychiatry. 2009, 14(8), 820-826.

297. Williams LM, Mathersul D, Palmer DM, Gur RC, Gur RE, Gordon E. Explicit identification and implicit recognition of facial emotions: I. Age effects in males and females across 10 decades. J Clin Exp Neuropsychol. 2009, 31(3), 257-277.

298. Mathersul D, Palmer DM, Gur RC, Gur RE, Cooper N, Gordon E, Williams LM. Explicit identification and implicit recognition of facial emotions: II. Core domains and relationships with general cognition. J Clin Exp Neuropsychol. 2009, 31(3), 278-291.

299. Satterthwaite TD, Wolf DH, Gur RC, Ruparel K, Valdez JN, Gur RE, Loughead J. Frontolimbic responses to emotional face memory: the neural correlates of first impressions. Hum Brain Mapp. 2009, 30(11), 3748-3758.

300. Derntl B, Habel U, Windischberger C, Robinson S, Kryspin-Exner I, Gur RC, Moser E. General and specific responsiveness of the amygdala during explicit emotion recognition in females and males. BMC Neurosci. 2009, 10, 91-2202-10-91.

301. Watanabe K, Matsui M, Matsuzawa J, Tanaka C, Noguchi K, Yoshimura N, Hongo K, Ishiguro M, Wanatabe S, Hirono K, Uese K, Ichida F, Origasa H, Nakazawa J, Oshima Y, Miyawaki T, Matsuzaki T, Yagihara T, Bilker W, Gur RC. Impaired neuroanatomic development in infants with congenital heart disease. J Thorac Cardiovasc Surg. 2009, 137(1), 146-153.

302. Wiener HW, Klei L, Irvin MD, Perry RT, Aliyu MH, Allen TB, Bradford LD, Calkins ME, Devlin B, Edwards N, Gur RE, Gur RC, Kwentus J, Lyons PD, McEvoy JP, Nasrallah HA, Nimgaonkar VL, O'Jile J, Santos AB, Savage RM, Go RC. Linkage analysis of schizophrenia in African-American families. Schizophr Res. 2009, 109(1-3), 70-79.

303. Dyck M, Loughead J, Boers F, Kellermann T, Ruparel K, Gur R, Mathiak K. The Neural

Correlates of Emotion Experience – Mood Induction with Facial Expressions and Classical Music. Neuroimage. 2009, 47, Supplement 1, S191.

304. Gur RC, Ragland JD, Reivich M, Greenberg JH, Alavi A, Gur RE. Regional differences in the coupling between resting cerebral blood flow and metabolism may indicate action preparedness as a default state. Cereb Cortex. 2009, 19(2), 375-382.

305. Butler PD, Abeles IY, Weiskopf NG, Tambini A, Jalbrzikowski M, Legatt ME, Zemon V, Loughead J, Gur RC, Javitt DC. Sensory contributions to impaired emotion processing in schizophrenia. Schizophr Bull. 2009, 35(6), 1095-1107.

306. Hakun JG, Ruparel K, Seelig D, Busch E, Loughead JW, Gur RC, Langleben DD. Towards clinical trials of lie detection with fMRI. Soc Neurosci. 2009, 4(6), 518-527.

307. Patterson F, Jepson C, Strasser AA, Loughead J, Perkins KA, Gur RC, Frey JM, Siegel S, Lerman C. Varenicline improves mood and cognition during smoking abstinence. Biol Psychiatry. 2009, 65(2), 144-149.

308. Leitman DI, Wolf DH, Ragland JD, Laukka P, Loughead J, Valdez JN, Javitt DC, Turetsky BI, Gur RC. "It's Not What You Say, But How You Say it": A Reciprocal Temporo-frontal Network for Affective Prosody. Front Hum Neurosci. 2010, 4, 19.

309. Radant AD, Dobie DJ, Calkins ME, Olincy A, Braff DL, Cadenhead KS, Freedman R, Green MF, Greenwood TA, Gur RE, Gur RC, Light GA, Meichle SP, Millard SP, Mintz J, Nuechterlein KH, Schork NJ, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Tsuang MT, Turetsky BI, Tsuang DW. Antisaccade performance in schizophrenia patients, their first-degree biological relatives, and community comparison subjects: data from the COGS study. Psychophysiology. 2010, 47(5), 846-856.

310. Satterthwaite TD, Wolf DH, Loughead J, Ruparel K, Valdez JN, Siegel SJ, Kohler CG, Gur RE, Gur RC. Association of enhanced limbic response to threat with decreased cortical facial recognition memory response in schizophrenia. Am J Psychiatry. 2010, 167(4), 418-426.

311. Loughead JW, Luborsky L, Weingarten CP, Krause ED, German RE, Kirk D, Gur RC. Brain activation during autobiographical relationship episode narratives: a core conflictual relationship theme approach. Psychother Res. 2010, 20(3), 321-336.

312. Gur RC, Richard J, Hughett P, Calkins ME, Macy L, Bilker WB, Brensinger C, Gur RE. A cognitive neuroscience-based computerized battery for efficient measurement of individual differences: standardization and initial construct validation. J Neurosci Methods. 2010, 187(2), 254-262.

313. Young RC, Schulberg HC, Gildengers AG, Sajatovic M, Mulsant BH, Gyulai L, Beyer J, Marangell L, Kunik M, Ten Have T, Bruce ML, Gur R, Marino P, Evans JD, Reynolds CF,3rd, Alexopoulos GS. Conceptual and methodological issues in designing a randomized, controlled treatment trial for geriatric bipolar disorder: GERI-BD. Bipolar Disord. 2010, 12(1), 56-67.

314. Sasson NJ, Pinkham AE, Richard J, Hughett P, Gur RE, Gur RC. Controlling for response biases clarifies sex and age differences in facial affect recognition. Journal of Nonverbal Behavior. 2010, 34(4), 207-221.

315. Wassermann D, Kanterakis E, Gur RC, Deriche R, Verma R. Diffusion-based population statistics using tract probability maps. Med Image Comput Comput Assist Interv. 2010, 13(Pt 1), 631-639.

316. Ingalhalikar M, Kanterakis S, Gur R, Roberts TP, Verma R. DTI based diagnostic prediction of a

Ruben C. Gur, Ph.D. Page 27

disease via pattern classification. Med Image Comput Comput Assist Interv. 2010, 13(Pt 1), 558-565.

317. Loughead J, Ray R, Wileyto EP, Ruparel K, Sanborn P, Siegel S, Gur RC, Lerman C. Effects of the alpha4beta2 partial agonist varenicline on brain activity and working memory in abstinent smokers. Biol Psychiatry. 2010, 67(8), 715-721.

318. Pinkham AE, Griffin M, Baron R, Sasson NJ, Gur RC. The face in the crowd effect: anger superiority when using real faces and multiple identities. Emotion. 2010, 10(1), 141-146.

319. Gur RE, Gur RC. Functional magnetic resonance imaging in schizophrenia. Dialogues Clin Neurosci. 2010, 12(3), 333-343.

320. Seidel EM, Habel U, Kirschner M, Gur RC, Derntl B. The impact of facial emotional expressions on behavioral tendencies in women and men. J Exp Psychol Hum Percept Perform. 2010, 36(2), 500-507.

321. Seidel EM, Habel U, Finkelmeyer A, Schneider F, Gur RC, Derntl B. Implicit and explicit behavioral tendencies in male and female depression. Psychiatry Res. 2010, 177(1-2), 124-130.

322. Olincy A, Braff DL, Adler LE, Cadenhead KS, Calkins ME, Dobie DJ, Green MF, Greenwood TA, Gur RE, Gur RC, Light GA, Mintz J, Nuechterlein KH, Radant AD, Schork NJ, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Wagner BD, Freedman R. Inhibition of the P50 cerebral evoked response to repeated auditory stimuli: results from the Consortium on Genetics of Schizophrenia. Schizophr Res. 2010, 119(1-3), 175-182.

323. Rubright J, Sankar P, Casarett DJ, Gur R, Xie SX, Karlawish J. A memory and organizational aid improves Alzheimer disease research consent capacity: results of a randomized, controlled trial. Am J Geriatr Psychiatry. 2010, 18(12), 1124-1132.

324. Kalkstein S, Hurford I, Gur RC. Neurocognition in schizophrenia. Curr Top Behav Neurosci. 2010, 4, 373-390.

325. Calkins ME, Tepper P, Gur RC, Ragland JD, Klei L, Wiener HW, Richard J, Savage RM, Allen TB, O'Jile J, Devlin B, Kwentus J, Aliyu MH, Bradford LD, Edwards N, Lyons PD, Nimgaonkar VL, Santos AB, Go RC, Gur RE. Project among African-Americans to explore risks for schizophrenia (PAARTNERS): evidence for impairment and heritability of neurocognitive functioning in families of schizophrenia patients. Am J Psychiatry. 2010, 167(4), 459-472.

326. Prasad KM, Almasy L, Gur RC, Gur RE, Pogue-Geile M, Chowdari KV, Talkowski ME, Nimgaonkar VL. RGS4 polymorphisms associated with variability of cognitive performance in a family-based schizophrenia sample. Schizophr Bull. 2010, 36(5), 983-990.

327. Eack SM, Mermon DE, Montrose DM, Miewald J, Gur RE, Gur RC, Sweeney JA, Keshavan MS. Social cognition deficits among individuals at familial high risk for schizophrenia. Schizophr Bull. 2010, 36(6), 1081-1088.

328. Seidel EM, Eickhoff SB, Kellermann T, Schneider F, Gur RC, Habel U, Derntl B. Who is to blame? Neural correlates of causal attribution in social situations. Soc Neurosci. 2010, 5(4), 335-350.

329. Patterson F, Jepson C, Loughead J, Perkins K, Strasser AA, Siegel S, Frey J, Gur R, Lerman C. Working memory deficits predict short-term smoking resumption following brief abstinence. Drug Alcohol Depend. 2010, 106(1), 61-64.

330. Pinkham AE, Loughead J, Ruparel K, Overton E, Gur RE, Gur RC. Abnormal modulation of amygdala activity in schizophrenia in response to direct- and averted-gaze threat-related facial expressions. Am J Psychiatry. 2011, 168(3), 293-301.

331. Pinkham AE, Brensinger C, Kohler C, Gur RE, Gur RC. Actively paranoid patients with schizophrenia over attribute anger to neutral faces. Schizophr Res. 2011, 125(2-3), 174-178.

332. Wolf DH, Satterthwaite TD, Loughead J, Pinkham A, Overton E, Elliott MA, Dent GW, Smith MA, Gur RC, Gur RE. Amygdala abnormalities in first-degree relatives of individuals with schizophrenia unmasked by benzodiazepine challenge. Psychopharmacology (Berl). 2011, 218(3), 503-512.

333. Greenwood TA, Lazzeroni LC, Murray SS, Cadenhead KS, Calkins ME, Dobie DJ, Green MF, Gur RE, Gur RC, Hardiman G, Kelsoe JR, Leonard S, Light GA, Nuechterlein KH, Olincy A, Radant AD, Schork NJ, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Freedman R, Braff DL. Analysis of 94 candidate genes and 12 endophenotypes for schizophrenia from the Consortium on the Genetics of Schizophrenia. Am J Psychiatry. 2011, 168(9), 930-946.

334. Hamm J, Kohler CG, Gur RC, Verma R. Automated Facial Action Coding System for dynamic analysis of facial expressions in neuropsychiatric disorders. J Neurosci Methods. 2011, 200(2), 237-256.

335. Gur RC, Irani F, Seligman S, Calkins ME, Richard J, Gur RE. Challenges and opportunities for genomic developmental neuropsychology: examples from the Penn-Drexel collaborative battery. Clin Neuropsychol. 2011, 25(6), 1029-1041.

336. Dyck M, Loughead J, Kellermann T, Boers F, Gur RC, Mathiak K. Cognitive versus automatic mechanisms of mood induction differentially activate left and right amygdala. Neuroimage. 2011, 54(3), 2503-2513.

337. Veselinovic T, Schorn H, Vernaleken I, Schiffl K, Hiemke C, Zernig G, Gur R, Grunder G. Effects of antipsychotic treatment on psychopathology and motor symptoms. A placebo-controlled study in healthy volunteers. Psychopharmacology (Berl). 2011, 218(4), 733-748.

338. Silver H, Goodman C, Gur RC, Gur RE, Bilker WB. 'Executive' functions and normal aging: selective impairment in conditional exclusion compared to abstraction and inhibition. Dement Geriatr Cogn Disord. 2011, 31(1), 53-62.

339. Kohn N, Kellermann T, Gur RC, Schneider F, Habel U. Gender differences in the neural correlates of humor processing: implications for different processing modes. Neuropsychologia. 2011, 49(5), 888-897.

340. Stone WS, Giuliano AJ, Tsuang MT, Braff DL, Cadenhead KS, Calkins ME, Dobie DJ, Faraone SV, Freedman R, Green MF, Greenwood TA, Gur RE, Gur RC, Light GA, Mintz J, Nuechterlein KH, Olincy A, Radant AD, Roe AH, Schork NJ, Siever LJ, Silverman JM, Swerdlow NR, Thomas AR, Tsuang DW, Turetsky BI, Seidman LJ. Group and site differences on the California Verbal Learning Test in persons with schizophrenia and their first-degree relatives: findings from the Consortium on the Genetics of Schizophrenia (COGS). Schizophr Res. 2011, 128(1-3), 102-110.

341. Derntl B, Seidel EM, Eickhoff SB, Kellermann T, Gur RC, Schneider F, Habel U. Neural correlates of social approach and withdrawal in patients with major depression. Soc Neurosci. 2011, 6(5-6), 482-501.

342. Leitman DI, Wolf DH, Laukka P, Ragland JD, Valdez JN, Turetsky BI, Gur RE, Gur RC. Not pitch perfect: sensory contributions to affective communication impairment in schizophrenia. Biol Psychiatry. 2011, 70(7), 611-618.

343. Satterthwaite TD, Wolf DH, Pinkham AE, Ruparel K, Elliott MA, Valdez JN, Overton E,

Seubert J, Gur RE, Gur RC, Loughead J. Opposing amygdala and ventral striatum connectivity during emotion identification. Brain Cogn. 2011, 76(3), 353-363.

344. Pinkham A, Loughead J, Ruparel K, Wu WC, Overton E, Gur R, Gur R. Resting quantitative cerebral blood flow in schizophrenia measured by pulsed arterial spin labeling perfusion MRI. Psychiatry Res. 2011, 194(1), 64-72.

345. Wolf DH, Gerraty R, Satterthwaite TD, Loughead J, Campellone T, Elliott MA, Turetsky BI, Gur RC, Gur RE. Striatal intrinsic reinforcement signals during recognition memory: relationship to response bias and dysregulation in schizophrenia. Front Behav Neurosci. 2011, 5, 81.

346. Leitman DI, Wolf DH, Loughead J, Valdez JN, Kohler CG, Brensinger C, Elliott MA, Turetsky BI, Gur RE, Gur RC. Ventrolateral prefrontal cortex and the effects of task demand context on facial affect appraisal in schizophrenia. Soc Cogn Affect Neurosci. 2011, 6(1), 66-73.

347. Bhatia T, Agarwal A, Shah G, Wood J, Richard J, Gur RE, Gur RC, Nimgaonkar VL, Mazumdar S, Deshpande SN. Adjunctive cognitive remediation for schizophrenia using yoga: an open, non-randomized trial. Acta Neuropsychiatr. 2012, 24(2), 91-100.

348. Gur RC, Richard J, Calkins ME, Chiavacci R, Hansen JA, Bilker WB, Loughead J, Connolly JJ, Qiu H, Mentch FD, Abou-Sleiman PM, Hakonarson H, Gur RE. Age group and sex differences in performance on a computerized neurocognitive battery in children age 8-21. Neuropsychology. 2012, 26(2), 251-265.

349. Gold R, Butler P, Revheim N, Leitman DI, Hansen JA, Gur RC, Kantrowitz JT, Laukka P, Juslin PN, Silipo GS, Javitt DC. Auditory emotion recognition impairments in schizophrenia: relationship to acoustic features and cognition. Am J Psychiatry. 2012, 169(4), 424-432.

350. Nucifora PG, Wu X, Melhem ER, Gur RE, Gur RC, Verma R. Automated diffusion tensor tractography: implementation and comparison to user-driven tractography. Acad Radiol. 2012, 19(5), 622-629.

351. Satterthwaite TD, Ruparel K, Loughead J, Elliott MA, Gerraty RT, Calkins ME, Hakonarson H, Gur RC, Gur RE, Wolf DH. Being right is its own reward: load and performance related ventral striatum activation to correct responses during a working memory task in youth. Neuroimage. 2012, 61(3), 723-729.

352. Goldenberg PC, Calkins ME, Richard J, McDonald-McGinn D, Zackai E, Mitra N, Emanuel B, Devoto M, Borgmann-Winter K, Kohler C, Conroy CG, Gur RC, Gur RE. Computerized neurocognitive profile in young people with 22q11.2 deletion syndrome compared to youths with schizophrenia and at-risk for psychosis. Am J Med Genet B Neuropsychiatr Genet. 2012, 159B(1), 87-93.

353. Irani F, Brensinger CM, Richard J, Calkins ME, Moberg PJ, Bilker W, Gur RE, Gur RC. Computerized neurocognitive test performance in schizophrenia: a lifespan analysis. Am J Geriatr Psychiatry. 2012, 20(1), 41-52.

354. Demtl B, Habel U, Robinson S, Windischberger C, Kryspin-Exner I, Gur RC, Moser E. Culture but not gender modulates amygdala activation during explicit emotion recognition. BMC Neurosci. 2012, 13, 54-2202-13-54.

355. Bilker WB, Hansen JA, Brensinger CM, Richard J, Gur RE, Gur RC. Development of abbreviated nine-item forms of the Raven's standard progressive matrices test. Assessment. 2012, 19(3), 354-369.

356. Bamne M, Wood J, Chowdari K, Watson AM, Celik C, Mansour H, Klei L, Gur RC, Bradford

Ruben C. Gur, Ph.D.                                                                    Page    30

LD, Calkins ME, Santos AB, Edwards N, Kwentus J, McEvoy JP, Allen TB, Savage RM, Nasrallah HA, Gur RE, Perry RT, Go RC, Devlin B, Yolken R, Nimgaonkar VL. Evaluation of HLA polymorphisms in relation to schizophrenia risk and infectious exposure. Schizophr Bull. 2012, 38(6), 1149-1154.

357. Yokley JL, Prasad KM, Chowdari KV, Talkowski ME, Wood J, Gur RC, Gur RE, Almasy L, Nimgaonkar VL, Pogue-Geile MF. Genetic associations between neuregulin-1 SNPs and neurocognitive function in multigenerational, multiplex schizophrenia families. Psychiatr Genet. 2012, 22(2), 70-81.

358. Ingalhalikar M, Smith AR, Bloy L, Gur R, Roberts TP, Verma R. Identifying sub-populations via unsupervised cluster analysis on multi-edge similarity graphs. Med Image Comput Comput Assist Interv. 2012, 15(Pt 2), 254-261.

359. Satterthwaite TD, Wolf DH, Loughead J, Ruparel K, Elliott MA, Hakonarson H, Gur RC, Gur RE. Impact of in-scanner head motion on multiple measures of functional connectivity: relevance for studies of neurodevelopment in youth. Neuroimage. 2012, 60(1), 623-632.

360. Epperson CN, Amin Z, Ruparel K, Gur R, Loughead J. Interactive effects of estrogen and serotonin on brain activation during working memory and affective processing in menopausal women. Psychoneuroendocrinology. 2012, 37(3), 372-382.

361. Irani F, Seligman S, Kamath V, Kohler C, Gur RC. A meta-analysis of emotion perception and functional outcomes in schizophrenia. Schizophr Res. 2012, 137(1-3), 203-211.

362. Da Silva FN, Irani F, Richard J, Brensinger CM, Bilker WB, Gur RE, Gur RC. More than just tapping: index finger-tapping measures procedural learning in schizophrenia. Schizophr Res. 2012, 137(1-3), 234-240.

363. Zhang T, Satterthwaite TD, Elliott M, Gur RC, Gur RE, Davatzikos C. Multivariate fMRI Analysis using Optimally-Discriminative Voxel-Based Analysis. Int Workshop Pattern Recognit Neuroimaging. 2012, 2012, 33-36.

364. Seidel EM, Satterthwaite TD, Eickhoff SB, Schneider F, Gur RC, Wolf DH, Habel U, Derntl B. Neural correlates of depressive realism--an fMRI study on causal attribution in depression. J Affect Disord. 2012, 138(3), 268-276.

365. Sachs G, Moser E, Katschnig H, Gur RC, Gur RE, Erfurth A. No amygdala attenuation in schizophrenic patients treated with atypical antipsychotics. Psychiatry Res. 2012, 202(2), 168-171.

366. Vatss S, Mehar H, Bhatia T, Richard J, Gur RC, Gur RE, Nimgaonkar VL, Deshpande SN. Patterns of Tobacco Consumption among Indian Men with Schizophrenia Compared to Their Male Siblings. Psychiatry Investig. 2012, 9(3), 245-251.

367. Eavani H, Filipovych R, Davatzikos C, Satterthwaite TD, Gur RE, Gur RC. Sparse dictionary learning of resting state fMRI networks. Int Workshop Pattern Recognit Neuroimaging. 2012, 73-76.

368. Mesholam-Gately RI, Giuliano AJ, Zillmer EA, Barakat LP, Kumar A, Gur RC, McAndrew LM, Bilker WB, Elderkin-Thompson V, Moberg PJ. Verbal learning and memory in older adults with minor and major depression. Arch Clin Neuropsychol. 2012, 27(2), 196-207.

369. Shah M, Cooper DG, Cao H, Gur RC, Nenkova A, Verma R. Action Unit Models of Facial Expression of Emotion in the Presence of Speech. Int Conf Affect Comput Intell Interact Workshops. 2013, 2013, 49-54.

370. Pawliczek CM, Derntl B, Kellermann T, Gur RC, Schneider F, Habel U. Anger under control: neural correlates of frustration as a function of trait aggression. PLoS One. 2013, 8(10), e78503.

371. Kukshal P, Bhatia T, Bhagwat AM, Gur RE, Gur RC, Deshpande SN, Nimgaonkar VL, Thelma BK. Association study of neuregulin-1 gene polymorphisms in a North Indian schizophrenia sample. Schizophr Res. 2013, 144(1-3), 24-30.

372. Loughead J, Ray R, Wileyto EP, Ruparel K, O'Donnell GP, Senecal N, Siegel S, Gur RC, Lerman C. Brain activity and emotional processing in smokers treated with varenicline. Addict Biol. 2013, 18(4), 732-738.

373. Veselinovic T, Schorn H, Vernaleken IB, Hiemke C, Zernig G, Gur R, Grunder G. Effects of antipsychotic treatment on cognition in healthy subjects. J Psychopharmacol. 2013, 27(4), 374-385.

374. Perkins KA, Karelitz JL, Jao NC, Gur RC, Lerman C. Effects of bupropion on cognitive performance during initial tobacco abstinence. Drug Alcohol Depend. 2013, 133(1), 283-286.

375. Ashare RL, Wileyto EP, Ruparel K, Goelz PM, Hopson RD, Valdez JN, Gur RC, Loughead J, Lerman C. Effects of tolcapone on working memory and brain activity in abstinent smokers: a proof-of-concept study. Drug Alcohol Depend. 2013, 133(3), 852-856.

376. Schneider K, Regenbogen C, Pauly KD, Gossen A, Schneider DA, Mevissen L, Michel TM, Gur RC, Habel U, Schneider F. Evidence for gender-specific endophenotypes in high-functioning autism spectrum disorder during empathy. Autism Res. 2013, 6(6), 506-521.

377. Thomas P, Bhatia T, Gauba D, Wood J, Long C, Prasad K, Dickerson FB, Gur RE, Gur RC, Yolken RH, Nimgaonkar VL, Deshpande SN. Exposure to herpes simplex virus, type 1 and reduced cognitive function. J Psychiatr Res. 2013, 47(11), 1680-1685.

378. Satterthwaite TD, Wolf DH, Erus G, Ruparel K, Elliott MA, Gennatas ED, Hopson R, Jackson C, Prabhakaran K, Bilker WB, Calkins ME, Loughead J, Smith A, Roalf DR, Hakonarson H, Verma R, Davatzikos C, Gur RC, Gur RE. Functional maturation of the executive system during adolescence. J Neurosci. 2013, 33(41), 16249-16261.

379. Monroe JF, Griffin M, Pinkham A, Loughead J, Gur RC, Roberts TP, Christopher Edgar J. The fusiform response to faces: explicit versus implicit processing of emotion. Hum Brain Mapp. 2013, 34(1), 1-11.

380. Greenwood TA, Swerdlow NR, Gur RE, Cadenhead KS, Calkins ME, Dobie DJ, Freedman R, Green MF, Gur RC, Lazzeroni LC, Nuechterlein KH, Olincy A, Radant AD, Ray A, Schork NJ, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Sugar CA, Tsuang DW, Tsuang MT, Turetsky BI, Light GA, Braff DL. Genome-wide linkage analyses of 12 endophenotypes for schizophrenia from the Consortium on the Genetics of Schizophrenia. Am J Psychiatry. 2013, 170(5), 521-532.

381. Huang J, Wang Y, Jin Z, Di X, Yang T, Gur RC, Gur RE, Shum DH, Cheung EF, Chan RC. Happy facial expression processing with different social interaction cues: an fMRI study of individuals with schizotypal personality traits. Prog Neuropsychopharmacol Biol Psychiatry. 2013, 44, 108-117.

382. Liu J, Richmond TS, Raine A, Cheney R, Brodkin ES, Gur RC, Gur RE. The Healthy Brains and Behavior Study: objectives, design, recruitment, and population coverage. Int J Methods Psychiatr Res. 2013, 22(3), 204-216.

383. Satterthwaite TD, Wolf DH, Ruparel K, Erus G, Elliott MA, Eickhoff SB, Gennatas ED, Jackson C, Prabhakaran K, Smith A, Hakonarson H, Verma R, Davatzikos C, Gur RE, Gur RC. Heterogeneous impact of motion on fundamental patterns of developmental changes in functional connectivity during youth. Neuroimage. 2013, 83, 45-57.

384. Eavani H, Satterthwaite TD, Gur RE, Gur RC, Davatzikos C. Identifying Patterns in Temporal

Variation of Functional Connectivity using Resting State Fmri. Proc IEEE Int Symp Biomed Imaging. 2013, 2013, 1086-1089.

385. Seidel EM, Silani G, Metzler H, Thaler H, Lamm C, Gur RC, Kryspin-Exner I, Habel U, Derntl B. The impact of social exclusion vs. inclusion on subjective and hormonal reactions in females and males. Psychoneuroendocrinology. 2013, 38(12), 2925-2932.

386. Satterthwaite TD, Elliott MA, Gerraty RT, Ruparel K, Loughead J, Calkins ME, Eickhoff SB, Hakonarson H, Gur RC, Gur RE, Wolf DH. An improved framework for confound regression and filtering for control of motion artifact in the preprocessing of resting-state functional connectivity data. Neuroimage. 2013, 64, 240-256.

387. Gur RE, Kaltman D, Melhem ER, Ruparel K, Prabhakaran K, Riley M, Yodh E, Hakonarson H, Satterthwaite T, Gur RC. Incidental findings in youths volunteering for brain MRI research. AJNR Am J Neuroradiol. 2013, 34(10), 2021-2025.

388. Pawliczek CM, Derntl B, Kellermann T, Kohn N, Gur RC, Habel U. Inhibitory control and trait aggression: neural and behavioral insights using the emotional stop signal task. Neuroimage. 2013, 79, 264-274.

389. Ghanbari Y, Herrington J, Gur RC, Schultz RT, Verma R. Locality preserving non-negative basis learning with graph embedding. Inf Process Med Imaging. 2013, 23, 316-327.

390. Cai K, Singh A, Roalf DR, Nanga RP, Haris M, Hariharan H, Gur R, Reddy R. Mapping glutamate in subcortical brain structures using high-resolution GluCEST MRI. NMR Biomed. 2013, 26(10), 1278-1284.

391. Gur RC, Gur RE. Memory in health and in schizophrenia. Dialogues Clin Neurosci. 2013, 15(4), 399-410.

392. Schneider K, Pauly KD, Gossen A, Mevissen L, Michel TM, Gur RC, Schneider F, Habel U. Neural correlates of moral reasoning in autism spectrum disorder. Soc Cogn Affect Neurosci. 2013, 8(6), 702-710.

393. Roalf DR, Gur RC, Almasy L, Richard J, Gallagher RS, Prasad K, Wood J, Pogue-Geile MF, Nimgaonkar VL, Gur RE. Neurocognitive performance stability in a multiplex multigenerational study of schizophrenia. Schizophr Bull. 2013, 39(5), 1008-1017.

394. Wolf DH, Pinkham AE, Satterthwaite TD, Ruparel K, Elliott MA, Valdez J, Smith MA, Detre JA, Gur RC, Gur RE. Oral alprazolam acutely increases nucleus accumbens perfusion. Mol Psychiatry. 2013, 18(9), 960-961.

395. Thomas ML, Brown GG, Gur RC, Hansen JA, Nock MK, Heeringa S, Ursano RJ, Stein MB. Parallel psychometric and cognitive modeling analyses of the Penn Face Memory Test in the Army Study to Assess Risk and Resilience in Servicemembers. J Clin Exp Neuropsychol. 2013, 35(3), 225-245.

396. Watson AM, Prasad KM, Klei L, Wood JA, Yolken RH, Gur RC, Bradford LD, Calkins ME, Richard J, Edwards N, Savage RM, Allen TB, Kwentus J, McEvoy JP, Santos AB, Wiener HW, Go RC, Perry RT, Nasrallah HA, Gur RE, Devlin B, Nimgaonkar VL. Persistent infection with neurotropic herpes viruses and cognitive impairment. Psychol Med. 2013, 43(5), 1023-1031.

397. Wiener H, Klei L, Calkins M, Wood J, Nimgaonkar V, Gur R, Bradford LD, Richard J, Edwards N, Savage R, Kwentus J, Allen T, McEvoy J, Santos A, Gur R, Devlin B, Go R. Principal components of heritability from neurocognitive domains differ between families with schizophrenia and control subjects. Schizophr Bull. 2013, 39(2), 464-471.

398. Calkins ME, Ray A, Gur RC, Freedman R, Green MF, Greenwood TA, Light GA, Nuechterlein KH, Olincy A, Radant AD, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Sugar C, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Braff DL, Lazzeroni LC, Gur RE. Sex differences in familiality effects on neurocognitive performance in schizophrenia. Biol Psychiatry. 2013, 73(10), 976-984.

399. Gulsuner S, Walsh T, Watts AC, Lee MK, Thornton AM, Casadei S, Rippey C, Shahin H, Consortium on the Genetics of Schizophrenia (COGS), PAARTNERS Study Group, Nimgaonkar VL, Go RC, Savage RM, Swerdlow NR, Gur RE, Braff DL, King MC, McClellan JM. Spatial and temporal mapping of de novo mutations in schizophrenia to a fetal prefrontal cortical network. Cell. 2013, 154(3), 518-529.

400. Eavani H, Satterthwaite TD, Gur RE, Gur RC, Davatzikos C. Unsupervised learning of functional network dynamics in resting state fMRI. Inf Process Med Imaging. 2013, 23, 426-437.

401. Roalf DR, Ruparel K, Verma R, Elliott MA, Gur RE, Gur RC. White matter organization and neurocognitive performance variability in schizophrenia. Schizophr Res. 2013, 143(1), 172-178.

402. Falcone M, Wileyto EP, Ruparel K, Gerraty RT, LaPrate L, Detre JA, Gur R, Loughead J, Lerman C. Age-related differences in working memory deficits during nicotine withdrawal. Addict Biol. 2014, 19(5), 907-917.

403. Collier AK, Wolf DH, Valdez JN, Turetsky BI, Elliott MA, Gur RE, Gur RC. Comparison of auditory and visual oddball fMRI in schizophrenia. Schizophr Res. 2014, 158(1-3), 183-188.

404. Light G, Greenwood TA, Swerdlow NR, Calkins ME, Freedman R, Green MF, Gur RE, Gur RC, Lazzeroni LC, Nuechterlein KH, Olincy A, Radant AD, Seidman LJ, Siever LJ, Silverman JM, Sprock J, Stone WS, Sugar CA, Tsuang DW, Tsuang MT, Turetsky BI, Braff DL. Comparison of the heritability of schizophrenia and endophenotypes in the COGS-1 family study. Schizophr Bull. 2014, 40(6), 1404-1411.

405. Yi JJ, Tang SX, McDonald-McGinn DM, Calkins ME, Whinna DA, Souders MC, Zackai EH, Goldmuntz E, Gaynor JW, Gur RC, Emanuel BS, Gur RE. Contribution of congenital heart disease to neuropsychiatric outcome in school-age children with 22q11.2 deletion syndrome. Am J Med Genet B Neuropsychiatr Genet. 2014, 165B(2), 137-147.

406. Cao H, Cooper DG, Keutmann MK, Gur RC, Nenkova A, Verma R. CREMA-D: Crowd-sourced Emotional Multimodal Actors Dataset. IEEE Trans Affect Comput. 2014, 5(4), 377-390.

407. Swerdlow NR, Light GA, Sprock J, Calkins ME, Green MF, Greenwood TA, Gur RE, Gur RC, Lazzeroni LC, Nuechterlein KH, Radant AD, Ray A, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Sugar CA, Tsuang DW, Tsuang MT, Turetsky BI, Braff DL. Deficient prepulse inhibition in schizophrenia detected by the multi-site COGS. Schizophr Res. 2014, 152(2-3), 503-512.

408. Bilker WB, Wierzbicki MR, Brensinger CM, Gur RE, Gur RC. Development of abbreviated eight-item form of the Penn Verbal Reasoning Test. Assessment. 2014, 21(6), 669-678.

409. Hamm J, Pinkham A, Gur RC, Verma R, Kohler CG. Dimensional information-theoretic measurement of facial emotion expressions in schizophrenia. Schizophr Res Treatment. 2014, 2014, 243907.

410. Eavani H, Satterthwaite TD, Gur RE, Gur RC, Davatzikos C. Discriminative sparse connectivity patterns for classification of fMRI Data. Med Image Comput Comput Assist Interv. 2014, 17(Pt 3), 193-200.

411. Ruocco AC, Reilly JL, Rubin LH, Daros AR, Gershon ES, Tamminga CA, Pearlson GD, Hill

Ruben C. Gur, Ph.D.                                                            Page    34

SK, Keshavan MS, Gur RC, Sweeney JA. Emotion recognition deficits in schizophrenia-spectrum disorders and psychotic bipolar disorder: Findings from the Bipolar-Schizophrenia Network on Intermediate Phenotypes (B-SNIP) study. Schizophr Res. 2014, 158(1-3), 105-112.

412. Thompson PM, Stein JL, Medland SE, Hibar DP, Vasquez AA, Renteria ME, Toro R, Jahanshad N, Schumann G, Franke B, Wright MJ, Martin NG, Agartz I, Alda M, Alhusaini S, Almasy L, Almeida J, Alpert K, Andreasen NC, Andreassen OA, Apostolova LG, Appel K, Armstrong NJ, Aribisala B, Bastin ME, Bauer M, Bearden CE, Bergmann O, Binder EB, Blangero J, Bockholt HJ, Boen E, Bois C, Boomsma DI, Booth T, Bowman IJ, Bralten J, Brouwer RM, Brunner HG, Brohawn DG, Buckner RL, Buitelaar J, Bulayeva K, Bustillo JR, Calhoun VD, Cannon DM, Cantor RM, Carless MA, Caseras X, Cavalleri GL, Chakravarty MM, Chang KD, Ching CR, Christoforou A, Cichon S, Clark VP, Conrod P, Coppola G, Crespo-Facorro B, Curran JE, Czisch M, Deary IJ, de Geus EJ, den Braber A, Delvecchio G, Depondt C, de Haan L, de Zubicaray GI, Dima D, Dimitrova R, Djurovic S, Dong H, Donohoe G, Duggirala R, Dyer TD, Ehrlich S, Ekman CJ, Elvsashagen T, Emsell L, Erk S, Espeseth T, Fagerness J, Fears S, Fedko I, Fernandez G, Fisher SE, Foroud T, Fox PT, Francks C, Frangou S, Frey EM, Frodl T, Frouin V, Garavan H, Giddaluru S, Glahn DC, Godlewska B, Goldstein RZ, Gollub RL, Grabe HJ, Grimm O, Gruber O, Guadalupe T, Gur RE, Gur RC, Goring HH, Hagenaars S, Hajek T, Hall GB, Hall J, Hardy J, Hartman CA, Hass J, Hatton SN, Haukvik UK, Hegenscheid K, Heinz A, Hickie IB, Ho BC, Hoehn D, Hoekstra PJ, Hollinshead M, Holmes AJ, Homuth G, Hoogman M, Hong LE, Hosten N, Hottenga JJ, Hulshoff Pol HE, Hwang KS, Jack CR,Jr, Jenkinson M, Johnston C, Jonsson EG, Kahn RS, Kasperaviciute D, Kelly S, Kim S, Kochunov P, Koenders L, Kramer B, Kwok JB, Lagopoulos J, Laje G, Landen M, Landman BA, Lauriello J, Lawrie SM, Lee PH, Le Hellard S, Lemaitre H, Leonardo CD, Li CS, Liberg B, Liewald DC, Liu X, Lopez LM, Loth E, Lourdusamy A, Luciano M, Macciardi F, Machielsen MW, Macqueen GM, Malt UF, Mandl R, Manoach DS, Martinot JL, Matarin M, Mather KA, Mattheisen M, Mattingsdal M, Meyer-Lindenberg A, McDonald C, McIntosh AM, McMahon FJ, McMahon KL, Meisenzahl E, Melle I, Milaneschi Y, Mohnke S, Montgomery GW, Morris DW, Moses EK, Mueller BA, Munoz Maniega S, Muhleisen TW, Muller-Myhsok B, Mwangi B, Nauck M, Nho K, Nichols TE, Nilsson LG, Nugent AC, Nyberg L, Olvera RL, Oosterlaan J, Ophoff RA, Pandolfo M, Papalampropoulou-Tsiridou M, Papmeyer M, Paus T, Pausova Z, Pearlson GD, Penninx BW, Peterson CP, Pfennig A, Phillips M, Pike GB, Poline JB, Potkin SG, Putz B, Ramasamy A, Rasmussen J, Rietschel M, Rijpkema M, Risacher SL, Roffman JL, Roiz-Santianez R, Romanczuk-Seiferth N, Rose EJ, Royle NA, Rujescu D, Ryten M, Sachdev PS, Salami A, Satterthwaite TD, Savitz J, Saykin AJ, Scanlon C, Schmaal L, Schnack HG, Schork AJ, Schulz SC, Schur R, Seidman L, Shen L, Shoemaker JM, Simmons A, Sisodiya SM, Smith C, Smoller JW, Soares JC, Sponheim SR, Sprooten E, Starr JM, Steen VM, Strakowski S, Strike L, Sussmann J, Samann PG, Teumer A, Toga AW, Tordesillas-Gutierrez D, Trabzuni D, Trost S, Turner J, Van den Heuvel M, van der Wee NJ, van Eijk K, van Erp TG, van Haren NE, van 't Ent D, van Tol MJ, Valdes Hernandez MC, Veltman DJ, Versace A, Volzke H, Walker R, Walter H, Wang L, Wardlaw JM, Weale ME, Weiner MW, Wen W, Westlye LT, Whalley HC, Whelan CD, White T, Winkler AM, Wittfeld K, Woldehawariat G, Wolf C, Zilles D, Zwiers MP, Thalamuthu A, Schofield PR, Freimer NB, Lawrence NS, Drevets W, Alzheimer's Disease Neuroimaging Initiative, EPIGEN Consortium, IMAGEN Consortium, Saguenay Youth Study (SYS) Group. The ENIGMA Consortium: large-scale collaborative analyses of neuroimaging and genetic data. Brain Imaging Behav. 2014, 8(2), 153-182.

413. Kohler CG, Richard JA, Brensinger CM, Borgmann-Winter KE, Conroy CG, Moberg PJ, Gur RC, Gur RE, Calkins ME. Facial emotion perception differs in young persons at genetic and clinical high-risk for psychosis. Psychiatry Res. 2014, 216(2), 206-212.

414. Iannacone S, Leary M, Esposito EC, Ruparel K, Savitt A, Mott A, Richard JA, Gur RC, Abella

BS. Feasibility of cognitive functional assessment in cardiac arrest survivors using an abbreviated laptop-based neurocognitive battery. Ther Hypothermia Temp Manag. 2014, 4(3), 131-136.

415. Dyck M, Loughead J, Gur RC, Schneider F, Mathiak K. Hyperactivation balances sensory processing deficits during mood induction in schizophrenia. Soc Cogn Affect Neurosci. 2014, 9(2), 167-175.

416. Satterthwaite TD, Shinohara RT, Wolf DH, Hopson RD, Elliott MA, Vandekar SN, Ruparel K, Calkins ME, Roalf DR, Gennatas ED, Jackson C, Erus G, Prabhakaran K, Davatzikos C, Detre JA, Hakonarson H, Gur RC, Gur RE. Impact of puberty on the evolution of cerebral perfusion during adolescence. Proc Natl Acad Sci U S A. 2014, 111(23), 8643-8648.

417. Schmitt JE, Yi JJ, Roalf DR, Loevner LA, Ruparel K, Whinna D, Souders MC, McDonald-McGinn DM, Yodh E, Vandekar S, Zackai EH, Gur RC, Emanuel BS, Gur RE. Incidental radiologic findings in the 22q11.2 deletion syndrome. AJNR Am J Neuroradiol. 2014, 35(11), 2186-2191.

418. Tsuang D, Esterberg M, Braff D, Calkins M, Cadenhead K, Dobie D, Freedman R, Green MF, Greenwood T, Gur R, Gur R, Horan W, Lazzeroni LC, Light GA, Millard SP, Olincy A, Nuechterlein K, Seidman L, Siever L, Silverman J, Stone W, Sprock J, Sugar C, Swerdlow N, Tsuang M, Turetsky B, Radant A. Is there an association between advanced paternal age and endophenotype deficit levels in schizophrenia? PLoS One. 2014, 9(2), e88379.

419. Kohn N, Falkenberg I, Kellermann T, Eickhoff SB, Gur RC, Habel U. Neural correlates of effective and ineffective mood induction. Soc Cogn Affect Neurosci. 2014, 9(6), 864-872.

420. Wang Y, Yang TX, Su L, Yan C, Wang Y, Huang J, Fan MX, Yin DZ, Jin Z, Zeng YW, Shum DH, Gur RC, Chan RC. Neural correlates of prospective memory in individuals with schizotypal personality features. Neuropsychology. 2014, 28(3), 373-381.

421. Gur RE, Yi JJ, McDonald-McGinn DM, Tang SX, Calkins ME, Whinna D, Souders MC, Savitt A, Zackai EH, Moberg PJ, Emanuel BS, Gur RC. Neurocognitive development in 22q11.2 deletion syndrome: comparison with youth having developmental delay and medical comorbidities. Mol Psychiatry. 2014, 19(11), 1205-1211.

422. Gur RC, Calkins ME, Satterthwaite TD, Ruparel K, Bilker WB, Moore TM, Savitt AP, Hakonarson H, Gur RE. Neurocognitive growth charting in psychosis spectrum youths. JAMA Psychiatry. 2014, 71(4), 366-374.

423. Satterthwaite TD, Elliott MA, Ruparel K, Loughead J, Prabhakaran K, Calkins ME, Hopson R, Jackson C, Keefe J, Riley M, Mentch FD, Sleiman P, Verma R, Davatzikos C, Hakonarson H, Gur RC, Gur RE. Neuroimaging of the Philadelphia neurodevelopmental cohort. Neuroimage. 2014, 86, 544-553.

424. Roalf DR, Ruparel K, Gur RE, Bilker W, Gerraty R, Elliott MA, Gallagher RS, Almasy L, Pogue-Geile MF, Prasad K, Wood J, Nimgaonkar VL, Gur RC. Neuroimaging predictors of cognitive performance across a standardized neurocognitive battery. Neuropsychology. 2014, 28(2), 161-176.

425. Schmeidler J, Lazzeroni LC, Swerdlow NR, Ferreira RP, Braff DL, Calkins ME, Cadenhead KS, Freedman R, Green MF, Greenwood TA, Gur RE, Gur RC, Light GA, Olincy A, Nuechterlein KH, Radant AD, Seidman LJ, Siever LJ, Stone WS, Sprock J, Sugar CA, Tsuang DW, Tsuang MT, Turetsky BI, Silverman JM. Paternal age of schizophrenia probands and endophenotypic differences from unaffected siblings. Psychiatry Res. 2014, 219(1), 67-71.

426. Bhatia T, Mazumdar S, Mishra NN, Gur RE, Gur RC, Nimgaonkar VL, Deshpande SN. Protocol to evaluate the impact of yoga supplementation on cognitive function in schizophrenia: a randomised

Ruben C. Gur, Ph.D.                                                    Page    36

controlled trial. Acta Neuropsychiatr. 2014, 26(5), 280-290.

427. Tang SX, Yi JJ, Calkins ME, Whinna DA, Kohler CG, Souders MC, McDonald-McGinn DM, Zackai EH, Emanuel BS, Gur RC, Gur RE. Psychiatric disorders in 22q11.2 deletion syndrome are prevalent but undertreated. Psychol Med. 2014, 44(6), 1267-1277.

428. Calkins ME, Moore TM, Merikangas KR, Burstein M, Satterthwaite TD, Bilker WB, Ruparel K, Chiavacci R, Wolf DH, Mentch F, Qiu H, Connolly JJ, Sleiman PA, Hakonarson H, Gur RC, Gur RE. The psychosis spectrum in a young U.S. community sample: findings from the Philadelphia Neurodevelopmental Cohort. World Psychiatry. 2014, 13(3), 296-305.

429. Ingalhalikar M, Smith A, Parker D, Satterthwaite TD, Elliott MA, Ruparel K, Hakonarson H, Gur RE, Gur RC, Verma R. Reply to Joel and Tarrasch: On misreading and shooting the messenger. Proc Natl Acad Sci U S A. 2014, 111(6), E638.

430. Satterthwaite TD, Vandekar S, Wolf DH, Ruparel K, Roalf DR, Jackson C, Elliott MA, Bilker WB, Calkins ME, Prabhakaran K, Davatzikos C, Hakonarson H, Gur RE, Gur RC. Sex differences in the effect of puberty on hippocampal morphology. J Am Acad Child Adolesc Psychiatry. 2014, 53(3), 341-50.e1.

431. Ingalhalikar M, Smith A, Parker D, Satterthwaite TD, Elliott MA, Ruparel K, Hakonarson H, Gur RE, Gur RC, Verma R. Sex differences in the structural connectome of the human brain. Proc Natl Acad Sci U S A. 2014, 111(2), 823-828.

432. Collier AK, Wolf DH, Valdez JN, Gur RE, Gur RC. Subsequent memory effects in schizophrenia. Psychiatry Res. 2014, 224(3), 211-217.

433. Tang SX, Yi JJ, Moore TM, Calkins ME, Kohler CG, Whinna DA, Souders MC, Zackai EH, McDonald-McGinn DM, Emanuel BS, Bilker WB, Gur RC, Gur RE. Subthreshold psychotic symptoms in 22q11.2 deletion syndrome. J Am Acad Child Adolesc Psychiatry. 2014, 53(9), 991-1000.e2.

434. Roalf DR, Gur RE, Ruparel K, Calkins ME, Satterthwaite TD, Bilker WB, Hakonarson H, Harris LJ, Gur RC. Within-individual variability in neurocognitive performance: age- and sex-related differences in children and youths from ages 8 to 21. Neuropsychology. 2014, 28(4), 506-518.

435. Schmitt JE, Vandekar S, Yi J, Calkins ME, Ruparel K, Roalf DR, Whinna D, Souders MC, Satterwaite TD, Prabhakaran K, McDonald-McGinn DM, Zackai EH, Gur RC, Emanuel BS, Gur RE. Aberrant Cortical Morphometry in the 22q11.2 Deletion Syndrome. Biol Psychiatry. 2015, 78(2), 135-143.

436. Nuechterlein KH, Green MF, Calkins ME, Greenwood TA, Gur RE, Gur RC, Lazzeroni LC, Light GA, Radant AD, Seidman LJ, Siever LJ, Silverman JM, Sprock J, Stone WS, Sugar CA, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Braff DL. Attention/vigilance in schizophrenia: performance results from a large multi-site study of the Consortium on the Genetics of Schizophrenia (COGS). Schizophr Res. 2015, 163(1-3), 38-46.

437. Stone WS, Mesholam-Gately RI, Braff DL, Calkins ME, Freedman R, Green MF, Greenwood TA, Gur RE, Gur RC, Lazzeroni LC, Light GA, Nuechterlein KH, Olincy A, Radant AD, Siever LJ, Silverman JM, Sprock J, Sugar CA, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Seidman LJ. California Verbal Learning Test-II performance in schizophrenia as a function of ascertainment strategy: comparing the first and second phases of the Consortium on the Genetics of Schizophrenia (COGS). Schizophr Res. 2015, 163(1-3), 32-37.

438. Cordes JS, Mathiak KA, Dyck M, Alawi EM, Gaber TJ, Zepf FD, Klasen M, Zvyagintsev M,

Gur RC, Mathiak K. Cognitive and neural strategies during control of the anterior cingulate cortex by fMRI neurofeedback in patients with schizophrenia. Front Behav Neurosci. 2015, 9, 169.

439. Satterthwaite TD, Kable JW, Vandekar L, Katchmar N, Bassett DS, Baldassano CF, Ruparel K, Elliott MA, Sheline YI, Gur RC, Gur RE, Davatzikos C, Leibenluft E, Thase ME, Wolf DH. Common and Dissociable Dysfunction of the Reward System in Bipolar and Unipolar Depression. Neuropsychopharmacology. 2015, 40(9), 2258-2268.

440. Merikangas KR, Calkins ME, Burstein M, He JP, Chiavacci R, Lateef T, Ruparel K, Gur RC, Lehner T, Hakonarson H, Gur RE. Comorbidity of physical and mental disorders in the neurodevelopmental genomics cohort study. Pediatrics. 2015, 135(4), e927-38.

441. Satterthwaite TD, Vandekar SN, Wolf DH, Bassett DS, Ruparel K, Shehzad Z, Craddock RC, Shinohara RT, Moore TM, Gennatas ED, Jackson C, Roalf DR, Milham MP, Calkins ME, Hakonarson H, Gur RC, Gur RE. Connectome-wide network analysis of youth with Psychosis-Spectrum symptoms. Mol Psychiatry. 2015, 20(12), 1508-1515.

442. Chan RC, Geng FL, Lui SS, Wang Y, Ho KK, Hung KS, Gur RE, Gur RC, Cheung EF. Course of neurological soft signs in first-episode schizophrenia: Relationship with negative symptoms and cognitive performances. Sci Rep. 2015, 5, 11053.

443. Hartung EA, Laney N, Kim JY, Ruebner RL, Detre JA, Liu HS, Davatzikos C, Erus G, Doshi JJ, Schultz RT, Herrington JD, Jawad AF, Moodalbail DG, Gur RC, Port AM, Radcliffe J, Hooper SR, Furth SL. Design and methods of the NiCK study: neurocognitive assessment and magnetic resonance imaging analysis of children and young adults with chronic kidney disease. BMC Nephrol. 2015, 16, 66-015-0061-1.

444. Basner M, Savitt A, Moore TM, Port AM, McGuire S, Ecker AJ, Nasrini J, Mollicone DJ, Mott CM, McCann T, Dinges DF, Gur RC. Development and Validation of the Cognition Test Battery for Spaceflight. Aerosp Med Hum Perform. 2015, 86(11), 942-952. *recipient of Space Medicine Association Award for Journal Publication.

445. Moore TM, Scott JC, Reise SP, Port AM, Jackson CT, Ruparel K, Savitt AP, Gur RE, Gur RC. Development of an abbreviated form of the Penn Line Orientation Test using large samples and computerized adaptive test simulation. Psychol Assess. 2015, 27(3), 955-964.

446. Gu S, Satterthwaite TD, Medaglia JD, Yang M, Gur RE, Gur RC, Bassett DS. Emergence of system roles in normative neurodevelopment. Proc Natl Acad Sci U S A. 2015, 112(44), 13681-13686.

447. Corcoran CM, Keilp JG, Kayser J, Klim C, Butler PD, Bruder GE, Gur RC, Javitt DC. Emotion recognition deficits as predictors of transition in individuals at clinical high risk for schizophrenia: a neurodevelopmental perspective. Psychol Med. 2015, 45(14), 2959-2973.

448. Wang AL, Romer D, Elman I, Turetsky BI, Gur RC, Langleben DD. Emotional graphic cigarette warning labels reduce the electrophysiological brain response to smoking cues. Addict Biol. 2015, 20(2), 368-376.

449. Choudhary M, Kumar A, Tripathi M, Bhatia T, Shivakumar V, Beniwal RP, Gur RC, Gur RE, Nimgaonkar VL, Deshpande SN. F-18 fluorodeoxyglucose positron emission tomography study of impaired emotion processing in first episode schizophrenia. Schizophr Res. 2015, 162(1-3), 103-107.

450. Seidman LJ, Hellemann G, Nuechterlein KH, Greenwood TA, Braff DL, Cadenhead KS, Calkins ME, Freedman R, Gur RE, Gur RC, Lazzeroni LC, Light GA, Olincy A, Radant AD, Siever LJ, Silverman JM, Sprock J, Stone WS, Sugar C, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky

Ruben C. Gur, Ph.D.

BI, Green MF. Factor structure and heritability of endophenotypes in schizophrenia: findings from the Consortium on the Genetics of Schizophrenia (COGS-1). Schizophr Res. 2015, 163(1-3), 73-79.

451. Wolf DH, Satterthwaite TD, Calkins ME, Ruparel K, Elliott MA, Hopson RD, Jackson CT, Prabhakaran K, Bilker WB, Hakonarson H, Gur RC, Gur RE. Functional neuroimaging abnormalities in youth with psychosis spectrum symptoms. JAMA Psychiatry. 2015, 72(5), 456-465.

452. Keutmann MK, Moore SL, Savitt A, Gur RC. Generating an item pool for translational social cognition research: methodology and initial validation. Behav Res Methods. 2015, 47(1), 228-234.

453. Robinson EB, Kirby A, Ruparel K, Yang J, McGrath L, Anttila V, Neale BM, Merikangas K, Lehner T, Sleiman PM, Daly MJ, Gur R, Gur R, Hakonarson H. The genetic architecture of pediatric cognitive abilities in the Philadelphia Neurodevelopmental Cohort. Mol Psychiatry. 2015, 20(4), 454-458.

454. Honnorat N, Eavani H, Satterthwaite TD, Gur RE, Gur RC, Davatzikos C. GraSP: geodesic Graph-based Segmentation with Shape Priors for the functional parcellation of the cortex. Neuroimage. 2015, 106, 207-221.

455. Roalf DR, Vandekar SN, Almasy L, Ruparel K, Satterthwaite TD, Elliott MA, Podell J, Gallagher S, Jackson CT, Prasad K, Wood J, Pogue-Geile MF, Nimgaonkar VL, Gur RC, Gur RE. Heritability of subcortical and limbic brain volume and shape in multiplex-multigenerational families with schizophrenia. Biol Psychiatry. 2015, 77(2), 137-146.

456. Eavani H, Satterthwaite TD, Filipovych R, Gur RE, Gur RC, Davatzikos C. Identifying Sparse Connectivity Patterns in the brain using resting-state fMRI. Neuroimage. 2015, 105, 286-299.

457. Erus G, Battapady H, Satterthwaite TD, Hakonarson H, Gur RE, Davatzikos C, Gur RC. Imaging patterns of brain development and their relationship to cognition. Cereb Cortex. 2015, 25(6), 1676-1684.

458. Yi JJ, Calkins ME, Tang SX, Kohler CG, McDonald-McGinn DM, Zackai EH, Savitt AP, Bilker WB, Whinna DA, Souders MC, Emanuel BS, Gur RC, Gur RE. Impact of psychiatric comorbidity and cognitive deficit on function in 22q11.2 deletion syndrome. J Clin Psychiatry. 2015, 76(10), e1262-70.

459. Satterthwaite TD, Wolf DH, Roalf DR, Ruparel K, Erus G, Vandekar S, Gennatas ED, Elliott MA, Smith A, Hakonarson H, Verma R, Davatzikos C, Gur RE, Gur RC. Linked Sex Differences in Cognition and Functional Connectivity in Youth. Cereb Cortex. 2015, 25(9), 2383-2394.

460. Thomas ML, Brown GG, Gur RC, Moore TM, Patt VM, Nock MK, Naifeh JA, Heeringa S, Ursano RJ, Stein MB, Army STARRS Collaborators. Measurement of latent cognitive abilities involved in concept identification learning. J Clin Exp Neuropsychol. 2015, 37(6), 653-669.

461. Gur RE, March M, Calkins ME, Weittenhiller L, Wolf DH, Turetsky BI, Gur RC. Negative symptoms in youths with psychosis spectrum features: Complementary scales in relation to neurocognitive performance and function. Schizophr Res. 2015, 166(1-3), 322-327.

462. Gur RC, Braff DL, Calkins ME, Dobie DJ, Freedman R, Green MF, Greenwood TA, Lazzeroni LC, Light GA, Nuechterlein KH, Olincy A, Radant AD, Seidman LJ, Siever LJ, Silverman JM, Sprock J, Stone WS, Sugar CA, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Gur RE. Neurocognitive performance in family-based and case-control studies of schizophrenia. Schizophr Res. 2015, 163(1-3), 17-23.

463. Calkins ME, Merikangas KR, Moore TM, Burstein M, Behr MA, Satterthwaite TD, Ruparel K, Wolf DH, Roalf DR, Mentch FD, Qiu H, Chiavacci R, Connolly JJ, Sleiman PM, Gur RC,

Hakonarson H, Gur RE. The Philadelphia Neurodevelopmental Cohort: constructing a deep phenotyping collaborative. J Child Psychol Psychiatry. 2015, 56(12), 1356-1369.

464. Ibrahim I, Tobar S, Elassy M, Mansour H, Chen K, Wood J, Gur RC, Gur RE, El Bahaei W, Nimgaonkar V. Practice effects distort translational validity estimates for a Neurocognitive Battery. J Clin Exp Neuropsychol. 2015, 37(5), 530-537.

465. Moore TM, Reise SP, Gur RE, Hakonarson H, Gur RC. Psychometric properties of the Penn Computerized Neurocognitive Battery. Neuropsychology. 2015, 29(2), 235-246.

466. Kogler L, Muller VI, Chang A, Eickhoff SB, Fox PT, Gur RC, Derntl B. Psychosocial versus physiological stress - Meta-analyses on deactivations and activations of the neural correlates of stress reactions. Neuroimage. 2015, 119, 235-251.

467. Schneider I, Regenbogen C, Kohn N, Zepf FD, Bubenzer-Busch S, Schneider F, Gur RC, Habel U. Reduced Responsiveness to Social Provocation in Autism Spectrum Disorder. Autism Res. 2015, 8(3), 297-306.

468. Hill SK, Reilly JL, Ragozzino ME, Rubin LH, Bishop JR, Gur RC, Gershon ES, Tamminga CA, Pearlson GD, Keshavan MS, Keefe RS, Sweeney JA. Regressing to Prior Response Preference After Set Switching Implicates Striatal Dysfunction Across Psychotic Disorders: Findings From the B-SNIP Study. Schizophr Bull. 2015, 41(4), 940-950.

469. Radant AD, Millard SP, Braff DL, Calkins ME, Dobie DJ, Freedman R, Green MF, Greenwood TA, Gur RE, Gur RC, Lazzeroni LC, Light GA, Meichle SP, Nuechterlein KH, Olincy A, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Sugar CA, Tsuang MT, Turetsky BI, Tsuang DW. Robust differences in antisaccade performance exist between COGS schizophrenia cases and controls regardless of recruitment strategies. Schizophr Res. 2015, 163(1-3), 47-52.

470. Kogler L, Gur RC, Derntl B. Sex differences in cognitive regulation of psychosocial achievement stress: brain and behavior. Hum Brain Mapp. 2015, 36(3), 1028-1042.

471. Vandekar SN, Shinohara RT, Raznahan A, Roalf DR, Ross M, DeLeo N, Ruparel K, Verma R, Wolf DH, Gur RC, Gur RE, Satterthwaite TD. Topologically dissociable patterns of development of the human cerebral cortex. J Neurosci. 2015, 35(2), 599-609.

472. Turetsky BI, Dress EM, Braff DL, Calkins ME, Green MF, Greenwood TA, Gur RE, Gur RC, Lazzeroni LC, Nuechterlein KH, Radant AD, Seidman LJ, Siever LJ, Silverman JM, Sprock J, Stone WS, Sugar CA, Swerdlow NR, Tsuang DW, Tsuang MT, Light G. The utility of P300 as a schizophrenia endophenotype and predictive biomarker: clinical and socio-demographic modulators in COGS-2. Schizophr Res. 2015, 163(1-3), 53-62.

473. Light GA, Swerdlow NR, Thomas ML, Calkins ME, Green MF, Greenwood TA, Gur RE, Gur RC, Lazzeroni LC, Nuechterlein KH, Pela M, Radant AD, Seidman LJ, Sharp RF, Siever LJ, Silverman JM, Sprock J, Stone WS, Sugar CA, Tsuang DW, Tsuang MT, Braff DL, Turetsky BI. Validation of mismatch negativity and P3a for use in multi-site studies of schizophrenia: characterization of demographic, clinical, cognitive, and functional correlates in COGS-2. Schizophr Res. 2015, 163(1-3), 63-72.

474. Lee J, Green MF, Calkins ME, Greenwood TA, Gur RE, Gur RC, Lazzeroni LC, Light GA, Nuechterlein KH, Radant AD, Seidman LJ, Siever LJ, Silverman JM, Sprock J, Stone WS, Sugar CA, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Braff DL. Verbal working memory in schizophrenia from the Consortium on the Genetics of Schizophrenia (COGS) study: the moderating role of smoking status and antipsychotic medications. Schizophr Res. 2015, 163(1-3), 24-31.

Ruben C. Gur, Ph.D.                                                      Page    40

475. Seidel EM, Kogler L, Moser E, Windischberger C, Kryspin-Exner I, Gur RC, Habel U, Derntl B. Weiblicher vs. männlicher Stresstyp? Ein aktueller Überblick zur europsychologischen Stressforschung. Zeitschrift für Psychiatrie, Psychologie und Psychotherapie. 2015, 71-79.

476. Roalf DR, Gur RE, Verma R, Parker WA, Quarmley M, Ruparel K, Gur RC. White matter microstructure in schizophrenia: associations to neurocognition and clinical symptomatology. Schizophr Res. 2015, 161(1), 42-49.

477. Loughead J, Wileyto EP, Ruparel K, Falcone M, Hopson R, Gur R, Lerman C. Working memory-related neural activity predicts future smoking relapse. Neuropsychopharmacology. 2015, 40(6), 1311-1320.

478. Ferri SL, Kreibich AS, Torre M, Piccoli CT, Dow H, Pallathra AA, Li H, Bilker WB, Gur RC, Abel T, Brodkin ES. Activation of basolateral amygdala in juvenile C57BL/6J mice during social approach behavior. Neuroscience. 2016, 335, 184-194.

479. Germine L, Robinson E, Smoller J, Calkins ME, Moore T, Hakonarson H, Daly M, Lee P, Holmes A, Buckner RL, Gur RC, Gur RE. Association between polygenic risk for schizophrenia, neurocognition, and social cognition across development. Translational psychiatry. 2016, In press.

480. Montano C, Taub MA, Jaffe A, Briem E, Feinberg JI, Trygvadottir R, Idrizi A, Runarsson A, Berndsen B, Gur RC, Moore TM, Perry RT, Fugman D, Sabunciyan S, Yolken RH, Hyde TM, Kleinman JE, Sobell JL, Pato CN, Pato MT, Go RC, Nimgaonkar V, Weinberger DR, Braff D, Gur RE, Fallin MD, Feinberg AP. Association of DNA Methylation Differences With Schizophrenia in an Epigenome-Wide Association Study. JAMA Psychiatry. 2016, 73(5), 506-514.

481. Loughead J, Falcone M, Wileyto EP, Albelda B, Audrain-McGovern J, Cao W, Kurtz MM, Gur RC, Lerman C. Can brain games help smokers quit?: Results of a randomized clinical trial. Drug Alcohol Depend. 2016, 168, 112-118.

482. Faulconbridge LF, Ruparel K, Loughead J, Allison KC, Hesson LA, Fabricatore AN, Rochette A, Ritter S, Hopson RD, Sarwer DB, Williams NN, Geliebter A, Gur RC, Wadden TA. Changes in neural responsivity to highly palatable foods following roux-en-Y gastric bypass, sleeve gastrectomy, or weight stability: An fMRI study. Obesity (Silver Spring). 2016, 24(5), 1054-1060.

483. Moore TM, Martin IK, Gur OM, Jackson CT, Scott JC, Calkins ME, Ruparel K, Port AM, Nivar I, Krinsky HD, Gur RE, Gur RC. Characterizing social environment's association with neurocognition using census and crime data linked to the Philadelphia Neurodevelopmental Cohort. Psychol Med. 2016, 46(3), 599-610.

484. Shanmugan S, Wolf DH, Calkins ME, Moore TM, Ruparel K, Hopson RD, Vandekar SN, Roalf DR, Elliott MA, Jackson C, Gennatas ED, Leibenluft E, Pine DS, Shinohara RT, Hakonarson H, Gur RC, Gur RE, Satterthwaite TD. Common and Dissociable Mechanisms of Executive System Dysfunction Across Psychiatric Disorders in Youth. Am J Psychiatry. 2016, 173(5), 517-526.

485. Kalkstein S, Scott JC, Biester R, Brownlow JA, Harpaz-Rotem I, Gur RC. Comparison of Blast-Exposed OEF/OIF Veterans with and without a History of TBI Symptoms on a Brief Computerized Neuropsychological Battery. Appl Neuropsychol Adult. 2016, 1-6.

486. Wagels L, Bergs R, Clemens B, Bauchmuller M, Gur RC, Schneider F, Habel U, Kohn N. Contextual exclusion processing: an fMRI study of rejection in a performance-related context. Brain Imaging Behav. 2016.

487. Jones JD, Scott JC, Calkins ME, Ruparel K, Moore TM, Gur RC, Gur RE. Correspondence between adolescent and informant reports of substance use: Findings from the Philadelphia

Ruben C. Gur, Ph.D.                                                        Page    41

Neurodevelopmental Cohort. Addict Behav. 2016, 65, 13-18.

488. Moore TM, Reise SP, Roalf DR, Satterthwaite TD, Davatzikos C, Bilker WB, Port AM, Jackson CT, Ruparel K, Savitt AP, Baron RB, Gur RE, Gur RC. Development of an Itemwise Efficiency Scoring Method: Concurrent, Convergent, Discriminant, and Neuroimaging-Based Predictive Validity Assessed in a Large Community Sample. Psychol Assess. 2016.

489. Schmitt JE, Yi J, Calkins ME, Ruparel K, Roalf DR, Cassidy A, Souders MC, Satterthwaite TD, McDonald-McGinn DM, Zackai EH, Gur RC, Emanuel BS, Gur RE. Disrupted anatomic networks in the 22q11.2 deletion syndrome. Neuroimage Clin. 2016, 12, 420-428.

490. Kaczkurkin AN, Moore TM, Ruparel K, Ciric R, Calkins ME, Shinohara RT, Elliott MA, Hopson R, Roalf DR, Vandekar SN, Gennatas ED, Wolf DH, Scott JC, Pine DS, Leibenluft E, Detre JA, Foa EB, Gur RE, Gur RC, Satterthwaite TD. Elevated Amygdala Perfusion Mediates Developmental Sex Differences in Trait Anxiety. Biol Psychiatry. 2016.

491. Tunc B, Solmaz B, Parker D, Satterthwaite TD, Elliott MA, Calkins ME, Ruparel K, Gur RE, Gur RC, Verma R. Establishing a link between sex-related differences in the structural connectome and behaviour. Philos Trans R Soc Lond B Biol Sci. 2016, 371(1688), 20150111.

492. Hartung EA, Kim JY, Laney N, Hooper SR, Radcliffe J, Port AM, Gur RC, Furth SL. Evaluation of Neurocognition in Youth with CKD Using a Novel Computerized Neurocognitive Battery. Clin J Am Soc Nephrol. 2016, 11(1), 39-46.

493. Kos MZ, Carless MA, Peralta J, Blackburn A, Almeida M, Roalf D, Pogue-Geile MF, Prasad K, Gur RC, Nimgaonkar V, Curran JE, Duggirala R, Glahn DC, Blangero J, Gur RE, Almasy L. Exome Sequence Data From Multigenerational Families Implicate AMPA Receptor Trafficking in Neurocognitive Impairment and Schizophrenia Risk. Schizophr Bull. 2016, 42(2), 288-300.

494. Greenwood TA, Light GA, Swerdlow NR, Calkins ME, Green MF, Gur RE, Gur RC, Lazzeroni LC, Nuechterlein KH, Olincy A, Radant AD, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Sugar CA, Tsuang DW, Tsuang MT, Turetsky BI, Freedman R, Braff DL. Gating Deficit Heritability and Correlation With Increased Clinical Severity in Schizophrenia Patients With Positive Family History. Am J Psychiatry. 2016, 173(4), 385-391.

495. Ibrahim I, Salah H, El Sayed H, Mansour H, Eissa A, Wood J, Fathi W, Tobar S, Gur RC, Gur RE, Dickerson F, Yolken RH, El Bahaey W, Nimgaonkar V. Hepatitis C virus antibody titers associated with cognitive dysfunction in an asymptomatic community-based sample. J Clin Exp Neuropsychol. 2016, 38(8), 861-868.

496. Xu T, Wang Y, Li Z, Huang J, Lui SS, Tan SP, Yu X, Cheung EF, He MG, Ott J, Gur RE, Gur RC, Chan RC. Heritability and familiality of neurological soft signs: evidence from healthy twins, patients with schizophrenia and non-psychotic first-degree relatives. Psychol Med. 2016, 46(1), 117-123.

497. Roalf DR, Quarmley M, Elliott MA, Satterthwaite TD, Vandekar SN, Ruparel K, Gennatas ED, Calkins ME, Moore TM, Hopson R, Prabhakaran K, Jackson CT, Verma R, Hakonarson H, Gur RC, Gur RE. The impact of quality assurance assessment on diffusion tensor imaging outcomes in a large-scale population-based cohort. Neuroimage. 2016, 125, 903-919.

498. Weinberger R, Yi J, Calkins M, Guri Y, McDonald-McGinn DM, Emanuel BS, Zackai EH, Ruparel K, Carmel M, Michaelovsky E, Weizman A, Gur RC, Gur RE, Gothelf D. Neurocognitive profile in psychotic versus nonpsychotic individuals with 22q11.2 deletion syndrome. Eur Neuropsychopharmacol. 2016, 26(10), 1610-1618.

499. Yi JJ, Weinberger R, Moore TM, Calkins ME, Guri Y, McDonald-McGinn DM, Zackai EH, Emanuel BS, Gur RE, Gothelf D, Gur RC. Performance on a computerized neurocognitive battery in 22q11.2 deletion syndrome: A comparison between US and Israeli cohorts. Brain Cogn. 2016, 106, 33-41.

500. Satterthwaite TD, Connolly JJ, Ruparel K, Calkins ME, Jackson C, Elliott MA, Roalf DR, Ryan Hopsona KP, Behr M, Qiu H, Mentch FD, Chiavacci R, Sleiman PM, Gur RC, Hakonarson H, Gur RE. The Philadelphia Neurodevelopmental Cohort: A publicly available resource for the study of normal and abnormal brain development in youth. Neuroimage. 2016, 124(Pt B), 1115-1119.

501. Langleben DD, Hakun JG, Seelig D, Wang AL, Ruparel K, Bilker WB, Gur RC. Polygraphy and Functional Magnetic Resonance Imaging in Lie Detection: A Controlled Blind Comparison Using the Concealed Information Test. J Clin Psychiatry. 2016, 77(10), 1372-1380.

502. Gur RC. Prospective Community Studies Linking Cognitive Deficits to Subclinical Symptoms and a Step Toward Precision Medicine. JAMA Psychiatry. 2016, 73(2), 109-110.

503. Bhatia T, Mazumdar S, Wood J, He F, Gur RE, Gur RC, Nimgaonkar VL, Deshpande SN. A randomised controlled trial of adjunctive yoga and adjunctive physical exercise training for cognitive dysfunction in schizophrenia. Acta Neuropsychiatr. 2016, 1-13.

504. Gur RE, Gur RC. Sex differences in brain and behavior in adolescence: Findings from the Philadelphia Neurodevelopmental Cohort. Neurosci Biobehav Rev. 2016, 70, 159-170.

505. Kogler L, Muller VI, Seidel EM, Boubela R, Kalcher K, Moser E, Habel U, Gur RC, Eickhoff SB, Derntl B. Sex differences in the functional connectivity of the amygdalae in association with cortisol. Neuroimage. 2016, 134, 410-423.

506. Gur RC, Gur RE. Social cognition as an RDoC domain. Am J Med Genet B Neuropsychiatr Genet. 2016, 171B(1), 132-141.

507. Satterthwaite TD, Wolf DH, Calkins ME, Vandekar SN, Erus G, Ruparel K, Roalf DR, Linn KA, Elliott MA, Moore TM, Hakonarson H, Shinohara RT, Davatzikos C, Gur RC, Gur RE. Structural Brain Abnormalities in Youth With Psychosis Spectrum Symptoms. JAMA Psychiatry. 2016, 73(5), 515-524.

508. van Erp TG, Hibar DP, Rasmussen JM, Glahn DC, Pearlson GD, Andreassen OA, Agartz I, Westlye LT, Haukvik UK, Dale AM, Melle I, Hartberg CB, Gruber O, Kraemer B, Zilles D, Donohoe G, Kelly S, McDonald C, Morris DW, Cannon DM, Corvin A, Machielsen MW, Koenders L, de Haan L, Veltman DJ, Satterthwaite TD, Wolf DH, Gur RC, Gur RE, Potkin SG, Mathalon DH, Mueller BA, Preda A, Macciardi F, Ehrlich S, Walton E, Hass J, Calhoun VD, Bockholt HJ, Sponheim SR, Shoemaker JM, van Haren NE, Pol HE, Ophoff RA, Kahn RS, Roiz-Santianez R, Crespo-Facorro B, Wang L, Alpert KI, Jonsson EG, Dimitrova R, Bois C, Whalley HC, McIntosh AM, Lawrie SM, Hashimoto R, Thompson PM, Turner JA. Subcortical brain volume abnormalities in 2028 individuals with schizophrenia and 2540 healthy controls via the ENIGMA consortium. Mol Psychiatry. 2016, 21(4), 547-553.

509. Vandekar SN, Shinohara RT, Raznahan A, Hopson RD, Roalf DR, Ruparel K, Gur RC, Gur RE, Satterthwaite TD. Subject-level measurement of local cortical coupling. Neuroimage. 2016, 133, 88-97.

510. Roalf DR, Quarmley M, Calkins ME, Satterthwaite TD, Ruparel K, Elliott MA, Moore TM, Gur RC, Gur RE, Moberg PJ, Turetsky BI. Temporal Lobe Volume Decrements in Psychosis Spectrum Youths. Schizophr Bull. 2016.

Ruben C. Gur, Ph.D.                                                        Page    43

Contributions to peer-reviewed clinical research publications, participation cited but not by authorship:                      Not tracked.

Research Publications, non-peer reviewed:        Not tracked.

Abstracts: (Excluding abstracts subsequently published as full-length papers; Past 3 years only)
                    Not tracked.

Editorials, Reviews, Chapters, including participation in committee reports: (not updated past
        2009)

1.  Gur RE, Gur RC.  Correlates of conjugate lateral eye movement behavior in humans.  In S.
        Harnad et al (eds.), Lateralization in the nervous system. New York: Academic Press, 1976.

2.  Gur RE, Levy J, Gur RC.  Clinical studies of brain organization and behavior.  In A. Frazer, A.
        Winokur (eds.), Biological basis of psychiatric disorders.  New York:  Spectrum, 1977.

3.  Sackeim HA, Gur RC.  Self-confrontations, self-deception and consciousness.  In G.E. Schwartz,
        D. Shapiro (eds.), Consciousness and self-regulation: advances in research.  New York:
        Plenum Press, 1978.

4.  Gur RC.  Imagery, absorption and the tendency toward  "mind exploration" as correlates of
        hypnotic susceptibility in males and females. In F.H. Frankel, H.S. Zamansky (eds.),
        Hypnosis at its bicentennial: selected papers. New York: Plenum, 1978.

5.  Gur RC, Gur RE.  Handedness and individual differences in hemispheric activation.  In J. Herron
        (ed.), The Neuropsychology of left-handedness. New York:  Academic Press, 1979.

6.  Levy J, Gur RC.  Individual differences in psychoneurological organization.  In J. Herron (ed.),
        The neuropsychology of left-handedness.  New York: Academic Press, 1979.

7.  Sackeim HA, Gur RC.  Facial symmetry, perceiver biases and the communication of emotion.  In
        J.T. Cacioppo, R.E. Petty (eds.), Social Psychophysiology.  New York: Guilford, 1983.

8.  Gur RC.  Measurement and imaging of regional brain function: Implications for neuropsychiatry.
        In P. Flor-Henry, J. Gruzelier (eds.), Laterality and psychopathology. Amsterdam: Elsevier,
        1983.

9.  Reivich M, Gur RC.  Sensory and psychological effects on local glucose metabolism in humans.
        In M. Reivich (ed.), Positron emission tomography. New York: Liss, 1985.

10. Gur RC, Gur RE, Sussman NM, Selzer M.  Positron emission tomography in epilepsy.  In M.
        Reivich (ed.), Positron emission tomography. New York: Liss, 1985.

11. Gur RC.  Measurement of regional brain physiology in humans: early applications in behavioral
        neurology. In M-M. Mesulam (ed.), Principles of behavioral neurology. Philadelphia: F.A.
        Davis, 1985.

Ruben C. Gur, Ph.D.                                                   Page    44

12. Alavi A, Chawluk JB, Hurtig HI, Dann RW, Saykin AJ, Gur RC, Reivich M. Determination of regional cerebral function and structure in normal aging and dementia with positron emission tomography (PET), magnetic resonance imaging (MRI) and x-ray computed tomography (XCT). In H. Hafner, G. Moschel, N. Sartorius (eds.), Mental health in the elderly. Heidelberg: Springer-Verlag, 1985.

13. Gur RC, Gur RE. Hemispheric specialization and regional cerebral blood flow. In A. Glass (ed.), Individual differences in hemispheric specialization. New York: Plenum Publications, 1987.

14. Gur RC. Imaging the activity of the human brain. National Forum, 1987, 67, 13-16.

15. Gur RC. Integration of multifaceted data on regional brain function: from metabolic images to behavioral images. In R. Takahashi, P. Flor-Henry, J. Gruzelier, S. Niwa (eds.), Cerebral dynamics, laterality and psychopathology. Amsterdam: Elsevier, 1987.

16. Gur RC. Atlas of brain imaging: The 133-Xenon inhalation technique. Masters in Psychiatry, 1987.

17. Gur RC, Gur RE, Saykin AJ. The neuropsychological study of schizophrenia. In C.A. Tamminga, S.C. Schulz (eds.), Advances in Neuropsychiatry and Psychopharmacology, Vol 1. Schizophrenia Research. New York: Raven Press, 1991, pp.153-162.

18. Gur RC, Gur RE. The use of neuroimaging techniques in brain injury. In J. Dywan, R. Kaplan (eds.), Neuropsychology and the Law. New York:Springer-Verlag, 1991.

19. Gur RC, Gur RE. The impact of neuroimaging on human neuropsychology. In R.G. Lister, H.J. Weingartner (eds.), Perspectives on Cognitive Neuroscience. Oxford University Press, 1991, 23, 417-435.

20. Gur RC, Gur RE. Laterality in schizophrenia: PET studies. In N.D. Volkow (ed), Positron Emission Tomography in Schizophrenia,1991, 3, 47-58.

21. Gur RC, Saykin AJ, Gur RE. Neuropsychological assessment in psychiatric research and practice. In S.B. Guze, J. Helzer (eds), Psychiatry, 1991, 72, 1-16.

22. Gur RC, Gur RE. Neurobehavioral and neuroimaging data in the medical-legal context. In H.V. Hall, R.J. Sbordone (eds.), Disorders of Executive Functions: Civil and Criminal Law Applications, 1993, 4, 107-122.

23. Gur RC. Neuropsychological methods for evaluating regional brain dysfunction. In A. Wilner (ed.), Cerebral Damage Before and After Cardiac Surgery. England: Kluwer, 1993, 8, 101-111.

24. Gur RC, Gur RE, Saykin AJ. Behavioral Imaging: The Neuropsychological Assessment. In K. Maurer (ed.), Imaging of the Brain in Psychiatry and Related Fields. New York: Springer-Verlag, 1993, 351-361.

Ruben C. Gur, Ph.D.                                                                Page     45

25.  Gur RC, Saykin AJ, Gur RE.  Brain function in schizophrenia: application of neurobehavioral studies.  In N.C. Andreasen (ed.), Schizophrenia: From Mind to Molecule, 1994, 5, 93-104.

26.  Gur RC, Gur RE. Methods for the study of brain-behavior relationships. In A. Frazer, P.B. Molinoff, A. Winokur (eds.), Biological Bases Of Brain Function and Disease. Raven Press. 1994, 15, 261-279.

27.  Gur RC, Gur RE. The potential of physiological neuroimaging for the study of schizotypy: experiences from applications to schizophrenia. In A. Raine, T. Lencz, S.A. Mednick (eds.), Schizotypal Personality. Cambridge University Press, 1995, 17, 406-425.

28.  Gur RC, Gutierrez JM, Holdnack JA, Mahr RN. Neurobehavioral probes as applied in physiologic neuroimaging studies: Methodologic considerations. In E.D. Bigler (ed.), Handbook of Human Brain Function: Neuroimaging. New York: Plenum Press, 1996, 10, 199-214.

29.  Gur RC, Moberg PJ, Gur RE. Aging and cognitive functioning. In R. Lavizzo-Mourey, M. Forciea (eds.), Geriatric Secrets, 1996, 26, 126-129. 3rd Edition.

30.  Gutierrez JM, Gur RC. A computerized forced-choice method for detection of malingering. in: CR Reynolds (Editor) Detection of  During Head Injury Litigation (Critical Issues in Neuropsychology). New York: Planum 1998.

31.  Gur RE, Gur RC.  Blood flow and metabolism in schizophrenia. In R. Mathew (ed.), Cerebral Blood Flow in Neuropsychiatric Disorders. Great Neck, NY:  PMA Publishing Corp., 1993

32.  Gur RE, Gur RC. Schizophrenia: Brain Structure and Function. In H.I. Kaplan, B.J. Sadock (eds.), Comprehensive Textbook of Psychiatry/VII, Philadelphia: Lippincott Williams & Wilkins, 2000.

33.  Gur RC, Cowell P, Gur RE. Gender Differences in Neuropsychological Testing. In L.J. Dickstein, B.L. Kennedy (eds.), Gender Differences in the Brain: Linking Biology to Psychiatry. New York:Guilford Publications, Inc., 2000.

34.  Gur RC, Moelter ST, Ragland JD. Learning and memory in schizophrenia. In, Sharma, T., & Harvey, P. (Eds.), Cognition in Schizophrenia. Oxford University Press: Oxford, G.B., 1999.

35.  Gur RC, Gur RE. Neuroimaging applications in the elderly. American Journal of Geriatric Psychiatry, 2002, 10, 5-11.

36.  Gur RE, Gur RC. Neuroimaging in Schizophrenia: Linking Neuropsychiatric Manifestations to Neurobiology. In H.I. Kaplan, B.J. Sadock (eds.), Comprehensive Textbook of Psychiatry/VIII, Philadelphia: Lippincott Williams & Wilkins, 2005.

37.  Gur RC, Gur RE. Neural substrates for sex differences in cognition. In S.J. Ceci, W.N. Williams (eds.), Why Aren't More Women in Science? Washington, DC: American Psychological Association Press, 2007, 189-198.

Ruben C. Gur, Ph.D.                                                                    Page    46

38.  Gur RC, Contreras D, Gur RE.  Function and Indeterminacy:  Brain and Behavior.  In Ciprut, JV, Indeterminacy: The Mapped, the Navigable and the Uncharted, Cambridge Massachusetts, MIT Press, 2008, 195-214.

39.  Gur RE, Gur RC.  Schizophrenia: Functional Human Brain Imaging.  In Kaplan and Sadock (eds.) Comprehensive Textbook of Psychiatry/IX, Baltimore: Wolters Kluwer/Lippincott Williams and Wilkins, 2009

COMMENTARIES: (not tracked past 2000)

1.  Gur RC.  Measuring hypnotic susceptibility: A guest editorial. American Journal of Clinical Hypnosis, 1979, 21, No. 2 and 3, (October 1978/January 1979).  (Two issues devoted to the psychometrics of hypnotizability, edited by RC Gur).

2.  Gur RE, Gur RC.  A note on Levick and Voneida:  Eye movements in schizophrenics vs. normal subjects.  Archives of General Psychiatry, 1979, 36, 493-494.

3.  Sackeim HA, Gur RC.  Asymmetry in facial expression. Science, 1980, 209, 834-836.

4.  Sackeim HS, Gur RC.  Voice recognition and the ontological status of self-deception. Journal of Personality and Social Psychology, 1985, 48, 1365-1368.

5.  Gur RE, Skolnick BE, Gur RC.  Gruzelier's "reconsideration" considered. (Response to J. Gruzelier's reconsideration of Gur et al [1983] conclusions). Archives of General Psychiatry, 1985, 42, 633.

6.  Saykin AJ, Gur RC.  A review of Neuropsychological Assessment of Neuropsychiatric Disorders. In I. Grant, K.M. Adams (eds.), New York, Oxford University Press, 1986.

7.  Gur RC.  Do we have a research method for studying self reports? A review of A. Giorgi (ed.), Phenomenology and psychological research. Contemporary Psychology: A Journal of Reviews, 1987, 32, 547-548.

8.  Nasrallah HA, Mitchell AJ, Gur RE, Gur RC, Turetsky BI, Cannon TD, Mozley PD.  Brain and CSF Volume Differences in Schizophrenic Subtypes. American Journal of Psychiatry, 1995, 152, 817-818.

9.  Gur RC, Gur RE. Hypofrontality in schizophrenia: RIP. The Lancet, 1995, 345, 1383-1384.

10.  Lenkinsky RE, Gur RC. MRS: A novel tool for studying brain function. Contemporary Psychology: A Journal of Reviews, 1997, 42, 351-352.

11.  Moberg PJ, Doty RL, Turetsky BI, Arnold SE, Mahr RN, Gur RC, Bilker WB, Gur RE.  Olfactory identification abilities deteriorate in patients with schizophrenia, even for those with relatively recent onset [letter; reply]. American Journal of Psychiatry, 1998, 155, 1463-1464.

Ruben C. Gur, Ph.D. Page 47

12. Gur RC, McBride T. Toward a unitary description of neuropsychological functions: a review of Handbook of Clinical and Experimental Neuropsychology Edited by Gianfranco Denes and Luigi Pizzamiglio. Contemporary Psychology, 2000, 45, 682-683.

BOOKS:

Gur RE, Andreasen NA, Asarnow R, Gur RC, Jones P, Kendler K, Matcheri K, Lieberman J, McCarley R, Murray R, Rapoport J, Tamminga C, Tsuang M, Walker E, Weinberger D. Commission on Schizophrenia. In D.L. Evans, E. Foa, R.E. Gur, H. Hendrin, C. O'Brien, M. Seligman, B.T. Walsh, (Eds), Treating and Preventing Adolescent Mental Health Disorders: What We Know and What We Don't Know. New York: Oxford University Press, The Annenberg Foundation Trust at Sunnylands, and the Annenberg Public Policy Center of the University of Pennsylvania, 2005.

RESEARCH SUPPORT
Ongoing Research Support
NIH T32 MH019112; (PI: Gur, RE) 07/01/93 - 06/30/19
Schizophrenia: A Neuropsychiatric Perspective. This postdoctoral training grant provides stipends for Fellows to pursue research training in the neurobiology of schizophrenia.
NIH U01 MH087626 (PI: Gur, RE) 09/10/10 - 05/31/16
1/2 –Brain Behavior & Genetic studies of the 22q11DS. A collaborative R01 between CHOP and Penn that combines genetic and neurobehavioral paradigms to advance understanding of pathogenesis of schizophrenia.
NIH P50MH096891 (Gur, RE) 09/01/12-05/31/17
Developmental Trajectories of Negative Symptoms in Schizophrenia. The goal of this Center grant is to probe brain circuitry that underlies the core negative symptoms of schizophrenia, diminished emotional expressivity and social drive, in humans and mice.
NIH P50 MH099910 (PI: Epperson, N) 08/06/12-07/31/17
Prepubertal Stress, Windows of Risk & Sex Bias for Affective Disturbance. The goal of the scientific Projects in this SCOR proposal is to determine how the experience of prepubertal adversity reprograms the brain toward stress dysregulation.
NIH R01MH099156 (PI: Turetsky, BI) 12/01/12-11/30/17
Olfactory Neuroimaging Markers of Heightened Developmental Risk for Schizophrenia. This project examines structural measures of the integrity of the primary olfactory system in schizophrenia patients and in youths with either genetic risk or clinical risk for developing schizophrenia.
NIH P30MH097488 (PI: Evans) 06/03/13 – 05/31/18
Penn mental health AIDS research center. This Center focuses on the combination of mental illness and HIV/AIDS and related comorbidities to develop innovative, integrated treatments.
NIH U01 MH096756 (Subcontract PI: Gur, RC) 01/10/13-12/31/17
1/3 Genomics of Schizophrenia in the South African Xhosa. This project uses our computerized neurocognitive battery translated to Xhosa in Cape Town and surrounding communities.
NASA NNX14AH27G (CoPIs: Basner, M & Gur, RC) 4/14/14-04/13/17
Cognition on Monozygotic Twin on Earth and in Space. This study will evaluate neurobehavioral data on monozygotic twins, one on Earth and the other an astronaut in a 1-year ISS mission.
NSBRI 10-10_NSBRI_2-2002 (PI: Basner, M) 10/1/11 - 09/30/16

Ruben C. Gur, Ph.D.                                                     Page    48

Individualized Real-Time Neurocognitive Assessment Toolkit for Spaceflight Fatigue. Developed and validated on astronauts and ground personnel a rapid computerized neurocognitive battery, which was deployed for the first time on the ISS in November 28, 2014.

NASA NNX14AH98G (PI: Basner, M) 4/24/14-9/30/16

Cognitive Performance and Crew Cohesion During Confinement in NASA's Human Research Program Exploration Research Analog (HERA). This project systematically assesses cognitive performance in crewmembers confined to the HERA facility for one week, while exposed to stressors, including high and low workload, sleep deprivation, and time delays.

NIH R34 MH105248-01 (MPI: Grant, P & Gur, RC) 10/01/14-08/31/17

Developing CBT-informed social enactment training curricula for CHR youths. This grant performs a pilot proof of concept study to construct an effective protocol for incorporating thespian principles into the treatment of social cognition deficits in clinical high risk for psychosis (CHR) youths.

NIH R01MH042191 (Gur, RE)  03/01/15 – 02/28/19

1/3-A Neurobehavioral Family Study of Schizophrenia

The goal of this project is to identify rare genetic variations that contribute to the brain deficits and the risk for schizophrenia, using extensive family based resources that we have already accumulated. Also to exploit the latest genetic technologies in achieving these goals.

U01MH105634 (Gur, RE)    03/01/15 – 02/28/19

3/3: Pedigree-based Whole Genome Sequencing of Affective and Psychotic Disorders

This is an eight site international consortium designed to identify rare causal variants for affective and psychotic illnesses using extended multiplex pedigrees. The goal is to identify genes that increase risk for affective and psychotic disorders like schizophrenia, bipolar disorder and major depression.

NIH R01MH107235-01 (Gur, RC)  07/01/15 – 06/30/18

Multimodal brain maturation indices modulating psychopathology and neurocognition

The project will identify candidate parameters for genomic analysis with a battery of network diagnostics including segregation and modularity as defined by multi-scale community detection methods, establish normative development effects and aberrations associated with psychopathology, examine the GWAS- findings from the PGC and associated polygene scores and their effects on patterns of development and emerging biotypes, and validate these findings in a sample with 24 and 36 months follow-up.

Subcontract with Yale University (subcontract PI: Gur, RE) 07/01/15-06/30/19

1/9 - Predictors and mechanisms of conversion to psychosis. The study plan involves the recruitment and evaluation of 162 psychosis-spectrum (PS) cases with clinical, neurocognitive, neuroimaging, and blood-based assays at baseline and 18-month and 36-month follow-up.

Completed Research Support (in the past 5 years)

NIH R01 DK085615 (CoPIs: Wadden, T & Gur, RC) 04/01/10 - 01/31/16

Changes in neural response to eating after bariatric surgery: An fMRI study. An 18-month prospective observational study of extremely obese patients who seek laparoscopic adjustable gastric banding (LAGB) or roux-en-Y gastric bypass (RYGB) surgery.

PADOH N/A      (PI: Raine, A, Gur RC, Cheney R, Richmond, T) 6/01/08 - 05/31/12

Biosocial Prediction and Intervention on Childhood Aggression. The overarching goals are to conduct a systematic integration of biosocial risk factors for childhood aggression in

Ruben C. Gur, Ph.D. Page 49

order to predict later aggression, and perform a biosocial interventions on childhood aggression

NIH R01-MH060722 (PI: Gur, RC) 6/01/07 - 05/31/12

Neurobiology of Affective Dysfunction in Schizophrenia. The objective of this grant is to investigate neural substrates of emotion processing in schizophrenia through neurobehavioral paradigms, structural and functional MRI.

NIH R01 MH084856 (PI: Gur, RC) 9/25/08 - 05/31/12

Adapting Experimental Cognitive and Affective Tasks for Schizophrenia. The objectives of this research grant was to refine and optimize a set of computerized tests adapted from cognitive and affective neuroscience for application in schizophrenia and other neurocognitive disorders.

NIH R01DA026849 (PIs: Loughead, J & Lerman C) 8/01/09 - 05/31/12

Neural Substrates of Cognitive Deficits in Nicotine Withdrawal. The study aims to provide a critical mechanistic understanding of the role of COMT in nicotine dependence, thereby facilitating development of novel medications.

NIH R01 MH079938 (PI: Verma, R) 5/25/07 - 03/31/12

Computational Analysis of Diffusion Tensor Images: Application to Schizophrenia. The main goal of this project is to develop sophisticated computational neuroanatomic techniques for processing and statistically analyzing DTI data, in order to identify and quantify complex patterns of structural changes associated with inter-individual variability and those induced by pathology.

NIH P50 MH064045 (PI: Gur, RE) 9/15/01 - 07/31/12

The Neurobiology of Stimulus Encoding in Schizophrenia

The Conte Center for the Neuroscience of Mental Disorders (CCNMD) integrates basic and clinical neuroscience research in a cohesive effort to help elucidate neural substrates of schizophrenia.

NIH R01-MH063381 (PI: Moberg, PJ) 03/01/08 - 02/28/13

Olfactory Function in Schizophrenia: A Lifespan Analysis. The primary goal of this project is to examine the neurodevelopmental contributions to chemosensory dysfunction in schizophrenia utilizing measures of nasal/palate volume, structural MRI, and quantitative examination of facial morphology.

NIH R03 DA027438-01 (PIs: Lerman, C & Loughead J) 9/01/09 - 08/31/11

Nicotine Abstinence Induced Cognitive Alterations by COMT Genotype. This project aims to identify the genetic and neural factors that underlie early nicotine abstinence symptoms, specifically, smoking urges and deficits in emotional and cognitive (working memory) processing.

NIH RC2 MH089983 (PI: Gur, RE) 09/30/09 - 08/31/13

Neurodevelopmental Genomics: Trajectories of Complex Phenotypes. This study performed phenotypic characterization of 10,000 genotyped children and adolescents - clinical, neurocognition, affect and, in a subsample, neuroimaging - creating a landmark dataset to propel understanding and treatment of developmental neuropsychiatric disorders.

NIH U01 MH087981 (Subcontract PI: Gur, RC) 07/01/11 – 06/30/15

Modifiable Risk and Protective Factors For Suicidal Behaviors in the US Army. This subcontract implements computerized neurocognitive testing for predicting suicidality and vulnerability to PTSD and as part of the biomarkers effort.

NIH R01MH097273 (PI: Gur, RC) 07/01/12-06/30/15

2/3-Networks from Multidimensional Data for Schizophrenia and Related Disorders. This project applies methods to integrate multi-dimensional data, applied first to schizophrenia, and develop platforms, pipelines and user-friendly software for the

Ruben C. Gur, Ph.D.                                                      Page      50

scientific community.
NIH R01DA 030819 (PI: Lerman, C, Kurtz M) 09/30/10-06/30/15
Cognitive Training for Nicotine Dependence. Evaluates whether CRT improves quitting
    success with standard nicotine patch therapy and examines intermediate outcomes of
    CRT which contribute to its effects on quitting success
NSBRI (PI: Gur, RC) 11/1/2014-10/30/2015
Cognition validation study in high-performing healthy controls. This study administers the
    Cognition battery adopted by NASA to a sample of high-performing individuals who
    match astronauts in their professional background. The battery will be administered
    across all platform envisioned for use in spaceflight.

PATENT:

Gur RC, Gur RE, Trivedi SS. "Behavioral Imaging:  Topographic Display of
    Neuropsychological Data, U.S. Patent No. 4862359.

# Attachment T



**Ruben C. Gur, PhD**
*Professor, Departments of Psychiatry, Radiology & Neurology*
*Director, Brain Behavior Laboratory and the Center for Neuroimaging in Psychiatry*

PATIENT'S NAME:     Vincent McFadden
DATE OF BIRTH:      ▆1980
DATE OF REPORT:     7/27/2016
INTEGRATION BY:     Ruben C. Gur, PhD
REFERRED BY:        Jeannie Willibey
                    Assistant Public Defender

## RE: NEUROBEHAVIORAL ASSESSMENT OF MR. MCFADDEN

### Background

Mr. McFadden was referred for an analysis of functional neuroimaging. A positron emission tomography (PET) was performed on Mr. McFadden at Shared Medical Services, Inc. in Farmington, Missouri, and I have performed a quantitative analysis and summarized the results in this report.

### Results of Positron Emission Tomography (PET)

The study examined the regional distribution of cerebral glucose metabolic activity using fluorine-18 labeled deoxyglucose (FDG). The technical quality of the scan was excellent. Dr. Andrew Newberg read the study clinically: "The scan results demonstrate moderately decreased metabolism in the right hemispheric white matter tracts, the limbic structures such as the hippocampus and amygdala, midbrain, pons, left globus pallidus, and temporal poles. Several cortical areas also have mildly to moderately increased metabolism including the anterior and posterior cingulate and cingulate body, occipital regions, parietal lobes including the superior and precuneus areas, angular gyrus, left inferior frontal lobe, hypothalamus, and medial frontal lobes." (Dr. Newberg's report of October 20, 2015). These PET scans are displayed in **Figure 1**.

**Figure 1.** PET images of Mr. McFadden's brain

The PET study was subjected to a quantitative analysis using a standard regions of interest (ROI) approach.[1] The quantitative analysis of cerebral metabolic rates relative to whole brain (**Figure 2**) supports Dr. Newberg's clinical reading and points to more specific sets of regions that show abnormal glucose uptake. The analysis indicated relative decreases in 8 regions (see key for region abbreviations in **Figure 2**): left TP, right HI, AM, OF, right C1, right C2, left LM, and PO (when hemisphere not indicated, it is bilateral). Nineteen (19) areas show relative increases in metabolism: SF, right DL, left DM, MF, left IF, SP, AG, PC, OM, OL, OT, left ST, MT, left CA, right CG, CP, left C2, left TH, and HY.

Most pronounced (i.e., >2SD from normative average) were decreased resting metabolism in right hippocampus and bilateral amygdala, as well as orbital-frontal, both anterior and posterior corpus callosum, and pons on the right. Abnormally increased metabolism was recorded in frontal (right midfrontal and left inferior frontal), parietal (superior parietal and angular gyrus exceeding 3SDs above normal values), occipital and occipito-temporal cortex.

**Figure 2:** PET region-whole brain ratio (R/WB) results for cerebral metabolic rates for glucose (CMRgl) in Mr. McFadden. Results are expressed as Z-scores relative to a comparison group of healthy people.



SF = Superior Frontal; DL = Dorsal Prefrontal - Lateral; DM = Dorsal Prefrontal - Medial; MF = Mid-Frontal; IF = Inferior Frontal; SM = Sensorimotor; SP = Superior Parietal; AG = Angular Gyrus; SG = Supramarginal Gyrus; PC = Precuneus; OM = Occipital cortex, Medial; OL = Occipital cortex, Lateral; LI = Lingual Gyrus; FG = Fusiform Gyrus; OT = Occipital Temporal; ST = Superior Temporal; MT = Mid-Temporal; IT = Inferior Temporal; TP = Temporal Pole; PH = Parahippocampal Gyrus; HI = Hippocampus; AM = Amygdala; IN = Insula; OF = Orbital Frontal; UN = Uncus; RG = Rectal Gyrus; CA Cingulate Gyrus = Anterior; CG = Cingulate Gyrus - genu; CP = Cingulate Gyrus - Posterior; C1 = Corpus Callosum - Anterior; C2 = Corpus Callosum - Posterior; CN = Caudate Nucleus; LM = Lenticular - Medial [Globus Pallidus]; LL = Lenticular - Lateral [Putamen]; TH = Thalamus; HY = Hypothalamus; MI = Midbrain; PO = Pons; CE = Cerebellum.

These results indicate a pattern of hypo-activation in limbic structures (notably the hippocampus and amygdala) and the corpus callosum. At the same time there is hyper-activation across multiple cortical regions.

**Summary and Conclusions**

Results of the quantitative analysis of Mr. McFadden's PET show abnormalities in regions that are very important for regulating emotions and behavior. A most relevant finding is the reduced metabolism in the amygdala and hippocampus, combined with hyper-metabolism in cortical regions. Abnormally high metabolism in cortical regions most likely indicates

---

[1] Gur RC, Mozley LH, Mozley PD, Resnick SM, Karp JS, Alavi A, Arnold SE, and Gur RE. (1995). Sex differences in regional cerebral glucose metabolism during a resting state. *Science. 267*:528-531.

compensatory hyper-vigilance of the "default mode" brain state. Abnormally low metabolism in the temporo-limbic system, including in the amygdala and hippocampus could lead to severe emotional dysregulation. There is strong evidence that regions that are hypoactive during the default mode state become hyperactive in the presence of a task or challenge. A hypoactive amygdala, when misinterpreting danger signals and when excited, will issue false alarms that require intact frontal components of the limbic system for modulation. In Mr. McFadden's case, the cortex is already at a hyper-activated default mode state and would become de-activated when challenged. When Mr. McFadden's amygdala becomes activated, his frontal lobe regions are unable to exercise control as normal ones would, because his "thinking brain" is already operating at full capacity in its hyper-vigilant state. The situation is analogous to a car with weak brakes that are already engaged when it begins to race. The frontal lobe is unable to do its job and act as the brakes on the primitive emotional impulses emanating from the amygdala when the limbic system reaches its activated stage (the Klüver-Bucy syndrome).

The abnormally low metabolic activity in the corpus callosum would portend deficits in integrating verbal reasoning and analytic processing modes of the left hemisphere with intuitive, integrative, and affect-related processing modes of the right hemisphere. Such white matter dysfunction would also greatly impair speed of processing across all cognitive and affective domains.

The frontal and temporal lobes, combined with limbic regions (amygdala and hippocampus) and the corpus callosum are the main components of the brain system that serves memory formation and retrieval. Many of the functional abnormalities observed in Mr. McFadden's brain were in these areas, which would adversely impact memory. Thus, memory deficits in Mr. McFadden's case could be a result of his brain dysfunction.

The etiology of these abnormalities is difficult to determine and requires clinical evaluation and integration with history. A Magnetic Resonance Imaging (MRI) scan will provide information on the structural integrity of Mr. McFadden's brain. The abnormalities observed, however, are consistent with several causes, including traumatic brain injury.

Thank you for the opportunity to participate in Mr. McFadden's evaluation. Please let me know if you have questions or need further elaboration or analysis.

Sincerely,

Ruben C. Gur, PhD
Professor, Departments of Psychiatry, Radiology & Neurology
Director, Brain Behavior Laboratory and the Center for Neuroimaging in Psychiatry

3

# Attachment U

# *Michael M. Gelbort, Ph.D.*

## *Clinical Psychologist*

2714 Caton Farm Road
Joliet, Illinois
60435
Phone:  815.230.2262
Fax:    815.230.2444

## Education

Post-Doctoral Fellowship, Neuropsychology and Medical Psychology.
   Rehabilitation Institute of Chicago, 1984-1985.

Ph.D., Clinical Psychology (APA approved program), August, 1984.
   Department of Psychology, Texas Tech University, Lubbock, Texas.
   Minor:  Applied Human Neuropsychology.

B.A., Double Major:  Psychology and General Sciences, with Honors.
   May, 1977.  Grinnell College, Grinnell, Iowa.

## Clinical Experience

| | |
|---|---|
| CLINICAL AND NEUROPSYCHOLOGIST, PRIVATE PRACTICE | Chicago Area, Illinois.  1989-present.<br><br>Neuropsychological and psychological evaluations of inpatients and outpatients.  Clinical consultations, evaluation, and intervention.  Services provided in physical rehabilitation and psychiatric inpatient units, as well as in the office. |
| CONSULTANT | Cornerstone Services, 1994-present.<br><br>Provide psychological evaluations for residents from this facility which services 250 mentally retarded individuals. |
| CHIEF PSYCHOLOGIST DIRECTOR, PSYCHOLOGICAL SERVICES | The Institute for Rehabilitation and Research. 1985-1989.<br>Responsible for provision of psychological services as required by patients in the Head Injury and stroke programs in particular, and serving persons with |



MCFAD142-000322

spinal cord injuries, multiple sclerosis, amputation, pain, and other disabled patients in general in a major regional dedication rehabilitation hospital. Duties included both neuropsychological and personality assessment, treatment planning, treatment, and consultation to the Interdisciplinary Treatment Team. Patients served included both inpatients and outpatients in each phase of rehabilitation. The position included hospital administrative duties including directing the Psychology Department, program development, and research involvement. The department had three Ph.D. level psychologists, two psychometrics, and support personnel.

**CLINICAL ASSISTANT PROFESSOR**

Baylor College of Medicine, Department of Rehabilitation, 1985-1989.

**PRIVATE PRACTICE**

Houston, Texas. 1986-1989.

Evaluation and treatment of outpatients and inpatients in a private practice setting. Patients most typically suffered from neurotic or characterological difficulties or had a physical disability. The practice also involved consultation to rehabilitation units in acute care hospitals, as well as disability evaluations for a variety of referral sources.

**POST-DOCTORAL FELLOW IN MEDICAL PSYCHOLOGY**

Rehabilitation Institute of Chicago, 1984-1985.

Provision of psychotherapy and counseling to spinal cord injured, head injured, and amputee patients and their families in both inpatient and outpatient settings. Member of an Interdisciplinary Team charged with coordination and provision of rehabilitative treatment. Responsible for ordering and interpreting Neuropsychological assessment batteries.

**FACULTY APPOINTMENT: LECTURER STATUS**

Northwestern University Medical School; Department of Psychiatry and Behavioral Sciences, 1984-1985.

Lectured and performed supervision of doctoral students in Northwestern University's Medical School program in Clinical Psychology. Lectured Northwestern University medical students. Member

MCFAD142-000323

of Admissions Committee group responsible for rating application materials of those applying for admission to the Doctoral Program in Clinical Psychology.

NEUROPSYCHOLOGICAL CONSULTANT

From the Department of Psychology to the Department of Medical-Surgical Neurology, Texas Tech University School or Medicine, 1982-1984.

Administration and interpretation of neuropsychological screening and complete batteries as referred by two neurosurgeons and two neurologists in a major regional teaching hospital. Techniques included both Halstead-Reitan and Lurian batteries, as well as an extensive number of other assessment measures.   Patients were both inpatients and outpatients and ranged from one to ninety years of age.  The test batteries were idiographically designed to answer questions regarding range and extent of dysfunction and rehabilitation placement.

NEUROPSYCHOLOGICAL CONSULTANT

Texas Rehabilitation Commission, Lubbock, Texas, 1983-1984.

Administration and interpretation of approximately forty-five Luria-Nebraska Neuropsychological Batteries and additional academic achievement tests to college age students being evaluated for the diagnosis of learning disability.

PSYCHOLOGICAL INTERN

Milwaukee County Mental Health Complex (APA approved program), Milwaukee, Wisconsin, 1981-1982.

Administration and interpretation of psychological test batteries on a wide spectrum patient population; provision of inpatient and outpatient psychotherapy to adults and children; performance of intake interviews and assessments; attendance at and presentation of seminars.

PSYCHOLOGIST

Developmental Disabilities Center, Texas Tech University, Lubbock, Texas, 1980-1981.

MCFAD142-000324

| | |
|---|---|
| | Assessment of developmental delays and psychological/neuropsychological functioning of newborns to three-year-olds; input to Multidisciplinary Team; Clinic Administrator and administrator/interpretator of psychological assessments for Screening Clinic for school-age children; coordinator of feedback and recommendations to parents; language learning disability evaluator. |
| STUDENT THERAPIST | Texas Tech University Psychology Clinic, Texas Tech University, Lubbock, Texas, 1977-1981. |
| | Provision of outpatient psychotherapy, as well as performance of intellectual and personality assessments to adults and children. |
| RESIDENTIAL LIVING SUPERVISOR | Lubbock Regional MH/MR Center, Transitions II Halfway House, Lubbock, Texas, 1979-1981. |
| | Employed interpersonal interventions and behavioral modification programs to aid newly released prisoners and parolees to reintegrate into community living. Participated in administrative decision making and program development. |
| STUDENT THERAPIST SUPERVISOR | Texas Tech University Psychology Clinic, Texas Tech University, Lubbock, Texas, 1980-1981. |
| | Provision of individual supervision to second year practicum students on their outpatient cases. This experience was supervised by a faculty psychologist. |
| PSYCHOLOGY EXTERNSHIP | V.A. Mental Hygiene Clinic, Lubbock, Texas, 1980-1981. |
| | Provision of psychotherapy and psychological assessment to outpatient veterans. |

## Research

A Neuropsychological Investigation of Two Subtypes of Dyslexia in College Students. Doctoral dissertation completed June, 1984.

A Brief Lurian Evaluation for Hospital Use with Head Trauma Victims.

MCFAD142-000325

Unpublished, performed in cooperation with J. Thomas Hutton, M.D.

The Rey Complex Figure Test:  Does it Really Measure Visual Memory?
Unpublished research.

Functional Electrical Stimulation in Multiple Sclerosis Patients with Chronic Foot Drop.  Paper co-authored with E. Simon Sears, M.D., presented at the 111th Annual Meeting of the American Neuropsychological Association, October 6, 1986.

Toward an Understanding of Violence:  Neurobehavorial Aspect of Unwarranted Physical Aggression:  Aspen Neurobehavioral Conference Consensus Statement.  Neuropsychiatry, Neuropsychology, and Behavioral Neurology Vol. 14, No. 1, 2001
Lippincott, Williams, and Wilkins, Inc., Philadelphia.

## Presentations

Psychological Issues and Rehabilitative Treatment of Patients with Amputations.  Continuing Education Course, Rehabilitation Institute of Chicago, Illinois, 1984.

Incidence of Closed Head Injury in Spinal Cord Injured Patients.  Spinal Cord Injury Conference, Chicago, Illinois, 1985.

Contracting with Patients and perspectives of the Rehabilitation Process;  Continuing Education Courses, The Institute of Rehabilitation and Research, Houston, Texas, 1985, 1986, 1987, 1988.

Rehabilitation Options in Texas.  Presented at the 1987 Texas Head Injury Foundation state meeting, Houston, Texas, 1987.

Professional Support Group; Current Issues.  Presented at the 1988 Texas Head Injury Foundation state meeting, Austin, Texas, 1988.

Psychological Issues in Rehabilitation of Traumatically Injured Persons.  Presented at the First Annual Seminar on Rehabilitation for the Clergy, Houston, Texas, 1988.

Neuropsychological Characteristics of Death Row Inmates.

MMPI-2 Characteristics of Criminal Offenders.

## Professional Affiliations

American Psychological Association,
     Student Affiliate, 1977-1980,

MCFAD142-000326

Associate Member, 1980-1984,
Member, 1985-present.

International Neuropsychological Society,
Member, 1986-present.

American Congress of Rehabilitation Medicine,
Member, 1986-present.

American Association of Spinal Cord Injury Psychologists and Social Workers,
1987-present.

Member, State of Illinois Head and Spinal Cord Injury Advisory Council, 1990-
present.  Secretary of Council, 1996-1997.

National Surveyor, Commission on Accreditation of Rehabilitation Facilities, 1993-
present.

Member of the Board of Directors, Illinois Head Injury Association, 1993.

Member of Professional Advisory Board, Brain Injury Association of Illinois, 1994-
present.

Vice-Chair, Brain Injury Association of Illinois, 1994-present.

### Certificate and Licensure

Licensed Clinical Psychologist, State of Illinois, #071-004000

Licensed Psychologist and Health Service Provider in Psychology, State of
Indiana, #20040461

Certified and Licensed Psychologist, State of Texas, #3237

Certified, National Register of Health Service Providers in Psychology, #35237

Diplomate in Forensic Neuropsychology, American Board of Psychological
Specialties, Identification Number 7666

MCFAD142-000327

# Attachment V

# Michael M. Gelbort, Ph.D.

### Clinical Psychologist

Suite 1621
30 North Michigan Avenue
Chicago, Illinois 60602
Tel: 312.321.9406
Fax: 847.433.9431

Suite 270
1051 Essington Road
Joliet, Illinois 60435
Tel: 815.741.2221
Fax: 815.741.5171

## NEUROPSYCHOLOGICAL EVALUATION

Patient Name:                Vincent McFadden
Age:                           24
Date of Birth:                  ██/80
Date of Evaluation:      12/3/04
Referred By:              Sharon Turlington and Karen Kraft
Evaluated By:            Michael M. Gelbort, Ph.D.

Mr. Vincent McFadden is a 24-year-old right-handed single black male who is referred for neuropsychological evaluation by his defense attorneys in the course of capital litigation. He was seen while incarcerated in the Clayton County jail where he has been for the past 1-1/2 years. He was in the St. Charles jail for one day prior to being moved to Clayton. He explained that he has been charged with two counts of murder and several counts of first degree assault. As there is concern about his neuropsychological integrity and functioning he has been referred for this evaluation.

Background health history supplied by the patient found that he was born in St. Louis but he is uncertain as to which hospital at which the delivery occurred, the nature of the pregnancy and delivery, and his birth weight. He is also uncertain as to whether or not he met developmental milestones at normal ages. Mr. McFadden is on no medications at the time of this evaluation other than using an asthma inhaler as needed and available and he has been on few medications in the past. He did acknowledge having taken pain medications for an acute medical problem in August 2001. He has been to the emergency room as a result of a gunshot wound resulting in a one night hospital admission, and also he was treated in the ER with an asthma attack at age 15 resulting in a several day admission. He has suffered with asthma throughout his life. No other admissions to the hospital were noted. The patient denies any history of fracture and has had sutures placed at age two or three when he fell down a flight of steps and "busted my head." He was uncertain as to whether there was an alteration or loss of consciousness with that injury. He also has had sutures at age eight or nine when he fell from the monkey bars and injured himself in the vicinity of his head. Finally, he was sutured for a laceration to his left palm at age eight or nine when he was "jumping off stuff." He denies other alterations or losses of consciousness, denies syncope but acknowledges blackouts when drinking, states that he has had no strokes nor TIA's, is not hypoglycemic nor diabetic, has no kidney nor liver problems, that his thyroid is normal, he is uncertain if he has had significant febrile episodes but believes he has had no seizures, and he denies any psychiatric history. He is unaware if he has ever been hypoxic or

Mov. Ex.
7

anoxic and does not believe he has been exposed to toxins nor overcome by fumes.  While he states that sometimes his chest hurts it is unlikely that he has cardiac problems and his blood pressure is fine as best as he knows.  Asked about alcohol history, he acknowledged that he drank quite a bit "every couple of days" while on the street.  He began "when I was young, could be around age 10" and was drinking at his heaviest at the age of 19 when he would imbibe up to a fifth of hard alcohol daily.  He also acknowledges using marijuana beginning before his alcohol use and also smoked some hashish.  Again, he smoked "every day for a while."  He denies tobacco usage.  Sleep at present is "alright" and was good previously.  His appetite is variable and he has put on some weight while in jail now being around 190 pounds and standing 5 ft. 6 or 5 ft. 7.

Mr. McFadden started the eleventh grade at Normandy High School and states that he was never retained nor in special ed.  He attended Tri-A School, which he noted to be the "school for people who got kicked out of school."  It is unclear but he may have been placed in BD classes.  Asked about his work history, he said that he had worked "a couple of times" and was at McDonald's for about six months prior to quitting due to transportation issues.  He also was a maintenance man at Skate King for about six months and worked in the dietary department of St. John Mercy Hospital for about eight months.

Mr. McFadden was living with his grandmother, Glenda Brown, in St. Louis prior to incarceration.  His mother, Theresa Brown, who is in her mid 40's now visits him every week in jail.  She is a high school graduate who reportedly holds a steady job.  The patient's father is also a high school graduate and "visited recently, last year once."  The patient, himself, has two sisters, as well as a 3-year-old son.

Mr. McFadden was administered a comprehensive neuropsychological battery of tests including the Wechsler Adult Intelligence Scale-III, Wechsler Memory Scale-III, Wide Range Achievement Test-III, Lateral Dominance Exam, Trail-making Test, Category Test, partial Sensory Exam, Items from the Luria Nebraska, and Diagnostic Interview with Mental Status Testing.  The obtained data was judged to be an accurate reflection of his neuropsychological functioning in the areas assessed at the time of testing.

Intellectually Mr. McFadden earned Verbal, Performance, and Full Scale I.Q. scores of 83, 90, and 85 respectively.  The Verbal and Full Scale scores are at the 13th and 16th percentiles respectively.  They are both considered low average while the Performance or nonverbal I.Q. is low average to average.  Review of the individual, age corrected subtest scaled scores shows vocabulary skills to be mildly impaired with recall of old, overlearned information in the average to low average range.  Verbal attention and concentration, assessed in a structured setting, was low average with freedom from distractibility measures on tasks where the patient was asked to perform arithmetic computations in the average range.  Concrete verbal reasoning skills were low average while abstract reasoning skills and knowledge of social norms and mores was borderline defective.  Nonverbal scores overall were slightly better with pure visual reasoning, assessed in an untimed setting and with the material to be processed readily available for the patient to review again and again, was high average and represented the only score above the center of the average range on the whole intellectual test.  Otherwise visual sequencing and problem solving was average with visual scanning for missing detail in the low average range.  Psychomotor

speed and constructional praxis were both borderline defective. Mr. McFadden clearly had difficulty recognizing and appreciating details; when asked to look at things carefully, he oftentimes missed significant information and would respond to the incomplete information as if it were whole. In this sense, he lacked insight, could not incorporate recognition of his own limitations into his judgement and reasoning, and was at the mercy of his perceptual distortions and attentional deficits in the visual spatial modality. He also had similar problems but slightly less severe in the verbal modality.

Academic achievement testing found sight reading, spelling, and math at fourth, fifth, and sixth grade levels respectively. Sixth grade level functioning is what is deemed necessary to be able to work successfully in the adult world. As such, his literary skills including reading and spelling are not functional at the adult level. Language screening, though, showed adequate receptive and expressive abilities when material was presented at a reasonable rate of speed and when the concepts or information to be processed was not overly complex. Comprehension did deteriorate as complexity increased.

Assessment of learning and memory found a similar overall pattern with capacity to encode and recall detail being his greatest limitation. Verbal immediate memory was actually in the average range while immediate visual memory was at the first percentile and showed mild to moderate impairment. Initial learning and information processing abilities were slowed and incomplete with improved functioning over time on the verbal material but difficulty still seen for the visual spatial learning and memory. Transfer from short to long-term memory was adequate with the most limiting factor being the acquisition of new information in both modalities.

Higher cognitive testing showed that Mr. McFadden has difficulty with complex reasoning when encouraged to work at a rapid pace. Basic processing is slowed but adequate. More complex reasoning skills elicit impulsive types of behavior and errors. As more complexity or processing speed pressure is placed in front of Mr. McFadden, his performance deteriorates into erroneous, sometimes confused, and disorganized attempts to work with the information. When allowed to work at his own speed, though, he does reasonably well on many of the tasks as long as he does not become impulsive which is his tendency.

Impressions: Mr. Vincent McFadden is a 24-year-old young man charged with capital murder. He put forth good effort on the test battery and believed that he was well within normal limits. He showed low average Verbal and Full Scale I.Q. scores with Performance or nonverbal intellectual functioning on the cusp between average and low average. A relative strength was on his ability to process visual information at his own rate of speed when the material was ever present in front of him to refer back to. When he had to work based on initial encoding and recall, work quickly, appreciate details and nuance, and be accurate, his performance deteriorated with much of it in the mildly impaired range. This places him in the lowest decile. Learning and memory was variable with detail orientation and processing accuracy/efficiency again being his areas of weakness. Higher cognitive skills were found to be functional but slowed for easy to process information with impulsivity, disorganization, and confusion in his efforts when material was more challenging, complex, or when he needed to work quickly. These deficits were seen consistently and affect his everyday life. When permitted to work in a controlled environment with more concrete information processing and adequate time to work with the material or when

it is ever present in front of him, he can be expected to do reasonably well. When he must work quickly, under pressure both time and emotionally, and with more abstract material, it is anticipated that his performance will deteriorate and oftentimes fall into the impaired range or bottom 10 percent of the population. This clearly has implications for his behavior on the street and likely has been a contributing factor to him becoming involved in dangerous and irresponsible behavior in the past.

Please call on me if I further clarify these findings and explain their significance.

Michael M. Gelbort, Ph.D.
Clinical Neuropsychologist

MMG/spm

# Attachment W



*Wanda Draper, Ph.D.*

# VINCENT McFADDEN

## Final Summary Report

*The following summary is based on my interviews with the defendant, various family members, school records, medical records, police reports, probation and parole records, legal and court records, and other data provided by the Missouri State Public Defender System.*

## FAMILY BACKGROUND

Vincent McFadden (Vincent) was born one month premature on ███████, 1980, to Theresa Brown (DOB ██/59) and Vincent McFadden, Sr. (DOB ██/58). He was delivered at St. Louis County Hospital in Clayton, Missouri. Vincent has two younger siblings, Shawnta (██/84) and Rochelle (██/85) with a different father than his. On his father's side of the family, Vincent has five half-siblings, Nuggie, Al, Nicie, Paddle, and Donna. The mother of these siblings is Karen Holmes.

Vincent's immediate paternal family, in addition to his father, includes his father's twin brother, Spencer, Jr. and his father's sister, Faye. Paternal grandparents are Spencer, Sr. and Minnie McFadden. His maternal family, in addition to his mother, includes his mother's siblings: Darlene, Denise, and Lisa. His maternal grandparents are David and Glenda Brown.

Vincent's parents never actually married but lived together off and on for short periods of time. However, the paternal and maternal families continue to communicate and get along on a superficial level.

## DEVELOPMENTAL BACKGROUND
### Infancy and Early Childhood

As a premature newborn, Vincent weighed 5 pounds, 7 ounces. His father was serving with the Army and stationed in Germany when Vincent was born. When Vincent was 6 months old his father came home from the military and lived at Mr. McFadden's

*Wanda Draper, Ph.D.*

parent's residence.

As a baby, Vincent had a rash on his face that gradually cleared. His mother described him as an *active baby* from the day he was born. The physician was concerned about sickle cell traits and prescribed iron for Vincent.

During his infancy, Vincent would be taken back and forth among his maternal grandparents (Glenda and David Brown); his father; his paternal aunt, Faye; and his paternal grandparents (Minnie and Spencer McFadden). He would change locations for as little as two or three days, and as much as two or three weeks at a time.

By the time Vincent was *6 months old,* his father, Vincent, Sr., was living with Spencer and Minnie McFadden. Family members reported that numerous relatives served as Vincent's caregivers from the time he was a newborn because his mother (Theresa) worked two jobs. His parents stated, "He was cared for equally by Glenda (maternal grandmother), Theresa (mother), Minnie (paternal grandmother), Gwendolyn (aunt) and Vincent, Sr. (father)." Numerous children and cousins were also living where Vincent stayed. For example, in Glenda's house there was Denise, Lisa, David and Lakita. They reported that he was often moved back and forth between these people and their various locations. *This pattern continued into his adolescent years.*

A major health concern during Vincent's early development was *asthma.* His mother also suffered from this ailment.

While he was a baby, Vincent's mother, Theresa, worked at Plasco from 3 pm until midnight. Vincent was cared for by various relatives at Glenda Brown's residence. They included Denise, Lisa and David. Lakita was also a baby and the house was a constant traffic circle with relatives coming and going.

Vincent's paternal grandfather, Spencer McFadden, was a severe diabetic, thereby exacerbating the living circumstances. According to Spencer Mc Fadden, Vincent was moved back and forth between the two grandparents' homes as the needs of family members changed.

Vincent reported that his only memories when he was a preschooler were living sometimes with his maternal grandmother. He remembered playing with his cousins. He was aware that he was taken to various relatives but never knew to whom he actually

*Wanda Draper, Ph.D.*

belonged.

Yolanda and Douglas, maternal aunt and uncle, lived with Theresa from time to time while Vincent was a young child. Vincent also stayed with his maternal Aunt Faye.

The family reported that Vincent would often cry and wait for his father to come, but he rarely came.

### Early School Age

His parents reported that Vincent was often *picked on by peers* because he was small for his age. Mr. McFadden, Sr. stated, "Vincent got sidetracked going from grandmother to grandmother." He said it was difficult for his son to focus on schoolwork.

Vincent lived with his mother from *age 8 to 10 years*, but often stayed with relatives during this two-year period. During his early school years, his family reported that Vincent was living with maternal cousins David Brown and Lakita Brown. His main caregivers were his mother, Denise, Darlene, and both grandmothers.

His maternal grandmother reported that she cared for Vincent and Rochelle while his mother (Theresa) worked. His father was living with Karen Holmes and they moved frequently and Vincent stayed with them from time to time.

The family members recalled that Vincent moved back and forth between families but they had no specific information about his developmental milestones.

When Vincent was 9 years old Robert Reeves moved in to live with Theresa. The family and Vincent reported that Reeves did not like Vincent.

*Vincent began using alcohol at age 11 years.* He would sneak it from his father's house. *He drank beer and hard liquor. He also began to use weed.*

He became *sexually active* with a friend, Tiffany, when he was in the *sixth grade.* Her boyfriend killed her while Vincent was in Tarkio Academy.

His family reported that Vincent had sudden mood swings by the time he was 12 years old. He also had problems with headaches and asthma.

### Adolescence

Vincent liked music and played drums with his cousin, David. He had a set of drums

*Wanda Draper, Ph.D.*

at his maternal grandmother's house.

His family reported that *during his teenage years, Vincent's attitude changed*. He became "stubborn and hardheaded because of peer pressure." They reported that other boys picked on Vincent because he was small for his age and an easy target. Glenda, his maternal grandmother, reported, "Older boys enticed Vincent to run with them."

Minnie McFadden (paternal grandmother) reported that police suspected Vincent of having beer and marijuana in his car. *Glenda Brown (maternal grandmother) stated that she allowed her grandson to drink beer.* She was not aware of his use of drugs.

Vincent's maternal aunt, Lisa Brown, had Vincent at her home on many weekends. She and her husband helped Vincent get a job at St. John's Food Service. Vincent wanted to live with Lisa and go to school in her neighborhood, but he stayed with her only on weekends while he was *13 and 14 years old*.

While Vincent was staying with his mother (Theresa), she was working two jobs. According to Glenda Brown, the neighbors called her to report their concern about her grandchildren. They told her the children were being neglected. Glenda, Vincent McFadden, Sr., and Don Northern went together and found the children unattended. She stated, "There were two or three sisters and their children living in the same quarters and lots of people coming and going." Glenda took the children and they stayed part of the time with her and part of the time with Minnie McFadden. The children continued to move back and forth.

*From age 13 to 15 years*, Vincent stayed mostly with his father and Karen Holmes, but also went back and forth to his maternal grandmother's home. A friend of Vincent, Berra Jackson (BJ), stayed with him much of the time whether with Vincent's mother, father, or grandparents. They became close friends for years. According to Vincent, Berra became involved with drugs and served time in the penitentiary.

Vincent reported that his mother was very controlling, placing a curfew on him to be in by 8 pm because, as he stated, "She was not cool with the kids on her street."

By the time Vincent was *13 years old he was drinking socially* in cars, various individual's houses, and with older friends. Because he moved around so often from relative to relative, he reported that he had many acquaintances and opportunities to engage in the use

*Vincent McFadden – Final Summary Report          January 5, 2005, 1:24 PM          4*

*Wanda Draper, Ph.D.*

of alcohol and weed. According to his father, Vincent had his first drunken experience at age 13 years, after his friend, Larone Flenoyd died in an auto crash.

Glenda Brown reported that a group of males beat Vincent with a bat when he was 15 years of age. She said she saw him shortly after the beating and his face and eye was severely bruised. She did not know who the males were.

*Mike Lock, an older friend by five years, was shot and killed at age 21, when Vincent was only 16 years of age.* Mike lived on the same street as Vincent's maternal grandmother. Vincent stated, "He was like a big brother to me, very protective." His death was upsetting to Vincent, and this was expressed emotionally at the funeral.

Vincent reported that his mother bought clothes for him that he did not like. He often gave these to his friend, Berra Jackson, who was living with him at the time.

Vincent stated that he never knew why his parents weren't together, "But yet, it didn't matter to me, and I just kept moving back and forth." His mother married Regi Lotham after Vincent left high school. He also reported that he did not like his mother's boyfriends. He said, "I didn't want them to play father." When he was 16, Darryl Jackson moved in with his mother. The family and Vincent reported that Darryl rejected Vincent. During this same year, he went to live with Glenda and David Brown and David rejected him.

His father and Karen Holmes gave him money and he had 13 gold caps put on his teeth when he was *17 years old.* After two weeks he had these removed.

Vincent's friend, Michael Lot was shot and killed during his 10th grade year.

According to the family, a friend of Vincent's, Casey, was stabbed to death by his girlfriend.

### Adulthood

He had numerous female friends, but no "true love" as he reported. A friend of his, Eva, became pregnant and delivered Vincent's son on January 21, 2002. She had twins but only one survived. They named him Vincent III. Vincent traveled to California for six months and waited for the baby to join him for two weeks and then they returned. He does not have contact with Eva, but his mother or sister brings the baby to see him. His mother often cares for the child and buys what he needs, such as toys and clothes. Eva spends some

time with Theresa, Vincent's mother. Vincent reported that he had a close relationship with Eva's mother, Carolyn Addison, until he was arrested on a current charge (May 2003).

*Vincent's stepbrother, Kyle Dismuke, was shot and killed on Thanksgiving Day of 2003.* Vincent had lived with Kyle from time to time and they had a close association.

## EDUCATION

*Vincent's education was sporadic, with multiple moves and many absentees.* He never had a secure base from which to function with any continuity of parental expectations or for the development of study habits. His mother was fined by the school for Vincent's truancy.

While Vincent attended *first and second grades,* his family would use the paternal grandparent's address and then change to use the maternal grandmother's. By the end of the *third grade* he went back and forth between grandparents yet lived on Maple Street with his mother (Theresa).

During *fourth grade,* Vincent rarely saw his mother because she worked one job (Plasco) from 3 pm to midnight and another (Contigos) from 7 am to 3 pm. His Aunt Faye took him to his sports activities and little league ball. However, Vincent was very disappointed that his parents were not present to support him in his school activities.

Vincent sang in the children's choir at church during the *fourth grade.* Robert Reeves was living with Theresa during this time although they were not legally married. Vincent was neither able to bond with his parents nor with Mr. Reeves. His school experiences reflected a lack of focus on studies.

By the time Vincent was *9 years old,* his mother started to beauty school and worked the night shift at Contigos. Again, Vincent was being shifted from house to house and relative to relative, with academic efforts gradually giving way to his troubled childhood.

When Vincent was *14 years of age,* he was placed on probation and moved to his father's residence. However, Vincent by this time was in the pattern of living in one place and then another. He was unable to settle in one place. Also, his mother said she needed him at her residence to help with his younger sisters. He felt pulled from one parent to the other.

Schools attended, according to records and family reports, include the following:

*Wanda Draper, Ph.D.*

| | | |
|---|---|---|
| *Age 5* | *1985 - 86* | **Kindergarten, Pine Lawn Elementary** |
| | | Residing with maternal and paternal grandparents |
| *Age 6* | *1986 - 87* | **First Grade - Pine Lawn Elementary** |
| *Age 7* | *1987 - 88* | **Second Grade - Pine Lawn Elementary** |
| | | Little League, Mathew Dickey's Club |
| *Age 8* | *1988 - 89* | **Third Grade - Pine Lawn Elementary** |
| | | ***Clark Accelerated*** in St. Louis City |
| *Age 9* | *1989 - 90* | **Fourth Grade - Clark Accelerated Dignity House** |
| | | After school program |
| *Age 10* | *1990 - 91* | **Fifth Grade - Clark Accelerated** |
| *Age 11* | *1991 - 92* | **Sixth Grade - Langston School** |
| | | Changes to ***Pruitt Military School*** (10/18/91); returns to |
| | | ***Langston School*** (4/92) in St. Louis City |
| *Age 12* | *1992 - 93* | **Seventh Grade - Martin Luther King School (8/31/92)** |
| | | Moves to ***Stevens School*** (5/4/93); attends |
| | | Wohl's Community Center for boxing and baseball |
| *Age 13* | *1993 - 94* | **Eighth Grade - Stevens School** |
| *Age 14* | *1994 - 95* | **Ninth Grade - Madison Tri-A (all C's);** |
| | | ***King Tri-A Alternative School*** (4/2/94); uses mother's address |
| | | of 5038 Maple, St. Louis City |
| *Age 15* | *1995 - 96* | **Begins Tarkio** (4/12/95) earns A - Cs at **9th Grade level.** |
| | | **Tenth Grade - Tarkio Academy Residential Program** |
| | | (3/8/95) |
| *Age 16* | *1996 - 97* | **Tenth Grade - Tarkio;** hospitalized for asthma; discharged |
| | | from Tarkio lack of funding (see Nelson deposition) (6/5/96) |
| | | earned A, B, Cs and D at 10th grade level |
| *Age 17* | *1997-98* | **Eleventh Grade - Normandy High School** |
| | | ***Normandy expels him*** from high school |
| | | Mother's address of 640 Bagnell, St. Louis County. |
| | | Grandparent's address is 6209 Dardenella, Pine Lawn; |

*Wanda Draper, Ph.D.*

Father's address is 4343 Manchester.

Even though Vincent changed schools often and had poor attendance, his grades ranged from As to Fs. His academic performance was quite favorable while at Tarkio Academy.

## HEALTH HISTORY

As an infant Vincent had a rash that covered his face. The etiology of the condition was not discerned but he was treated by his physician who was concerned about sickle cell traits. He prescribed iron for Vincent.

Some of Vincent's maternal relatives have a history of brain tumors. His maternal grandmother, Glenda Brown, and two of her daughters had surgery for removal of brain tumors. Vincent reported that headaches have been a problem for him since his grade school years. He claimed that smoking weed helped to lesson the aching. His mother reported that Vincent began to have remarkable mood swings around age eleven years but no determination was made about the cause.

His mother confirmed that during his preschool years Vincent had sustained a head injury that required seven stitches at Normandy Hospital. She said the doctor attempted to handle the incident as an abuse case.

Vincent used a nasal respirator for relief of asthma. During his early years asthma was a continuing problem for him. During his time at Tarkio Academy he also experienced asthma attacks. His mother reported that he was discharged from Tarkio because, "They considered his asthma too great a liability if he died while there." Tarkio records indicate that Brent Hrabik, MD, assessed and treated Vincent for acute asthma attack. He administered SoluMedrol and Ventolin aerosols. Plan for treatment included Serevent and Nasalcort, and Intal, Theodur. (Admitted to Community Hospital, Fairfax, MO. 7/6/95; discharged 7/7/95.)

On August 25, 2001, Vincent was shot in the right leg just below his knee. He was treated at Barnes-Jewish Hospital in St. Louis.

*Wanda Draper, Ph.D.*

## WORK HISTORY

As reported by Vincent and family members, jobs held by Vincent, included:

McDonalds - Cook

St. John's Mercy Hospital - Food Service

Skate King - Maintenance

Daniel's Hotel - Dishwasher and Cook

Private Construction Company  (rehab of houses/construction helper)

## DRUG ABUSE AND LEGAL HISTORY

1993 - Age 13  Juvenile Court (12/13/93)

Incorrigibility

1994 Age 14  Juvenile Court (7/28/94)

Assault 3/UUW; probation

1994 Age 14  Mother's request for relief of custody

granted (10/12/94)

1995 Age 15  Adjudicated/incorrigibility

Arrested/PV  (3/29/95)

1996 Age 16  St. Louis City Family Court;  Probation;

discharged 9/20/96

1997 Age 17  Workhouse (7/14/97); Released on bond (8/6/97);

resides with mother in St. Louis City; 3 years probation;

Possession of cocaine & CCW (12/97)

1998 Age 18  St. Louis Co; 2 years probation; plead guilty Tamp 2,

S/U $150.

*Wanda Draper, Ph.D.*

| | | |
|---|---|---|
| 1999 | Age 19 | Cocaine & marijuana tests positive (4/6/99) |
| | | Intensive Supervision Program; Positive test for cocaine |
| | | (Sept. & Oct. 99)  BASIC Outpatient Program |
| 2000 | Age 20 | Positive test for marijuana (1/10/00) |
| | | BASIC |
| | | Positive for marijuana (3/8/00) and marijuana and cocaine |
| | | (7/17/00) MSI |
| | | Workhouse (10/2/00) |
| 2001 | Age 21 | Freeway Program/MSI (1/11/01) |
| | | Positive for cocaine (2/19/01) |
| | | Dismas Res. Center (5/29/01) |
| | | Electric monitor (5/29/01) |
| | | Positive for cocaine (6/7/01 and 7/25/01) |
| | | Gateway - Not attending |
| 2002 | Age 22 | Reported to PO  (4/1/02) |
| 2003 | Age 23 | In custody on homicide charges (May 2003) |
| 2004 | Age 24 | Convicted on 2 counts of Assault and Armed Criminal Action (December 2004). |

## DEVELOPMENTAL IMPLICATIONS

The brain mediates all human behavior, and the biological properties of the brain are the result of both genotype and developmental experiences. (B. Perry, 1996)

*Wanda Draper, Ph.D.*

*Several developmental factors merge to describe a malignant combination of experiences* that help explain Vincent McFadden's adolescent and young adult behavior.

1. *Developmental Neglect.* Vincent was moved from house to house and person to person during his life from infancy to middle adolescence. Multiple factors exacerbated the stress level of his social, emotional, and self concept development; namely:

    a.    Mother's preoccupation with working two jobs that required absence from home for 12 to 18 hours a day.

    b.    Mother's preoccupation with the dynamics of live-in male partners.

    c.    Placing Vincent in the care of numerous relatives, moving him often between maternal and paternal grandparents, aunts and uncles, and cousins resulting in his lack of attachment and bonding to anyone, including his parents.

2. *Traumatic stress during early childhood and adolescence.* Vincent's lack of a stable family and positive interpersonal relationships prevented him from developing the inner strength and self perception needed to form a foundation for self discipline and subsequent decision-making ability.

    a.    He never experienced a sense of belonging and acceptance during his first 13 years of life.

    b.    Uprooted without preparation and reassurance caused Vincent to feel inadequate and unwanted.

    c.    Fears of rejection and failure predisposed Vincent to take a defensive rather than a confident stance in meeting everyday challenges.

3. *Deprivation of key beneficial developmental experiences* stifled Vincent's social and emotional milestones, resulting in immature behavioral reactions and a predisposition for failure to modulate urges.

    a.    He had *no consistent parent figures* to provide guidance and discipline coupled with nurturing support during his early childhood and school years.

    b.    He had *no anchoring experiences* on which to build his social and emotional stability in order to successfully face changes and

*Wanda Draper, Ph.D.*

challenges.

    c.    He *lacked the role models* and consistent exemplary behaviors from his parents needed to develop the capacity to tolerate frustration. When he did not comply with expectations or when he resisted he was moved to another relative until he became confused and often angry, feeling further failure and rejection.

    4.    *Disorganized attachment. Attachment* is the cumulative process of minute interchanges between a child and a consistent caregiver over a period of years. Key to attachment is a child's ability to secure a close and trusting, reciprocal relationship with at least one consistent caregiver.

    a.    Vincent *grew up without experiencing a primary source of protection and possibility*, namely a caring and consistent parent.

    b.    *Neglect of Vincent's well being* was magnified by moving him from one caregiver to another over a period of years.

    c.    He *lacked the reciprocal process* between himself and his parent(s) of positive emotional interchange needed in the formation of *attachment and empathy*.

Vincent's self image developed in concert with his lack of secure attachment to his parents, resulting in behaviors that maintained the integrity of a concept of himself as one who was not cared about or wanted by them.

The pattern, inflected on Vincent, of moving from one relative to another and from one school to another set the stage for developing a life pattern of behaviors that promoted his moving from one institution to another and from one location to another.

Vincent never developed the capacity to form meaningful and loving adult relationships. His associations with peers were superficial and parsimonious.

## DYNAMIC FORMULATION

Vincent's relationships in his childhood, youth and young adult years echo his early neglect and rejection, particularly by his mother and father. He formed a model of himself and a style for associating with others based on interchanges with his parents and relatives.

*Wanda Draper, Ph.D.*

***This model formed the organizational core of his beliefs, expectations and motivations, which continued to guide and shape his sense of self and his role in subsequent relationships.*** As he was uprooted and moved from house to house, family to family, and school to school, he missed the potential for developing a normal and stable pattern of responsible behavior. He turned to outside sources in search of caring connections, primarily to street life and neighborhood peers.

Many children grow up in a violent, drug infested, poverty stricken and fearful neighborhood. Even so, many of these children become successful students in school and pursue careers and community life with enthusiasm. Many grow up to be good parents and face challenges with sound decision-making ability. These successful individuals, with few exceptions, are the result of caring and nurturing parents who consistently provided guidance and emotional support, setting and enforcing limits, and modeled appropriate behaviors. Children with at least one consistent and emotionally stable caregiver, over the course of childhood and adolescence, can usually withstand the pressures, crises, traumas and misfortunes that bombard them. But those like Vincent, without a stable childhood and a secure attachment, are vulnerable to the effects of negative developmental experiences that often lead to self-serving motivations, including the potential for illegal and violent behaviors. Vincent resorted to desperate and illegal efforts to satisfy inner longings and feelings that were never met in his early development.

Vincent's ***disorganized attachment*** is characterized by distrust, fears, conflicting feelings, unpredictable or dissonant emotions of key adults, and harsh or overwhelming responses to his efforts to gain attention and meet emotional and social needs as a growing child. His parents were a source of failed protection and nurturance, abounding in neglect during his formative years.

Vincent's pattern of handling strong feelings reflects an interference with his emotional regulation. His abuse of drugs and alcohol, and his unlawful behaviors and violence further reflect a stifling, by preadolescence, of the development of his interpersonal skills, empathy and cognitive abilities for making reciprocal judgments in the mutual interest of himself and others.

In my opinion, and with a reasonable degree of developmental certainty, Vincent

*Wanda Draper, Ph.D.*

McFadden was unable to sustain the developmental damage incurred by disorganized attachment, uprooted emotional and physical grounding in a family setting, chaotic interactions of parents and partners, alcohol and drug activities, poor role models, and stressors of changing schools and locations.  He used his poorly developed inner resources to solve problems in a manner consistent with his lack of early guidance and limits.  He never learned to face the consequences of his choices because he never experienced the mutuality, trust and unconditional love that under-gird learning responsible and caring behavior from early childhood onward.

Respectfully submitted,

Wanda Draper, Ph.D.                    Jan. 5, 2005
_____        _____
Wanda Draper, Ph.D.                    Date

# CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, I filed the foregoing electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing and its viewing and downloading are hereby provided to all counsel of record by operation of the CM/ECF system.

/s/ Laurence E. Komp
Laurence E. Komp
Counsel for Petitioner