**\*\*\*CAPITAL CASE\*\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

No. 4:20-CV-1046-SEP

VINCENT McFADDEN,                                                    Petitioner

v.

PAUL BLAIR, Warden,
        Potosi Correctional Center                                  Respondent

---

**INDEX TO PETITION FOR WRIT OF HABEAS CORPUS**

**VOLUME 4-4**

---

LAURENCE E. KOMP, MO Bar 40446
Capital Habeas Unit, Chief
Federal Public Defender
Western District of Missouri
1000 Walnut, Ste. 600
Kansas City, MO 64106
816-471-8282
laurence_komp@fd.org

SCOTT W. BRADEN, AR Bar 2007123
JOHN C. WILLIAMS, AR Bar 2013233
Assistant Federal Public Defenders
Federal Public Defender's Office
Eastern District of Arkansas
1401 West Capitol, Suite 490
Little Rock, AR 72201
501-324-6114
scott_braden@fd.org
john_c_williams@fd.org

*Counsel for Vincent McFadden*

## TABLE OF CONTENTS

Attachment A..................................................Gregory Hazlett's Complaint 2002

Attachment B..................................................Gregory Hazlett's Complaint 2004

Attachment C..................................................Gregory Hazlett's Complaint 2012

Attachment D ....................Michael Douglas' Certification Investigation Report

Attachment E.................. Edward Magee's Interview Report on Vaughn Shivers

Attachment F.............................................Dr. Fred Sautter's Preliminary Report

Attachment G ...........................................................Dr. Collin Gordon's Report

Attachment H ...................................................................... Dr. Stanford's Report

Attachment I......................................Youth Services International, Inc. Records

Attachment J............................September 1995 – 121 Students on TA Honor Roll

Attachment K................................................Discharge Affidavit on JU594-00803J

Attachment L............................................................. Dr. Aaron Specht's Report

Attachment M.................................................. Declaration of Lamika Covington

Attachment N .........................................................Declaration of Sandra Boles

Attachment O .................................................... Declaration of Loyce Hamilton

Attachment P.................................................... Declaration of Valerie Leftwich

Attachment Q .........................................................Declaration of Robert Lundt

Attachment R.................................................. Normandy High School Records

Attachment S .............................................................................. 29.15 Exhibit 4

Attachment T................................................................................. 29.15 Exhibit 5

Attachment U ........................................................................ 29.15 Exhibit 6

Attachment V......................................................................... 29.15 Exhibit 7

Attachment W........................................................................ 29.15 Exhibit 9

Attachment X........................................................................29.15 Exhibit 31

Attachment Y.....................................................................29.15 Exhibit 32A+B

Attachment Z......................................................................29.15 Exhibit 43

Attachment AA ..................................................................29.15 Exhibit 45

Attachment BB ...................................................................29.15 Exhibit 47

Attachment CC.......................................... Dr. Colin Gordon Curriculum Vitae

Attachment DD ......................................... Dr. Frederic Sautter Curriculum Vitae

Attachment EE.............................................Dr. Aaron Specht Curriculum Vitae

Attachment FF .....................................Dr. Shameka Stanford Curriculum Vitae

Attachment GG.............................................. Vincent McFadden's Birth Records

Attachment HH.......................................................David Lee's Police Reports

Attachment II .................................... Vincent McFadden Sr.'s Military Records

Attachment JJ ................. Detective Edwin Menzenwerth Deposition Page 10-11

# Attachment AA

# Developmental LifePath*—Vincent McFadden

| YEAR | | | | 1980 | 1980 |
|---|---|---|---|---|---|
| AGE | | | | Birth | 6 mo. |
| DATE | | | | ▮ | Sept. |

**Theresa Brown**
  DOB ▮ 1959
**Vincent McFadden, Sr.**
  DOB ▮ 1958

PLACE

Father and Mother never married

Father stationed in Germany

Clayton, MO

**Mother lives with:**
- Parents: David and Glenda Brown
- Younger siblings: Denise, Lisa David, Baby Lakita

**Father has family with Karen Holmes:**
- Nuggie
- Al
- Nicie
- Paddle
- Donna

**Father lives with:**
- Parents: Spencer, Sr. and Minnie McFadden

Vincent McFadden, Jr. Born

St. Louis County Hospital

Father returns from Germany

Premature

Pediatrician concerned about sickle-cell and prescribed iron

Legend:
Theresa Brown
  *Mother* ▬▬▬
Vincent McFadden, Sr.
  *Father* ▬ ▬ ▬
Various Care-providers
  ==//==//==
Local Community Factors
  ▬▬▬

* APPROXIMATE
  Spring 2018
  WANDA DRAPER PhD

## DEVELOPMENTAL EXPECTATIONS:
- Preparation for pregnancy and birth of child
- Bonding and attachment with parents
- Infant milestones
- Safe and healthy home environment
- Consistent care for love, trust and mutuality

## DEVELOPMENTAL STRESSORS:
- Prescribed iron by physician
- Paternal and maternal families get along superficially
- Born one month premature
- Father in Germany during first 6 months
- Father lived with his parents, not mother of his child

LP1



tabbles
Mov. EXHIBIT
45



**DEVELOPMENTAL EXPECTATIONS:**

- Consistent caregivers
- Sense of self; autonomy; toilet training
- Setting and enforcing limits; guiding behavior
- Bonding and attachment with parents continues
- Conscience-orientation; consequences

**DEVELOPMENTAL STRESSORS:**

- Pattern of moving him from place to place—15 people different caregivers
- Never with one consistent mother-figure for the first 3 years
- Asthma
- Mother worked 3:00pm to midnight—was often absent for days and weeks
- Disorganized attachment takes hold

LP2

| 1985 | 1986 | 1987 | 1988 |
|---|---|---|---|
| 5 yrs. | 6 yrs. | 7 yrs. | 8 yrs. |
| August | August | August | August |

**Similar communities around Pine Lawn: Hyper Segregation • Public health concerns • High Rates of Crime and Violence** White   *It's a War Zone* WHITE

St. Louis County, MO
**Pine Lawn Elementary**   Kindergarten   **First Grade**   **Second Grade**   **Third Grade**

First Grade: Family used paternal grandparents' address and then changed to maternal grandmother's. Then, back-and-forth.

Third Grade: Vincent small for age— picked-on by other children

*Back and forth between Maternal Family:*

**Staying with: David and Lakita Brown**

**Living with mother on Maple street BUT:**

Neighbors called Glenda Brown to report children left alone and neglected. Glenda, Vincent, Sr., and Don Northern went together and found Vincent and siblings unattended. Living with cousins—lots of people coming and going.

*Mother working two jobs— left children unattended*

Often stayed with relatives, Denise, Darlene, both grandmothers

Head injury—Sutures Fell from monkey bars

Pattern continued of being passed to various relatives

*Vincent cried often: Yearned and waited for his father who rarely came*

*Father: "Vincent got sidetracked going from grandmother to grandmother. Difficult to focus on school work.*

**PARTICIPATED IN:**
- **Little League**
- **Mathew Dickey's Club**

*Back and forth with Paternal Family:*

## DEVELOPMENTAL EXPECTATIONS:
- Father is pivotal person to help child move beyond mother
- Roots of morality forming though love, trust and mutuality with parents
- Transitioning to new attachments with teachers and peers
- Parental guidance for study habits and academic expectations

## DEVELOPMENTAL STRESSORS:
- Father not consistent as a role model
- No transmission of values for education
- No family ritual for valuing home life on a daily basis
- No grounding in social rules and laws enforcing respectful behavior
- No guidance and limits; no facing consequences

LP3



| | 1989 | 1990 | | | 1991 | |
|---|---|---|---|---|---|---|
| | 9 yrs. | 10 yrs. | | | 11 yrs. | |
| | August | August | | | August | |
| | | UNEMPLOYMENT | POVERTY | SINGLE-PARENT HOUSEHOLDS | | DID NOT GRADUATE FROM HIGH SCHOOL |
| Local Community Data | | 17.7% WHITE | 22% WHITE | 42.6% WHITE | | 37.4% WHITE |
| National Data | | 5.6%[B] | 13.5%[C] | 24%[D] | | 12.1%[E] |

St. Louis County, MO

**Clark Accelerated Dignity House and After school program**

**Fourth Grade**
Family stated he moved often from place to another and none had information about his developmental milestones.

**Fifth Grade**

*Vincent sang in the children's choir at church*

**Mother's boyfriend, Robert Reeves, moved-in**

He did not like Vincent

**Langston; Changed to Pruitt Military; Returned to Langston**

**Sixth Grade**

**Death of friend**

Smoking marijuana and hashish

❖ Aunt Faye took him to sports

**Began using weed and alcohol — beer and hard liquor**

*Mother fined by the school for Vincent truancy*

*Back and forth between Maternal Family:*

*Rarely saw mother — worked*
• *Plasco: 3pm–Midnight*
• *Contigos: 7am–3pm*

Pattern continued of being passed to various relatives

*Father living with Karen Holmes and their children together — moved frequently while Vincent lived off and on with them*

*Back and forth with Paternal Family:*

Hand injury — Sutures "Jumping off stuff"

He was disappointed his parents did not support his school activities

Becomes sexually active with friend, Tiffany

## DEVELOPMENTAL EXPECTATIONS:
- Parental guidance, encouragement
- Parent participation in school and community activities
- Parent-child interaction for emotional support
- Study habits enforced
- Trusting relationships with parents and teachers

## DEVELOPMENTAL STRESSORS:
- Influenced by older boys, seeking "street credit"; death of friend
- Moving from place to place without guidance, limits, and consequences
- Lack of parental involvement in school activities
- Using alcohol and marijuana

LP4



**DEVELOPMENTAL EXPECTATIONS:**

- Stability in home life
- Privacy and quiet time for study and academics tasks
- Trusting relationships with mother and father
- Parents as healthy role models

**DEVELOPMENTAL STRESSORS:**

- Continuously moving from one relative to another without frim expectations and coordination between families
- Poor role models; alcohol; *street crime*
- Death of friend
- Lack of consistency in community activities

LP5

| 1994 | 1994 | 1994 | 1994 | 1994 | 1995 |
|---|---|---|---|---|---|
| 14 yrs. | 14 yrs. | 14yrs. | 14yrs. | 14yrs. | 15yrs. |
| May | 7/28 | August | 4/2 | 10/12 | 3/29 |

Vincent's had numerous caregivers but lacked consistency White

Officer Nelson: Pine Lawn Community = Violent, Unstable, high-criminal activity WHITI

==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//==//=

**St. Louis County, MO**
**Stevens School    Eighth Grade**

Madison—Tri-A,  Ninth Grade Alternative
Received all C's

King—Tri-A,  Ninth Grade Alternative

*Back and forth between Maternal Family:*

Stayed often on weekends with Aunt Lisa Brown

Arrested—
1.  Assault 3/uuW

Legal Action
Mother requested relief of custody

Arrested—
1.  Parole Violation

*Rarely saw mother*

Helped him get a job at St. John's Food Service

Uses mother's address:

St. Louis

Adjudicated/ incorrigibility

Pattern of moving was firmly established

*Wanted to go to school in her neighborhood*

He felt pulled from one parent to the other

*Father not consistent figure*

*Mother said NO—She needed him to care for little sisters*

Placed on probation and moved to father's residence

He could not settle

Beaten severely with a bat by a group of males— reported by Glenda Brown

*Back and forth with Paternal Family:*

## DEVELOPMENTAL EXPECTATIONS:
- Parental guidance and expectations about school and social life with communications about opportunities, limits and consequences
- Co-parenting about support and encouragement for study habits and school expectations

## DEVELOPMENTAL STRESSORS:
- Prevented from staying with Aunt and Uncle who were committed to help with his care
- Living with daily violence in both communities (Pine Lawn and City of St. Louis)
- Risk in "war-like" atmosphere
- Breaking the law perceived as a part of survival
- Total rejection by mother requesting relief of custody (granted by Court)

LP6



**DEVELOPMENTAL EXPECTATIONS:**

- Forming socially acceptable relations with girls
- Following parental and academic expectations for success in school
- Engaging in community activities such as music, sports, theater
- Following social rules and laws

**DEVELOPMENTAL STRESSORS:**

- Tarkio lost funding and he was discharged
- Asthma; hospitalized
- Returned to previous "in risk" neighborhood
- Rejected by family members, especially mother's live-ins

LP7



| 1996 | 1996 | 1996 | 1997 | 1997 | 1997 | 1997 |
|------|------|------|------|------|------|------|
| 16 yrs. | 16 yrs. | 16 yrs. | 16 yrs. | 16 yrs. | 16 yrs. | 17yrs. |
| July | August | 12/8 | 2/3 | 2/28 | 3/5 | April |

**High school is very violent—gang and drug activity—not a safe environment** WHITE

**Evolution of delinquency and violence** WHITE

St. Louis County, MO         Normandy High School     Eleventh Grade

Friend killed:
Lenney R. Robinson
Assault by firearms

Friend killed:
Cassey Cuffie
Assault by firearm

EXPELLED

Back and forth between Maternal Family:

**Darral Jackson moved in with his mother. He rejected Vincent**

**PLEAD GUILTY:**
**Third degree Assault**

• Living back-and-forth

Mother: ▮
St. Louis County

**Continued Moving Pattern**

Went to live part time with Glenda and David Brown—David rejected him.

Maternal grandparents:
▮
Pine Lawn

Friend killed:
Michael Lock
Gunshot wounds to head and chest
He lived on same street as maternal grandmother

Father: ▮
Pine Lawn

Back and forth with Paternal Family:

Vincent stated: "He was like a big brother to me, very protective."

Very emotional funeral

## DEVELOPMENTAL EXPECTATIONS:
- Family support vital to the formation of values that honor life
- Academic achievement promoted by parent expectations
- School participation by parents in remediating concerns of school

## DEVELOPMENTAL STRESSORS:
- Three friends killed by violent means
- Changing living quarters' no permanent arrangements
- Rejected by men in his mother's life
- Father fails to provide guidance and support; poor role model
- Normandy School is like a "War Zone" White

LP8



## DEVELOPMENTAL EXPECTATIONS:
- Parents intervene to help in times of trouble
- Period of self-formation with guidance and support form parents and teachers
- Forming healthy relationships with peers
- Enjoyment of family and community life

## DEVELOPMENTAL STRESSORS:
- Returns to mother's residence; rejection continues
- Immersed in high risk atmosphere with drugs and crime
- Probation and drug rehab programs
- Continuously moving; no family accepts responsibility to help him meet legal expectations

LP9



DEVELOPMENTAL EXPECTATIONS:
- Interest in career
- Entry into job or higher education
- Social relationships increase
- Interests in one-on-one friendships

DEVELOPMENTAL STRESSORS:
- Dealing with the courts
- Moving form one place to another
- Probation and parole regulation
- Use of drugs

LP10



## DEVELOPMENTAL EXPECTATIONS:

- Making decisions and judgments in the best interest of self and others
- Engaging in mutual relationships with trust and common interests
- Honoring rules and laws of society
- Becoming independent and self-sufficient

## DEVELOPMENTAL STRESSORS:

- Loss of friend though violent death
- Continuously moving from one program to another
- No stability; no anchor; no inner strength
- Immersed in community culture of violence and risk

LP11



**DEVELOPMENTAL EXPECTATIONS:**
- Self formation intentions for entry into social life expectations
- Independent responsibilities
- Mutual decisions in best interest of self and others
- Intimate and close relationships

**DEVELOPMENTAL STRESSORS:**
- Street encounters with the law
- Court and parole officer interactions
- Jail and probation issues
- Failure in rehabilitation programs

LP12



## DEVELOPMENTAL EXPECTATIONS:

- Relations with family and friends based on lawful and caring behavior
- Planning for marriage or single life
- Planning to become a parent
- Exploration of career and education opportunities

## DEVELOPMENTAL STRESSORS:

- Continuing legal issues
- Probation violations
- Drug abuse
- Loss of friends through death
- Changing living situations

LP13



## DEVELOPMENTAL EXPECTATIONS:
- Self-identity solidified
- Engaging as contributing member of society
- Honoring rule sand laws of society
- Manifesting behaviors that reflects emotional stability as a reverence for life

## DEVELOPMENTAL STRESSORS:
- Loss of friends through violence
- Emotion dysregulation
- Disorganized thought patterns: Poor decision-making; Lack of respect for self or others; Inability to think in terms of outcomes in present or future

LP14



DEVELOPMENTAL EXPECTATIONS:
- Ego integration
- Honoring social laws
- Interest in family
- Practicing health and good daily living habits

DEVELOPMENTAL STRESSORS:
- Self-identity crisis
- Violation of laws
- Dealing with death of friends
- Emotion dysregulation

LP15



**2004** | **2004**
24yrs. | 24yrs.
Dec. | 12/3

# LIVING IN JAIL

St. Louis County, MO

Convicted of assault and armed criminal action

Neuropsychological Evaluation
Gelbort, Ph.D.

**Results:**
- *FS IQ = 83*
- *Lacked insight*
- *Limitations into judgement and reasoning*
- *Perceptual distortions*
- *Attentional deficits in visual special modality*
- *Sight reading = 4th grade level*
- *Spelling = 5th grade level*
- *Math = 6th grade level*
  - *6th grade level needed to work in adult world*

➤ *Continuing factors for becoming involved in dangerous and irresponsible behavior in the past*
  - *Deficits consistent that affect his everyday life comprehension deteriorated with increased complexity.*

**Battery Of Tests:**
- WAIS III
- Wechsler Memory IV
- Wide-Range Achievement—III
- Lateral Dominance Exam
- Trail-Making Test
- Category Test
- Partial Sensory Exam
- Luria Nebraska—Partial
- Diagnostic Interview
- Mental Status Testing

- *Learning and memory greatest limitation*
- *Difficulty with complex reasoning*
  - *Impulsive behavior and errors, confusion and disorganized attempts to work with information*
- *Implications for behavior on the streets*
  - *Working quickly under pressure and emotionally, and with more abstract material falls into impaired range (bottom 10% of the population)*

LP16

**2016**
**36yrs.**
**7/27**

## LIVING IN PRISON

Petosi Correctional Center
Mineral Point, MO

### Neurobehavioral Assessment Report

*Ruben Gur, M.D.*
*Director of Behavior laboratory and Center fro Neuroimaging in Psychiatry*
*Andrew Newberg, M.D.*
*Director of Research, Myra Brind Center of Integrative Medicine*

**PET Scans**
**Performed on**
**9/29/15**

**PET Scan Results:**
- Abnormalities in brain regions important for regulating emotions and behavior

**BRAIN DYSFUNCTION:**
- *Indicate Vincent has a pattern of hypo-activation in limbic structures and corpus colosseum, simultaneously hyper-activation across multiple cortical regions very important for regulating emotions and behavior.*

➤ *The abnormalities observed are consistent with several cause, including traumatic brain injury.*

**Problems include:**
- *Integrating reasoning and analytical processing with intuitive integrative and affect-related processing modes together with memory deficits.*

LP17

**Vincent McFadden: Case 12SL-CC04870**

**REFERENCES CONSULTED**

**LifePath—Cited**

White, Norman A., Ph.D. Crime Matters, St. Louis University, September 6, 2013.

B. United States Bureau of Labor Statistics. (2018). [Graph illustration of United State unemployment rates from 1947 to 2017, April 17, 2018]. *Labor Force Statistics from the Current Population Survey.* Retrieved from https://data.bls.gov/timeseries/LNU04000000?periods=Annual+Data&periods_option=specific_perio ds&years_option=all_years

C. U.S. Bureau of the Census, Current Population Reports, Series P-60, No. 175, *Poverty in the United States: 1990,* U.S. Government Printing Office, Washington, D.C. 1991

D. United States Department of Commerce, Census Bureau. (2011). [Table of United States households from 1980 to 2009, April 17, 2018]. *International Statistics.* Retrieved from: https://www2.census.gov/library/publications/2010/compendia/statab/130ed/tables/11s1336.pdf

E. U.S. Department of Commerce, Census Bureau. (2018). [Graph illustration of United State Current Population Survey (CPS), October, 1967 through 2015, August 2016]. Retrieved from: https://nces.ed.gov/programs/digest/d16/tables/dt16_219.70.asp?current=yes

F. Dalaker, Joseph U.S. Census Bureau, Current Population Reports, Series P60-214, Poverty in the United States: 2000, U.S. Government Printing Office, Washington, DC, 2001.

G. United States Bureau of Labor Statistics. (2018). [Graph illustration of United State unemployment rates from 1947 to 2017, April 17, 2018]. *Labor Force Statistics from the Current Population Survey.* Retrieved from https://data.bls.gov/timeseries/LNU04000000?periods=Annual+Data&periods_option=specific_perio ds&years_option=all_years

H. United States Department of Commerce, Census Bureau. (2001). *Households and Families: 2000.* Retrieved from: https://www.census.gov/prod/2001pubs/c2kbr01-8.pdfI.

I. U.S. Department of Education, National Center for Education Statistics. (2017). *The Condition of Education 2017* (NCES 2017-144),Status Dropout Rates. Retrieved from: https://nces.ed.gov/fastfacts/display.asp?id=16

Nelson, Richard. Deposition October 22, 2004

## Report and LifePath

Bowlby, J. (2008). *A Secure base: Parent-child attachment and healthy human development*. Basic Books.

Cortina, M., & Marrone, M. (Eds.). (2003). *Attachment theory and the psychoanalytic process*. Whurr Pub Limited.

Courtois, C. A., & Ford, J. D. (Eds.). (2009). *Treating complex traumatic stress disorders:     An evidence-based guide* (pp. 82-104). New York, NY: Guilford Press.

De Bellis, M. D. (2005). The psychobiology of neglect. *Child maltreatment, 10*(2), 150-172.

Draper, W. (1984). Emotional Development. *International Encyclopedia of Education: Research and Studies*. (Editors-in-chief: Husen; Torsten; Tiewaite; Neville). Pergamon Press.

Draper, W. (1984). Father's role in development. *International Encyclopedia of Education: Research and Studies*. (Editors-in-chief: Husen; Torsten; Tiewaite; Neville). Pergamon Press.

Fonagy, P. (2010). *Attachment theory and psychoanalysis*. Other Press, LLC.

Harris, G. T., Rice, M. E., Quinsey, V. L., & Cormier, C. A. (2001). *Violent offenders: Appraising and managing risk* . American Psychological Association.

Heller, L., & LaPierre, A. (2012). *Healing developmental trauma: How early trauma affects self-regulation, self-image, and the capacity for relationship*. North Atlantic Books.

Holmes, J. (2014).  The search for the secure base: Attachment theory and psychotherapy. Routledge.

Karr-Morse, R., & Wiley, M. S. (1997). *Ghosts from the nursery: Tracing the roots of violence*. Atlantic Monthly Press.

Niehoff, D. (1999). *The biology of violence: How understanding the brain, behavior, and environment can break the vicious circle of aggression*. New York: Free Press.

Ressler, R. K., Burgess, A. W., & Douglas, J. E. (1988). *Sexual homicide: Patterns and motives*. Simon and Schuster.

Schore, A.N. (1994). Affect regulation and the origin of the self: The neurobiology of emotional development. Psychology Press.

Schore, A.N. (2001). Effects of a secure attachment relationship on right brain development, affect regulation, and infant mental health. *Infant mental health journal*, 22(1-2), 7-66.

Solomon, J., and George, C. (1999).  Attachment disorganization. New York: Guilford Press.

Volavka, J. (2008). *Neurobiology of violence*. American Psychiatric Pub.

Wilson, J. Q., & Herrnstein, R. J. (1998). *Crime human nature: The definitive study of the causes of crime*. Simon and Schuster.

## Case Information Reviewed

*Resource Persons and Documents Consulted*

- Draper, Wanda, Ph.D.
  - Final summary report, 7/2/2007

- Gelbort, Michael M., Ph.D.
  - Neuropsychological Evaluation, 12/2/2004
  - Court testimony, January 18, 2007

- Gur, Ruben C., Ph.D.
  - Neurobehavioral Assessment of Mr. McFadden, 7/27/2016
  - Court testimony

- Newberg, Andrew, M.D.  *Director of research, Myrna Brind Center of Integrative Medicine*
  - Report of results of positron emission tomography (PET), 10/20/2015

- Nelson, Richard, Deputy of Juvenile Officer St. Louis City Juvenile Court
  - Deposition, 10/22/2004

- White, Norman A., Ph.D.
  - Crime Matters, St. Louis University, 9/6/2013
  - Court testimony

*Documents Consulted*

- McFadden Forensic Records—Adult and Juvenile
- School records,
- Medical
- Social records
- Interviews

# Attachment BB

# WANDA DRAPER, Ph.D.



Mov. EXHIBIT

47



Internationally recognized consultant, author and teacher, Wanda Draper is a Professor Emeritus of Psychiatry and Behavioral Sciences in the College of Medicine, University of Oklahoma. She serves as President of Education Futures International, and for 17 years she served as Executive Director of the Oklahoma Child and Family Institute. She founded the Early Childhood Development Center affiliated with the OU Health Science Center where she taught for 20 years. Consultancies include public and private education as well as court consultation and expert testimony in capital trial, child custody, abuse & neglect. She is a developmental consultant for private clients.

She has authored 17 books, 60 audio cassette programs, 5 video tapes and numerous articles. Examples of books: *The Witness* (2017), *Your Child Is Smarter Than You Think!* (2014) *Living and Working with Children*, *The Caring Parent*, *Caring for Children*, and *Is There A Nanny in the House?* Audio and video tapes include: *Heading for School Success*; *Parent-Child Relationships*, and *Creative Parenting*. *Emotional Development* and *Father's Role in Development* were both published in the *International Encyclopedia of Research and Education*.

She has appeared on television, radio and in newspaper and magazine articles, including *The Wall Street Journal*, *USA Today*, *The New York Times*, *The Washington Post*, *Parent Magazine*, *Health Magazine*, *American Baby*, *CNN World News on TV*, *The Oprah Winfrey Show*, and *Hong Kong Radio*. She has been quoted world-wide in over 1500 articles and newspapers.

Internationally, Dr. Draper has provided consultation and seminars in Singapore, Hong Kong, the United Kingdom and Romania. She holds a professorship with Athenaeum University in Bucharest where she taught medical students as a visiting professor. She has trained and directed the work of over 50 professionals volunteering from the US to work in orphanages and hospitals for abandoned children in Romania. She has interviewed Russian, Czech and Romanian cosmonauts and American astronauts in her study of super achievers. She is currently working on Attachment research in collaboration with Romanian professionals.

Formerly, she has been Assistant Dean at the University of Wisconsin at Stout, Director of Child Development for the Oklahoma Department of Health, and on the faculty at University of Central Oklahoma and Texas Woman's University. She has also taught at the preschool, elementary and secondary levels. For eight years, she served as co-director of the Diagnostic and Therapeutic Center in the OU Department of Psychiatry, and for seven years was a consultant for the Oklahoma School of Sciences and Mathematics.

Dr. Draper has earned the prestigious Regents' Award of Excellence in Teaching at the University of Oklahoma and the Award for Outstanding Professional Service from the Oklahoma Psychological Association.

A native of South Texas, she received her degrees from Texas Woman's University, with additional studies at Harvard University and the International Center for Genetic Epistemology, Geneva, Switzerland.

*For more information:*
*Wanda Draper, Ph.D.        PO Box 1835    Fredericksburg, TX 78624        Phone 956-499-4470;*
*Email: wdraperemail@gmail.com;      Websites: educationfuturesinternational.com;      wandadraper.com*

# WANDA DRAPER, Ph.D.
## *CURRICULUM VITAE*
### *2017-2018*

P.O. Box 1835                                   Cell: (956) 499-4470
Fredericksburg, TX 78624                        Email: wdraperemail@gmail.com

## CURRENT POSITIONS

Professor Emeritus, Department of Psychiatry & Behavioral Sciences, College of Medicine, University of Oklahoma Health Science Center (OUHSC) Faculty position since 1976, Oklahoma City; Graduate Faculty of Education, OU, Norman

Consultant: Twenty-five years and over 100 Capital cases: court consultant for capital trial,
        criminal, child custody, abuse and neglect cases;
        Public and private education; Developmental issues for private clients

President, Education Futures International

Professor, Department of Medicine, University of Athenaeum, Bucharest, Romania

## EDUCATION

Ph.D. 1969, Human Development, Texas Woman's University, Denton, TX
M.S. 1967, Child Development and Family Ed, Texas Woman's University
B.S. 1962, Education, Texas Woman's University

## POSTDOCTORAL STUDIES

Academy of Genetic Epistemology, Univ. of Geneva Switzerland, 1994
International Center for Genetic Epistemology, Geneva, Switzerland, 1978
Harvard University, Cambridge, MA, 1976
High/Scope Research Foundation, Ypsilanti, MI, 1971

## RECENT PROFESSIONAL DEVELOPMENT

Litigating Juvenile Life Without Parole, Oklahoma City, OK Mar.29-30, 2018
National Mental Health Symposium: Emotion Regulation & Dysregulation,
        Menninger Clinic & Baylor Medical School, Houston, TX, April 15, 2016
Partners for Change Conference on Domestic and Sexual Violence and Stalking, US Dept. of
        Justice and Oklahoma Attorney General Office, Oklahoma 2013
National Symposium: An Agenda for Psychiatry & Neuroscience, The Menninger Clinic,
        Houston, TX, April 12, 2012
Death Penalty Conference,
         Oklahoma City, 2009
Criminal Defense Seminar,
        San Antonio, Texas, 2006
Criminal Defense Seminar,
        Oklahoma City University School of Law, 2004

Wanda Draper, Ph.D.

## MEMBERSHIPS AND HONORS

### Memberships

Society for Research in Child Development
American Association of the Advancement of Science
Higher Education Alumni Council of Oklahoma
National Association for the Education of Young Children
New Horizons of Learning, An International Human Resource Network
The Planetary Society
Southern Association on Children Under Six
Oklahoma Association on Children Under Six
Phi Upsilon Omicron
Pi Lambda Theta

### Honors

Outstanding Professional Service Award, Oklahoma Psychological Association, Humanitarian Award, State of Oklahoma1995.
Psychiatry Residents Outstanding Instructor Award, University of Oklahoma Health Sciences Center, 1992.
Regent's Award for Teaching Excellence, University of Oklahoma Health Sciences Center, 1991.
Gordon Deckert Award for Excellence in Educational Endeavors, 1990.
The World Who's Who of Women, 1983, 1984, 1985. The International Who's Who of Intellectuals, 1985. Who's Who in the South and Southwest, 1982. Two Thousand Notable Americans, 1982. The Registry of American Achievement, 1982. Personalities of America, 1981, 1982. Personalities of the South, 1981, 1982.
Citation of Achievements and Outstanding Service in the Development of Quality Programs for Children in Oklahoma, 1979.
COMMA Award for consultation to the 13 Part television series, THE OTHER SCHOOL SYSTEM, 1978.

## BOARDS, COMMITTEES, COUNCILS AND COMMUNITY CONTRIBUTIONS

Executive Director, Education Futures International, 1993 to present.
Girl Scouts of America Board of Directors, 1994-95.
Oklahoma Independent College Foundation Board, 1994-present.
Moore-Norman Vo-Tech (Advisory Board for the Child Development Programs), 1990 to present.
Board of Directors, Executive Director, Oklahoma Child and Family Institute, Inc./Early Childhood Development Center, 1974-92.
Advisory Board, Women's Center, Presbyterian Hospital, Oklahoma City, OK, 1991-93.

2

Wanda Draper, Ph.D.

Board of Directors, Harrison Walnut Redevelopment Corporation, Oklahoma City, OK, 1988 to 1993.
Advisory Board, DeMarge College, Oklahoma City, OK, 19866 to present.
Board of Directors and President, Lincoln Terrace Neighborhood Association, Oklahoma City, OK, 1991-1993.
Feasibility study for a child care center for Midwest City Memorial Hospital, 1990.
Advisory Board, Educational Futures International, Santa Barbara, CA, 1980-84.
Governor's Committee on Children and Youth, 1974-81.
State Policy Advisory Board for Head Start, 1970-76; 1983-89.
Board of Directors, Parents Assistance Center, Inc., 1976-82 (President, 1977-79). Board of Directors, The Other School System, Inc., 1978-82. Regional Task Force for Prevention of Child Abuse and Neglect, 1985. Oklahoma Association for Children Under Six, 1970-90 (President, 1975).

## UNIVERSITY GOVERNANCE

University Affiliated Program of Oklahoma, 1992.
Professional Practice Plan Advisory Committee, 1977-80.
Child Psychiatry Training Committee, 1977-80.
Joint Committee for Pediatric Intern Training, 1981.
Administrative Council, Early Childhood Development Center, 1982-92.

## CONSULTATION SERVICES

**Oklahoma School of Science and Mathematics.** Contract through the Department of Psychiatry & Behavioral Sciences, OUHSC, 1990-96.
**Evolution Film and Video, Inc.** Consultation (Example: Proposal for a PBS TV Series/42-part programs entitled <u>Scenario</u>. West Hollywood, CA, 1991-93.
**International Nanny Association Annual Conference.** Consultation to Educators and Placement Officials, Scripp's College, Claremont, CA, 1992.
**Kansas State School for the Deaf,** 1989-93.
**Oklahoma State School for the Deaf.** 1980-1990.
**Public Defenders Office,** Oklahoma County, Oklahoma, 1990-present.
**Child Development Center-Francis Drummond Center,** Madill, OK, program development and teacher evaluation, consultation with Director of Center and Board of Directors, 1981 to present.
**Managing Consultant,** Health Sciences Center Task Force to Develop A Child Development/ Child Care Center, 1990-93.
**Head Start,** public and private schools, child care centers and other programs related to education, children and families, 1976 to present.
**Midwest City Memorial Hospital Women's Center,** Midwest City, OK, 1989-1995.
**Joint Review Committee:** American Pediatrics Association and American Public Health Association. (Review National Standards & Regulations for Child Care Centers), 1990.

3

Wanda Draper, Ph.D.

**Planning diagnostic and therapeutic centers for children.** Santa Barbara County Council on Children and Families. Santa Barbara, CA 1988.
**California Video Communications Corporation,** 1988-90.
**Warm World Preschool,** Church of the Servant, Oklahoma City, OK, 1984-1994.
**Organizational Planning for establishing an intergenerational center,** Santa Barbara, CA 1984.
**Oklahoma City University,** Education Division, Evaluation of the Early Childhood Education program, 1983.
**Westinghouse Corporation,** Nutrition education, Dallas, TX 1980-83.
**Gearing, Nebraska,** Child and Family Resource Program. 1982.
**Washington, DC,** ACYF, program development for CFRP demonstration programs in eleven states, October 29-30, 1981.
Las Vegas, NV, CFRP, program planning and management; staff development, 1981-1983.
**Florida State Department of Education,** Special Education. Development of a multi-state consortium for use of telecommunications for education and training for personnel working with handicapped children, August 31, 1979.
**University of Alabama Medical Center,** Center for Developmental and Learning Disabilities, Birmingham, AL, program development, 1974-75.


PROFESSIONAL EXPERIENCE

**Academic, Teaching** (prior to current position)
Director and Teacher, Oklahoma Child and Family Institute, 1974-76
Associate Professor, Central State University, 1973-74
Professor, University of Wisconsin-Stout, 1967-70
Instructor, Texas Woman's University, 1966-67
Teacher, Corpus Christi, Texas 1969-66 (Elementary, Junior and Senior High School)


**Academic, Administrative**
Executive Director, Povl Toussieng Early Childhood Development Center, Affiliate, University of Oklahoma, 1982-92.
Founder and Executive Director, Oklahoma Child and Family Institute, Inc., 1974-92.
Co-Director (Program Administrator), Diagnostic and Therapeutic Center, Department of Psychiatry and Behavioral Sciences, University of Oklahoma HSC, 1976-82.
Project Administrator, Handicap Resource Project, 1974-84 (Federally funded state-wide training program)
Department Chairman, Home Economics, Central State University, 1973-74.
Assistant Dean, School of Home Economics, University of Wisconsin-Stout, 1967-70.
Chairman, Department of Home and Family Life Education, Corpus Christi, Texas, Calallen and Tuloso-Midway High Schools, 1962-66.


**Hospital/Agency Administration**
Administrative Consultant, Oklahoma State School for the Deaf, 1978-1990.
Director, Child Development Programs, Guidance Center Division, Oklahoma State

4

Wanda Draper, Ph.D.

Department of Health, 1970-73.

Weekly Staffing:  Diagnostic and Therapeutic Center, co-chair interdisciplinary team; consultations with psychiatry residents and child psychiatry fellows, 1976-96. staff and residents for assessment of work with children
Debriefing with Diagnostic and Therapeutic Center and parents, planning for individual treatment for specific children, progress reports on cases under evaluation, supervision of fellows.

## TEACHING MATERIALS DEVELOPED

Stages of Development: Detailed charts for eleven stages of children's development. For use by residents and fellows participating in the child development seminars and for observation purposes at the Early Childhood Development Center.
Manual of Readings:  Three manuals with selected readings for each developmental seminar (Res. 11,111,IV, and Child Fellows).
Curriculum for the DeMarge College:  Professional Certified Nanny Program; Professional Certified Governess Program, 1986-93.
Comparative Milestones in Development:  Prenatal through Adulthood, 1983.
Comparative Stages in Adult Development 1983; Rev. 1989.
Cognitive Development in the Preoperational Child 1983.
Cognitive Development in the Concrete Operational Child 1983.
Slide Series:  TIPS (Toddlers, Infants, Parents) with script, 1977.
Slide Series:  Handicap Resource Project with script, 1978.
AESP Study Guide for use with PBS -Thirteen half-hour television programs, THE OTHER SCHOOL SYSTEM, for training volunteer teachers nationwide, 1977-78.

## PUBLICATIONS

Over 1,500 publications or quotes in newspapers, magazines, television and radio programs, local and international.
Newspaper columns in Family Issues in Oklahoma City 1994
Column on children for Woman's Magazine, Tulsa, OK 1995.

BOOKS

Draper, Wanda.  Your Child is Smarter Than You Think! Macedon Publishing Company, Oklahoma City, OK 1994 (Book, 250 pages); Rev. 2014, Morgan James Publishing Co., New York, NY.

Draper, Wanda with Collin Stutz. THE WITNESS: Unfolding the Anatomy of a Killer. Morgan James Publishing, New York, 2017. (Released 10-11-2016.)

5

Wanda Draper, Ph.D.

Draper, W. Living and Working With Children Macedon Publishing Company, Oklahoma City, OK 1993 (Book, 251 pages). Currently being translated into Romanian for use with physicians and teachers in Romania.

Draper, W. Is There A Nanny In The House? Macedon Publishing Company, Oklahoma City, OK 1992 (Book, 175 pages).

Draper W., Draper, H., & Polk, L. Studying Children: Observing and Participating. Peoria, IL Glencoe-McKnight Publishing, Rev. 1989. (175 pp. text).

Draper & Draper. The Caring Parent. Bennett-McKnight Publishing Co., Peoria, IL, 1984 (Textbook, 383 pages).

Draper, W. The Caring Parent Student Guide. Bennett-McKnight Publishing Co., Peoria, IL and Collier Macmillan Publishers, London, England, 1984. (180 pages).

Draper, W., & Polk, L. The Caring Parent Teacher's Resource Guide. Bennett-McKnight Publishing Co., Peoria, IL and Collier Macmillan Publishers, London, England, 1984. (136 pages).

Draper, W. & Draper, H. Caring for Children: Student Guide. Charles A. Bennett Co., Inc., Peoria, IL, 1975; Revised 1979 (110 pages).

Draper, W. & Draper, H. Caring for Children. Charles A. Bennett Co., Inc., Peoria, IL, 1975; Revised 1979; current revision in process. (560 pages, textbook).

Draper, W. & Bailey, A. Steps in Clothing Skills. Charles A Bennett, Co., Inc., Peoria, IL, 1970; Revised 1977; Current revision in process (560 pages).

Draper, W. & Polk, L. Caring for Children: Teacher's Resource Guide. Charles A. Bennett Co., Inc., Peoria, IL 1979 (350 pages).

Draper, W. & Draper, H. Studying Children: Observing and Participating. Charles A. Bennett Co., Inc., Peoria, IL, 1977; (272 pages, textbook).

**Video/Audiotapes and Film Strip Series**
Draper, W. Getting A's the Easy Way. Series of 36 audio tapes with booklets (30-minutes each) in three sets: Elementary, Secondary and College levels; Learning Unlimited, Santa Monica, CA, 1991.

Draper, W. High Expectations (Revised). Three audio cassette tape sets (each containing 8 one-half hour programs on tape and a 30-page booklet): Elementary, High School, and College levels. Omni Family Productions, Oklahoma City, OK, 1991; Rev, 1992.

6

Wanda Draper, Ph.D.

Draper, W., <u>Creative Parenting.</u> Four audiotapes, cassettes (eight 30-minute programs): Talking with Children about Divorce, Talking with Children about Death, Children's Fears, and Building the Child's Self Image. Omni Family Productions, Oklahoma City, OK, 1989.

Draper, W., <u>Creative Parenting.</u> Series of twelve 30-minute audio tapes in areas: Guiding Children's Behavior, How Children Learn, Caring for Infants. Family Productions and Cassette Productions, Inc., Irwindale, CA, 1988.

Draper, W. <u>Guiding Children's Behavior.</u> 90-minute videotape. Omni Family Productions, Oklahoma City, OK, 1988.

Draper, W. <u>Parent-Child Relationships Series:</u> Parent-Child Interaction; Guiding Children's Behavior; Children Under Stress; Learning Through Play. Bennett-McKnight Publishing Co., Peoria, IL and Collier Macmillan Publishers, London, 1985.

Draper, W. <u>Discussion Guide for Parents.</u> Parenting Series filmstrips, Parent Magazine Films, New York, 1976.

**Articles:**

Draper, W. <u>Father's Role in Development.</u> International Encyclopedia of Education: Research and Studies, (Editors-in Chief: Husen; Torsten; Tiewaite; Neville) Pergamon Press, Oxford, England, 1984.

Draper, W. <u>Emotional Development.</u> International Encyclopedia of Education: Research and Studies, (Editors-in Chief: Husen; Torsten; Tiewaite; Neville) Pergamon Press, Oxford, England, 1984.

Draper, W. <u>Play - The Pathway to Learning: Piagetian Theory and the Helping Professions.</u> (Eds.: Lubin, G.E., Magary, J.F., and Poulsen, M.) University of Southern California, Los Angeles, CA, 1975.

**Manuals:**

Draper, W. <u>A Manual for the Owners and Operators of Bicycle and Tricycle Motors.</u> Macedon Publishing Co., Oklahoma City, OK, 1983.

Draper, W. <u>Children of a New Age.</u> Educational Futures International Symposium, May 5-8, 1983.

Draper, W. <u>A Piagetian Approach to Working with Emotionally Disturbed Children.</u> International Conference on Piagetian Theory and the Helping Professions, University of Southern California, Los Angeles, CA, January 8, 1982.

7

Wanda Draper, Ph.D.

Draper, W.  A Deeper Look at the Learner:  Implications for Education.  Educational Futures, International Symposium, Santa Barbara, CA, September, 1980.

Draper, W.  A Primary Prevention Model in Mental Health Services:  A Program for Infants, Toddlers, and Parents.  Seventeenth Annual Meeting, Psychiatric Outpatient Centers of America, Dallas, TX, April, 1979.

Draper, W., Draper, H.E. & Williams, S.  Developmental Tasks and Skills:  Infancy through Age Seven.  (Manual for professionals and students) Oklahoma State Department of Health, 1975.

Draper, W. (With Donna M Grabow).  Handicap Resource Directory.  University of Oklahoma Health Sciences Center, 1984 ()Federal grant through Oklahoma Department of Economic and Community Affairs).


RESEARCH ACTIVITIES

**Funded Research**

**Child Development Research, 1994:  Bucharest, Romania:**

Team Leader and trainer for 35 professional volunteers to collaborate with Romanians in upgrading medical, physical, and developmental health of children in orphanages and hospitals in Romania; conduct research on developmental and nutritional status of 300 children.

1. Bucharest:  Cotorocine Hospital for Children.  Conducted seminars in child development for physicians, nurses, and caregivers in hospitals and orphanages for abandoned children.
2. Bucharest:  Teaching 5-year medical students, College of Medicine, University of Athenaeum.
3. Cumpilung, Romania: Laegan Orphanage.
4. Bucharest, Orphanage #3.
5. Pitiste Guest lecturer for 14 pediatricians at the Pitiste Children's Hospital.
6. Criova:  Orphanage for 350 children.

Invitation to meet with Romanian government officials to discuss collaboration for Demonstration Child Development Center for nation-wide training center for professionals working with children in schools, orphanages, and hospitals.

**Attachment Disorders**:  Longitudinal Research.  In collaboration with Violeta Horhauanu, MD, Bucharest, Romania.  Children in orphanages. (1999 and continuing).


**Study of Super Achievers.  (Preliminary research)**

World Conference of Astronauts and Cosmonauts, Washington, D.C. (1992)

8

Wanda Draper, Ph.D.

Interviewed:   Russian Cosmonauts:  Alexi Leonov, Valeri Kubosov, Alexandra Volkov
Czech Cosmonaut:  Vladimir Remik, American Astronaut:  Rick Hauk
American Scientist and Astronaut: Dr. Ludewig Van den Bourg
Romanian Cosmonaut: Colonel Prenario

**Artist-in-Residence Grant.**  Povl Toussieng Early Childhood Development Center - Arts and Education of Young Children.  Funded by State Arts Council, 1990-1992.  Co-Author with Marcia Greenwood.

**Program Evaluation of Model Child Day Care Development Centers,** Principal Investigator, 1987.

**Handicap Resource Project/Resource Development Project.**  Statewide training for work with handicapped and non-handicapped children.  For administrators, teachers and staff in Head Start and early childhood programs.  Federal funding through Region VI, DHHS/OK, 1979-1982.

**TIPS (Toddlers, Infants, Parents).**  Educational program for low-income parents and their children in the Child and Family Resource Program.  Federal funding through Washington, DC, DHHS; one of eleven demonstration programs in the US), 1976-83.  Project Author, PI, and Consultant.

**Parent Education Training Grant.**  Statewide training for secondary teachers to implement TIPs programs in local communities.  Research and training funded through State Department of Vocational and Technical Education, 1978-79.  Project Author, PI, and Consultant.

**Early Childhood Development Training Project.**  Statewide training for 50 high school teachers.  Funded by State Department Vocational and Technical Education, 1977 (conducted at Langston University).  Project Author and Trainer.

**Child Development and Parent Education Training Project.**  Statewide training for 24 secondary teachers.  Joint funding by University of Oklahoma, Norman Campus, State Department of Health and State Department of Vocational and Technical Education, 1973.  Project Author and PI.

**Utilization of a Child Care Center for Training Personnel and Parents.**  Norman, OK.  Funded by Oklahoma State Department of Health, State Department of Economic and Community Affairs, 1973.  Project Author and PI.

**Parent Education Project:  Developmental Home Care for Children.**  Training program for disadvantages mothers in Beggs, OK.  Funded for 18 months by State Department of Vocational and Technical Education, 1972-73.  Project Author and PI.

**Parent Education Training Model:  A Child Development Program for Young Children and Their Parents.**  Newcastle, OK.  Funded by State Department of Vocational and Technical Education in cooperation with University of Oklahoma, Norman, 1972.  Project Author and PI.

9

**Analysis of Curricula Related to the Study of Man.** University of Wisconsin-Stout. Funded by the University, 1970. Co-Investigator.

**A Comparative Study:  Parent-Child Center Impact of Low-Income Indian and White Mothers' Knowledge and Attitudes about their Children.** Federal funding through the West Central Wisconsin Community Action Agency, Menomonie, WI, 1968-69. Co-Investigator.

**Study of Cognitive and Affective Domains of Students Studying Child Development.** Funded by the University of Wisconsin-Stout, 1968-69.

## Research Approved But Not Funded:

Draper, W., Manning, & Hardin. **The New American** School. Proposal authored and submitted with Oklahoma School of Science and Mathematics (To: America 2000, Washington, D.C.), February 17, 1992. (Not funded)

Draper, W. & Manning, E. **Profiles of Super Achievers:  Astronauts/ Cosmonauts/Students.** Developmental Profiles of American Astronauts and Soviet Cosmonauts. Oklahoma School of Science and Mathematics and Draper collaboration to interview astronauts and cosmonauts. (This research proposal was approved by Washington Department of Health and Human Services but not funded), 1991.

Draper, W. **Caring for Children:  A Study of the Intentional Impact for Telecommunications on Changing Parental Behavior.** The Other School System, Inc., 1978. Co-Author and Co-Investigator.  (Proposal approved; not funded.)

Draper, W. **A Multidisciplinary Training and Technical Assistance Project for Expanding Services to Developmentally Disabled Children and Their Families.**  Approved by Region VI, DHHS; not funded, 1977. Author and PI.

## Research Supervision

**Graduate Students:**
Study of Nominal Realism in Deaf Children. University of Oklahoma-Norman Campus. Linda Trice, Ph.D. Candidate, 1988-1990. (Research and Independent Study).
Follow-Up Study on Diagnostic Evaluations of Children in the Diagnostic and Therapeutic. Lyn Wegner, Principal Investigator, 1980-81. (Interviews and descriptive analysis).

**Child Psychology Fellows:**
A Study of Knowledge and Attributes of Parents Receiving Training in Infant and Child Development. Marvin Young Jin, M.D. and Ho Jung, M.D., Co-Investigators, 1978-79. (Two-factor design ANOVA).

10

<u>A Study of Knowledge, Attitudes and Behaviors of Parents in the Child and Family Resource.</u> Patricia McKnight, M.D. and Cheryl Morgan, M.D., Co-Investigators, 1977-78. (Development of a 45-item inventory schedule for video taping and recording interviews with subjects, administering instruments, collection and analysis of data, final report).

## INTERNATIOPNAL PRESENTATIONS

Seminars in child development (physicians, nurses, medical students). Bucharest, Romania, 1994-95.

Educator's Panel and Speaker, International Nanny-Association, Claremont, CA, July 24, 1992.

How Children Learn. International Preschool Play Group Association, Hong Kong, October 2, 1990.

Autism and Severe Emotional Disturbance in Young Children. Half-day seminar, Graduate Students in Psychology, University of Hong Kong, October 4, 1990.

Play-The Pathway to Learning. Hong Kong Psychological Society, Hong Kong, October 4, 1990.

Children's Fears, Talking with Children about Death and Divorce, Children Under Stress, and Children's Self-Esteem. All day seminars, Ruttonjee House, Marriage and Family Counseling Center, Hong Kong, October 5, 1990.

Children's Self Esteem, Singapore Council of Social Services, Singapore, October 12, 1990.

## NATIONAL AND LOCAL PRESENTATIONS

1995-2010 Over 30 professional presentations: local, national, and international.

Your Child is Smarter Than You Think. Guest speaker, St James School, Oklahoma City, OK, January 11, 1994.

Talking with Children about Death and Divorce. Workshop, Baptist Hospital, January 20, 1994.

Guiding Behavior in the Classroom. Workshop for teachers and administrators, Kirkland Elementary School, Oklahoma City, OK, February 9, 1994.

Working with Children with Disabilities. All-day Head Start workshop for 55 teachers and administrators, Okemah, OK, February 11, 1994.

Parent Involvement. Workshop for teachers and administrators, McLoud Schools, McLoud, OK,

Wanda Draper, Ph.D.

February 21, 1994.

Working with Children; Your Child is Smarter than You Think.  Workshop for teachers and administrators, Lutheran Church School, Midwest City, OK, February 25, 1994.

Today's Children, Tomorrow's Citizens.  Guest speaker, Freedom Foundation, Oklahoma City, OK, March 10, 1994.

Gangs, Cults and Culture.  Guest speaker, First Christian Church Youth, Norman, OK, March 20, 1994.

Talking with Children About Death and Dying.  Calm Waters Program, Baptist Medical Center, Oklahoma City, OK, April 11, 1994.

Biolimbics:  Developing the Whole Child.  Fran Drummond Day Care District training for parents and teachers.

Children and Violence. Central Elementary, Putnam City Schools, Oklahoma City, OK. April 19, 1994.

Discipline in the Classroom:  Self Development.  St. Eugene's School, teacher training, Oklahoma City, OK, April 20, 1994.

Discipline and Guidance and Sibling Rivalry.  State Conference of Mothers of Multiples, Oklahoma Christian University, Edmond, OK, April 30, 1994.

Romanian Effort.  Speaker to elementary school children and teachers about Romanian effort.  Children presented art work and Oklahoma Flag to be presented to Romanian children.  Central Elementary, Putnam City Schools, Oklahoma City, OK, May 19, 1994.

Child Development: Viewing the Child as Whole.  Conference keynote speech, Kansas State School for the Deaf, Olathe, Kansas, January 5, 1993.

Temperament Styles.  Speech for parents and teachers.  Newcastle, OK, February 16,1993.

Helping Children Cope with Cancer.  Workshop presentation, Calm Waters Program, Oklahoma City, OK, March 8, 1993.

Genetics vs. Environmental Factors in Children's Development.  Parent and Teach Workshop, Oklahoma City, OK, March 11, 1993.
How Children Learn.  Workshop for teachers, Langston University Urban Center, Oklahoma City, OK, March 27, 1993.

Observing Children's Development.  Presentation to parents and educators of all school districts in Oklahoma, Frances Tuttle Vo-Tech, Oklahoma City, OK, April 20, 1993.

12

Wanda Draper, Ph.D.

Talking with Children.  Presentation to parents and teachers, Madill Child Care Center, Madill, OK, April 22, 1993.

School Success.  Presentation to parents and teachers, Cassady School, Oklahoma City, OK, April 23, 1993.

School and Emotional Development.  Workshop for parents and teachers, Sumer Statewide Conference, Oklahoma School for the Deaf, Sulphur, OK, June 3, 1993.

Stress Free Parenting.  Workshop for Adult Education Conference, Midwest City Regional Hospital, Midwest City, OK, June 17, 1993.

Observing Competencies and Development of Children:  Preschool and Kindergarten.  Keynote speaker for 500 teachers, Statewide Education Conference, Rose State College, Midwest City, OK, July 29, 1993.

Temperament Styles in Children.  Annual Conference of Teachers and Parents, Madill Child Care Center, Madill, OK, August 7, 1993.

Expectations of Behaviors in High School Students Living Away from Home.  Oklahoma School of Science and Mathematics (OSSM) Faculty Workshop, Oklahoma City, OK, August 23, 1993.

Strategies for Working with High School Residential Students.  Workshop with dormitory staff, Oklahoma School of Science and Mathematics (OSSM), Norman, OK, August 24, 1993.

How Children Learn.  Teacher's Conference, Newcastle School, Newcastle, OK, September 13, 1993.

School Discipline.  Workshop for teachers and administrators, Putnam City Schools, Bethany, OK, September 20, 1993.

Trapping into Children's Potentials.  State Conference for Oklahoma Association of Young Children, Workshop, Oklahoma City, OK, September 25, 1993.

How Children Learn:  Implications for Educators and Parents.  Parents and Teachers Organization, Keynote Speaker, Idabel; OK, September 27, 1993.

Infants, Toddlers and Parents and How Children Learn.  Two workshops for Hugo Public Schools, Hugo, OK, September 28, 1993.

Spiritual Development in Children.  State Conference for Methodist Women.  Workshop, Oklahoma City, OK, October 2, 1993.

How Children Learn.  Southern Hills Elementary parents and teachers, Speaker, October 12, 1993.

13

Wanda Draper, Ph.D.

Child Development and the Head Start Program. All-day workshop, United Head Start Programs, over 100 teachers, Pawnee, OK, October 14, 1993.

Temperament and Children. Newcastle MOMs speaker, Newcastle, OK, October 19, 1993.

Cognitive, Social and Emotional Development; Domains of Intelligence; Psychological Implications. Guest Lecture, College of Allied Health, Department of Physical Therapy, University of Oklahoma Health Sciences Center (OUHSC), October 20, 1993.

Child Development. All-day workshop for teachers and parents, Madill, OK, October 26, 1993.

How Children Learn: Applications of Brain Research. Presentation and workshop for elementary teachers and administrators, Steed Elementary School, Midwest City, OK, January 27, 1992.

Your Child is Smarter Than You Think. Keynote speaker, Oklahoma City Downtown Rotary Club, Oklahoma City OK, February 11, 1992.

Parenting Skills That Work. Presentation to parents and teachers, United Methodist Church, Edmond, OK, March 27, 1992.

14

Child Development. Guest Lecture for College of Dentistry, University of Oklahoma Health Sciences Center (OUHSC), Oklahoma City, OK, April 2, 1992.

Child Development. Guest Lecture (2nd of series), College of Dentistry, OUHSC, Oklahoma City, OK, April 9, 1992.

Your Child is Smarter Than You Think. Presentation to Adult Education Conference, Midwest City Regional Hospital, Midwest City, OK, April 23, 1992.

Child Development: Mind-Brain-Body Connection. Keynote speech to Southeastern Oklahoma Conference for Teachers, Hugo Vo-Tech Conference, Hugo, OK, April 25, 1992.

Your Child Is Smarter Than You Think, Keynote Speaker; Workshop: Guidelines for Administrators. Hugo Vo-Tech Area Training (200 teachers), Hugo, OK, April 25, 1992.

Reading Your Child's Hidden Messages. Luncheon Speaker, Mothers of Multiples, Oklahoma City, OK, May 9, 1992.

Emotional and Cognitive Development. Guest Lecture, College of Allied Health, OUHSC, Oklahoma City, OK, June 8, 1992.

Culture and Gender: Issues in Child Development. Guest Lecture, Advanced Seminar, Master's Degree Candidates, University of Oklahoma Norman Campus Continuing Education, Norman, OK, June 17, 1992.

"Is There A Nanny in the House?" Speaker at the International Conference of Professional Nanny Educators, Claremont, CA, July 24, 1992.

Unlocking Children's Brainpower: Emotions and Cognition. Keynote Speaker, State Conference of Teachers Pre/Kindergarten and Elementary, Rose State College, Del City, OK, July 30, 1992.

Our Children, Our Future. Keynote speaker, Madill Conference for Teachers, Madill, OK, August 1, 1992.

Children and Whole-Brain Learners. Speech to over 100 parents and teachers, Russell Doherty Elementary School, Edmond, OK, September 29, 1992.

Children's Self Esteem. Presentation for Adult Education Conference, Midwest City Regional Hospital, Midwest City, OK, November 2, 1992.

Death and Dying. Training workshop for volunteers and professionals working with children dealing with death. Calm Waters Program, Oklahoma City, OK, November 9, 1992.

Balancing Risk and Stress. Presentation to parents and professionals, All Souls Episcopal Church, Oklahoma City, OK, November 24, 1992.

Balancing Risk and Stress. Presentation to high school students, Yukon, OK, November 30, 1992.

Working With Handicapped Children Ages Birth to Four Years. State Conference on Early Intervention, Tulsa, OK, February 7, 1991.

Play -vs- Work: A Global Concern. Presentation at Department of Psychiatry and Behavioral Sciences Professorial Rounds, OUHSC, Oklahoma City, OK, February 13, 1991.

Talking with Children about Abuse: Investigative Interviewing. OUHSC Interdisciplinary Child Abuse Project, Oklahoma City, OK, February 19, 1991.

The Whole Brain Learner. Surrey Hills Elementary, Teachers and Counselors, Yukon, OK, February 20, 1991.

Team Approach to Teaching, Planning the Curriculum for Whole-Brain Learning, Philosophy of Developmental Teaching. Oklahoma School for the Deaf, (Series of Workshops), Sulfur, OK, February 22, 1991.

Global View of Child Development: A Report on Work in Hong Kong and Singapore. Oklahoma City Westside Lion's Club, Oklahoma City, OK, February 25, 1991.

Working with High Talent Students. Seminar for faculty, Oklahoma School of Science and Mathematics, Oklahoma City, OK, March 18, 1991.

Child Development: Birth through Adolescence. OUHSC College of Dentistry, Oklahoma City, OK, April 1, 1991.

Domains of Multiple Intelligence. Guest Lecture to Student Body, Oklahoma School of Science and Mathematics, Oklahoma City, OK, April 2, 1991.

Whole Brain Learning. Guest Lecture to Student Body, Oklahoma School of Science and Mathematics, Oklahoma City, OK, April 2, 1991.

Setting Limits/Competition and Sharing. Oklahoma Parents of Multiple Birth Children, Oklahoma City, OK, April 4, 1991.

Guiding Children's Behavior. Parents and teachers of the Madill Child Care Association, Madill, OK, April 8, 1991.

Dealing with Children's Fears. OUHSC College of Dentistry, Oklahoma City, OK, April 11, 1991.

Putting Brain, Mind and Body Together for School Success. Guest Lecture, Oklahoma School of Science and Mathematics, Oklahoma City, OK, April 29, 1991.

The Early Childhood Development Center: Implications for Parents and Teachers. Oklahoma City Kiwanis Club, Oklahoma City, OK, May 13, 1991.

Working with Handicapped Children. Oklahoma City Metro Tech, State Department of Education All Day Seminar, Oklahoma City, OK, May 23, 1991.

Effective Parenting: Birth through Kindergarten. Presbyterian Hospital evening presentation, Oklahoma City, OK, May 23, 1991.

Social, Emotional and Cognitive Development. OUHSC, College of Allied Health, Department of Physical Therapy Guest Lecture, Oklahoma City, OK, June 3, 1991.

Guiding Behavior and Working with Handicapped Children. Washita Valley Head Start Conference on Teacher Training (19 centers/65 teachers), All-day conference, Altus, OK, July 3, 1991.

Seven Domains of Intelligence: Working with Children. Four-hour presentation, DeMarge College, Oklahoma City, OK, July 9, 1991.

Cognitive Development: Applications with Children. Four-hour presentation, DeMarge College, Oklahoma City, OK, July 10, 1991.

Children's Literature: Developmental Implications. Two-hour presentation, Teachers Conference, Madill, OK, August 3, 1991.

How Children Learn, Working with Handicapped Children, Guiding Children's Behavior. Head Start Workshop for 60 teachers, Holdenville, OK, August 5, 1991.

How Children Learn; Guiding Behavior; Working with Handicapped Children. Workshop series for 75 teachers, Holdenville, OK, August 7, 1991.

Building Character and School Success. High School Conference, Oklahoma Christian Academy, Harrah, OK, August 19, 1991.

Whole Brain Learning. Oklahoma Christian Academy, Harrah, OK, August 19, 1991.

Philosophy of Head Start: Applications in the Classroom; Goals and Objectives; Cognitive Development; Social and Emotional Development. Head Start Training Conference for 125 teachers. Hilton Inn West, Oklahoma City, OK, August 20, 1991.

Head Start Philosophy in Action; Social and Emotional Development. INCA Head Start Teacher Training Workshop (150 teachers), Oklahoma City, OK, August 20, 1991.

Science and Young Children; Multi-Cultural Curriculum Planning; Math Activities. Workshop serie for 132 teachers. Washita Valley Head Start. Saddleback Inn, Oklahoma City, OK, August 22, 1991.

Guiding Children's Behavior; Formulating Lesson Plans; How Children Learn; Chil Development; Mental Health Issues. Muskogee Head Start Workshop Series (89 teachers Muskogee, OK, August 28, 1991.

Working with High Talent Students: Social and Emotional Expectations. Oklahoma School of Science and Mathematics, Residential Assistance and School Counselors, University of Oklahoma, Norman, OK, August 28, 1991.

Living With Super-Achievers. Speech to parents and teachers. Cassady High School, Oklahoma City, OK, September 3, 1991.

Getting the Most Out of Your Brain Power. Presentation to student body, Oklahoma School of Science and Mathematics, Oklahoma City, OK, September 7, 1991.

Success and Responsibility. Encyclomedia Conference, Myriad Convention Center, Oklahoma City, OK, September 13, 1991.

Moral Development. DeMarge College, Oklahoma City, OK, September 24, 1991.

Living with Death and Loss. Presentation to Adult Education Conference, Midwest City Regional Hospital, Midwest City, OK, October 3, 1991.

Living Away from Home. Presentation to parents and faculty, Oklahoma School of Science and Mathematics, University of Oklahoma Health Sciences Center, Oklahoma City, OK, October 5, 1991.

Guiding Children through Blended Families. Presentation to Step-Parent Association, Grace United Methodist Church, Oklahoma City, OK, October 9, 1991.

Brainworks: Getting the Most for Your Brain Power. Putnam City West High Point Seminar for High Talent Students, Southern Nazarene University, Bethany, OK, November 5, 1991.

Domains of Intelligence: Mind, Brain and Body. Parents and teachers, Church of the Servant, Oklahoma City, OK, November 6, 1991.

High Expectations: School Success. All-day seminar for parents and their school-age children, Oklahoma City, OK, November 9, 1991.

Whole Brain Learning for Adults--and All Ages. Seminar Part 111, Church of the Servant, Oklahoma City, OK, November 13, 1991.

Child Development: Emotions and Cognition. Guest Lecture, Multidisciplinary Graduate Course, OUHSC, Oklahoma City, OK, December 5, 1991.

Symposium of Five Seminal Thinkers: Volunteer Teachers in Tomorrow's World, A Deeper Look at the Learner: Implications for Education. Host/Sponsor: Educational Futures International, Santa Barbara, CA, September 18-20, 1980.

Stages of Child Development. Interdisciplinary Training Program in Child Abuse, OUHSC, Oklahoma City, OK, January 23, 1990.

Building the Child's Self Image. Midwest City Memorial Hospital, Midwest City, OK, January 31, 1990.

Children in Crises. Human Development Class, University of Oklahoma, Norman, OK, February 7, 1990.

Cognitive Development During Infancy. Infant Center, University of Oklahoma Health Sciences Center, Oklahoma City, OK, February 8, 1990.

Art as a Foundation for Children's Learning Experiences. ECDC Parent Meeting, Oklahoma City, OK, February 13, 1990.

Guiding Children's Behavior; Stress and Safety. Southwestern Bell Telephone Company Employee Professional Development, Oklahoma City, OK, February 23, 1990.

Parenting and Grand parenting. Follow-up workshop for Southwestern Bell Telephone Employees, Oklahoma City, OK, February 23, 1990.

Behavior and Guidance for Children of Deaf Parents. Tulsa Association for Deaf Parents, Tulsa, OK, February 28, 1990.

Orientation workshop for nanny practicum students at the ECDC, Oklahoma City, OK, March 1, 1990. Sibling Relationships. ECDC Parent Meeting, Oklahoma City, OK, March 13, 1990.

Infant Development and Infant Care. Medical Students' Teenage Pregnancy Project, University of Oklahoma Health Sciences Center, Oklahoma City, OK, March 22, 1990.

Parent-Child Interactions: Dealing with Behavior Problems. New Beginnings Class, Nichols Hills Methodist Church, Oklahoma City, OK, April 2, 1990.

Cognitive Development in Children. Keys Speech and Hearing Center, University of Oklahoma Health Sciences Center, Oklahoma City, OK, April 21, 1990.

Intellectual Development: Seven Domains of Intelligence. Parent Meeting, ECDC, Oklahoma City, OK, April 27, 1990.

Behavior and Guidance. Teachers and Administrators Professional Development, Jefferson Middle School, Oklahoma City, OK, May 9, 1990.

How Children Learn. Midwest City Westside Elementary School Teachers and Administrators Professional Development, Midwest City, OK, May 16, 1990.

Emotional and Social Development and Guiding Children's Behavior. Oklahoma State School for the Deaf Family Learning Institute, Sulphur, OK, June 7, 1990.

Children--Our Future. Lion's Club, Oklahoma City, OK, July 12, 1990.

Seminar for Social Work Interns, University of Oklahoma Health Sciences Center, Oklahoma City, OK, July 18 & 25, 1990.

How Children Learn and Working with Handicapped Children. Little Dixie Head Start (19 centers; over 150 teachers), Vo-Tech, Hugo, OK, August 2, 1990.

How Students Learn. All-day workshop for teachers and administrators, Madill Public Schools, Madill, OK, August 14, 1990.

Challenge of Working with Gifted Children. Teachers and administrators pre-service workshop, Oakhurst School, Oklahoma City, OK, August 16, 1990.

What to Expect of Gifted Students. Panel discussant, Oklahoma School of Science and Mathematics faculty and administration, Oklahoma City, OK, August 27, 1990.

Mental Health for Head Start. All-day workshop for Waroma Head Start teachers and coordinators (65 persons), Pryor, OK, August 30, 1990.

Cognitive Development. Department of Physical Therapy, College of Allied Health, University of Oklahoma Health Sciences Center, Oklahoma City, OK, August 31, 1990.

Adult Development: Balancing Stress and Satisfaction. Midwest City Memorial Hospital, Midwest City, OK, September 14, 1990.

Developmental Considerations. Seminar for Students in Multidisciplinary Child Abuse and Neglect Graduate Program, OUHSC, September 20, 1990.

Developing Sound Study Habits. Oklahoma School of Science and Mathematics, September 26, 1990.

Working with Gifted Children in Head Start Magic Circle. Statewide Head Start teachers workshop, Lincoln Plaza, Oklahoma City, OK, September 21 & 22, 1990.

Piaget's Cognitive Development. University of Oklahoma Child and Family Development Class, Norman, OK, October 3, 1990.

Planned and coordinated 15 workshops for statewide in-service training for Head Start teachers, administrators and coordinators, Oklahoma City, OK, (Presented four workshops), October 4, 5, 6, 1990.

Developmental Milestones. Interdisciplinary Training Program in Child Abuse and Neglect, University of Oklahoma Health Sciences Center, Oklahoma City, OK, October 9, 1990.

Children Under Stress. New Beginnings Parent Class, Nichols Hills Methodist Church, Oklahoma City, OK, December 3, 1990.

Working with Handicapped Children, Nutrition Experiences for Young Children, Behavior and Guidance. Workshops for Head Start Teachers Southwest Oklahoma, Altus, OK. February 26, 1988.

Dynamic Approach to Early Childhood. Department of Psychiatry and Behavioral Sciences, Professorial Rounds, OUHSC, Oklahoma City, OK, March 9, 1988.

Guiding Children's Behavior. Parent-teacher meeting, Madill Child Care Center, Madill, OK, March 22, 1988.

Challenge to Child Care as a Professional Nanny. DeMarge College graduation address for certified nanny graduates, Oklahoma City, OK, March 31, 1988.

Brain Development in Children: Implication for Educators. Central State University, Edmond, OK, April 14, 1988.

Psychological Messages, Cognitive Styles. DeMarge College, Oklahoma City, OK, May 4, 1988.

Child Development and the Working Woman: Dealing with Guilt and Behavior and Guidance. Women's Professional Group, Edmond, OK, January 22, 1987.

Current Brain Research: Implications for Education. University of Oklahoma, Norman, OK, February 18, 1987.

Working with Children in a Developmental Program. Vo-Tech students seminar at the Early Childhood Development Center, Oklahoma City, OK, February 19, 1987.

Philosophical Approach to Guiding Children's Behavior. DeMarge College, Oklahoma City, OK, March 3, 1987.

Self Concept Formation in School-Aged Children, Evaluation Process for Kindergartners, Curriculum Development for Early Childhood Program. State School for the Deaf, Sulphur, OK, March 10, 1987.

How Children Learn. DeMarge College, Oklahoma City, OK, March 12, 1987. Self Concept and School-Age Children. Oklahoma State School for the Deaf Teacher's Conference, Sulphur, OK, March 16, 1987.

Child Care: What to Look for in a Good Center. Women in Medicine, Oklahoma City, OK, March 19, 1987.

Whole Brain Learners. Professorial Rounds Presentation, University of Oklahoma Health Sciences Center, College of Medicine, Department of Psychiatry and Behavioral Sciences, Oklahoma City, OK, March 25, 1987. Radio Interview: Parenting in Today's World. Interviewed for KTRW by Shalon Anderson, Oklahoma City, OK, March 25, 1987.

Current Medical Trends of the 80's (Keynote address); Workshop: Brain and Memory in Relation to Learning. Gifted and Talented High School Annual Conference, Putnam City Schools, Oklahoma City@., OK, April 4, 1987.

Readiness: What Does This Really Mean for School Children? Yukon Parent and Teacher Meeting, Yukon, OK, April 16, 1987.

Readiness and the Young School-Age Child: What Parents and Teachers Can Do. Skyview Elementary School teachers and parents, Mustang, OK, April 16, 1987.

Working with Multiply Handicapped Children. State School for the Deaf, Sulphur, OK, April 22, 1987.

Case: 4:20-cv-01046-SEP    Doc. #: 15-4    Filed: 06/28/21    Page: 48 of 173 PageID #: 6784

How Children Learn: Implications for Education. Omicron Nu, University of Oklahoma, Norman, OK, April 22, 1987.

Visual Perceptual Patterns. DeMarge College, Oklahoma City, OK, April 27, 1987.

Series of Presentations: How Children Learn, May 3, 1987; Current Brain Research and its), Application to Children, May 10, 1987; Guiding Children's Behavior, May 1 1987, Nichols Hills United Methodist Church Roundtable Class, Oklahoma City, OK.

How Children Learn: Implications of Teachers, Administrators and Parents. Elmhurst School, Oklahoma City, OK, May 5, 1987.

A Developmental Approach to Day Care. (All-day workshop) Madill, OK, May 19, 1987.

Current Brain Research and Its Application with Children. Vo-Tech Evening Class guest lecture, May 19, 1987.

Infant Development. Oklahoma Training for Child Care Careers, Oklahoma City, OK, May 21, 1987.

Social-Emotional Development in Young Children, Guiding Children's Behavior. Workshops for Annual Family, Learning Vacation, State School for Deaf, Sulphur, OK, June 2, 1987.

Curriculum Planning and Activities for Young Children. Day Care Seminar, Edmond. OK, June 23, 1987.

Dealing with Fears of Young Children: Dental Visits. Dental Health Association, Central State University, Edmond, OK, June 23, 1987.

Parenting and the Single Parent. Chapel Hill Methodist Singles Group, Oklahoma City, OK, July 20, 1987. Music and Creativity in Children. DeMarge College, Oklahoma City, OK, August 3, 1987. Infants

and Preschoolers. State Vo-Tech Annual Conference, Stillwater, OK, August 5, 1987.


How Children Learn, Current Brain Research: Seven Domains of Intelligence, A Philosophical Approach to Guiding Children's' Behavior. Workshops: State Conference for Deaf Educators, Western Hills, Wagner, OK, August 7, 1987.

Developmental Child Care, Observing and Participating to Study Normal Development, Room Arrangements and Children's Learning, Guiding Behavior. Workshop series with half-day practice for Head Start Teachers, ECDC, Oklahoma City, OK, August 11-13, 1987.

Moral Development, Feelings and Emotions. DeMarge College, Oklahoma City, OK, August 13, 1987

Learning Styles: Implications for Teachers, Slow Learners: Characteristics and Opportunities. Workshops for Altus Schools, Altus, OK, August 14, 1987.

Special Problems with Teenagers and Single Parents. Chapel Hill Singles Group, Oklahoma *City, OK,* August 17, 1987.

Whole Brain Learners. Muskogee Head Start, all-day workshop, Muskogee, OK, August 31, 1987.

The First Ten Years: A Look at the Human Brain and its Implications for Children. University of Oklahoma, guest lecturer, Norman, OK, September 9, 1987.

The Preoperational Child. DeMarge College, guest lecturer, Oklahoma City, OK, September 9,

1987. Parental Guilt. Midwest City Hospital workshop, Midwest *City, OK,* September 24, 1987.

Overview of Child Development. Guest lecturer for Psychiatric Social Workers, OUHSC, September 29 and October 6, 1987.

Cognitive Development in Children. Guest lecturer Department of Physical Therapy, College of Allied Health, OUHSC, Oklahoma City, OK, October 9, 1987.

How Children Learn, Children's Behavior, Planning to Meet the Needs of Young Children in Head Start, A Developmental Approach to Working with Children. Workshop series for Head Start, Oklahoma *City,* OK, October 15, 27, 28, 29, 30, 1987.

New Beginnings: Parenting in the 80's. Nichols Hills Young Adult Class guest presentation, Oklahoma City, OK, November 1, 8, 15, 1987.

Social and Emotional Development in Young Children. Children's House Head Start workshops, November 3, 1981; Kerr Village, Oklahoma City, OK, November 4, 6, 1987.

What to Expect of Newborns. Oklahoma Children's Memorial Hospital, Oklahoma City, OK, November 16, 1987.

The Effects of Day Care on Infants. Television interview, KOCO Channel 5, Oklahoma City, OK, November 20, 1987.

How Children Learn: Recent Brain Research and its Application in Working with Children. Council on Exceptional Children, Oklahoma City presentation, Oklahoma City, OK, February 10, 1986.

Domains of Intelligence: The School-Age Child. Elementary school parents and teachers, Yukon, *OK,* March 4, 1986.

Creativity Through Play. Oklahoma Association on Children Under Six, Edmond Chapter, Edmond, OK, March 11, 1986.

Child Development and the Working Mother. Medical Women's Association of Oklahoma *City,* Faculty House, Oklahoma *City, OK,* March 20, 1986.

How Children Learn; Cognitive Development; Emotional and Social Development. Statewide Head Start Conference, all-day workshop, Tulsa, OK, March 21, 1986.

Helping Children Become Whole-Brain Learners. Head Start Training Conference, Oklahoma City, OK, March 25, 1986.

Brain Research and Implications for Teaching Preschool Children. Head Start Training Conference, Tahlequah, OK, March 28, 1986.

Ramifications of Developmental Screening for Kindergarten Children. Yukon Public School teachers and administrators, Yukon, OK, April 1, 1986.

Consultation with General Telephone Co. representatives for corporate day care facilities planning in California in nine locations. Santa Barbara, CA, Maureen Lynch, Director, April 7, 1986.

Yukon kindergartens, observation and feedback consultation to teachers and curriculum coordinator, Clarita Porter, Yukon, OK, April 15, 17, 1986.

Head Start Training for five-county area, all-day workshop on child development, Holdenville, OK, April 18, 1986.

How Parents Can Help Children earn Without Pressure. Parent meeting, Madill, OK, April 22, 1986.

Training for Teachers on Emotional and social development in young children, Head Start training, Kingfisher, OK, accompanied by Mary Olowin, Child Psychiatry Fellow, May 7, 1986.

Statewide Family Learning Week, Oklahoma State School for Deaf workshop for parents of deaf children on guiding behavior, Sulphur, OK, June 3, 1986.

Behavior and Guidance of Preschool and School-Age Children. State School For the Deaf teaching and administrative staff, Sulphur, OK, August 13, 1986.

Needs of Children During Middle-School and Early Adolescence, How Children Learn, Psychological and Emotional Development. Madill Public Schools teachers and administrators of grades 5-12, Madill, OK, August 14, 1986.

Behavior and Guidance: The Relationship of Child Development to Curriculum Planning. Texas Education Agency, Lincoln Hotel, Dallas, TX, August 15, 1986.

Readiness: Problems Related to Developmentally Misplaced Children. Teachers and curriculum coordinators, Marlow Middle School, Marlow, OK, August 19, 1986.

Principles of Child Development: Applications to Curriculum Planning. Head Start teachers, Holdenville, OK, August 19, 1986.

Behavior and Guidance; Social and Emotional Development in Young Children. Head Start teachers and coordinators, Claremore, OK, August 22, 1986.

Parent-Child Interaction for Deaf Children. Statewide Conference for Deaf Educators, Oklahoma State University, Stillwater, OK, October 3, 1986.

Case: 4:20-cv-01046-SEP    Doc. #: 15-4    Filed: 06/28/21    Page: 51 of 173 PageID #: 6787

Fostering Intellectual Development in School-Age Children. St. John Nepomuk School parents and teachers, Yukon, OK, October 13, 1986.

Mental Health and the Young Child; Fostering Emotional Development. Region VI States), teachers, administrators, coordinators, Tulsa, OK, October 16, 1986.

Seasons of the Child (Stages of Development and Characteristic Expectations); Dealing with Handicapped Children. State Conference on Special Education for Educators, Tulsa, OK, October 17, 1986.

Cognitive Development, workshops with students in Mustang Schools Gifted and Talented Students Conference, Mustang, OK, October 22, 1986.

Child Development and Intelligence: Principles of Multiple Domains of Intelligence. Department of Physical Therapy, College of Allied Health, OUHSC, Oklahoma City, OK, November 3, 1986.

Philosophy of Child Development and How Children Learn. Child Development Seminar Guest Lecturer, Central State University, Edmond, OK, November 6, 1986.

Children of a New Age: Making Transitions. Round Table Class, Nichols Hills Methodist Church, Oklahoma City, OK, January 6, 1985.

Contrasts in Role/Function Between Parents and Teachers. Oklahoma State School for the Deaf, Sulphur, OK, January 9, 1985.

The Symbolization Process: Birth to Adulthood. Round Table Class, Nichols Hills Methodist Church, Oklahoma City, OK, January 13, 1985.

Promoting Health: Developing the Whole Child. Head Start staff and teachers, Altus, OK, January 20, 1984.

How Children Learn: A Brain Compatible Curriculum. Head Start staff and teachers, Tulsa, OK, January 27, 1984.

Social and Emotional Development of Children. Oklahoma State School for the Deaf, Sulphur, OK, January 30, 1984.

Mind/Brain/Body: How Children Learn. Ardmore Public Schools, Ardmore, OK, March 2, 1984.

Identification of Handicapping Conditions in Children. Head Start teachers and staff, Washington Nowata Counties, Ramona, OK, March 5, 1984.

A Developmental Approach to Working with Children. Statewide training for Head Start teachers and staff, Oklahoma City, OK, March 5, 1984.

A Task Centered Approach to Working with the Handicapped. Statewide training for Head Start teachers and staff, Oklahoma City, OK, March 7, 1984.

Case: 4:20-cv-01046-SEP    Doc. #: 15-4    Filed: 06/28/21    Page: 52 of 173 PageID #: 6788

Living with Children in Today's World. Oklahoma City University, Oklahoma City, OK, March 8, 1984.

A Brain Compatible Curriculum. Washita Valley Head Start teachers and staff, Chickasha, OK, March 13, 1984.

Creating a Healthy Environment: Social/Psychological/Physical. Washita Valley Head Start teachers and staff, Chickasha, OK, March 14, 1984.

Techniques for Working with Handicapped Children, Implementing a Brain Compatible Curriculum. Cookson-Hills Head Start teachers and staff, Tahlequah, OK, March 15-16, 1984.

Preparing for Separation and Loss: Emotional and Psychological Considerations for Foster Families. State Conference for Foster Parents, sponsored by Junior League, Oklahoma City, OK, March 17, 1984.

Developing the Whole Child. Warm World Preschool staff, Church of the Servant, Oklahoma City, OK, April 9, 1984.

Education for the Gifted. Yukon Public Schools, Yukon, OK, April 26, 1984. Social and Emotional Development of Deaf Children. Organization of Parents of Deaf Children Central State University, Edmond, OK, May 29, 1984.

Social and Emotional Development and Implications for a Twenty-Four Hour Program. Oklahoma State, School for the Deaf, Sulphur, OK, May 31, 1984.

Normal Child Development for Deaf Children. Oklahoma State School for the Deaf, Sulphur, OK, June 5, 1984.

Matrix Shifts: Growing Up Gifted. Oklahoma City University, Oklahoma City, OK, June 8, 1984.

Piagetian Theory and the First Six Years. University of Oklahoma Health Sciences Center, College of Allied Health, Department of Physical Therapy, Oklahoma City, OK, June 29, 1984.

Emotional and Behavioral Disorders in Young Children. Research Development Project Training for Teachers, Oklahoma City, OK, July 18, 1984.

Social and Emotional Development of Deaf Children. State Conference of Deaf Educators, Fountainhead Lodge, OK, July 25, 1984.

Observation Techniques and Documentation. Head Start teachers and staff, Oklahoma City Community Action Agency, Oklahoma City, OK, August 14, 1984.

Promoting Health and Safety in the Classroom. Head Start teachers and staff, Washita Valley Programs, Chickasha, OK, August 28, 1984.

Current Research in Brain Functions: Four Theories Explored. Oklahoma Association on Children Under Six, Oklahoma City, OK, September 15, 1984.

Plateaus for Progress: Recent Brain Research and Implications for Teachers. Putnam City Schools, Oklahoma City, OK, September 24, 1984.

The Learner in a New Age: Theory of Multiple Intelligence and Implications for Education. University of Oklahoma Health Sciences Center, Grand Rounds, College of Medicine, Oklahoma City, OK, September 27, 1984.

A Child Development Approach to Teaching Kindergarten and Elementary Children. RESC Regional Public School teachers and administrators, Kingfisher, OK, October 12, 1984.

Emotional and Behavioral Disorders in Young Children. Head Start teachers and staff, Altus, OK, October 19, 1984.

A Developmental Approach to Teaching: Brain Research Applied. RESC administrators and teachers, Five-County Area Public Schools, Hennessey, OK, October 23, 1984.

Child Development and Brain Compatible Curricula. Yukon Public Schools, Yukon, OK, November 27, 1984.

Psychology of the Handicapped Child: A Task Centered Approach. University of Oklahoma Health Sciences Center, College of Allied Health, Department of Physical Therapy, Oklahoma City, OK, November 30, 1984.

Gifted and Exceptional Children. Workshop for Statewide Training, Resource Development Project, Early Childhood Development Center, Oklahoma City, OK, January 25, 1983.

How Children Learn: Implications for Teachers and Administrators. Davis Elementary School, Oklahoma City, OK, January 27, 1983.

Foster Parenting: Implications for Social and Emotional Development of Foster Children. State Conference for Foster Families, sponsored by Junior League, Oklahoma City, OK, February 2, 1983.

An Integrative Approach to Language Development. Workshop for Statewide Training, Resource Development Project, Early Childhood Development Center, Oklahoma City, OK, February 22, 1983.

How Children Learn: Kindergarten and Elementary. Ardmore Public Schools, Ardmore, OK, April 21, 1983.

Play -- The Integrative Force. Symposium Moderator: Children of a New Age. Educational Futures International, Oklahoma City, OK, May 5-7, 1983.

Encouragement for Children. Central State University, Association of Parents of Deaf Children, Edmond, OK, May 24, 1983.

Brain Research: Implications for Early Childhood Educators. Oklahoma City University, Oklahoma City, OK, July 7, 1983.

Transitions: From Home to School and Home Again, Preventing Burnout: The Teacher's Role. Northeast Head Start Programs, Grove, OK, August 16, 1983.

Working with Handicapped Children, Brain Functions in the Young Child. Abilene Public Schools, Abilene, TX, August 18-19, 1983.

Cognitive Development in Infants. Junior League Training Program for volunteers, Oklahoma City, OK, August 20, 1983.

How Children Learn: Pre-puberty through Adolescence. Ardmore Public Schools, Ardmore, OK, September 8, 1983.

Bonding and Gating: Plateaus for Progress. Putnam City Schools, Oklahoma City, OK, September 26, 1983.

Brain Development: Implications for Teaching, Working with the Handicapped. Holdenville Public Schools, Holdenville, OK, September 28, 1983.

Working with Handicapped Children, Diagnosing and Staffing Disturbed Children, Current Brain Research: Implications for Head Start. Region VI Head Start Conference, New Orleans, LA, October 7, 8, 1983.

Promoting Mental Health: Beginning with the Young Child. Warm World Preschool, Parent Teacher Conference, Church of the Servant, Oklahoma City, OK, November 7, 1983.

Mental Health in the Classroom. Head Start, Altus, OK, November 19, 1983.

Mental Health in the Classroom. Head Start, Drumright, OK, November 21, 1983.

Looking at the Whole Child, How Children Learn. State Department of Special Education, Quartz Mountain Lodge, OK, February 11, 1982.

Right Brain - Left Brain Functioning in Young Children, New Trends in Teaching. State Department of Special Education, Fountainhead Lodge, OK, February 19, 1982.

Recent Research in Child Development. Warm World Preschool parents and teachers, Oklahoma City, OK, March 4, 1982.

Learning Problems and the Teaching of Young Children, A Cognitively Oriented Curriculum. Inservice for teachers' five-county workshop, Ardmore, OK, March 5, 1982.

Exploring Early Childhood: Children of a New Age. Southern Association of Children Under Six Annual Meeting, Tulsa, OK, March 20, 1982.

What Do Parents Expect of Their Childrens' Child Care Centers? Fran Drummond Child Care Center Parent Meeting. Madill, OK, April 5, 1982.

How Children Learn. Parent-Teacher Workshop, Oklahoma City Public Schools, Oklahoma City, OK, April 13, 1982.

Setting up an Infant-Toddler Program, Self-Assessment for Teachers, Review of Child Development Research. Regional CFRP Workshop, Gearing, NB, May 3-4, 1982.

Right Brain - Left Brain Functioning in Young Children. Workshop for child care workers, Wichita, KS, May 14, 1982.

Hemispheric Functioning in Young Children. Warm World Preschool, Oklahoma City, OK, May 29, 1982.

Working with Handicapped Children in the Classroom: A Task Centered Approach. Presentation to teachers at American Home Economics Conference Annual Meeting, Cincinnati, OH, July 1, 1982.

Language Development in Young Children. Statewide Teachers for Special Education Workshop, Chickasha, OK, August 4, 1982.

Learning Problems with School Age Children. Area wide Teachers Conference, Holdenville, OK, August 9, 1982.

Children of a New Ag Child and Family Resource Program, Salem, OR, August 24, 1982.

Nutrition Education for Young Children. Head Start Conference, Area INCA, Oklahoma City, OK, August 26, 1982.

Planning for the New Age Child. Child and Family Resource Program, Scottsbluff, NB, September 10, 1982.

Planning for the New Age Child. Child and Family Resource Program, Reading, PA, September 23, 1982.

Working with Deaf Children. State Department of Education, Deaf Educators, Oklahoma City, OK, May 2, 1981.

Effective Parenting and Communication with Children. Conference presentation, Women on Campus, University of Oklahoma Health Sciences Center, Oklahoma City, OK, June 20, 1981.

Child Development: How Children Learn, Working with Parents of Young Children. Kindergarten and first grade teachers in Southwestern Oklahoma, Lawton, OK, July 19, 1981.

Working with Parents in Public School Programs, How Children Learn. Workshops for Lawton Public School teachers, Lawton, OK, July 29, 1981.

Looking at the Whole Child, Cognitive and Language Development in Young Children. Statewide Meeting for State Department of Special Education teachers and professionals working with deaf children and families, Fountainhead Lodge, OK, July 31, 1981.

Guest lecturer, Department of Physical Therapy, College of Allied Health, University of Oklahoma Health Sciences Center, Oklahoma City, OK, August 27, 1981.

Working with Parents of Deaf Children. Statewide workshop for State Department of Education, Special Education Division for Deaf Educators, Fountainhead Lodge, OK, July 31, 1981.

Philosophical Implications for Early Childhood Programs, Cognitive Development of Young Children, Planning for Individualized Education. Workshops for 19 centers Head Start teachers and administrators, Idabel, OK, August 3-4, 1981.

Meeting Special Needs of Handicapped and Non-Handicapped Children, Developmental Learning Skills. Little Dixie Head Start (165 teachers), Southeastern Oklahoma, Broken Bow, OK, August 4, 1981.

How Children Learn: Developing the Whole Child. Workshops for Head Start teachers and administrators, 19 centers in Southeast Oklahoma, Idabel, OK, August 5, 1981.

Review of Research in Child Development, Working with Single Parents, How Children Learn: Right Brain - Left Brain, Infant and Toddler Stimulation, Program Planning for Spin-Off into the Community. National Child and Family Resource Project Site, Las Vegas, NV, August 6-7, 1981.

A Developmental Approach to Child Care. Administrators and teachers, Madill Community Center for Children, Madill, OK, August 10, 1981.

Planning a Cognitive C Curriculum, Using a Planning Board Approach with Preschool and Kindergarten, Working with Parents of Emotionally Disturbed Children. Fran Drummond Child Care Center, Madill, OK, August 10, 1981.

How Children Learn: Developing the Whole Child. Workshops for Head Start teachers and administrators 14 centers in Northeast Oklahoma, Grove, OK, August 18-19, 1981.

Research in Child Development: Meeting Special Needs and Individualizing Curriculum, Working with Handicapped Children in Regular Classrooms. Lawton Public School kindergarten and first grade teachers city-wide pre-service, Lawton, OK, August 20, 1981.

A Look at the Whole Child as Learner. Workshop for administrators and teachers, Lawton Public Schools, Lawton, OK, August 20, 1981.

Nutrition Education for Young Children. INCA Head Start (5-county CAP with 78 teachers), Oklahoma City, OK, August 25, 1981.

Observations and Evaluation of Children - Following Individualized Programs. Fran Drummond Child Care Center, Madill, OK, August 31, 1981.

Developing the Whole Child. Workshop for administrators and teachers, Madill Community Children's Center, Madill, OK, August 31, 1981 and September 21, 1981.

Right Brain - Left Brain: How Children Learn. Workshop for administrators and teaching staff, United Head Start Programs, Pawnee, OK, September 1, 1981.

Observing and Recording Children's Behaviors, Handling Behavior Problems in the Classroom, Working with Emotionally Disturbed Children. United Head Start Multi-County Head Start Teachers (95), Pawnee, OK, September 1, 1981.

How Children Learn Through Play. Fran Drummond Child Care Center Parent Meeting, Madill, OK, September 21, 1981.

How Children Learn: Using Both Sides of the Brain. Workshop for public school kindergarten and first grade teachers, Duncan, OK, September 25, 1981.

Review of Research in Child Development: Cognitive and Language Development, Working with Emotionally Disturbed Children. State Department of Education Preservice Multi-County Teachers Meeting, Duncan, OK, September 25, 1981.

Parents as Teachers. Madill Community Children's Center, Parent Meeting, Madill, OK, September 28, 1981.

Philosophical Implications for Early Childhood Development Programs. Oklahoma State School for the Deaf, Sulphur, OK, October 5, 1981.

A New Look at the Future: Implications for Child and Family Services. Keynote Address, Annual Conference, Department of Health and Human Services, Region VI (Five states, 750 teachers, administrators), Oklahoma City, OK, October 7, 1981.

Communicating with Parents. State Department of Education (70 Teachers), Oklahoma City, OK, October 9, 1981.

Teaching Four-Year-Olds. Statewide Workshop for Public School Teachers, State Library, Oklahoma City, OK, October 9, 1981.

Looking at the Whole Child. Head Start Teachers Statewide Workshop, Oklahoma City, OK, October 19, 1981.

Infant Stimulation, Program Development. National CFRP Workshop, also summarized two days of workshops by all presenters in final session, Washington, DC, October 29-30, 1981.

Right Brain - Left Brain Functioning in Young Children. Statewide training for Head Start teachers, Oklahoma City, OK, November 10, 1981.

A Deeper Look at the Adult as Learner. Symposium, The Other School System, Inc. Conference, University of Oklahoma, Norman, OK, January 10, 1980.

A New Look at Adult Education: Future Perspectives. Statewide Annual Conference on Adult Education, University of Oklahoma, Oklahoma City, OK, April 14, 1980.

Working with Parents in Home Settings, Video-Taping as a Tool for Staff Development. DFRP Workshop, Las Vegas, NV, August 21, 1980. Overview of Current Research in Child Development. Child and Family Resource Project Conference, Las Vegas, NV, August 22, 1980.

How Children Learn, Working with Parents. Muskogee Head Start teachers and administrators, Muskogee, OK, August 27, 1980.

Guiding Young Children's Behavior. Workshop for Tri-County Head Start teachers and staff, Action Agency, Norman, OK, August 28, 1980.

A Deeper Look at the Learner: Implications for Education. Three-day Symposium, Education Futures International, Santa Barbara, CA, September 18-20, 1980.

Cognitive Development of Young Children: Right and Left Brain Functions. Child and Family Resource Project Conference, Salem, OR, September 25, 1980.

Infant and Toddler Stimulation, Working with Parents, Assessment of Handicapped Children. Demonstration: working with infants and toddlers (video-taped live and replayed with staff for discussion). Consultation and observation of center programs. Child and Family Resource Program, Salem, OR, September 24-25, 1980.

Genetic Epistemology. A report of study at the International Center for Genetic Epistemology in Geneva, Switzerland, Professorial Rounds, Oklahoma Children's Memorial Hospital, Oklahoma City, OK, January 10, 1979. Building Relationships. Future Homemakers of America Annual Meeting, Oklahoma City, OK, February 22, 1979.

A Primary Prevention Model in Mental Health: A Program for Infants, Toddlers, and Parents. Seventeenth Annual Meeting, Psychiatric Outpatient Centers of America, Dallas, TX, April 27, 1979.

The Future of the Family. Annual Conference, Oklahoma State Department of Vocational and Technical Education, Home Economic Division, Oklahoma City, OK, January 13, 1978.

Cognitive Development During the First Three Years of Life. Women's Annual Conference, Unitarian Church, Oklahoma City, OK, March 7, 1978.

Social and Emotional Development of Young Children. Workshop with Fran Morris, University of Oklahoma Health Sciences Center, Child Study Center Oklahoma City, OK, April, 1978.

Parent-Child Interactions: Developing Mutual Relationships. University of Nebraska Center for Continuing Education, National Symposium on Strengthening the Family, Lincoln, NB, May, 1978.

Play - The Pathway to Learning. University of Oklahoma Child Development Institute, Norman, OK, May, 1978.

Building Relationships During the Early Years. Presentation with slide show on TIPS, Tulsa Friends of Day Care Statewide Conference, Tulsa, OK, May 13, 1978.

Infant Stimulation. Oklahoma County DISRS Child Care Center Training Conference, Oklahoma City, OK, May 23, 1978.

Parent-Child Relationships, Guiding Children's Behavior, Cognitive Development in Infants and Young Children. Three-day conference, Mississippi University for Women, Columbus, MS, July 17-19, 1978.

Planning with Parents and Teachers, Language Development in Young Children, Self-concept Formation. Mississippi State University Three-day Workshop, Jackson-Clinton, MS, July 24-26, 1978.

Changing Roles of Women. University of Oklahoma Women's Study Center, Panel Discussant, Norman, OK, November, 1978.

Cognitive Development of Young Children with Implications for Teachers. Statewide Conference of Kindergarten and Elementary Teachers, Lafayette, LA, March 4, 1977.

The Impact of Mass Media on the Socialization Process of Young Children. Central Oklahoma Health and Welfare Association Conference, Spring, 1977.

Television and Young Children. Southern Association on Children Under Six Annual Conference, Shreveport, LA, April, 1977.

Oklahoma's Handicap Resource Program. Slide presentation and discussion, HEW Conference on Handicap Services, Region IV, Dallas, TX, April 4-5, 1977.

Cognitive Development. Putnam City kindergarten teachers workshop, Oklahoma City, OK, June, 1977 and 1976.

Development of an Education Plan for Working with Handicapped Children in Regular Classrooms. Southwest Handicap Consortium, Oklahoma City, OK, August, 1977.

TIPS: A Prevention Program in Parent Education and Child Development. Slide presentation and workshop, Oklahoma Association on Children Under Six Annual Conference, Oklahoma City, OK, September 24, 1977.

Cognitive Development of the Preoperational Child. Central Oklahoma Kindergarten Teachers, Oklahoma Training Conference, Luther, OK, March, 1976.

One Giant Step for Mankind: Application of Piagetian Theory in Programs for Young Children. 27th Annual Conference of the Southern Association on Children Under Six, Little Rock, AR, March 31-April 3, 1976.

Cognitive Development: An Application of Piagetian Principles. Family Counseling and Child Development Center, Professorial Rounds, Oklahoma City, OK, September 10, 1976.

Children: A Challenge for Those Who Care. Keynote address, LACUS State Conference, Lafayette, LA, September 11, 1976.

Play - With Piaget. 26th Annual Conference of the Southern Association on Children Under Six, Miami Beach, FL, April, 1975.

Cognitive Development During the Preoperational and Concrete Operational States: Application of Piagetian Theory in the Classroom. Preschool, Kindergarten and Elementary Teachers Conference, Tuscumbia, Florence, Muscle-Schools, and Sheffield, AL, August, 1975.

The Development of a Textbook: Caring for Children. Workshop on product knowledge, Charles A. Bennett Company, Peoria, IL, September 4, 1975.

Free to Learn. A demonstration with five children ages two to five years, Oklahoma Association on Children Under Six Statewide Conference, Oklahoma City, OK, September 26-27, 1975.

How Children Learn Through Play. Keynote Address, LACUS State Conference, Lake Charles, LA, October 11, 1975.

Cognitive Development: An Application of Piagetian Principles. Oklahoma Health and Welfare Annual Conference, Oklahoma City, OK, October 20-21, 1975.

Play - The Pathway to Learning. Fourth Interdisciplinary Seminar on Piagetian Theory, University of Southern California, Los Angeles, CA, February 14, 1974.

The Application of Piagetian Theory in Programs for Young Children. Center for Developmental and Learning Disabilities, University of Alabama Medical Center, Birmingham, AL, Spring, 1974.

## RADIO, TELEVISION AND NEWSPAPER INTERVIEWS

Articles, appearances and quotes in over 1,500 newspapers and magazines, examples including:

*USA Today, Parent Magazine, Parenting Magazine, Readers Digest, Family Circle, Houston Post, Hong Kong News,* and various Romanian newspapers, Joyce Brothers' column in *The Los Angeles Times, The Wall Street Journal* (front page), *USA Today, Working Mother, Better Homes and Gardens, Readers Digest, Houston Post, Paul Harvey National News, Child Magazine, Bottom Line, Health Magazine, Redbook Magazine, American Baby Magazine, Daily Oklahoman, Norman Transcript, The New York Times*

Columns in *Kids Today Magazine* and numerous Oklahoma publications and news papers.

**Discipline and Children.** Interview by Jane Jayroe, OUHSC TV taping, Oklahoma City, OK, March 9, 1994.

**Your Child is Smarter Than You Think!** Interview with B.J. Williams, Cox Cable, Oklahoma City, OK, May 1, 1994.

**Interview about Romanian efforts.** Channel 9 Television, Oklahoma City, OK, May 24, 1994.

**Is There a Nanny in the House?** KTOK one-hour talk show, Oklahoma City, OK, February 22, 1993.

**Children's Fears.** CBS Radio and KNX - California, February 28, 1993.

**School Success.** Radio interview with Larry Lynn, For Your Life and Health, Orlando, FL, April 27, 1993.

**Making the Transition to Summer: Challenge for Children.** Channel 9 TV interview, May 28, 1993.

**Summertime for Kids: Making Transitions.** ABC TV Tulsa, Interview with Darlene Hill, June 22, 1993.

**Bullying Behaviors.** Radio interview with Ian Kaye, International Radio Talk Show guest, Vancouver, British Columbia, Canada, August 20, 1993.

**Increases in Violence in Fifth and Sixth Graders.** Interview for publication in Scholastic Magazine, August 25, 1993.

**TV News commentary on Day Care.** Channel 4, Oklahoma City, OK, August 26, 1993.

**Oprah Winfrey National TV.** Professional guest. Topic: Nannies, featuring Draper as author of book: *Is There a Nanny in the House?* August 27, 1993.

**Violence and Children.** Interview by Judie Kulman at the Early Childhood Development Center, September, 1993.

**Discover Oklahoma TV.** Guest on Channel 4 interview as President of Lincoln Terrace Neighborhood Association, Oklahoma City, OK, August 31, 1993.

**Violence and Fear in Children.** Channel 9 TV interview, Oklahoma City, OK, taped November 8, 1993.

**Violence, Guns and Gifts.** Channel 5 TV interview, Oklahoma City, OK, December 22, 1993.

**Is There a Nanny in the House?** Channel 9 TV interview, Oklahoma City, OK, January 13, 1992.

**Parent and Child Relationships.** KTOK Radio Interview with Carol Arnold, February 18, 1992.

**Children's Health.** Newspaper Interview in the Tulsa Tribune, February 19, 1992.

**Self Esteem in Young Children.** Radio interview on one-hour talk show, KEBC, Oklahoma City, OK, March 20, 1992.

**Are Parents Encouraging their Children to Become Hypochondriacs?** For Your Life and Health radio interview with Larry Lynn, Orlando, FL, April 9, 1992.

**Children Who Live Alone.** KOCO Channel 5 TV interview, April 24, 1992.

**Children's Fears: The Los Angeles Riots.** Radio interview with Larry Lynn, For Your Life and Health, Orlando, FL, June 1, 1992.

**Your Child's Creativity.** Channel 9 TV interview with Terry Robinson, Oklahoma City, OK, June 22, 1992.

**Kids Helping at Home--Building Responsibility.** Interview, Parenting Magazine, June 30, 1992.

**Teenagers and Family Finances.** Interview, Working Woman Magazine, July 9, 1992.

**Returning to School: What Parents Can Do to Help.** KOCO Channel 5 TV Interview, Kerry Robertson Show, August 10, 1992.

**Children and School Fears.** Radio interview with Larry Lynn, For Your Life and Health, Orlando, FL, August 11, 1992.

**Fostering Creativity in Children,** USA Today, August 20, 1992.

**Difficult Years: The Adolescent.** Radio talk show interview with Carol Arnold, KTOK, Oklahoma City, OK, September 8, 1992.

**Teenagers Face Difficult Years.** Quoted by Paul Harvey on radio: Paul Harvey News, September 9, 1992.

**Challenges to Young Astronauts.** Presentation to 5th and 6th graders, Wiley Post Elementary School, Oklahoma City, OK, September 17, 1992.

**The Difficult Years of Youth.** Radio interview with Gordon Greene, OUHSC, Oklahoma City, OK, September 18, 1992.

**Is There a Nanny in the House?** KOCO Channel 5 TV interview with Carol Wilkerson, Oklahoma City, OK, November 25, 1992.

**Grandparents Giving Gifts: How Much is Too Much?** Radio K093 interview, San Francisco, CA, December 7, 1992.

**Older Parents - Pro's and Con's.** Interview in Tulsa Tribune by Rebecca Martin, January 8, 1991.

**Working with Eighth Graders.** Channel 4 TV Special, February 4, 1991.

**Teenage Fads and Fashions and their Relationship to the Punk Movement.** Washington Post, interviewed by Marcela Kogan, March 13, 1991.

**Children's Fears.** Orlando, FL radio program, interviewed by Larry Lynn, June 4, 1991.

**Children's Fears.** Jerusalem, Israel telephone interview for Parent's Magazine, July 10, 1991.

**The First Day of School.** KFOR, Channel 4 television, Oklahoma City, OK, August 12, 1991.

**The Difficult Years of Adolescence.** KTOK Radio, Oklahoma City, OK, one-hour interview, September 8, 1991.

**Discipline and Your Child.** University of Oklahoma Health Sciences Center, interviewed by Gordon Green for a 15-minute radio program, October 3, 1991.

**Biting Behavior in Young Children.** Interviewed by Mary Arrego, New York, NY, for Parent's Magazine, October 24, 1991.

**Discipline.** Radio Interview with Gordon Greene, University of Oklahoma Health Sciences Center, Oklahoma City, OK, October 30, 1991.

**School Success.** Good Morning Oklahoma (Butch and Ben Show), KOCO Channel 5 TV, Oklahoma City, OK, December 2, 1991.

**Grandparents and the Holidays.** For Your Life and Health with Larry Lynn radio interview, Orlando, FL, December 10, 1991.

**Grandparents Santa Claus Syndrome.** Radio interview with Judy Duncan, Champagne, IL, December 13, 1991.

**Grandparenting and the Holidays.** Radio interview, Vancouver, British Columbia, Canada, December 20, 1991.

**Santa Claus Syndrome.** Radio interview, Salt Lake City, UT, December 24, 1991.

Guest appearance for television educational program on family relationships, Hawthorne Communications, Fairfax, IA, February 17, 1990.

Feature articles in USA TODAY, April 20, 1990 and August 20, 1990.

**School Phobia.** KNTL radio interview, August 7, 1990.

**Preparing Children for Entering a New School Year.** KTOK Radio, Oklahoma City, OK, August 21, 1990.

**Children's Fears.** Telephone Interview from National Health Magazine, September 20, 1990.

**Children's Fears.** CNN interview (interview from Atlanta, GA), September 21, 1990.

**Child Development and Infant Beginnings.** (interview for American Baby Magazine, September 25, 1990.

**Children Under Stress.** Interview with Hong Kong Radio, Hong Kong, October 2, 1990.

**Dealing with Children's and Parents' Fears in a Crisis.** Interview with Norman Transcript, Norman, OK, October 25, 1990.

**Children's Fears.** University of Oklahoma radio interview, October 26, 1990. Interviewed Howard Gardner, Ph.D., Cognitive Psychologist at Harvard University Project Zero; Felton Earls, M.D., Child Psychiatrist at Harvard School of Public Health. Focus of interviews was on intellectual achievement and self esteem in students, December 27, 1990.

Half-hour television program produced by SS Television, Santa Monica, CA, featuring Steve Allen as host for program promoting Wanda Draper tape series on school performance, December 30, 1990.

Guest Expert on Selecting Toys for Children, KOCO TV Channel 5, Oklahoma City, OK, December 24, 1984.

**Step Parenting.** Television program: Woman to Woman, Channel 25, Oklahoma City, OK, May 8, 1981.

**Families in Transition.** Television program: Woman to Woman, Channel 25, Oklahoma City, OK, March 21, 1981.

**Child Development: How Children Learn.** Guest Expert, The Other School System Telecommunications for AESP. Broadcast in 14 states, University of Kentucky, Lexington, KY, October 14, 1978.

# Attachment CC

## CURRICULUM VITAE (March 2021)

Colin Gordon, Professor of History, University of Iowa

## EDUCATION AND PROFESSIONAL HISTORY

*Post Graduate Education*
University of Wisconsin - Madison, PhD. History, 1990
York University - Toronto, MA History, 1986

*Higher Education*
University of Alberta - Edmonton, BA (honors), History, 1985

*Professional and Academic Positions*
F. Wendell Miller Professor of History, University of Iowa, 2015-present
Department Chair, August 2006-August 2011
Professor, April 2004-present, University of Iowa
Associate Professor, June 1996-April 2004, University of Iowa
Assistant Professor, 1994-1996, University of Iowa
Assistant Professor, 1990-1994, University of British Columbia

## HONORS AND AWARDS

National Endowment for the Humanities, Faculty Fellowship, 2021-2022
Arts and Humanities Initiative Grant (University of Iowa, 2019-20
F. Wendell Miller Professor of History, July 2016
University of Iowa Regents Award for Faculty Excellence, May 2016
Major Research Grant, UI Internal Funding Initiative, September 2015
Distinguished Achievement in Publicly-Engaged Research Award, University of Iowa (2015)
CLAS Collegiate Fellow, 2014
National Science Foundation, Broadband Use Mapping, Data and Evaluation (small role involving digital mapping of results, with Tolbert, Leicht, Pacheco, Mossberger), 2013-15
Digital Studio for Public Humanities Grant (UI, 2012)
Summer Faculty Fellowship (University of Iowa, 2010)
Arts and Humanities Initiative Grant (University of Iowa, 2009-10)
May Brodbeck Fellowship (University of Iowa, 2007-8)
Robert Seilor Fellowship (Missouri State Archives, 2005)
National Endowment for the Humanities Fellowship (2004-5)
nTitle Teaching Grant (University of Iowa, 2003)
Arts and Humanities Initiative Grant (University of Iowa, 2002-3)
Obermann Interdisciplinary Research Grant (Summer 2002), with Peter Fisher
University of Iowa Faculty Scholarship (1998-2000)
Central Investment Fund for Research Enhancement (University of Iowa, 1997)
University of Iowa "Old Gold" Summer Research Grant (1996)
University of Iowa Development Assignment (Semester Leave, Spring 1996)

University of Iowa "Old Gold" Summer Research Fellowship (1995)
Harry S. Truman Library, Grant-in-Aid (1995)
Franklin and Eleanor Roosevelt Institute, Grant-in-Aid (1995)
Social Sciences and Humanities Research Council of Canada, Major Research Grant (1993).

## MEMBERSHIPS

American Historical Association
Organization of American Historians
Social Science History Association
Urban History Association

## SCHOLARSHIP

*Books*

*Citizen Brown: Race, Democracy, and Inequality in the St. Louis Suburbs* (Chicago: University of Chicago
    Press, 2019; paperback 2020)
*Mapping Decline: St. Louis and the Fate of the American City* (Philadelphia: University of Pennsylvania
    Press, 2008; paperback 2009), 272pp
*Dead on Arrival: The Politics of Health Care in Twentieth Century America* (Princeton: Princeton
    University Press, 2003 (paperback edition, January 2005), 316pp.
*New Deals: Business, Labor, and Politics in America, 1920-1935* (New York: Cambridge University
    Press, 1994), 329pp (paperback 1994 as well).

*Refereed Articles*

"Dividing the City: Race-Restrictive Deed Covenants and the Architecture of Segregation in St. Louis,
    *Journal of Urban History* (online first, March 2021)
"Our Segregated Century," *Reviews in American History* 49:1 (March 2021)
(***with Sarah K. Bruch) "Home Inequity: Race, Wealth and Housing in St. Louis," *Housing Studies* 35:9
    (2019).
"Patchwork Metropolis: Fragmented Governance and Urban Decline in Greater St. Louis," *St. Louis
    University Public Law Review* 34:1 (2014), 51-70.
"St. Louis Blues: The Urban Crisis in the Gateway City" *St. Louis University Public Law Review* 33:1
    (2103), 81-92.
"Lost in Space, Or Confessions of an Accidental Geographer, *International Journal of History and
    Computing* 5:1 (2011), 1-22.
"Blighting the Way: Urban Renewal, Economic Development, and the Elusive Definition of 'Blight',"
    *Fordham Urban Law Journal* 31:2 (January 2004), 305-337; reprinted in Patricia Salkin (ed), 2005
    *Zoning and Planning Law Handbook* (Thomson-West, 2005), pp. 956-986.
 "A Poisonous Past," *Reviews in American History* (December 2003), 611-14.
 "The Lost City of Solidarity: Metropolitan Unionism in Historical Perspective," *Politics and Society* 27:4
    (December 1999), 557-581; also published by University of Washington Labor Center, Working
    Paper #8 (March 1999).
"Why Wagner? A Response to Robert Zieger," *Journal of Policy History* 11:2 (1999), 201-6.

"Rethinking the New Deal," *Columbia Law Review* 98:8 (December 1998), 2029-54.

"Perche Negli Stati Uniti non si e Affermato il Corporatismo," *Passato e Presente* [Italy] 45 (Dec. 1998), 93-112.

"Why No Corporatism in the United States?: Business Disorganization and its Consequences," *Business and Economic History* 27:1 (Fall 1998), 29-46.

"Why No Health Insurance in the United States?  The Limits of Social Provision in War and Peace, 1941-1948, *Journal of Policy History* 9:3 (1997), 277-310.

"Does the Ruling Class Rule?" *Reviews in American History* 25:2 (June 1997), 288-293.

"Still Searching for Progressivism," *Reviews in American History* 23 (1995): 669-674.

"Lessons of History? Past and Present in the Gulf War," *Radical History Review* 55 (Winter 1993): 135-144.

"Dead On Arrival: Health Care Reform in the United States," *Studies in Political Economy* 39 (Autumn 1992): 141-158.

"New Deal, Old Deck: Business and the Origins of Social Security, 1920-1935." *Politics and Society* 19 (June 1991): 165-207.

"Crafting a Usable Past: Consensus, Ideology, and Historians of the American Revolution." *William and Mary Quarterly* 46 (Oct.  1989): 671-695.

"The Modern American Presidency, 1945-1974: A Bibliographical Essay." *Canadian Review of American Studies* 16 (1985): 425-441

*Book Chapters*

"Left Out: Health Security and the American Welfare State," in Martin Halliwell and Sophie Jones (eds), *The Edinburgh Companion to the Politics of American Health* (Edinburgh University Press, forthcoming 2022)

(***with Sarah K. Bruch) "States of Welfare: Federalism, Localism, and US Social Policies." In Y. Kazepov, E. Barberis and R. Cucca (eds), *Handbook of Urban Social Policies* (Edward Elgar Publishing, forthcoming 2021).

"American Inequality: A Primer," in Barbara Hahn and Kersten Schmidt (eds), *Inequality in America: Interdisciplinary Perspectives* (Universitätsverlag Winter, 2017), 9-24.

"Making Ferguson: Segregation and Uneven Development in Greater St. Louis," in Kimberly Norwood (ed), *Ferguson Fault Lines* (American Bar Association, 2016), 75-97.

"My Life as a Wonk," in McKerley, Deslippe, and Slocum (eds), *Civic Labors: Scholar Activism and Working Class Studies* (Illinois, 2016).

*Textbooks*

*Major Problems in American History, 1920-1945: Document and Essays* (Boston: Houghton Mifflin, 1999; revised edition 2010), 451pp.

*Legal Consulting and Briefs*

"Brief of Health Care Policy History Scholars as *Amici Curiae* in Support of Petitioners," Texas et al v California et al (May 2020), just signatory.

"The Transformation of St. Louis County," Research Brief in support of class action, *Fant et al v Ferguson,* Case 41-5-cv---253, US District Court, Eastern District of Missouri (Fall 2019)

"The Roots of Predatory Policing In Ferguson, Missouri," Affidavit in support of class action, *Carter et al v Ferguson*, Case 14SL-CC04195, Circuit Court St. Louis County (Fall 2019)

 "Race and Citizenship in Meacham Park," *In Re: Kevin Johnson*, A Report to the Death Penalty Litigation Clinic, Kansas City MO  (survey of neighborhood conditions in petitioner's neighborhood), 58 pages, 1 figures, 14 maps (April 2016).

"North St. Louis Neighborhood Analysis*," In re Franklin Davis*, A Report to Office of Capital & Forensic Writs, Austin, TX (survey of neighborhood conditions in petitioner's neighborhood), 78 pages, 2 figures, 40 maps (March 2016).

"Segregation and Uneven Development in Greater St. Louis, St. Louis County, and the Ferguson-Florissant School District," Expert Report submitted on behalf of plaintiffs in *Missouri State Conference of the National Association for the Advancement of Colored People, Redditt Hudson, F. Willis Johnson, and Doris Bailey v. Ferguson-Florissant School District and St. Louis County Board of Elections Commissioners,* United States District Court for the Eastern District of Missouri, Civ. No. 14-2077 (January 2016).

"Brief of Health Care Policy History Scholars as *Amici Curiae* in Support of Petitioners," *King v Burwell*, US Supreme Court 14-114 (2015) (just signatory).

"Brief of Health Care Policy History Scholars as *Amici Curiae* in Support of Petitioners," *USDHS v Florida*, US Supreme Court 11-398 (2011) (just signatory).

"North St. Louis Neighborhood Analysis," A Report to Capital Habeas Unit Federal Community Defender Office for the Eastern District of Pennsylvania, *Billie Allen v United States* (survey of neighborhood conditions in petitioner's neighborhood), 79 pages, 3 figures, 41 maps (2010).

"Brief Amici Curiae of Twelve University Professors and the Center for a New Democracy" *New Party v. Timmons* [Supreme Court case deciding validity of state prohibitions on electoral fusion or multi-party nomination] August 1996" (author and co-signor)

## *Digital Projects*

Mapping Segregation in Iowa. Digital Project, developed in collaboration with undergraduate students, on the history of racial restrictions on property in Iowa.  Launched August 2020

Citizen Brown. Digital companion to *Citizen Brown.*  Launched August 2019.

Growing Apart: A Political History of American Inequality (Institute for Policy Studies, 2013; 2018); e-book at www. inequality.org

Mapping *Decline: St. Louis and the American City*.  Interactive mapping website, developed in cooperation Harvard's WorldMap project.  Launched December 2011.

*Mapping Decline: St. Louis and the American City*.  Interactive mapping website, developed in cooperation with the University of Iowa Libraries.  Launched October 2010.

## *Data Visualizations*

Shanti Parikh and Jong Bum Kwon, "Crime Seen: Racial Terror and the Technologies of Black Life and Death." In "@Ferguson: Still Here in the Afterlives of Black Death, Defiance, and Joy," forum, edited by Shanti Parikh and Jong Bum Kwon, *American Ethnologist* 47, no. 2 (May 2020): 128–138.

"School Segregation In St. Louis County" (maps), Forward Through Ferguson, *Still, Separate, Still Unequal*; *https://www.youtube.com/watch?v=gRSk29LNork*

"Unions and Shared Prosperity," in American Enterprise, Smithsonian (Permanent Exhibit)

"Union Decline and the Top Ten Percent," in Eli Cook, *"*The Progress and Poverty of Thomas Piketty," *Raritan Quarterly*

"United States, Change in Income 1988-2008," for NPR's *Planet Money* (August 2014)

"Growing Apart: American Income Inequality, 1947-2012," in Andrew Sayer, *We Can't Afford the Rich* (Polity, forthcoming)

"Unions and Inequality in the OECD," In Richard Wilkinson and Kate Pickett, "Reducing Inequality through Economic Democracy," *Progressive Economy Journal* (2014)

"HOLC Map of St. Louis, 1943" in Richard Green, The Legacy Of Lending Discrimination Against African-Americans, *Forbes* (November 2013)

"Unions and Shared Prosperity" (Fig 9, p35) in Sara White, Greener Reality: Jobs, Skills, and Equity in the US Economy (Center on Wisconsin Strategy, 2012)

*Public Scholarship*

Pandemic Risk Shift, *Dissent* (Spring 2021)

Closing Doors: Race and Opportunity in St. Louis Schools, *Dissent* (January 2021)

The Pre-Emption Racket, *Dissent* (August 2020)

Who Gets Protected? *Dissent* (July 2020)

The Coronavirus Wouldn't Be Decimating Meatpacking Plants If Company Bosses Hadn't Busted the Unions, *Jacobin* (May 18, 2020)

(with Walter Johnson, Jason Purnell, and Jamal Rogers), COVID-19 and the Color Line, *Boston Review* (May 1, 2020); reprinted at Ideas and Futures (June 2020); reprinted in *The Politics of Care: From COVID-19 to Black Lives Matter* (Boston Review and Verso Books, 2020)

Understanding the Employment Crisis, *Dissent* (April 30, 2020)

We Need Massive Aid to the States — Not a Round of Bankruptcies, *Jacobin* (April 26, 2020)

(with Sarah K. Bruch, COVID-19 Is Exposing the United States' Ragged, Shameful Safety Net, *Jacobin* (April 21, 2020)

Corona: The Inequality Virus, *Jacobin* (March 2020)

Inequality in the Age of Trump *Dissent* (January 2020)

Citizen Brown, *Dissent* (August 2019)

The New Deal State and Segregation, Jacobin (August 2019)

The Legacy of Taft-Hartley, *Jacobin* (December 2017)

A Brief History of Health Reform, *Jacobin* (July 2017)

Democracy's Critics, *Jacobin* (June 2017)

(with Clarissa Hayward) "The Murder of Michael Brown," *Jacobin* (August 2016)

Ferguson, One Year Later, *Georgetown Public Policy Review* (September 2015)

Declining Cities, Declining Unions: Urban Sprawl and US Inequality, *Dissent* (December 2014)

Segregation's Long Shadow, *Dissent* (October 2014)

Beyond Our Inequality: Policy Blueprints for the Twenty-First Century, *Dissent* (May 2014)

Choosing Unemployment: Macroeconomic Policy and American Inequality, *Dissent* (May 2014)

Fatter Cats: Executive Pay and American Inequality, *Dissent* (May 2014)

Wolves of Wall Street: Financialization and American Inequality, *Dissent* (April 2014); reprinted in Truthout (April 23, 2014)

The Computer Did It? Technology and Inequality, *Dissent* (Spring 2014).

Who Pays: Taxes and American Inequality, *Dissent* (April 2014)

A Tattered Safety Net: Social Policy and American Inequality, *Dissent* (April 2014)

The Perils of Private Welfare: Job-Based Benefits and American Inequality, *Dissent* (March 2014)

Bare Minimum: Labor Standards and American Inequality, *Dissent* (March 2014)

The Union Difference: Labor and American Inequality, *Dissent* (March 2014)

Our Inequality: An Introduction, *Dissent* (March 2014)

The Irony and Limits of the Affordable Care Act, *Dissent* (October 2013)

Revenue Blues: The Case for Higher Taxes, *Dissent* (June 2013)

The Lost City of Solidarity, *Dissent* (April 2013)

(with Donald Cohen), Do America's Corporations Care How Much American Workers Earn? *Dissent* (August 30, 2012); also published in Huffington Post and Truthout

(with John Schmitt), What's So Bold about $9.00/hour? Benchmarking the Minimum Wage, *Dissent* (March 2013)

*Policy Research*

(with Laura Dresser and Hannah Halbert) Weak Labor Protections Have Put Midwestern Food Processing Workers at Risk for Coronavirus, *Working Economics* (April 2020)

Race in the Heartland: Equity, Opportunity, and Public Policy in the Midwest (Economic Analysis Research Network [with Center on Wisconsin Strategy, Policy Matters Ohio, and Iowa Policy Project], September 2019).

(with Matthew Glasson and Emily Schott) Cold Shoulder: Shifting the Risk in Iowa's Workers' Compensation System (Iowa Policy Project, September 2018)

Stolen Chances: Precarious Work and Wage Theft in Iowa (Iowa Policy Project, March 2015)

The State of Working Iowa, 2014 (IPP, September 2014)

Keep High Quality in High Quality Jobs (IPP Backgrounder, February 2014)

The Rich Get Richer: Top Incomes in Iowa, 1917-2011 (IPP, February 2014)

Iowa follows U.S. patterns on loss of health coverage (IPP, November 2013)

Counting Jobs: A Primer (IPP, November 2013)

The State of Working Iowa, 2013 (IPP, September 2013)

The State of Working Iowa, 2012 (IPP, December 2012)

(with Robin Clark-Bennett, Jen Sherer, and Matthew Glasson), Wage Theft in Iowa (IPP, Aug. 2012)

(with Andrew Cannon, Peter Fisher, and Noga O'Connor), Fending for Themselves: Nonstandard Workers, Health Insurance Coverage and the Labor Market (IPP, October 2011), Department of Labor funded study, 59pp.

(with Noga O'Connor), The State of Working Iowa, 2011 (IPP, September 2011), 25pp.

Not Your Father's Health Insurance: Discount Medical Plans and the American Health Crisis (IPP, December 2010); Department of Labor funded study, 15pp.

(with Christine Ralston) The State of Working Iowa, 2009 (IPP, 2009)

(with Christine Ralston) Wage and Benefit Standards: An Analysis of Proposed Changes to the Iowa Values Fund (IPP, 2009), 14pp.

(with Beth Pearson), Young Workers and the Iowa Economy (IPP, 2008), 8pp.

(with Beth Pearson), Women, Work, and Iowa Economy (IPP, 2008), 13pp.

(with Beth Pearson), <u>The State of Working Iowa , 2008</u> (IPP, 2008), 12pp

<u>EZ Money: Assessing Iowa's Enterprise Zone Program</u> (IPP, 2008), 18pp

(with Elaine Ditsler and Jevon Europe), <u>The State of Working Iowa, 2007</u> (IPProject, 2007), 32pp

<u>Prescriptions and Placebos: Health Reform in Iowa</u> (IPP, 2006), 28pp.

(with Elaine Ditsler), <u>No Picnic: The State of Working Iowa: 2006</u> (IPP, 2006), 10pp

(with Peter Fisher, David West, and Elaine Ditsler), <u>Nonstandard Jobs, Substandard Benefits</u> (IPP, 2005), 52pp

(with Elaine Ditsler and Peter Fisher), <u>On the Fringe: The Substandard Benefits of Workers in Part-Time, Temporary, and Contract Jobs</u> (The Commonwealth Fund, 2005), 32pp

(with Elaine Ditsler and Peter Fisher), <u>The State of Working Iowa, 2005</u> (IPP, 2005), 46pp

Working Blues: Labor Day in Iowa, 2004 (IPP, 2004), 7pp

<u>Bending the Rules: The Promise and Practice of the Grow Iowa Values Fund</u> (IPP, 2004), 18pp

(with Peter Fisher) The State of Working Iowa, 2003 (IPP), 56pp

(with Peter Fisher) The State of Working Iowa, 2001 (IPP), 63pp

 "Dead on Arrival: The Past and Future of American Health Care," (Open Magazine, New Party Papers #2, 1995), 1-30.


*Short Articles and Blog Posts*


<u>We Don't Have to Keep Shoveling Money to Big Ag</u>, *Jacobin* (January 2021)

<u>Meatpacking Bosses in Iowa Allegedly Organized a Betting Pool on How Many Workers Would Get COVID</u>, *Jacobin* (November 2020)

<u>Bernie Sanders Would Make a Very Good Secretary of Labor,</u> *Jacobin* (November 2020)

<u>Without Another Massive Federal Stimulus, State and Local Governments Will Face Brutal Austerity</u>, *Jacobin* (November 2020)

<u>Comparing the US and Canada Shows Just How Badly America Has Bungled the Pandemic</u>, *Jacobin* (August 2020)

<u>Who Gets Protected</u>, *Dissent* (July 2020)

<u>Iowa Governor: Your Job or Your Life</u>, *Jacobin* (May 2020)

<u>Meatpacking Outbreak is Unsurprising When You Consider How Iowa Treats its Workers</u>, *Des Moines Register* (April 2020)

<u>The Deepening Unemployment Crisis,</u> *Dissent* (April 2020)

<u>The Unemployment Shock Continues</u>, *Dissent* (April 2020)

<u>The Unemployment Shock</u>, *Dissent* (March 2020)

<u>Caucuses or Not, Iowa Workers are Getting Screwed</u>, *Jacobin* (October 2019)

<u>The State of the Unions</u> *Dissent* (February 2019)

<u>Healthy Signs</u> *Dissent* (December 2018)

<u>Wage Woes</u>, *Dissent* (December 2018)

<u>A Dismal Report Card on Global Inequality</u>, *Dissent* (April 2018)

<u>Them That Has, Gets</u>, *Dissent* (November 2017)

<u>Police Murders are the Tip of the Iceberg</u>, *Dissent* (September 2017)

<u>Deeds of Mistrust</u>, *History Happens Here* (Missouri History Museum), May 2017

<u>What's the Matter with Iowa</u> (March 2017)

<u>Triumph of the One Percent</u>, *Dissent* (December 2016)

<u>Red Lines, Black Lives</u>, *Dissent* (October 2016)

<u>Right to Work (For Less): By the Numbers</u>, *Dissent* (May 2016)

Ferguson Digs in its Heels, *Dissent* (February 2016)

The Pension Pinch, *Dissent* (November 2015)

Ferguson Revisited, *Dissent* (August 2015)

JP Morgan Sounds the Alarm on Inequality, *Dissent* (May 2015)

Border City Blues, *Dissent* (May 2015)

Minimum Wage Increase Hits the Bulls Eye, *Working Economics* (May 2015)

How Racism Became Policy in Ferguson, *Dissent* (March 2015)

The Segregation Index, *Dissent* (Winter 2015)

Mapping Our Unequal States, *Dissent* (January 2015)

The Making of Ferguson, *Dissent* blog (August 2014)

What this Month's Job Report Doesn't Tell Us, *Dissent* blog (June 2014)

The Wage Crunch in Perspective, *Dissent* blog (June 2014)

Piketty in One Graph (Center For Economic and Policy Research, Graphic Economics, May 2014)

Employment Change by State and Sector, 1995-2014 (Center for Economic and Policy Research, April 2014)

The United States of Inequality, *Dissent* (March 2014)

Mapping Inequality, *Working Economics* (February 2014)

Inequality in the States, *Working Economics* (February 2014)

Jim Crow for the Jobless, *Dissent* (January 2014)

Two Cheers and Two Cautions for the Jobs Report, *Dissent* (December 2013)

Beyond SeaTac: Movement on the Minimum Wage? *Dissent* (November 2013)

Social Security by the Numbers, *Dissent*  (November 2013)

Iowa Follows US on Loss of Employer-Sponsored Coverage, *Iowa Policy Points* (November 2013)

Strangled by the Purse Strings: Austerity After the Shutdown, *Dissent* (October 2013)

Union Membership and The Income Share of the Top Ten Percent, *Working Economics* (EPI), October 2013

Growing Together, Growing Apart, *Working Economics* (EPI), October 2013

Fargo or Bust: The State Income Numbers, *Dissent* (September 2013)

The Top One Percent Income Share (annotated), CEPR (September 2013)

Behind the Income Numbers, *Dissent* (September 2013)

McRecovery: The Troubling New Jobs Report, *Dissent*  (September 2013)

Labor Day Blues, *Dissent* (September 2013)

States of Recession (Center for Economic and Policy Research, August 2013)

Mind the Gap, *Dissent* (August 2013)

ALEC in Plunderland, *Dissent* (July 2013)

Unemployment and Its Symptoms, *Dissent* (July 2013)

Three Reasons Not to Get Too Excited about the Latest Jobs Report, *Dissent* (July 2013)

Defending the Top One Percent–And Failing At It, *inequality.org* (July 2013)

The Great Barbecue Revisited, *Dissent* (June 2013)

Wage Growth and Unemployment in the States (CEPR, June 2013)

How the Rich Got Richer, *Dissent* (June 2013)

Revenue Blues: The Case for Higher Taxes, *Dissent*, June 2013

Inflation, the Friendly Ghost, *Dissent* (May 2013)

The Austerity Follies, *Dissent* (May 2013)

From Bad Jobs to Good Jobs, Dissent (May 2013)

The Lost City of Solidarity, *Dissent* (April 2013)

How the Density of Your County Affects How You Vote, *Atlantic Cities* (April 2013)

The Arc of Inequality, *Dissent* (March 2013)

US Health Care is Still Bad (and Expensive), *Dissent* (February 2013)

A Bad Year For Unions, *Dissent* (January 2013)

A Jobless Recovery, *Dissent* (January 2013)

Back to Full Employment (Center for Economic and Policy Research), January 2103

Unemployment Numbers: The Long View, *Dissent* (January 2013)

Iowa View: Counting job gains while excluding losses is wrong, *Des Moines Register* (January 15, 2013)

The Folly of Right to Work, *Dissent*  (December 2012)

The Good Jobs Deficit, *Dissent* (December 2012)

Better Pizza, Bitter Politics, *Dissent* (November 2012).

(with Steve Herzenberg)*,* The Manufacturing Jobs Score, 1949-2011 (Keystone Research Center, October 2012)

(with Larry Mishel), Real Hourly Wage Growth: The Last Generation, Working Economics (Economic Policy Institute), October 10, 2012

(with Steve Herzenberg), "Bill Clinton Was Right That Dems Create More Jobs: The Manufacturing Jobs Score, 1948-2011" Alternet (September 18, 2012); cross-posted at Huffington Post (September 20, 2012).

Growing Together, Growing Apart: Income Growth since 1948 (Center for Economic and Policy Research, September 2012)

Where Have All the Good Jobs Gone? (Center for Economic and Policy Research, August 2012)

Union Decline and Rising Inequality in Two Charts, Working Economics (Economic Policy Institute), June 2012

(with Ross Eisenberry), As Unions Decline Inequality Rises, Economic Policy Institute Economic Snapshot (June 2012)

Effective Government Would Neutralize Tea Party, History News Network (November 2010)

Hands off My Medicare! The Deadly Legacy of Social Insurance, distributed by History News Service, appearing in LA Progressive (9/01/10)

"New Deal Succeeded When FDR Invested in the U.S." Casper [WY] Tribune (November 9, 2009)

"We've Been Here Before: History and Health Reform," Princeton University Press Blog (September 2009); cross-posted at History News Network

"Welfare Capitalism," Encyclopedia of the Great Depression (Thompson-Gale, 2004), 1027-29.

"The New Deal" entry in *Encyclopedia of American Studies* (Grolier, 2004)

"Chamber of Commerce" and "National Association of Manufacturers," entries in the*Oxford Companion to American History* (Oxford, 2004)

"Replace FDR with Reagan on the Dime?" History News Network (December 2003)

"September 11 in Historical Perspective" *subTerrean* [Vancouver] (January 2002)

"Health Care: Some Historical Lessons," One for All: Newsletter of Health For All–California 5 (Spring 1998), 2, 5 [reprinted by Third World Traveler]

"Blown Fusion" *In These Times* 21:14 (26 May 1997), 29-31.

"Who Killed Health Care?" *In These Times* 20:25 (28 November 1996), 31-33.

"History and the 'New World Order'" *New Internationalist* 247 (Sep. 1993), 20-22.

"The American Politics of Canadian Health Care," *Canadian Dimension* (Sep. 1992): 17-20.

"Labor Update: Miners' Health Bargain," *Z Magazine* 5-6 (May-June 1992): 56-57.

"The Politics of Health Care Reform," *Against the Current* 7:1 (March-April 1992): 3-6.

"Thicker than Oil: American Stakes in the Gulf." *Canadian Dimension* 25 (April-May 1991): 33-37 [reprinted in *Z Magazine* 4 (April 1991): 26-30; and in *The New World Order and Military Intervention* (GEM Publications, 1991)].

"Cosmetic Surgery: Health Care the Corporate Way," *The Nation* (25 Mar 1991): 376-380.

"Pittston and the Political Economy of Coal," *Z Magazine* 3 (Feb. 1990): 95-100.

*Book Reviews*

Dan Kaufmann, *The Fall of Wisconsin,* Annals of Iowa (2018)

Tracey Campbell, *The Gateway Arch: A Biography*, Missouri Historical Review (January 2015)

Steven Ashby and C.J. Hawking, *Staley: The Fight for a New American Labor Movement*, Annals of Iowa (2009).

Jonathon Oberlander, *The Political Life of Medicare,* Health Affairs (2004)

Lizbeth Cohen, *A Consumers' Republic,* Business History Review (2003)

William Millikan, *A Union Against Unions,* Annals of Iowa (2001)

Ruth O'Brien, *Workers' Paradox: The Republican Origins of New Deal Labor Policy, 1886-1935,* Law and History Review (2001)

Colin Davis, *Power at Odds: The 1922 Railroad Shopmen's Strike*, Annals of Iowa (1998)

Robert Cunningham and Robert Cunningham Jr., *The Blues: A History of the Blue Cross and Blue Shield System,* H-Business/H-Net (April 1998); also The Annals of Iowa (1999)

David Plotke, *Building A Democratic Political Order,* The Historian (1998)

Jonathon Bean, *Beyond the Broker State: Federal Policies Toward Small Business, 1936-1961*, H-Business/H-Net (January 1997)

Theda Skocpol and Kenneth Finegold, *State and Party in America's New Deal*, Journal of Economic History (1996)

William Preston, *Aliens and Dissenters,* Journal of Ethnic History (1996)

Elizabeth Fones-Wolf, *Selling Free Enterprise*, Journal of Economic History (1995)

Clyde Weed, *The Nemesis of Reform*, American Political Science Review (1995)

Dorothy Ross, *The Origins of American Social Science*, Canadian Journal of History (1993).

Roger Kanet, *The Cold War as Cooperation*, Canadian-American Slavic Studies (1993).

Alexander Keyssar, *Out of Work: The First Century of Unemployment in Massachusetts*, Labor History (1992).

*Invited Lectures and Conference Presentations*

*Invited*

"Citizen Brown: Race, Wealth, and Inequality in the St. Louis Suburbs," Washington University Institute for Informatics and Division of Biostatistics, February 2021

"Health Equity in Historical Perspective," Culture of Health Program, National Academy of Medicine, October 2020

"Citizen Brown: Race, Wealth, and Inequality in the St. Louis Suburbs," Chicago Urban History Seminar (Newberry Library), September 2020

"Citizen Brown: Race, Wealth, and Inequality in the St. Louis Suburbs," Missouri History Museum (July 2020)

"Citizen Brown: Race, Wealth, and Inequality in the St. Louis Suburbs," Washington University, February 2020.

"Citizen Brown: Race, Wealth, and Inequality in the St. Louis Suburbs," Biden School, University of Delaware, November 2019

"Citizen Brown: Race, Wealth, and Inequality in the St. Louis Suburbs," University of Pennsylvania, November 2019

"Citizen Brown: Race, Wealth, and Inequality in the St. Louis Suburbs," University of Minnesota, October 2019.

"Citizen Brown: Race, Wealth, and Inequality in the St. Louis Suburbs," UMSL and Forward Through Ferguson, St Louis, October 2019

"Citizen Brown: Race, Wealth, and Inequality in the St. Louis Suburbs," UC-Santa Barbara, October 2019

"Home Inequity: Race, Wealth, and Housing in St. Louis, 1940-1960," Havens-Wright Center, University of Wisconsin-Madison, October 2019

"Citizen Brown: Race, Wealth, and Inequality in the St. Louis Suburbs," Havens-Wright Center, University of Wisconsin-Madison, October 2019

"Citizen Brown: Race, Wealth, and Inequality in the St. Louis Suburbs," Johns Hopkins Seminar on Inequality, September 2019

"Citizen Brown: Race, Wealth, and Inequality in the St. Louis Suburbs," Miami University (Ohio), April 2019

"Segregating St. Louis, 1916-2019," Legal Services of Missouri, Clayton, MO, April 2019

"Home Inequity: Race, Wealth, and Housing in St. Louis, 1940-2016," Brown School of Social Work, Washington University, February 2018

"Race, Wealth, and Housing: The St. Louis Experience," University of Kansas (April 2017)

"The Murder of Michael Brown," Economic Analysis and Research Network, opening plenary (December 2016)

"Fragmented Citizens: Federalism and Localism in American Social Policy," Multi-level Government and Sub-National Inequalities: A Framework for the Comparative Study of the Structure and Consequences of Decentralized Social Policy Designs, Advance Research Collaborative, CUNY (April 2016)

"Patchwork Metropolis," Voices and Visions of St. Louis, Harvard Graduate School of Design (March 2016)

"The Great Divide: Housing and Segregation in St. Louis, 1916-2016," Missouri History Museum (March 2016)

"Growing Apart: A Political History of American Inequality," UC-Santa Barbara (January 2016)

"Understanding American Inequality," Bavarian American Association, Munich, July 2015.

"Ferguson in Historical Perspective," Deconstructing Ferguson: How Social Institutions, Policy, and Law Shape American Civic Identity and Experience (workshop), Yale, May 2015.

"Ferguson, St. Louis, and the Fate of the American City," keynote at LAWCHA Luncheon, Organization of American Historians, St. Louis, April 2015

"Understanding American Inequality," Cambridge Forum (Cambridge, MA), March 2015

"Ferguson, St. Louis, and the Fate of the American City," Luther College (Decorah, IA), March 2015

"Blight and Urban Renewal in Historical Perspective," Blight as Politics Workshop (Ann Arbor), February 2015.

"Ferguson, St. Louis, and the Fate of the American City," East Central Community College (Union, MO), January 2015

"Understanding Ferguson," AHA Presidential Panel, American Historical Association (New York), January 2015 [broadcast on CSPAN]

"Ferguson, St. Louis, and the Fate of the American City," St. Louis University, November 2014

"Ferguson, St. Louis, and the Fate of the American City," McKendree University (Lebanon Illinois), October 2014

"The Fire This Time: Ferguson, St. Louis, and the Fate of the American City," University of Missouri-Columbia, October 2014

"Ferguson, St. Louis, and the Fate of the American City," Auburn University, *City Scenarios* workshop, School of Architecture, Planning and Landscape Architecture, September 2014

"US Social Policy in Historical Perspective," Northeastern University (Shenyang, China), June 2014

"Dead on Arrival: Universal Health Care in the United States," Northeastern University (Shenyang, China), June 2014

"Growing Apart: Historical Perspectives on Inequality in the US," Hall Center for the Humanities, University of Kansas (April 2014)

"Mapping Decline: St. Louis and the Fate of the American City," Augustana College (Geography and History), April 2014.

"Mapping Decline: St. Louis and the Fate of the American City," University of Northern Iowa (Geography and History), April 2014.

"Mapping Decline: St. Louis and the Fate of the American City," Featured Speaker, National Social Studies Conference, St. Louis, November 2013

"Mapping Decline: St. Louis and the Fate of the American City," Lindenwood University, November 2013

"Mapping Decline: St. Louis and the Fate of the American City," Urban Planning, University of Illinois, September 2013

"Mapping Decline: St. Louis and the Fate of the American City," Geography Colloquium, Illinois State, March, 2013

"The Urban Crisis in Historical Perspective," Saving the Cities: How to Make America's Urban Core Sustainable in the Twenty-first Century, St. Louis University School of Law, March 2013.

"Mapping Decline: St. Louis and the Fate of the American City," Missouri Conference on History, Columbia MO, March 2012

"Mapping Decline: St. Louis and the Fate of the American City," Spatial Studies in the Social Sciences, Brown University, November 2010

(with Todd Swanstrom) "Justice in the American Metropolis: The St. Louis Case," Justice and the American Metropolis Conference, Washington University in St. Louis, May 7-9, 2009 (bus tour and presentation).

"Community Decline and Development in Greater St. Louis," George Warren Brown School of Social Work, Washington University, March 2009.

"St. Louis Blues: Mapping the Decline of an American City," The New School, New York (March 2009).

"Blight and Redevelopment: Historical Perspectives" at the <u>Fourth Annual Brigham-Kanner Property Rights Conference</u>, William and Mary Law School (October 2007)

"St Louis Blues: Public Policy and the Urban Crisis" plenary address at the annual meeting of the Economic Analysis and Research Network, St. Louis, September 2006

"Race and Realty in Greater St. Louis" Columbia University seminar on Twentieth Century Politics and Society, January 2006

"Mapping St. Louis" at Missouri Supreme Court Historical Society, November 2005

"Debating Health Insurance in the 1940s" for the Center For Business, Technology, and Society, Hagley Museum and Library, September 1997

"A Disorganizational Synthesis? Business, Labor, and Politics in Modern America" for the Atlanta Seminar in the Comparative History of Labor, Industry, Technology, and Society, Atlanta, October 1996

"Why No National Health Insurance in the U.S.? The Limits of Social Provision in War and Peace, 1941-1948" at the Hagley Museum Conference, "Aftermath: The Transition from War to Peace in America after World War II," Wilmington, DE, October 1995

*Conference Papers*

Dividing the City: New Findings on Race-Restrictive Deed Covenants in St. Louis (Social Science History Association, November 2020) [postponed]

(with Sarah K. Bruch) States of Welfare: Federalism and State Discretion in the History of American Social Policy (Social Science History Association, November 2020) [postponed]

Dividing the City: New Findings on Race-Restrictive Deed Covenants in St. Louis (Urban History Association, October 2020 [conference postponed to 2021]

Redressing Redlining: Lessons in Realities and Reconciliation, Congress on the New Urbanism, Minneapolis, June 2020 [virtual]

(with Sarah K. Bruch) "Home Inequity: Race, Wealth, and Housing in St. Louis, 1940-2016" Social Science History Association, Chicago, November 2019.

Panel Discussion of *Citizen Brown,* Social Science History Association, Chicago, November 2019

Panel Discussion of *Citizen Brown,* Society for American Regional and City Planning History, Arlington VA, October 2019.

"Bulldozing Citizenship: Urban Renewal in St. Louis County," NEH-funded mini-conference on urban renewal, Lexington KY, September 2019

(with Sarah K. Bruch) "Home Inequity: Race, Wealth, and Housing in St. Louis, 1940-2016" Population Association of American, Denver, April 2018.

"Fragmented Citizenship: Municipal Incorporation and Annexation in St. Louis County," Social Science History Association, Chicago, November 2016

"Growing Apart: A Political History of American Inequality," Labor and Working-Class History Association, Washington, May 2015

"Laboring Big Data," roundtable, Labor and Working-Class History Association, Washington, May 2015

"Growing Apart: Understanding American Inequality" Social Science History Association (Toronto), November 2014

"Metroland or Sectionville: Patterns of Urban Decline and Union Decline in the United States," Urban History Association, Philadelphia, October 2014.

"Mapping Decline," New Directions in Digital History, Urban History Association, Philadelphia, October 2014.

"The Suburban Quarantine: Race and Redevelopment in Greater St. Louis," Social Science History Association, Vancouver, November 2012

New Directions in Spatial History, American Historical Association (Presidential Session), January 2012

Roundtable on "Mapping Decline," at the SSHA Conference, Miami, October 2008

Roundtable on "Mapping Decline," at the Policy History Conference, St. Louis, May 2008

"Race and Space in the Urban Crisis: The Case of St. Louis" at the Social Science History Association, November 2007

"Mapping St. Louis" Poster Session (American Historical Association, Atlanta, January 2007)

"Race and Public Policy" Roundtable on Ira Katznelson's, When Affirmative Action Was White at the Social Science History Association, Minneapolis, November 2006

"Mapping St. Louis" at the Policy History Conference, Charlottesville VA, June 2006

"The Struggle for National Health Insurance: Lessons from the 20th Century," at the American Public Health Association, Washington DC, November 2004

""Fifty Hands on Fifty Triggers": Business, Federalism, and American Social Policy," at the Policy History Conference, St. Louis MO, June 2002

Dancing with Jim Crow: Medicare, Title VI, and the Politics of Health Reform in the 1960s," at the Policy History Conference, St. Louis MO, May 1999.

"Why No Corporatism in the United States? The Political Disorganization of Business and its Consequences" at the Business History Conference, College Park MD, March 1998

"Metropolitan Unionism in Historical Perspective" at the Metro Unionism Conference (AFL-CIO, University of Washington Labor Center), Seattle, June 1998

"States of Chaos: Economic Interests, Social Policy, and the Logics of American Federalism" at the AHA [session sponsored by SHGAPE], Seattle, January 1997

"The Limits of Social Provision in Two Postwar Eras, 1918-1920, 1945-1948," at the Organization of American Historians, Chicago, March 1996.

"Dead on Arrival: Health Insurance and the American Welfare States, 1920-1940," at the Social Science History Association, Chicago, November 1995.

*Conference Chairs and Comments*

Chair and Comment, "Finding Our Way: The Future of Maps as Sources," Urban History Conference, Chicago, October 2016

Chair and Comment, "Digital Urban History and Community Engagement" (Organization of American Historians, Providence, April 2016)

Comment on "Blighting the City" (Society for American City and Regional Planning History, Baltimore, November 2011).

Chair and Comment on "The Metropolitan Paradox" (Policy History Conference, St. Louis, June 2008)

Comment, Panel on "Unstable Family Subjects" (AHA, Atlanta, January 2007)

Comment, Panel on Postwar Liberalism, OAH Conference, San Francisco, April 2005

Chair, Panel on the Private Welfare State, SSHA Conference, Chicago, November 2001

Comment, Panel on American Federalism, APSA Conference, Atlanta, September 1999.

Comment, Panel on Labor and Employment, Policy History Conference, St. Louis, May 1999.

Comment, Panel on Bankruptcy and Labor Law, OAH, Toronto, April 1999

Chair, Panel on the Auto Industry, Business History Conference, Columbus, Ohio, April 1996

Chair, Panel on NAFTA, Rocky Mountain Conference on Latin American Studies, Vancouver, 1993

*Public, Community or Local Presentations*

"Redlining in Iowa," Iowa Association of Women in Architecture, February 2020

"Race in the Heartland" Race and Equity in the Upper Midwest," University of Iowa Neurology Grand Rounds, February 2020

"Citizen Brown: Race, Wealth, and Inequality in the St. Louis Suburbs," Congregation Temple Israel, Creve Coeur, MO, February 2021

"Dividing the City: Racial Restrictions on Property in St. Louis," The Vacancy Collaborative (St. Louis), December 2020.'

"The Promise of Historical GIS," Red River Humanities Innovation Lab, Texas A&M, November 2020

"The State of Working Iowa, 2020," Epidemic Disease and the Future of Work: How Public Health Crises Expose the Urgency of Worker Justice, University of Iowa Labor Center, November 2020.

"Dividing the City: Racial Restrictions on Property in St. Louis,' Urban Land Institute (St. Louis),
        November 2020.
"Citizen Brown: Race, Wealth, and Inequality in the St. Louis Suburbs," Parkway Schools (St. Louis
        County), October 2020.
"Citizen Brown: Race, Wealth, and Inequality in the St. Louis Suburbs," Missouri Chapter, American
        Planning Association (October 2020).
Racial Covenants in St. Louis, Rise Young Professionals, St. Louis (September 2020)
Segregation in Iowa and Iowa City, CLAS Seminars on Racial Equity (September 2020)
Segregation in Johnson County, Johnson County Board of Supervisors (June 2020)
Gateway to Justice: Putting Clients First and Engaging the Community, Missouri Legal Aid (April 2019)
Segregation in St. Louis, 4theVille. Missouri History Museum (February 2019)
"Wage Theft," Refugee Summit, Iowa City West High School, July 2017
"Ferguson, St. Louis, and the American City," UI Inequality Seminar, September 2015
 "Social Justice After Ferguson," UI World Canvas Panel, October 2015
"Ferguson, St. Louis, and the American City," Luther College, March 2015
"Why Ferguson?" Breakfast Talk at Decorah Lutheran Church, March 2015
"Wage Theft and Low Wage Work in Iowa," Injustice on our Plates, UI Labor Center, February 2015
"Why Ferguson?" Sunday Forum, Davenport Unitarian/Universalist Congregation, October 2014
"Race and Inequality," University of Iowa Labor Center, CWA Leadership School, September 2014
"Mapping Decline: Historical GIS and Big Data," University of Iowa Techforum, June 2014
 "Mapping Decline: St. Louis and the Fate of the American City," Missouri Social Science Association,
        St. Louis, November 2013
"Inequality for All" panel presentation (following showing of Robert Reich film), November 2013
 "Race and Realty in Greater St. Louis," Metropolitan St. Louis Equal Housing and Opportunity Council,
        Fair Housing Training Conference, St. Louis, April 2013
"Making St. Louis," Missouri Humanities Festival, St. Louis, April 2013
"Causes of the Great Depression," National History Center (resources and webinar for high school
        teachers), March 2013
 "The State of Working Iowa," UICHR Conference: Forging Hope: Local Alliances for Good Jobs and
        Racial Justice," February 2013
 "Mapping Decline: St. Louis and the Fate of the American City," Missouri Geography Alliance, "Wage
        Theft in Iowa" UI/UICHR Labor Center Conference on Wage Theft (February 2012)
 (with Peter Fisher) "Why Occupy? Understanding Inequality in America," Occupy Iowa City Teach In,
        November 2011
 "Dead on Arrival? Historical Perspectives on Health Care Reform," Department of Internal Medicine
        Grand Rounds (April 2011)
 "The Geography of Inequality in St. Louis," Missouri Historical Society, January 2011
"Making St. Louis," plenary address, Transportation Engineering Association of Metropolitan St Louis,
        Maryland Heights, MO, November 2009
"Understanding Health Care Reform" for UI Labor Center Short Courses, Fall 2009
"Mapping Decline: The Urban Crisis in Historical Perspective," East-West Gateway Coordinating
        Council, June 2008
"St. Louis: What Happened?" book talk and slide show, Left Bank Books, St. Louis, May 2008)
"The Promise and Limits of the New Deal," St. Paul Public Library, invited talk in "Untold Stories"
        [Labor History Month] series, April 2008

"St. Louis: Historical Perspectives and Current Challenges," plenary address, East-West Gateway Coordinating Council Annual Meeting, November 2008

"St. Louis Blues: Mapping the Decline of an American City," St. Louis Community College—Forest Park, November 2008

"Universal Health Care in the US: History, Politics, and Prospects" UI Global Health Conference, March 2008

"Universal Health Care in the US: History, Politics, and Prospects" (UI Pediatrics Symposium, September 2007)

"Understanding the US Health Care System: Past, Present, and Future" (UI Labor Center Short Courses (April 2007, June 2007, June 2008)

"Mapping Urban Decline," UI Geography Colloquium, October 2007

"The Health Care Crisis (Again)" for UI Labor Center Short Courses, Fall 2006

"Race and Housing in 20th Century St. Louis" for UI  Urban Planning Workshop, February 2005

"Understanding Health Care" UI Economics Society roundtable, October 2005

"Nickel and Dimed in America," panel presentation after performance of the theatrical version, Mabie Theater, Iowa City, February 2005

"Workers at War: A Labor History of American Warfare" for UI Labor Center Short Course, Spring 2003

"The Health Care Crisis (Again)" for UI Labor Center Short Courses, Spring 2004 and Fall 2005

"Paying for War in the US" for UI/Cornell College student groups, Spring 2003

"Out of the Frying Pan and Into the Flame: Organized Medicine and Health Politics" for the Medicine and Society series (UI Medical School), December 2002

"The Impact of September 11" EARN (Economic Analysis Research Network) Conference, Chicago, Fall 2001

"The State of Working Iowa" (with Peter Fisher and David Osterberg), "Iowa Talks" WSUI, Fall 2000.

"The State of Working Iowa" (with Peter Fisher), for UI Labor Center Short Course, Fall 2000

"The Politics and History of Health Care Reform" for the Interdisciplinary Health Group (Fall 1998) and the University Hospital School Tuesday Issues Seminar (Spring 1999)

"Towards a Living Wage" for American Friends Service Committee (Des Moines), 1999.

"Why No National Health Insurance in the U.S.?  The Limits of Social Provision in War and Peace, 1941-1948" Iowa Legal History Workshop, Iowa City, October 1995.

## SERVICE

*Profession*
Manuscript Review, *Journal of Planning History*, Spring 2021
Manuscript Review, University of Chicago Press, Fall 2020
Manuscript Review, Penn Press, Fall 2020
Manuscript Review, University of Missouri Press, Fall 2020
Manuscript Review, PennPress, Spring 2020
External Grant Review, Wayne State University, Spring 2020
Manuscript proposal review, Polity Press, Spring 2020

Ellis Hawley Book Prize Committee, Organization of American Historians, 2015-16; 2016-17

Manuscript Review, *Cityscape,* Fall 2019

Manuscript proposal review, Polity Press, Fall 2016

Manuscript proposal review, PennPress, Fall 2016

Manuscript review, University of Iowa Press, Fall 2016

Application Review, American Academy in Berlin, Fall 2016

Application Review, American Academy in Berlin, Fall 2015

Promotion and Tenure Review for University of [redacted for privacy], Fall 2015

Promotion and Tenure Review for University of [redacted for privacy], Fall 2014

Advisory Board, WorldMap, Harvard University, 2013-

Manuscript Review, Journal of Urban History, November 2013

Application Review, American Academy in Berlin, November 2013

Manuscript review for PennPress, October 2013

Manuscript review for PennPress, January 2013

Manuscript Review for University of Georgia Press, Fall 2012

Manuscript review for *Journal of Policy History,* Fall 2012

Consultant to "Bringing History Home," Teaching American History Grant (Washington County, Iowa), 2001-2010

Manuscript review for *Studies in American Political Development,* Fall 2010

Manuscript review for *Journal of Policy History,* Fall 2010

Promotion and Tenure Review for University of [redacted for privacy], Fall 2010.

Manuscript review for University of Georgia Press, Fall 2010

Manuscript proposal review for University of Chicago Press, Fall 2010

Manuscript review for Penn Press, Spring 2010

Manuscript review for University of Chicago Press, Spring 2010

Review panel, ACLS New Faculty Fellows Program, Fall 2009

Review panel, National Endowment for the Humanities "Preservation and Access" program, Fall 2009

Manuscript review for University of Georgia Press, Fall 2009

Manuscript review for Cambridge University Press, Fall 2008

Promotion and Tenure Review for University of [redacted for privacy], Fall 2007.

Manuscript review for Cambridge University Press, Spring 2007

Manuscript review for *Journal of Policy History,* Fall 2006

Manuscript review for University of Georgia Press, Fall 2006

Manuscript review for *Journal of Policy History,* Fall 2005

Grant Review for Social Sciences and Humanities Research Council of Canada, Spring 2005

Manuscript review for *Journal of Policy History,* Fall 2004

Manuscript review for *Enterprise and Society,* Fall 2003

Book Manuscript review for Princeton University Press, Fall 2003

Book manuscript review for Columbia University Press, Summer 2003

Book Manuscript Review for WW Norton, Fall 2002

Book Manuscript Review for Princeton University Press, Spring 2002

Manuscript Review for *Journal of Policy History,* Spring 2002

GORDON, Colin; page 18

Manuscript Review for *American Sociological Review,* Fall 2001
Book Manuscript review for Columbia University Press, Spring 2001
Manuscript review for *Annals of Iowa*, Fall 2000
Manuscript review for *Journal of Policy History,* Fall 2000
Tenure Review, University of Houston, Fall 2000
Text Review for W.W Norton, Summer 1999
Book Manuscript review for Princeton University Press, Summer 1999
Book Manuscript Review for Columbia University Press, Spring 1999
Book Manuscript review for Cambridge University Press, Fall 1998
Book Manuscript review for Oxford University Press, Fall 1998
Manuscript review for *Journal of Policy History,* Summer 1998
Book Manuscript review for University of Illinois Press, Summer 1998
Text Review for W.W. Norton, Summer 1998
Manuscript review for *American Sociological Review,* 1997
Manuscript review for *Journal of Policy History*, 1996
Book Manuscript review for Harcourt Brace, 1994-1995

*Department*
Revision of Departmental Bylaws, Spring 2020
Public History Web Development, Spring 2019
Director of Undergraduate Studies, Spring 2018
Digital Humanities Search Committee Chair, 2015-16
Digital Humanities Search Committee Chair, 2014-15
Director of Undergraduate Studies, Spring 2012-Spring 2015
Department Chair, 2006-2011
Ad Hoc Committee on the Graduate Program, Fall 2005
Associate Chair, Department of History, 2005-6
Summer Chair, Department of History, Summer 2005
Director of Graduate Studies, Spring 2000-Fall 2004
Graduate Admissions Committee, 2004
Annual Faculty Review (Laura Gotkowitz), Spring 2003
Graduate Admissions Committee, 2003
Graduate Admissions Committee, 2002
Department Committee for Spriesterbach award, Summer 2001
Graduate Admissions Committee, 2001
Graduate Admissions Committee, 2000
Co-director (with Farmer) of post-comp seminar, Spring 1998
Ad-hoc committee (with Horwitz) to draft new Tenure and Promotion Procedures
Search Committee, Modern Latin American History, Fall 1997
Co-director (with Horwitz) of post-comp seminar, Spring 1997
Search Committee, Soviet History, Fall 1996
Recording Secretary, Department of History, Fall 1995
Ad-Hoc Committee on Teaching Evaluation, 1994-1995

*College and University*

Committee on UI Building and Facility Naming Policies, Spring 2021
Selection Committee, Regents Award for Faculty Excellence, Spring 2019
Review of Office of Outreach and Engagement, Spring 2019
Academic Technology Advisory Council, 2018-9
College of Liberal Arts and Sciences, Public Engagement Task Force, 2018-9
Arts and Humanities Grants Review Committee, 2017-present
Review (Committee Chair), International Programs, Spring 2015.
Big Ideas Faculty Learning Community, 2015-present
Informatics Steering Committee, 2013-present
Lead faculty, Carnegie Engagement Classification Application, 2012-14
College of Liberal Arts and Sciences Self Study Committee, 2012-14
Search Committee, Executive Director Division of Sponsored Programs, 2011-12
Collegiate Digital Humanities Steering Committee, 2010-present
UI Labor Center, Labor Educator Search Committee, 2010-11
English Department Search Committee (Digital Humanities), 2010-11
Chair, Five Year Review of Associate Provost Chet Rzonca, 2010-11
Collegiate Committee on Public Humanities Hiring, Spring 2010
Digital Humanities Workshop for UI Libraries, Spring 2010
Co-Chair, Decanal Review of Dean John Keller (UI Graduate College). 2007-8.
Collegiate Consulting (Promotion and Tenure) Group (2007-2009)
"Funding" Workshop for New Faculty (August 2006; August 2007; August 2008; August 2009, August 2010)
Collegiate Committee on Teaching Bloc Allocations (Fall 2005)
Collegiate Fellowships Committee: NEH Summer Stipends (Fall 2005, Fall 2007, Fall 2009, Fall 2010)
Curricular Development (creation of an interdisciplinary course on the American Health System in International Perspective) for Global Health Program (Summer 1998)
Faculty Representative, GER Area Committee in Quantitative and Formal Reasoning, 1997-1998
Internal Review Committee: Department of Journalism, 1996-1997
Design of Web Page for C.R.U.S.H (Center for Recent United States History), 1995-1996
Board of C.R.U.S.H, 1994-2001
Program and Planning Committee (with Bruce Fehn, Education) for Conference on the National History Standards (sponsored by the Organization of American Historians, UI Department of Education, and C.R.U.S.H.), March 1996
Program and Planning for the C.R.U.S.H Scholars Seminar, "Contested Terrain: Radicalism, Reform, and Reaction in Postwar Political Culture, 1945-1955," April 1996

*Media Contributions*

Race in the Midwest, Thread the Needle (podcast), September 2020
The Doll Houses of St. Louis, 99 Percent Invisible (Podcast), December 2017
How Legacies of Urban Racial Segregation Shape Today's Controversies over Police Killings of Black People, Scholars Strategy Network (October 2016)
Ferguson's legacy: for blacks, empowerment amid sense of injustice, Christian Science Monitor (August 2015)

Ferguson Did Not Happen in a Vacuum, Chronicle of Higher Education, January 2015

A legacy of segregation in St. Louis, Ferguson, Al Jazeera America (December 2014)

Ferguson Before Ferguson, Columbia Journalism Review (December 2014)

The Death of Michael Brown: Racial History Behind the Ferguson Protests, New York Times (August 2014)

Tracey Meares, Ferguson's Schools Are Just as Troubling as Its Police Force, New Republic (August 2014)

The Racist Housing Policies That Helped Fuel the Anger In Ferguson, ThinkProgress (August 2014)

A Map To The Roots Of Ferguson's Civic Unrest, All Things Considered (NPR), August 2014

# Attachment DD

## CURRICULUM VITAE

**Frederic James Sautter, Jr., Ph.D.**                              6-1-2019

Department of Psychiatry and Behavioral Science
Tulane University Health Sciences Center
1440 Canal Street (TB-48)
New Orleans LA, 70112
504-813-4982 (phone)
504-988-4270

Southeast Louisiana Veterans Health Care System
Mental Health Program
2400 Canal Street
New Orleans, LA 70112

### EDUCATION

| | |
|---|---|
| B.A. | Bradley University - 1980 (Major: Psychology) |
| Ph.D. | University of Cincinnati - 1985 (Clinical Psychology) |
| | (Includes APA-approved captive internship) |
| Fellowship | Family Research, Clinical Research Unit, Psychobiology Division |
| | Department of Psychiatry, University of Cincinnati School of Medicine. 1986 |

### LICENSURE

State of Louisiana; #610 (Clinical Psychology)

### PROFESSIONAL EXPERIENCE

**Positions and Employment**

Research Assistant Professor, Department of Psychiatry                              1987-1988
   University of Cincinnati College of Medicine

Research Psychologist                              1988-1990
   New Orleans Veterans Administration Medical Center
   Research Division

Assistant Professor of Psychiatry                              1988-1995
   Department of Psychiatry and Neurology
   Tulane University School of Medicine

Associate Professor of Psychiatry                              1996-2005
   Department of Psychiatry and Neurology

1

Curriculum Vitae- Frederic J. Sautter, Ph.D.
1-19-2019
Page 2

Tulane University School of Medicine

Core Investigator                                                          1999-2016
    South Central Mental Illness Research, Education, and Clinical Center
    Veterans Integrated Services Network (VISN) 16

Director, Family Mental Health Program                                     2006-Present
    Mental Health Service Line
    Southeast Louisiana Veterans Health Care System

Professor of Clinical Psychiatry                                           2009-Present
    Department of Psychiatry and Neurology
    Tulane University School of Medicine

## PROFESSIONAL ACTIVITIES

Member, American Psychological Association
Member, International Society for Traumatic Stress Studies
Ad hoc reviewer, Psychiatric Services
Ad hoc reviewer, Psychological Services
Ad hoc reviewer, Journal of Consulting and Clinical Psychology
Ad hoc reviewer, JAMA (Psychiatry)
Ad hoc reviewer, Journal of Family Psychology
Ad hoc reviewer, Psychological Trauma: Theory, Practice, and Policy
Ad hoc grant reviewer, Rehabilitation Research and Development (RR&D)
    Department of Veterans Affairs, Washington DC

Expert Witness, Post-Traumatic Stress Disorder and Psychosis; Testimony provided in Capital
    Cases in Louisiana, Texas, Mississippi, Florida, Georgia, Illinois, Ohio, Pennsylvania,
    Oklahoma, and California.

## RESEARCH GRANTS

**Active**
2015-2019    Site Principal Investigator, Rehab R & D Merit Review Grant, Comparison of the
             Effectiveness of Two PTSD Treatments. P.I.: Tracie Shea, Ph.D. Providence VA.
             This randomized clinical trial compares the efficacy of prolonged exposure
             therapy and interpersonal psychotherapy in reducing PTSD and problems in
             interpersonal functioning.

**Completed Since 2010**
2013-2015    Principle Investigator, South Central MIRECC Pilot Grant, "Effectiveness Study
             of CVT-Based SAT with Returning Veterans". This project investigates the
             effectiveness of Structured Approach Therapy when provided to returning
             veterans and their partners in the comfort of their homes using Clinical Video
             Technology.

Curriculum Vitae- Frederic J. Sautter, Ph.D.
1-19-2019
Page 3

2009-2011    Principal Investigator, VISN-16 South Central MIRECC Clinical Partnership Award. This grant tested the development of a program to increase treatment engagement in OEF/OIF veterans and their spouses.

2009-2014    Principal Investigator, Department of Veterans Affairs, RR&D Merit Review Award "Couples Therapy for PTSD in OEF/OIF Veterans". This randomized clinical trial compared the efficacy of a couple-based PTSD treatment grant, called Structured Approach Therapy, and a couple-based PTSD education intervention in reducing PTSD and improving relationship functioning and emotion regulation.

2013-2015    Principal Investigator, Award Development Award from the Joe and Dorothy Dorsett Brown Foundation. This project supported the development of peer-supported parenting training programs in collaboration with the Veterans of Foreign Wars.

## BOOKS - IN PROGRESS (Under Contract)

Sautter, F.J., Becker-Cretu, J.J., Glynn, S.M.: Structured Approach Therapy for Combat-Related PTSD: A Treatment Guide. (Oxford University Press)

Sautter, F.J., Becker-Cretu, J.J., Glynn, S.M.: Structured Approach Therapy for Combat-Related PTSD: A Workbook. (Oxford University Press)

## RESEARCH PAPERS – PEER REVIEWED

Hitzemann, R., **Sautter, F.J.,** Hitzemann, B., Hirschowitz, J. and Garver, D.L.: Platelet monoamine oxidase   activity in the psychoses:  Relationship to symptoms and lithium response.  Psychiatry. Res., 11, 211-221, 1984.

**Sautter, F.J.,** Garver, D.L.:  Familial differences in lithium responsive vs. lithium nonresponsive psychoses.  J.  Psychiatry. Res., 8:1-8, 1984.

Zemlan, F.P., Hirschowitz, J., **Sautter, F.J.,** Garver, D.L.:  Impact of lithium therapy on core psychotic symptoms of schizophrenia.  Brit. J Psychiat., 144, 64-69, 1984.

**Sautter, F.J.,** Hitzemann, R., Griffin, J., Garver, D.L.:  Lithium ratio in vitro:  Familial patterns of illness.  Psychiat. Res., 18:257-266, 1986.

Zemlan, F.P., Hirschowitz, J., **Sautter, F.J.,** Garver, D.L.:  Relationship of psychotic symptom clusters in schizophrenia to neuroleptic treatment and growth hormone response to apomorphine.  Psychiat. Res.,18:239-255, 1986.

**Sautter, F.J.,** Garver, D.L., Zemlan, F.P., Hirschowitz, J.:  Growth hormone response to apomorphine and family patterns of illness.  Biol. Psychiat., 22:717-724, 1987.

Curriculum Vitae- Frederic J. Sautter, Ph.D.
1-19-2019
Page 4

**Sautter, F.J.,** McDermott, B.E.:  Current concepts in the psychosocial management of schizophrenia.   Psychiat Med., 8:127-146, 1990.

**Sautter, F.J.,** McDermott, B.E., Garver, D.L.:  A family study of lithium-responsive psychosis.  J. Aff. Dis., 20:63-69, 1990.

Schwartz B.D., Livingston J.E., **Sautter F.J.,** Nelson A., Winstead D.K.:  Sustained attention by schizophrenics.  New Trends Exptl. Cl. Psychiat., 4:169-176, 1990.

Kelly KM, **Sautter FJ**, Tugrul K, Weaver MD:  Fostering self-help on an inpatient unit.  Arch Psychiat Nsg, IV:161-165, 1990

McDermott, B.E., **Sautter, F.J.**, Garver, D.L.:  Heterogeneity of schizophrenia:  Relationship to drug response.  Psychiat. Res., 37:97-103, 1991.

**Sautter FJ**, Heaney C, O'Neill P:  A problem solving approach to the therapeutic milieu.  Hosp. Comm. Psychiat, 42:24-27, 1991.

Schwartz, B.D., Evans, W.J., **Sautter, F.J.,** Winstead, D.K.:  Schizophrenic feature recognition deficits are independent of task criterion. Schiz. Res., 7:185-189, 1992.

**Sautter, F.J.,** Heaney, C., Hill, R., Winstead, D., O'Neill, P.:  The integration of inpatient treatment and  transitional day hospital: Application of a problem-solving approach.  Psychiat. Hosp., 23:87-94, 1992.

Schwartz, B.D., Evan, W.J., **Sautter, F.J.**, Pena, J.M., Winstead, D.K.:  Deficits in initial feature registration of schizophrenics and substance abusers. Schiz. Res., 8:217-224, 1992.

**Sautter, F.J.,** McDermott, B.E., Garver, D.L.:  Familial differences between neuroleptic-rapid and neuroleptic-delayed responsive psychotics. Biol. Psychiat., 33:15-21, 1993.

**Sautter, F.J.,** McDermott, B.E., Wilson, A.F., Borges, A., Johnson, J.:  Familial schizophrenia and neuropsychology.  Psychiatric Genetics, 3(3): 180, 1993.

Tynes, L., McDermott, B.E., **Sautter, F.J.,** Winstead, D.:  HIV infection in homeless and chronically mentally ill.  Southern Med. J., 96:276-281, 1993.

McDermott, B.E., **Sautter, F.J**., Winstead, D.K., Quirk, T.:  Risk of HIV infection in the severely mentally ill: A health belief analysis. Hosp. Comm. Psychiat., 45:580-585, 1994.

**Sautter, F.J.,** McDermott, B.E.:  The short-term course of familial and nonfamilial schizophrenic-spectrum disorder.  Jnl. Psychiat. Res., 28:97-106, 1994.

**Sautter, F.J.,** McDermott, B.E., Cornwell, J., Black, F.W., Borges, A., Johnson, J., O'Neill, P.:  Patterns of neuropsychological deficit in schizophrenics with and without a family history of psychosis.  Psychiatry Research., 54:37-49, 1994.

Curriculum Vitae- Frederic J. Sautter, Ph.D.
1-19-2019
Page 5

Garver, D.L., **Sautter, F.J.,** Hirschowitz, J., Steinberg, J., Griffin, J. Heterogeneity of the psychoses: I. Dopamine psychoses. Biological Psychiatry, 37(9), 681-682, 1995.

Garver, D.L, **Sautter, F.J.,** Knoll, R., Hirschowitz, J., Steinberg, J., Kumar, D, Griffin, J. Heterogeneity of the Psychoses: II. Neurodegenerative psychosis. Biological Psychiatry, 37(9), 683-685, 1995.

**Sautter, F.J.,** McDermott, B.E., Cornwell, J., Johnson, J., Borges, A., Wilson, A.F., Vasterling, J., Foundas, A.:  A preliminary study of the neuropsychological heterogeneity of familial schizophrenia. Schizophrenia Research., 18:1-7, 1995.

Schwartz, B.D., O'Brien, B.A., Evans, W.J., **Sautter, F.J.**, Winstead, D.K.:  Smooth pursuit eye movement differences between familial and nonfamilial schizophrenics.  Schizophrenia Research., 17:211-220, 1995.

Schexnayder, L.W., Hirschowitz, J., **Sautter, F.J.,** Garver, D.L.:  Predictors of response to lithium in patients with psychoses.  American Journal of Psychiatry, 152:1511-1513, 1995.

Schwartz, B.D., O'Brien, B.A., Evans, W.J., McDermott, B.E., **Sautter, F.J.**, Winstead, D.K.:  Abnormal saccadic eye movements associated with positive family history schizophrenics.  Biological Psychiatry., 38:487-491, 1995.

**Sautter, F.J.,** McDermott, B.E., Cornwell, J., Wilson, A.F., Borges, A., Vasterling, J.:  Neuropsychological deficits in probands from multiply-affected schizophrenic families. Journal of Psychiatric Research, 31:497-508, 1997.

**Sautter, F.J.,** McDermott, B.E., Johnson, J., Borges, A., Vasterling, J., Marcontell, D.:  A comparison of neuropsychological functioning in familial and nonfamilial schizophrenics and normal controls.  Journal of Nervous and Mental Disease 185:641-644, 1997.

**Sautter FJ.,** Brailey K., Sutker P., Uddo M., Hamilton M., Borges A., Beard M.:  Comorbid PTSD and chronic psychotic disorder:  A comparison with patients diagnosed with PTSD or chronic psychotic disorder. Journal of Traumatic Stress 12:73-78, 1999.

Uddo, M.D., **Sautter, F.J.**, Pardue, L.:  Treatment of PTSD with psychotic symptoms.  PTSD Clinical Quarterly.  8:14-15, 1999.

Hart, D.J., Heath, R.G., **Sautter, F.J.,** Schwartz, B.D., Garey, R.F., Choi, B., Beilke, M.A., Hart, L.K.:  Detection of anti-retroviral antibodies in an archived collection from psychiatric patients and controls:  Implications for schizophrenia, schizophrenia-spectrum disorders, and bipolar disorder.  Biological Psychiatry, 45: 704-714, 1999.

Tsuang, D.W., Skol, A. D., Faraone, S.V., Bingham, S., Young, K.A., Prabhudesai, S., Haverstock, S. L., Mena, F., Menon, A. S., Bisset, D., Pepple, J., **Sautter, F.J**., Baldwin,

Curriculum Vitae- Frederic J. Sautter, Ph.D.
1-19-2019
Page 6

C., Weiss, D., Collins, J., Boehnke, M., Schellenberg, G.D., Tsuang, M.T.: Examination of genetic linkage of chromosome 15 to schizophrenia in a Large Veterans Affairs Cooperative Study sample. American Journal of Medical Genetics (Neuropsychiatric Section). 105:662-668, 2001.

**Sautter, F.J.**, Johnson, J., Cornwell, J., Wiley, J., Faraone, S.V: Familial psychopathology in a PTSD subtype with secondary psychotic symptoms. American Journal of. Psychiatry. 159:1775-1777, 2002.

Faraone, S.V., Skol, A., Tsuang, D.W., Bingham, S., Young, K.A., Prabhudesai, S., Haverstock, S. L., Mena, F., Menon, A. S., Bisset, D., Pepple, J., **Sautter, F.J**., Baldwin, C., Weiss, D., Collins, J., Boehnke, M., Tsuang, M.T., Schellenberg, G.D: Linkage of chromosome 13q32 to schizophrenia in a large Veterans Affairs Cooperative Study sample. American Journal of Medical Genetics (Neuropsychiatric Section). 114:598-604, 2002.

Cerbone, A., **Sautter, F.J**., Evans, W.E., Manguno-Mire, G., Wiley, J., Tomlin, H., Schwartz, B., Myers, L.: Smooth pursuit eye movement deficits in post-traumatic stress disorder with secondary psychotic symptoms, schizophrenia, and healthy controls. Schizophrenia Research., 63:59-62, 2003.

Skol, A., Young K., Tsuang D., Faraone, S., Haverstock, S., Bingham, S., Prabhudesai, S., Mena, F., Menon, A., Yu, C., Rundell, P., Pepple, J., **Sautter, F.J**., Baldwin, C., Weiss, D., Collins, J., Keith, T., Boehnke, M., Schellenberg, G.D.,  Tsuang, M.T. Modest evidence for linkage and possible confirmation of association between NOTCH4 and schizophrenia in a large Veterans Affairs Cooperative Study sample. American Journal of Medical Genetics (Neuropsychiatric Section) 118B: 8-15, 2003.

**Sautter, F.J.**: Effective treatments for community clinical settings. Journal of Psychopathology and Behavioral Assessment. 25: 281-282, 2003.

**Sautter F.J.**, Bissette G., Wiley, J., Johnson J.E., Schoenbacher B., Myers L., Malaspina D.: Corticotropin-releasing factor in PTSD with secondary psychotic symptoms, nonpsychotic PTSD, and healthy controls Biological Psychiatry, 54: 1382-1388, 2003.

Faraone, S.V., Skol, A.D., Tsuang, D.W., Haverstock, S.L., Prabhudesai, S., Mena, A.S., Leong, L., **Sautter, F.J.,** Baldwin, C., Bingham, S., Weiss, D., Collins, J., Keith, T., Vanden Eng, J.L., Boehnke, M., Tsuang, M.T., Schellenberg, G.D.: Genome scan of schizophrenia families in a large Veterans Affairs Cooperative Study sample: evidence for linkage to 18p11.32 and for racial heterogeneity on chromosomes 6 and 14. American Journal of Genetics: Neuropsychiatric Genetics, 139 (1), 91-100, 2005.

Sherman M., **Sautter F.J**., Lyons, J., Manguno-Mire G., Han X, Perry D, Sullivan G. Mental health treatment needs of cohabitating partners of veterans with combat-related PTSD. Psychiatric Services, 56, 1150-52, 2005.

**Sautter F.J**., Lyons J, Manguno-Mire G., Perry D, Han X, Sherman M., Myers L, Landis R,

Curriculum Vitae- Frederic J. Sautter, Ph.D.
1-19-2019
Page 7

Sullivan G.: Predictors of partner engagement in PTSD treatment. Journal of Psychopathology and Behavioral Assessment, 28, 123-130, 2007.

Sherman, M.D., **Sautter, F.J.**, Jackson, H., Lyons, J., & Han, X.: Domestic violence in veterans with PTSD who seek couples therapy. Journal of Marital and Family Therapy. 32, 479-490, 2007.

Manguno-Mire, G., **Sautter, F.J.**, Lyons, J., Myers, L., Perry, D., Sherman, M., Glynn, S., Sullivan, G.: Psychological distress and burden among female partners of combat veterans with PTSD. Journal of Nervous and Mental Disease. 195: 144-151, 2007.

**Sautter, F.J.**, Glynn, S., Thompson, K.E., Franklin, L., Han, X.: A Couple-Based Approach to the Reduction of PTSD Avoidance Symptoms: Preliminary Findings. Journal of Marital and Family Therapy. 35:3, 200-207 (2009).

**Sautter, F.J.,** Armelie, A.P., Glynn, S.M., Wielt, D.B: The development of a couple-based treatment for PTSD in returning veterans. Professional Psychology: Research and Practice. 42: 63-69, 2011.

Dausch, B.D., Cohen, A.N., Glynn, S., McCutcheon, S., Perlick, D.A., Rotondi, A., **Sautter, F.J**., Sayers, S.L., Sherman, M., Dixon, L.: An intervention framework for family involvement in the care of persons with psychiatric illness: Further guidance from Family Forum II. American Journal of Psychiatric Rehabilitation. 15: 5-25, 2012.

Sautter, F.J., Glynn, S.M., Cretu, J.B., Arseneau, J., Yufik, T. (2014) Development of a couple-based treatment for posttraumatic stress in returning veterans. Psychological Trauma: Theory, Practice, and Policy. 81, S66-S72.

Sautter, F.J., Glynn, S.M., Cretu, J.B., Senturk, D., Vaught, A.S. (2015). Efficacy of Structured Approach Therapy in reducing PTSD in returning veterans: A randomized clinical trial. Psychological Services. 12, 199-212.

Sautter, F.J., Glynn, S.M., Cretu, J.B., Senturk, D., Armelie, A.P., Wielt, D.B. (2016). Reductions in emotion regulation mediate reductions in posttraumatic stress with Structured Approach Therapy. Journal of Traumatic Stress 29, 384-387.

Perlick D.A., Sautter F.J., Becker-Cretu J.J., Glynn, S.M. (2017): Incorporation of Emotion Regulation Skills into Couples and Family-Based Treatments for PTSD. Military Medical Research, 4(1), 21-26.

Morland, L.A., Macdonald, M., Grubbs, K.M., Mackintosh, W., Monson, C.M., Monson, C.M., Becker, J., Sautter, F., Buzella, B., Glynn, S. (2019) Design of a randomized superiority trial of a brief couple treatment for PTSD. Contemporary Clinical Trials Communications. 15, 100369.

Curriculum Vitae- Frederic J. Sautter, Ph.D.
1-19-2019
Page 8

## PUBLISHED ABSTRACTS

**Sautter, F.J.,** McDermott, B.E., Black, F.W., O'Neill, P.: Cognitive deficits in sporadic schizophrenia. Proc. Am. Psychiat. Assoc. New Res. Suppl., 144:NR433, 1991.

**Sautter, F.J.,** McDermott, B.E., Black, F.W., Sobrapena, T.: Cognitive deficits and loss of role functioning.  Proc. Psychiat. Assoc. New Res. Suppl., 144:NR434, 1991.

**Sautter, F.J.,** McDermott, B.E., Cornwell, J., Houterloot, P., McIntosh, D.:  Social and familial influences on schizophrenia.  Proc. Hosp. Comm.Psychiat., 43:158, 1991.

**Sautter, F.J.,** McDermott, B.E., Cornwell, J., Borges, A.: Genetic and social influences on schizophrenia. Proc. Am. Psychiat. Assoc., New Res. Suppl., 145;461, 1992.

**Sautter, F.J.,** McDermott, B.E., Black, F.W., Borges, A.: Cognitive deficits in familial schizophrenia.  Proc. Am. Psychiat. Assoc., New Res. Suppl.,145:462, 1992.

**Sautter, F.J.,** McDermott, B.E., Cornwell, J., Borges, A., Wilson, A.F., Johnson, J., O'Neill, P.: Familial schizophrenia and neuropsychology.  Proc. Am. Psychiat. Assoc., New Res. Suppl., 146:253, 1993.

Wilson, A.F., Pugh, E.W., McDermott, B.E., **Sautter, F.J.**  Another quantitative measure of familial loading.  Intl. Genet. Epidem. Soc., 1993.

Schwartz, B., O'Brien, B., Evans, W., **Sautter, F.,** Winstead, D.:  Familial status differentiates smooth pursuit eye movements of schizophrenics.  Proc. Soc. Biol. Psychiatry., 49:214, 1994.

**Sautter, F.J.**, McDermott, B.E., Wilson, A.F., Johnson, J., Borges, A., Marcontell, D.: Neuropsychological heterogeneity of familial schizophrenia. Proc. Am Psychiat. Assoc., 148:252, 1995.

Hart, D.J., Heath, R.G., **Sautter, F.J.**, Garry, R.F., Beilke, M.A.:  Detection of retroviral serum antibodies in schizophrenics.  Proc. Biol. Psychiat., 37:254, 1995.

Garver, D.L., **Sautter, F.J.**, Hirschowitz, J., Steinberg, J., Griffith, J.:  Heterogeneity of psychoses:  I. Dopamine psychosis.  Soc. Biol. Psychiat., 37:317, 1995.

Garver, D.L., **Sautter, F.J.**, Knoll, J., Hirschowitz, J., Steinberg, J., Kumar, N.G., Griffith, J.: Heterogeneity of the psychoses: II.  Neurodegenerative psychosis.  Soc. Biol. Psychiat., 37:318, 1995.

**Sautter, F.J.,** Hamilton, M., Uddo, M., Sutker, P., Borges, A.:  Chronic psychotic symptoms in veterans with  PTSD.  Intl. Soc. Tr. Str. St., 11:1995.

Curriculum Vitae- Frederic J. Sautter, Ph.D.
1-19-2019
Page 9

**Sautter, F.J.**, Uddo, M.M., Brailey K., Johnson, J., Leumas G., Borges, A.: Clinical and family studies of PTSD with psychotic symptoms. Intl. Soc. Tr. Str. St., 12:1996.

**Sautter, F.J.**, Johnson J., Uddo, M.M., Koenig C., Borges, A.: Clinical and family studies of psychotic PTSD: Recent findings. Intl. Soc. Tr. Str. St., 14:1998.

**Sautter, F.J.**, Johnson, J.J., Uddo, M.M., Borges, A.: Family study of PTSD with and without psychotic symptoms. Intl. Soc. Tr. Str. St. 15:1999.

**Sautter, F. J.,** Wiley, J., Uddo, M.M.: Graduated trauma exposure therapy with veterans with PTSD and psychotic symptoms. Intl. Soc. Tr. Str. St.: 16:2000.

**Sautter, F.J.**, Wiley, J., Manguno-Mire, G., Johnson, J.J., Cerbone, A., Bissette, G., Schwartz, B.D.: Biological studies of post-traumatic stress disorder with secondary psychotic symptoms. Proceedings of the American Psychiatric Association, New Research Supplement, 2001.

Cerbone, A. B., Evans, W.J., **Sautter, F.J**., Wiley, J., Johnson, J.J., Winstead, D.K., Schwartz, B.D.: Eye tracking deficits in post-traumatic stress disorder with secondary psychotic symptoms. Proceedings of the American Psychiatric Association, New Research Supplement, 2001.

**Sautter, F.J.,** Wiley, J., Bissette, G., Johnson, J., Cerbone, A., Mire-Manguno, G., Cornwell, J., Schwartz, B.: HPA and eye-tracking in PTSD with secondary psychotic symptoms. International Society for Traumatic Stress Studies, 2001.

**Sautter, F.J.,** Wiley, J., Cerbone, A., Manguno-Mire, G., Evans, W.J., Johnson, J.E., Schwartz, B.D. Studies of PTSD with secondary psychotic symptoms. Proceedings of the American Psychiatric Association, 2002.

Weissman, N., Monson, C., **Sautter, F.J.,** Rheem, K. Healing relationships in the shadow of war: Couples therapy with soldiers with PTSD. Panel Discussion. International Society for Traumatic Stress Studies, 2007.

**Sautter, F.J.**, Glynn, S. A couple-based approach to the reduction of emotional numbing and effortful avoidance in PTSD. International Society for Traumatic Stress Studies, 2007.

**Sautter, F.J.,** Glynn, S. Development of a Couple-Based Treatment for PTSD for OEF/OIF Veterans and their Spouses. International Society for Traumatic Stress Studies, 2008.

**Sautter, F.J.,** Glynn, S., Wielt, D., Abel, A., Rosenfeld, D., Arseneau, J. Structured Approach Therapy (SAT) for PTSD in OEF/OIF veterans. 2nd Annual Trauma Spectrum Disorders Conference. Bethesda, MD. 2009.

Curriculum Vitae- Frederic J. Sautter, Ph.D.
1-19-2019
Page 10

**Sautter, F.J.,** Glynn, S., Wielt, D., Arseneau, J., Rosenfeld, D., Armelie, A. Development of a couple-based intervention for PTSD in OEF/OIF veterans. American Anxiety Disorders of America (AADA) Conference. Baltimore, MD 2010.

**Sautter, F.J.,** Glynn, S., Wielt, D., Armelie, A., Casselli, M. Effectiveness of couple-based interventions for posttraumatic stress disorder and relationship problems in returning veterans. VA Mental Health Research Conference. Baltimore, MD 2010.

**Sautter, F.J.,** Glynn, S., Casselli, M., Yufik. Treatment of Posttraumatic Stress in Returning Veterans and their Partners. International Society for Traumatic Stress Studies, Baltimore MD, 2011.

**Cretu, J.B.,** Sautter, F.J., Glynn, S.M. An Overview of Structured Approach Therapy for PTSD: A behavioral couple-based PTSD intervention for Returning Veterans and their partners. Anxiety and Depression Association of America, 2015.

**Sautter, F.J.,** Glynn, S.M., **Cretu, J.B.,** Senturk, D. Structured Approach Therapy for Combat Related PTSD: Partial Mediation of Treatment Effects by Changes in Emotion Regulation**.** Anxiety and Depression Association of America, 2015.

Cretu, J.B., Wajda-Johnston, V., Glynn, S, M., & **Sautter, F.J** (2012, November). Development of a parenting intervention for returning veterans with PTSD and their spouses. Association for Behavioral Cognitive Therapies, National Harbor, MD.

**Sautter, F.J.,** Glynn, S.M, Cretu, J.B., Yufik, T., & Wanders, J. (2013, November). Randomized clinical trial of a couple-based PTSD treatment for returning veterans and their partners. International Society for Traumatic Stress Studies, Philadelphia, PA.

Cretu, J.B., Sautter, F.J., Glynn, S.M, Yufik, T., Vaught, A.S., & Wanders, J. (2013, November). Examination of post deployment psychological, relational, and parenting distress in returning veterans and their partners prior to receiving couple-based PTSD interventions. Association for Behavioral Cognitive Therapies, Nashville, TN.

**Sautter, F.J**., Glynn, S.M, Arseneau, J.R., Cretu, J.B., & Yufik, T. (2014). Structured Approach Therapy for PTSD in Returning Veterans and their Partners: Pilot Findings. Psychological Trauma: Theory, Research Practice, and Policy, 6, 66-72.

Cretu, J.B., Sautter, F.J., Glynn, S.M. & Yufik, T. (2014, November). Maintaining therapeutic change following structured approach therapy for PTSD: An examination of PTSD, relationship functioning, and emotion regulation at three-month follow-up. International Society for Traumatic Stress Studies, Miami, FL.

**Sautter, F.J.,** Glynn, S.M, Cretu, J.B., & Yufik, T. (2014, March). Structured Approach Therapy for PTSD: Studies of the efficacy of a behavioral couple-based PTSD treatment for OEF/OIF Veterans and their partners. Anxiety and Depression Association of America in

Curriculum Vitae- Frederic J. Sautter, Ph.D.
1-19-2019
Page 11

Chicago, IL.

Cretu, J.B., Sautter, F.J., Glynn, S.M, & Yufik, T. (2014). Structured Approach Therapy for PTSD in OEF/OIF Veterans: Therapeutic change in posttraumatic stress, relationship functioning, and emotion regulation. Anxiety and Depression Association, Chicago, IL.

Cretu, J.B., Armelie, A., Sautter, F.J., Glynn, S.M., Senturk, D. (2015) Couple-Based Behavioral Intervention for PTSD and Intimate Partner Relationship Problems: Therapeutic Outcomes. Association of Contextual Behavioral Science, Lafayette, LA.

# Attachment EE

Case: 4:20-cv-01046-SEP     Doc. #:  15-4     Filed: 06/28/21     Page: 99 of 173 PageID #: 6835

# CURRICULUM VITAE

**Aaron J Specht, PhD**                          Date Prepared: January 10, 2020
Research Associate
Department of Environmental Health
Harvard T.H. Chan School of Public Health
655 Huntington Ave Building 1 Room 1402
Boston, MA 02115
Telephone: (317)358-5258
Email: aspecht@hsph.harvard.edu
Website: https://www.hsph.harvard.edu/aaron-specht/

## EDUCATION

| 2016-2019 | Environmental Health | | Harvard University |
|---|---|---|---|
| 2012-2016 | Medical Physics | Ph.D. | Purdue University |
| 2008-2012 | Physics | B.S. | Purdue University |

## RESEARCH EXPERIENCE

- Studies of occupational and environmental heavy metal exposures in community and large-scale cohort studies. Research Associate, Environmental Health Harvard T.H. Chan School of Public Health, Boston, MA — 2019-Present
- Novel applications of nuclear instrumentation as exposure assessment in health studies Postdoctoral Research Fellow, Environmental Health, Harvard T.H. Chan School of Public Health, Boston, MA — 2016-Present
- X-ray Fluorescence for quantification of lead and strontium in bone *in vivo* Medical Physics, Purdue University, West Lafayette, IN — 2012-2016
- Monte Carlo Simulations of radiation dose of CT scan Medical Physics, Purdue University, West Lafayette, IN — 2011-2012
- Semiconductor detector stability for measurement of nuclear decay rates Physics, Purdue University, West Lafayette, IN — 2009-2011

## MAJOR RESEARCH INTERESTS:

- Development of novel nuclear technologies for occupational and environmental exposure assessment. Development of x-ray fluorescence technology for *in vivo* and *in situ* measurements of biomarkers of metal exposure. Novel calibration methods that allow for non-destructive methods for exposure assessment. Method development for on-site/in-field measurements of metal exposure.

Case: 4:20-cv-01046-SEP    Doc. #: 15-4    Filed: 06/28/21    Page: 100 of 173 PageID #: 6836

- Toxicokinetics of metal exposures and impact on biomarkers in human and animals. Identification of the biokinetics surrounding typical biomarkers of exposure to better indicate the implications of health associations.
- Application of x-ray fluorescence technology in novel animal and environmental health studies. Many animal species suffer from the human environment interaction and metal exposure assessment allows us to identify both environmental and human health concerns from human intervention in the environment.
- Teeth as biomarkers of metal exposures using synchrotron micro-XRF technology. Identifying technical approaches to maximize the temporal resolution of metal exposure assessment by exploiting standard growth patterns in the human tooth.
- Health associated with environmental and occupational elemental exposures. Applying exposure assessment technology in large scale epidemiologic studies of health indicative of environmental and occupational exposures, nutrition, and geology.

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2019-Present | Research Associate, Harvard T.H. Chan School of Public Health |
| 2019-Present | Council Member, International Society of Trace Elements in Humans |
| 2018-Present | Research Collaborator- Beth Israel Deaconess Medical Center |
| 2018-Present | Research Scientist- Edith Nourse Rogers Memorial Veterans Hospital |
| 2018-Present | Director, XRF Trace Metals Laboratory, Harvard T.H. Chan School of Public Health NIEHS Center for Environmental Health |
| 2018 | Chairman, Harvard T.H. Chan School of Public Health NIEHS Center for Environmental Health Metals Core Symposium 2018 |
| 2016-2019 | Postdoctoral Fellow, Harvard T.H. Chan School of Public Health |
| 2012-2016 | Graduate Research Assistant- Medical Physics Purdue University |
| 2010-2012 | Research Assistant- Medical Physics Purdue University |
| 2009-2011 | Research Assistant- High Energy Physics Purdue University |

## HONORS AND AWARDS

| | |
|---|---|
| 2015 | Society of Toxicology (SOT) Graduate Student Travel Award |
| 2014 | Purdue Research Foundation (PRF) research grant |
| 2014 | International Society of Exposure Sciences (ISES) Poster Award |
| 2013 | Purdue Doctoral Fellowship |
| 2012 | Ross Fellowship |
| 2011 | Spira Undergraduate Research Award |
| 2008 | Gianni Ascarelli Student Award Physics Research Fellowship |

## PROFESSIONAL AND SCHOLARLY ASSOCIATIONS

| | |
|---|---|
| 2019-Present | International Society of Trace Element Research in Humans |
| 2018-Present | International Society of Environmental Epidemiology (ISEE) |
| 2014-Present | International Society of Exposure Sciences (ISES) |
| 2013-Present | Society of Toxicology (SOT) |
| 2013-Present | Health Physics Society (HPS) |

2009-2012          American Physical Society (APS)

## PEER REVIEW
Science of the Total Environment, Journal of Physics D, Physiological Measurement, Physics in Medicine and Biology, Journal of Exposure Science and Environmental Epidemiology, Environment International, Northeastern Naturalist, Applied Radiation and Isotopes, X-ray Spectrometry.

## OTHER TRAINING AND CERTIFICATIONS
2018          HSPH, EPI 204 Analysis in Case Control Cohort Epi Data (audit)
2018          HSPH, EPI 203 Study Design in Epidemiologic Research (audit)
2017          HSPH, EH 262 Introduction to the Work Environment (audit)
2017          HSPH, BST 201 Introduction to Statistical Methods (audit)
2017          HSPH, BST 210 Applied Regression Analysis (audit)
2017          HSPH, ID 215 Environmental and Occupational Epidemiology (audit)
2016          HSPH, EPI 202 Elements of Epidemiological Research (audit)
2016          HSPH, EPI 201 Introduction to Epidemiology (audit)
2013          American Board of Radiology, Certification in Therapeutic Medical Physics

## PEER REVIEWED PUBLICATIONS
1. DM Ceballos, AS Young, JG Allen, **AJ Specht**, VT Nguyen, J Craig, M Miller, T Webster. Nail salon technician exposure to metal impurities from nail products. International Journal of Hygiene and Health. In Press. 2021.
2. AS Young, R Hauser, TJ Todd, BA Coull, H Zhu, K Kannan, **AJ Specht**, MS Bliss, JG Allen. Impact of "healthier" materials interventions on dust concentrations of per- and polyfluoroalkyl substances, polybrominated diphenyl ethers, and organophosphate esters. Environment International. In Press.
3. Zhang X, **Specht AJ**, Nie LH. Evaluation of a portable XRF device for in vivo quantification of lead in bone among a US population. Science of the Total Environment. 2021; 753;142351.
4. Johnson KM, **Specht AJ,** Hart J, Salahuddin S, Erlinger AP, Hacker MR, Woolf A, Hauptman M, Karumanchi A, Wylie B, O'Brien K. Lead exposure and association with angiogenic factors and hypertensive disorders of pregnancy. Pregnancy Hypertension. 2020. 22:93-98.
5. JC Nwanaji-Enwerem, E Colicino, **AJ Specht**, X Gao, C Wang, P Vokonas, MG Weisskopf, EW Boyer, AA Baccarelli, J Schwartz. Individual species and cumulative mixture relationships of 24-hour urine T metal concentrations with DNA methylation age variables in older men. Environmental Research. 2020; 186:109573.
6. Johnson KM, **Specht AJ,** Hart J, Salahuddin S, Erlinger AP, Hacker MR, Woolf A, Hauptman M, Karumanchi A, Wylie B, O'Brien K. Risk-factor based lead screening and correlation with blood and bone lead levels in pregnancy. Obstetrics and Gynecology. 2020; 135:120s-121s.
7. **Specht AJ**, Dickerson AS, Kponee K, Kpobari N, Weisskopf MG. Toenail metal exposures in fishermen from Bodo City, Nigeria. Bulletin of Environmental Contamination and Toxicology. 2020; 104:90-95.

8.  **Specht AJ,** Zhang X, Goodman B, Maher E, Nie LH, Weisskopf MG. Radiation dose assessments for *in vivo* measurements using a portable x-ray fluorescence device. Health Physics. 2019; 116(5):590-598.

9.  **Specht AJ**, Dickerson AS, Weisskopf MG. Comparison of bone lead measured via portable x-ray fluorescence across and within bones. Environmental Research. 2019; 172:273-278.

10. Dickerson AS, Hansen J, **Specht AJ**, Gredal O, Weisskopf MG. Population-based study of amyotrophic lateral sclerosis and occupational lead exposure in Denmark. Occupational and Environmental Medicine. 2019; 76:208-214.

11. Lin Y, **Specht AJ**, Xu J, Yan C, Geng H, Shen X, Nie LH, Hu H. Blood lead, bone lead and child attention-deficit-hyperactivity-disorder-like behavior. Science of the Total Environment. 2019; 659:161-167.

12. **Specht AJ**, Kirchner KE, Weisskopf MG, Pokras MA. Lead exposure biomarkers in the Common Loon. Science of the Total Environment. 2019; 647:639-644.

13. **Specht AJ,** Kponee K, Kpobari N, Balcom PH, Weuve J, Nie LH, Weisskopf MG. Validation of x-ray fluorescence measurements of metals in toenail clippings against inductively coupled plasma mass spectrometry in a Nigerian population. Physiological Measurement. 2018; 39(8).

14. Dickerson AS, Hansen J, Kioumourtzoglou MA, **Specht AJ,** Gredal O, Weisskopf MG. Study of occupation and amyotrophic lateral sclerosis in a Danish cohort. Occupational and Environmental Medicine. 2018; 75(9):630-638.

15. **Specht AJ**, Weisskopf M, Nie LH. Childhood lead biokinetics and associations with age among a group of lead poisoned children in China. Journal of Exposure Science and Environmental Epidemiology. 2018; 1559-064X.

16. **Specht AJ**, Parish CN, Wallens EK, Watson RT, Nie LH, Weisskopf MG. Feasibility of a portable x-ray fluorescence device for bone lead measurements of condor bones. The Science of the Total Environment. 2018; 615:398-403.

17. **Specht AJ**, Lin Y, Weisskopf M, Xu J, Nie LH. Bone lead levels in an environmentally exposed elderly population in shanghai, China. The Science of the Total Environment. 2018; 626:96-98.

18. Dickerson AS, Rotem R, Christian MA, Nguyen VT, **Specht AJ**. Potential sex differences relative to autism spectrum disorder and metals. Current environmental health reports. 2017; 4(4):405-414.

19. Zhang X, **Specht AJ**, Nie LH. Feasibility of quantifying manganese and mercury in toenail *in vivo* with portable x-ray fluorescence technology. Biomarkers: biochemical indicators of exposure, response, and susceptibility to chemicals. 2017; 23(2):154-160.

20. **Specht AJ**, Mostafaei F, Lin Y, Xu J, Nie LH. Measurements of Strontium Levels in Human Bone *In Vivo* Using Portable X-ray Fluorescence (XRF). Applied spectroscopy. 2017; 71(8):1962-1968.

21. **Specht AJ**, Weisskopf MG, Nie LH. Theoretical modeling of a portable x-ray tube based KXRF system to measure lead in bone. Physiological measurement. 2017; 38(3):575-585.

22. Wang Y, **Specht A**, Liu Y, Finney L, Maxey E, Zheng W, Weisskopf M, Nie L. Microdistribution of lead in human teeth using microbeam synchrotron radiation X-ray fluorescence (μ-SRXRF). X-ray spectrometry: XRS. 2017; 46(1):19-26.

23. **Specht AJ**, Lin Y, Weisskopf M, Yan C, Hu H, Xu J, Nie LH. XRF-measured bone lead (Pb) as a biomarker for Pb exposure and toxicity among children diagnosed with Pb poisoning. Biomarkers: biochemical indicators of exposure, response, and susceptibility to chemicals. 2016; 21(4):347-52.
24. **Specht AJ**, Weisskopf M, Nie LH. Portable XRF Technology to Quantify Pb in Bone *In Vivo*. Journal of biomarkers. 2014; 2014:398032.

*Submitted*
1. Li X, **Specht AJ**, Wang Z, Tan S. A case control study of cumulative lead exposure and infertility in Shenzhen, China. Human Reproduction. Submitted.
2. **AJ Specht,** X Zhang, A Young, VT Nguyen, DC Christiani, DM Ceballos, JG Allen, J Weueve, LH Nie, MG Weisskopf. Validation of in vivo toenail measurements of manganese and mercury using a portable x-ray fluorescence device. Journal of Exposure Science and Environmental Epidemiology. Submitted.
3. **AJ Specht,** JF Obrycki, Maitreyi Mazumdar, MG Weisskopf. Feasibility of lead exposure assessment in blood spots using energy dispersive x-ray fluorescence. Environmental Science & Technology. Submitted.
4. C Hoover, GG Hoover, **AJ Specht.** Firearm Licenses Associated with Elevated Pediatric Blood Lead Levels in Massachusetts. Environmental Health Perspectives. Submitted.

## PUBLISHED ABSTRACTS, CONFERENCES, AND PRESENTATIONS
1. **Specht AJ**, et al. Mixed metal exposures measured from toenail in relation to mini-mental state examination scores in the Normative Aging Study. International Society of Environmental Epidemiology. Aug. 26, 2020. Baltimore, MD (virtual).
2. **Specht AJ,** Nie LH. Bone Pb, Blood Pb, Biokinetics, and Chelation Therapy Efficacy in a Group of Lead Poisoned Children in China. Montefiore Lead Poisoning Prevention and Treatment Program. November 1, 2019. Bronx, New York.
3. **Specht AJ.** Novel x-ray fluorescence approaches to ease trace metal biomarker measurements in field and low- and middle-income countries. ISTERH. September 23, 2019. Bali, Indonesia.
4. **Specht AJ.** Mixed Metal Exposures and Cognition in the Normative Aging Study. Seminar in Occupational and Environmental Health Research. September 6, 2019. Boston, MA.
5. **Specht AJ,** Weisskopf MG. Feasibility of lead exposure assessment in blood spots using x-ray fluorescence. August 26, 2019. Utrecht, The Netherlands.
6. **Specht AJ,** Lin Y, Nie LH, Xu J, Weisskopf MG. Children's lead biokinetics and chelation efficacy. Harvard Seminar in Occupational and Environmental Health Research. October 12, 2018. Boston, MA.
7. **Specht AJ**, et al. Calibration and validation of x-ray fluorescence measurements for non-destructive metal exposure assessment of toenail clippings from Nigeria. International Society of Environmental Epidemiology. Aug. 26-30, 2018. Ottawa, Ontario, Canada.
8. **Specht AJ**. X-ray Fluorescence Applications in Biological Metal Exposure Assessment. Harvard School of Public Health NIEHS Center for Environmental Health Metals Core Symposium. June 14-15, 2018. Boston, MA.

9. Zhang X, **Specht AJ,** Weisskopf MG, Weuve J, Nie LH. Quantification of bone lead and toenail manganese and mercury *in vivo* with x-ray fluorescence technology. Harvard School of Public Health NIEHS Center for Environmental Health Metals Core Symposium. June 14-15, 2018. Boston, MA.

10. **Specht AJ**, Weisskopf MG. Desktop X-ray Fluorescence for Metal Exposure Assessment. Harvard John A. Paulson School of Engineering and Applied Sciences Seminar. Feb. 1, 2017. Cambridge, MA.

11. Zhang X, **Specht AJ,** Weisskopf MG, Weuve J, Nie LH. Quantification of manganese and mercury in toenail *in vivo* using portable x-ray fluorescence. American Association of Physicists in Medicine Annual Meeting. July 29-August 2, 2017 Indianapolis, IN.

12. **Specht AJ**, Zhang X, Weuve J, Nie LH, and Weisskopf MG. *In vivo* x-ray fluorescence measured toenail manganese as a biomarker of exposure among welders, abstract accepted at the 2017 Annual International Society of Exposure Science meeting Oct. 15-19, 2017. Durham, North Carolina.

13. Zhang X, **Specht AJ,** Weuve J, Weisskopf MG, and Nie LH. Feasibility of quantifying manganese and mercury in toenail *in vivo* with portable x-ray fluorescence technology, abstract presented at the 2017 Annual Health Physics Society meeting July 9-13, 2017. Raleigh, North Carolina.

14. **Specht AJ**, Lin Y, Weisskopf M, Yan CH, Hu H, Xu J, Nie LH. KXRF-measured Bone Lead (Pb) As A Biomarker for Pb Exposure and Toxicity Among Children Diagnosed with Pb Poisoning, abstract accepted for presentation at the 2016 Annual SOT meeting Mar. 13-17, 2016. New Orleans, LA.

15. **Specht AJ**. XRF technology to quantify lead in bone *in vivo*, Purdue University Seminar School of Health Sciences, Nov. 3, 2015. West Lafayette, Indiana.

16. **Specht AJ**, Weisskopf MG, and Nie LH. Calibration and improvements of a portable XRF technology to quantify lead in bone *in vivo*, College of Health and Human Sciences Research Day, 2015. West Lafayette, Indiana.

17. **Specht AJ**. Portable XRF technology to quantify lead in bone in vivo. Hoosier Health Physics Society Spring Meeting. 2014. Lafayette, IN.

18. **Specht AJ.** Calibration and improvements of a portable XRF technology to quantify lead in bone *in vivo*, Purdue University Seminar in School of Health Sciences, Jan. 28, 2014. West Lafayette, Indiana.

19. **Specht AJ**, Weisskopf MG, and Nie LH. Calibration and improvements of a portable XRF technology to quantify lead in bone *in vivo*, abstract published and project presented at the 2014 Annual International Society of Exposure Science meeting Oct. 12-16, 2014. Cincinnati, Ohio.

20. **Specht AJ**, Weisskopf MG, and Nie LH. Calibration and improvements of a portable XRF technology to quantify lead in bone *in vivo*, College of Health and Human Sciences Research Day, 2014. West Lafayette, Indiana.

21. **Specht AJ**, Weisskopf MG, and Nie LH. Calibration and improvements of a portable XRF technology to quantify lead in bone *in vivo*, abstract Published in "The Toxicologist" (2014) and project presented at the the 2014 Annual Society of Toxicology meeting Mar. 23-27, 2014. Phoenix, Arizona

22. **Specht AJ**, Weisskopf MG, and Nie LH. Improvements in portable XRF technology to quantify lead in bone *in vivo*, abstract published and podium presentation for the 2014 Lead Collaborative Consortium June 5-7, 2014. Hamilton, ON, Canada

23. **Specht AJ**, Weisskopf MG, and Nie LH. Portable XRF Technology to Quantify Lead and Strontium in Bone *in vivo* – Calibration and Validation, abstract Published in "The Toxicologist" (2013) and project presented at the 2013 Annual Society of Toxicology meeting Mar. 10-14, 2013. San Antonio, Texas

## GRANTS
*Current Grants*
1K01OH011648-01 (PI) $311,234                                            09/2019-08/2022
*A novel portable KXRF measurement system for in vivo metal measurements*
To test the viability of an x-ray tube based portable KXRF device and relation of cumulative lead exposure and motor function.

DoD CRMP 12971061 (Site-PI) $982,325 (HSPH $184,908)        09/2020-08/2023
*Combat-Ready Exposure Device (CRED): Validation of a Portable Exposure Biomarker Device for Lead and Other Heavy Metal Exposures*
Develop a novel XRF device and biomarkers for exposure assessment of metals typical in military settings.

NIEHS P30ES000002 Center Pilot Funding (Co-PI) $25,000        8/2020-8/2021
*Validation of desktop X-ray fluorescence in exposure assessment of nasal fluid*
To determine ability of desktop XRF in quantification of metals in nasal fluid in comparison to ICP-MS approaches.

*Pending Grants*
NIH STTR (Site PI)  ($67,000)                                            01/2021-01/2022
*Point of Care Zinc Nutritional Status Meter.*
Develop a point of care XRF device for screening of zinc nutritional status using nail, which can simultaneously measure a suite of elements while giving accurate measures of zinc nutrition.

DoD, No Award Number (Sub-contract)                                    09/2021-08/2024
*Association of Metal Exposures with Health Risk Markers, Mood and Cognitive Functioning in Military Veterans*
The goal of this study is to determine exposures to metals in military veterans using well-validated traditional and cutting-edge newly developed techniques to evaluate how exposure to one metal as well as combinations of metals relate to brain functioning.

NIEHS R01 (Co-I)   $1,250,000 ($293,06)                                07/2021-06/2025
*Building capacity for childhood lead poisoning and prevention in Bangladesh.*
Develop an XRF device for cost-effective nationwide lead screening to determine sources of lead, identify appropriate interventions, and use GIS mapping to identify potentially vulnerable communities.

Health Resources in Action (Subcontract) $165,000              07/2021-06/2024
*Building capacity for childhood lead poisoning and prevention in Bangladesh.*
Develop an XRF device for cost-effective nationwide lead screening to determine sources of lead, identify appropriate interventions, and use GIS mapping to identify potentially vulnerable communities.


*Completed Grants*

NIEHS P30ES000002 Center Pilot Funding (Co-PI) $25,000         11/2018-6/2020
*Impact of healthy material interventions in offices on reductions in fluorinated chemicals and endocrine-disrupting potency of indoor dust*
To determine the contamination of fluorinated chemicals of indoor dust in renovated office spaces and identify novel XRF approaches to measurements of fluorine.

CDC/NIOSH T42/OH008416 ERC Pilot Grant (Co-PI) $5,550      11/2018-6/2019
*Examine the exposure window of the bone lead biomarker measured by a portable x-ray fluorescence device*
We aim to identify the half-life of bone lead and strontium assessed by portable x-ray fluorescence and blood strontium to better identify exposure windows in studies.

GUP-51952 Argonne National Lab Beamline Access Request        05/2017-09/2017
*Early childhood exposure assessment in deciduous teeth using microfluorescence*
Determine the epidemiological application of synchrotron micro-XRF for exposure assessment using teeth as a biomarker

NIEHS P30ES000002 Facility Access Funds (Co-PI) $2200          07/2017-10/2017
*Feasibility of micro x-ray fluorescence for measurement of pre- and post-natal metal exposures in teeth*
To determine the feasibility of micro fluorescence for assessment of critical time windows of exposure in comparison to LA-ICP-MS measurements on teeth

NIEHS P30ES000002 Facility Access Funds (Co-PI) $2600          09/2016-01/2017
*Portable x-ray fluorescence (XRF) for in vivo exposure assessment*
To obtain a portable XRF device for *in vivo* metal exposure assessment in a group of welders and nail salon workers and future work of the NIEHS center

CDC/NIOSH T42/OH008416 ERC Pilot Grant (Co-PI) $25,000    09/2016-05/2017
*Cardiopulmonary responses to occupational particulate exposures*
To test feasibility of portable XRF for manganese quantification in toenail and assess neurologic outcomes in relation to manganese exposure in a group of welders.

NIEHS P30ES000002 (Co-PI) Pilot Grant $25,000                 09/2016-05/2017
*Identifying Sources of Exposure in Nail Salon Workers to Inform Targeted Interventions*
To test viability of using portable XRF to quantify metal exposures in toenails comparatively measured with ICP-MS

**TEACHING EXPERIENCE**

2019  Teaching Assistant/Lecturer, ID 263 Practice of Occupational Health, Harvard University

2018  Guest Lecturer, ES 6 Intro. Env. Science and Engineering, Harvard University

2014  Teaching Assistant, HSCI 514 Radiation Instrumentation Lab, Purdue University

2014  Guest Lecturer, Phys 235 Careers in Physics, Purdue University

2013  Teaching Assistant, HSCI 574 Medical Health Physics, Purdue University

**MENTORING EXPERIENCE**

**Supervising Graduate Research**

*Supervised Christian S. Hoover, Masters Students, Harvard T.H. Chan School of Public Health*

Project title: Feasibility of micro x-ray fluorescence for measurement of pre- and post-natal metal exposures in teeth

*Supervised Vy T. Nguyen, PhD candidate, Harvard T.H. Chan School of Public Health*

Project title: Novel uses of XRF for lead exposure assessment in epidemiologic studies.

*Supervised Anna Young, PhD candidate, Harvard T.H. Chan School of Public Health*

Project title: Identifying Sources of Exposure in Nail Salon Workers to Inform Targeted Interventions

*Supervised Xinxin Zhang, PhD candidate, Purdue University*

Project title: Development and Validation of Portable XRF Technology to Measure Manganese in Toenail *In Vivo*

*Supervised Yufei Wang, MSc candidate, Purdue University*

Project title: Microdistribution of lead in human teeth using microbeam synchrotron radiation x-ray fluorescence

**Supervising Undergraduate Research**

*Supervised Kimberley Kirchner, Senior at Worcester Polytechnic Institute, Harvard T.H. Chan School of Public Health*

Project title: Biomarkers of metal exposure in the common loon.

*Supervised Maggie Mittleman, Senior at Wellesley University, Harvard T.H. Chan School of Public Health*

Project title: Development of a standard device for measurement of impaired topographical learning

*Supervised Scott Blake, senior in Physics Department, Purdue University*

Project title: Design and Build a Customized Moderator/Reflector/Shielding Assembly for *In Vivo* Measurement of Manganese in Bone Using NAA Technology

Case: 4:20-cv-01046-SEP    Doc. #: 15-4    Filed: 06/28/21    Page: 108 of 173 PageID #: 6844

*Supervised Austin Trout, senior in Physics Department, Purdue University*
Project title: Dosimetry Study of *In Vivo* Neutron Activation Analysis of Metals in Bone

*Supervised Jacob Wilson, senior in Physics Department, Purdue University*
Project title: *In Vivo* Measurement of Fluorine in Bone using IVNAA Technology: Monte Carlo Simulations

*Supervised Nikola Plavsa, senior in Physics Department, Purdue University*
Project title: Monte Carlo (MC) Simulation of *In Vivo* Measurement of Metals in Bone using a Portable XRF Device

*Supervised Zheng Gu, senior in Health Sciences, Purdue University*
Project title: Development of Metal Doped Phantoms for *In Vivo* Metal Measurements of Metals in Toenails

*Supervised Emma Wallens, sophomore in Health Sciences, Purdue University*
Project title: Feasibility Study of Measurement of Lead in Condor Bones *In Vivo* Using Portable XRF Technology

# Attachment FF

**SHAMEKA N. STANFORD, PH.D., CCC-SLP/L**
**Phone: (646) 338-2661**
**E-mail: sjohnsonslp@gmail.com**

**1.0 EDUCATION**

| University | Degree and Subject Area | Date |
|---|---|---|
| Howard University Washington, D.C | Ph.D. – Communication Sciences & Disorders | 2013 |
| North Carolina Central University Durham, NC | M.Ed. – Communication Disorder | 2009 |
| Shaw University Raleigh, NC | B.S. – Computer Science/Computer Information Systems | 2006 |

**2.0 ACADEMIC EMPLOYMENT**

| University | Position | Dates |
|---|---|---|
| Barry University Miami, FL | Adjunct Lecturer | 2011-2014 |
| Richard Stockton University Galloway, NJ | Assistant Professor | 2013-2014 |
| University of the District of Columbia Washington, D.C | Adjunct Assistant Professor | 2016 |
| University of Maryland College Park College Park, MD | Adjunct Assistant Professor | 2016 |
| Howard University Washington, D.C | Associate Professor | 2014- PRESENT |

**3.0 PROFESSIONAL CLINICAL APPOINTMENTS**

| Date | Position | University/Professional Setting |
|---|---|---|
| 2008-2009 | Clinical Speech Pathologist | Nash General Hospital – Rocky-Mount, NC |
| 2009-2010 | Speech-Language Pathologist | Washington Skilled Nursing Facility |
| 2009-2010 | Speech-language Pathologist | Prince Frederick Skilled Nursing Facility |
| 2010-2012 | Speech-language Pathologist | Psychological Group of Washington |
| 2012-2016 | Speech-Language Pathologist | Metropolitan Area Communication Services ***D.C Public and Private Charter Schools*** |
| 2012 – Present | Speech Language Pathologist | TECHnically Speaking LLC |

Revised 8/1/2020                                                                 1

**3.1 PROFESSIONAL FORENSIC APPOINTMENTS**

| Date | Position | University/Professional Setting |
|---|---|---|
| June 2019 | Juvenile Forensic SLP | Georgetown Law Clinic – Washington, DC |
| June 2019 | Juvenile Forensic SLP | OH Pub Defender/Juv Dep't-Columbus, OH |
| Oct. 2019 | Juvenile Forensic SLP | OH Pub Defender/DP Case- Columbus, OH |
| Feb. 2019 | Juvenile Forensic Consultation | Georgetown Law Clinic-Washington, DC |
| May 2020 | Juvenile Forensic SLP | FL Public Defender – Ft. Lauderdale, FL |
| July 2020 | Juvenile Forensic SLP Consultation | CD Attorney – Columbus, OH |

**4.0 SCHOLARSHIP - CREATIVE WORKS/PUBLICATIONS**

**4.1 Creative Works/Blogs/Campaigns/General Articles**

Johnson, S. N. (2016). *Pushy Pete and the Bad Manners Boys.* Silver Spring, Maryland : LuLu Press, Inc.

Stanford, S. N. (2019, February 04). *The Silent Epidemic: Cognitive-Communicative Disorders & Justice-System Involvement of Youth* . Campaign for Youth Justice : http://www.campaignforyouthjustice.org/2019/item/the-silent-epidemic-cognitive-communicative-disorders-justice-system-involvement-of-youth

Stanford, S. N. (2019, March 12). *Black Girls in the Delinquency System: Defiance or Disorder?* Coalition for Youth Justice: http://www.juvjustice.org/blog/1117

Stanford, S. N. (2019, June). *Casualities of Misunderstanding: Communication Disorders and Juvenile Injustice.* ASHA Leader, **Featured Article**

Stanford, S. N. (2019, June 11). *A Demand for Humanity: When They See Us and Police Coercion of Black Youth with Language and Learning Challenges* Juvenile Law Center: https://jlc.org/news/demand-hiumanity-when-they-see-us-and-police-coercion-black-youth-language-and-learning

Stanford, S. N. (2019, June 12). *Who Was Really "Wilding" When They See Us Highlights The Wrongful Conviction of Black Youth with Language and Learning Disorders.* Coalition for Youth Justice: http://www.juvjustice.org/blog/1127

**4.2 Articles – Refereed (print or e-Journals)**

Johnson , S. N. (2013). Direct Line to the Tropics. *The ASHA Leader, 18*(11).

Johnson , S. N., & Haria , P. (2015). Effect of Interdisciplinary Collaborative Approach on At-Risk Students' Phonological Awareness and Reading Skills. *International Dyslexia Association Conference Proceedings* .

Johnson , S. N., & Haria , P. (2015). The Effects of Ipad Based Phonological Awareness and Reading Skills Intervention from an Interdisciplinary Approach on First Grade Students with Reading Delays. *International Journal of Technology and Inclusive Education (IJTIE), 4*(2), 645-649.

Johnson , S. N., & Harris , O. (2015). Special Educator Attitudes Towards Children with Communication Disorders in the Bahamas. *Caribbean Educational Research Journal (CERJ), 2*(2), 133-148.

Payne , K. T., & Johnson , S. N. (2015). African American Students' Performance on a Praxis Simulation: Toward an Understanding of the Performance Gap. *ECHO Journal of the National Black Association of Speech-Language and Hearing, 10*(2), 6-17.

Revised 8/1/2020                                                                                                                2

Stanford , S. N., & Gay, A.  (2017). Increasing Clinical Critical Thinking Skills through Short Travel Abroad Experiences for Graduate CSD Students . *ASHA SIG Perspectives, 2(SIG 11), 60-72.*

Stanford , S. N., & Muhammad, B. (2018). Critical Race Theoretical Perspective on the Correlation between the school-to-prison pipeline and the prevalence of low SES-minority students of color with Language and Learning disorders in Special Education: A Silent Epidemic. *American University Journal of Gender, Social Policy, and the Law.*

Stanford, S. N. (2018). Understanding the disproportionate representation of minority youth in special education and the juvenile justice system: A fundamental discussion for the justice of minority youth. *Howard League for Penal Reform Early Career Academics Network Bulletin, 36, 19-23.*

Stanford, S. N., & Harris, O. (2019). An Exploratory Study on the Benefits of AAC Classroom Integration Training for Special Educators who work with Children with Complex Communication Needs in the Bahamas, ASHA Perspectives.

Stanford, S. N. (2020). Combatting the School-to-Confinement Pipeline, ASHA Perspectives.

## 4.3 Other General Articles
### Peer Reviewed Papers

Stanford, S. N. (2017). Understanding the Disproportionate Representation of Juvenile minorities in SPED and the JJ System: A Fundamental Discussion for the Justice of Minority Youth, Howard League Redefining Justice Conference, Oxford, UK.

Stanford, S. N. (2017). School-to-Prison Pipeline for Juveniles with Language and Cognition Disorders: How to Affectively Assess and Treat to Reduce Criminal Activities, National JJ Symposium – Orlando Florida

Stanford, S. N. (2018). The prevalence of minorities with mental health disorders over-represented in the United States (U.S) criminal justice system International Association of Chief of Police Conference, Orlando, Florida.

Stanford, S. N. (2018). Pursuit of Higher Education for Disconnected Males of Color Facing Systemic Barriers 2018 NASPA Closing the Achievement Gap: Student Success in Higher Education Conference, Columbus, Ohio.

Stanford, Shameka. (2018). " Learning while Black: How the Criminalization of Black Males Affects Academic Attainment" HU Summer Writing Academy, Washington, D.C.

## 4.4 Books/Book Chapters

Johnson, S. N. (2014). Speech Hearing and Communication in Grand Bahama . In G. B. Society, *Early Intervention Resource Guide for Children with Special Needs* (pp. 43-55). Grand Bahama: Freeport : Grand Bahama Downs Syndrome Society.

Stanford, S. N., & Braham, R. (1/2020). The Silent Epidemic of Cognitive and Communicative Deficits on At-Risk Juveniles' Criminal Behavior in the Caribbean in *CARIBBEAN PERSPECTIVES ON CRIMINOLOGY AND CRIMINAL JUSTICE* **(In Press)**

## 4.5 Newsletter articles or commentaries

Stanford, S.N. (2015). "Open House Event Success", CSD Newsletter: The Link Spring Edition 6(1), pp.1.

Stanford, S.N. (2015). "Scholar Spotlight: Communication Sciences & Disorders Awarded $1.2 Million for Training Speech-Language Pathologists", CSD Newsletter: The Link Spring Edition. 6(1), pp.4.

Stanford, S.N. (2015). "After May 9, 2015 Pt. 2", CSD Newsletter: The Link Spring Edition. 6(2), pp.1.

Stanford, S.N. (2015). "CSD Alumni – Where are they now?", CSD Newsletter: The Link Spring Edition. 6(2), pp.2.

Stanford, S.N. (2015). "Honoring Faculty and Staff", CSD Newsletter: The Link Spring Edition. 6(2), pp.2.

Stanford, S.N. (2015). "After May 9, 2015", CSD Newsletter: The Link Fall Edition. 7(1), pp.1.

Stanford, S.N. (2015). "Faculty Spotlight", CSD Newsletter: The Link Fall Edition. 7(1), pp.1.

Stanford, S.N. (2015). "Alumni Highlights", CSD Newsletter: The Link Fall Edition. 7(1), pp.3.

Stanford, S.N. (2015). "Welcome to the Thesis Track", CSD Newsletter: The Link Fall Edition. 7(1), pp.4.

## 4.6. Manuscripts (articles and/or books) in progress

Drame, I., Daftary, S., & Stanford, S. N. (n.d.). The Impact of an Interprofessional Training Event on Enhancing the Attitudes, Behaviors, and Core Knowledge of Students in Health Care Professions. **(In Progress)**

Stanford, S. N. (n.d.). The Effects of Cognitive and Communication Disorders on  Risks for Delinquency in Black and Brown Youth from Underserved Communities. *Language, Speech, and Hearing Services in the Schools (LSHSS) Invited Publication* (**Revisions in Progress)**

## 5.0 SCHOLARSHIP – PRESENTATIONS
## 5.1 Invited Presentations at Professional Association Meetings

Johnson, Shameka., (2010) I Just want to hear them say: The ABC's of Communication Disorders and  Speech Language Pathology. Guest Lecturer, Resources and Education for Autism and Related Challenges (R.E.A.C.H) - Nassau, Bahamas

Johnson, Shameka., (2010). Augmentative and Alternative Communication. The Specifics of High Tech Devices  (Ipods & Ipads). Guest Speaker, Bahamas Ministry of Education - Nassau, Bahamas

Johnson, Shameka., (2010). What is AAC? How your approach to Special Education Intervention Can  Benefit your students? Guest Speaker, Bahamas Ministry of Education - Nassau, Bahamas

Johnson, Shameka., (2010). Communication Disorders: Creating a Language Rich Environment for Your  Students. Guest Speaker, Caribbean Center for Child Development- Nassau, Bahamas

Johnson, Shameka., (2010). Augmentative and Alternative Communication. The Specifics of High-Tech  Devices (Ipods & Ipads). Guest Speaker, Caribbean Center for Child Development- Nassau, Bahamas

Johnson, Shameka., (2011). What is AAC? How your approach to Special Education Intervention Can  benefit your students? Guest Speaker, Every Child Counts- Abaco, Bahamas

Johnson, Shameka., (2011). Creating a Language Rich Environment. Guest Speaker, Every Child Counts - Abaco, Bahamas

## 5.2 Presentations at Professional Conventions/Conferences

Johnson, Shameka., (2008). Culturally responsive AAC Devices for the Jamaican Patois speaker, North Carolina Augmentative Communication Association 25th Convention - Concord, NC

Johnson, Shameka., (2008).  Culturally responsive AAC Devices for the Jamaican Patois speaker. North Carolina Central University Graduate Research Symposium - Durham, NC

Johnson, Shameka., (2008). CREATT-ing Culturally Competent Professionals American Speech-Language-Hearing Association Convention - Chicago, Illinois

Johnson, Shameka., (2010). CREATT-ing Culturally Competent Professionals National Black Association of Speech Language and Hearing - Tampa, Florida

Johnson, Shameka., (2011). Special Educators Attitudes toward children with Communication Disorders in the  Caribbean. American Speech and Hearing Assoc. San Diego, California

Johnson, Shameka., (2012). Removing the Training Wheels: A Round Table Forum on CFY. National Black Association of Speech Language and Hearing - Raleigh, NC

Johnson, Shameka., (2012). Special Educator Attitudes toward Children with Communication Disorders in Caribbean. National Black Association of Speech Language and Hearing - Raleigh, NC

Johnson, Shameka., (2014). Phinally Defended: Preparing for your first tenure track faculty position. National Black Association of Speech Language and Hearing – Charlotte, NC

Johnson, Shameka., (2014). Enhancing Classroom Experience for CSD Graduate Students: Technology Focused Course. National Black Association of Speech Language and Hearing – Charlotte, NC

Payne, K.T., & Johnson, Shameka., (2014). Identifying Cultural Bias in the Praxis. National Black Association of Speech Language and Hearing – Charlotte, NC

Johnson, Shameka., (2015). Social Media in Higher Education: Supporting Multicultural Learning Styles – National Black Association of Speech Language and Hearing – Nashville, TN

Johnson, Shameka., & Tyler, Quentin., (2016). Increasing International Service Learning Participation Among African-American Students at HBCUs and PWIs – WISE Enhancing Intercultural Learning at Home and Abroad Conference: Wake Forest University, Winston-Salem, NC

Johnson, Shameka., (2016). Increasing Critical Thinking Skills in Graduate Clinicians– National Black Association of Speech Language and Hearing – Richmond, VA

Johnson, Shameka., (2016). Bridging the Gap: Discussions on Developing a Caribbean Association – National Black Association of Speech Language and Hearing – Richmond, VA

Stanford, Shameka., (2017) Impacts of Communication and Cognitive Disorder Public Health Disparities on Quality of Life in Low SES Communities. Tomorrow People Organization Public Health Conference – Bangkok, Thailand.

Stanford, Shameka., (2017). All Communication Disorders Matter: The Correlation of Cognitive and Communication Disorders to Fatal Policing – National Black Association of Speech Language and Hearing – Atlanta, GA

Stanford, Shameka., (2017). School-To-Prison Pipeline for Juveniles with Language and Cognition Disorders: How to Affectively Assess and Treat to Reduce Criminal Activities– 23rd National Symposium on Juvenile Services – Orlando, FL

Stanford, Shameka., (2018). Understanding the Disproportionate Representation of Juvenile

minorities in Special Education and the Juvenile Justice System: A Fundamental Discussion for the Justice of Minority Youth – Howard League Redesigning Justice: Promoting Civil Rights, Trust, and Fairness – Oxford,  London

Stanford, Shameka., (2018).  Pursuit of Higher Education for Disconnected Males of Color Facing Systemic Barriers **–** NASPA Closing the Achievement Gap: Student Success in Higher Education Conference – Columbus, Ohio

Stanford, Shameka., (2018). Understanding & Effectively Addressing Communicative & Cognitive Disorders in School-Age Minority Males - School Resource Officer Training Conference: "Protecting Our Children Through Prevention and Response" - Appleton, WI

Stanford, Shameka., (2018). "I Got a Story to Tell: Using Hip-Hop to Increase Reading Skills in African-American Males" - Hip-Hop Ed. Conference, Columbia University, NY, NY

Stanford, Shameka., (2018). The Confluence of School-to-Prison Pipeline and Communication Disorders in Children of Color - UNC Charlotte Urban Education Conference, Nassau Bahamas

Stanford, Shameka., (2019). Increasing SLP Presence for Disconnected Youth in the Criminal Justice System– National Black Association of Speech-Language and Hearing Charlotte, NC

Stanford, Shameka., (2019). The Effects of Cognitive-Communicative Disorders on Academic Success and Juvenile Delinquency in Low Socioeconomic Standing-Minority Youth – Howard University Research Week, Washington, DC

Stanford, Shameka., (2019). Cognitive-Communicative Disorders Officer Training & Awareness (CCOTA) – National Association of School Resource Officers (NASRO), Pigeon Hole, TN

## 5.3 Presentations - Invited Speaker and Lectures

Johnson, Shameka., (2010). Communication Disorders: Creating a Language Rich Environment for Your  Students. **Guest Speaker**, Caribbean Center for Child Development- Nassau, Bahamas

Johnson, Shameka., (2010). Augmentative and Alternative Communication. The Specifics of High Tech  Devices (Ipods & Ipads). **Guest Speaker**, Caribbean Center for Child Development- Nassau, Bahamas

Johnson, Shameka., (2011). What is AAC? How your approach to Special Education Intervention Can  benefit your students. **Guest Speaker**, Every Child Counts- Abaco, Bahamas

Johnson, Shameka., (2011). Creating a Language Rich Environment. **Guest Speaker**, Every Child Counts - Abaco, Bahamas

Johnson, Shameka., (2012). AAC Evaluation and Treatment. **Guest Lecturer,** Dept. of Comm. Sciences &  Disorders – Howard University

Johnson, Shameka., (2013). Talking with Your Hands Signing Exact English Workshop. **Guest Lecturer,** Hampton Academy I and II – Freeport, Bahamas

Johnson, Shameka., (2013). Positive Approaches to Support Children and Adolescents with Autism Spectrum Disorders**. Guest Lecturer,** Department of Occupational Therapy – Richard Stockton University

Johnson, Shameka., (Spring 2014). Behavior Assessments and Communication Disorders as it Relates to Pediatric Dentistry. **Guest Lecturer,** Pediatric Dentistry–College of Dentistry Postgraduate Program - Howard University

Johnson, Shameka., (2015). Vocal Hygiene for the Engaged Speaker**. Guest Lecturer**, School of Divinity – Homilectics- Howard University

Johnson, Shameka., (Spring 2015). Behavior Assessments and Communication Disorders as it Relates to Pediatric Dentistry. **Guest Lecturer,** Pediatric Dentistry–College of Dentistry Postgraduate Program - Howard University

Stanford, Shameka., (Spring 2016). Behavior Assessments and Communication Disorders as it Relates to Pediatric Dentistry. **Guest Lecturer,** Pediatric Dentistry–College of Dentistry Postgraduate Program - Howard University

Stanford, Shameka., (Spring 2017). Behavior Assessments and Communication Disorders as it Relates to Pediatric Dentistry. **Guest Lecturer,** Pediatric Dentistry–College of Dentistry Postgraduate Program - Howard University

Stanford, Shameka., (2017). Policing and Communication Disorders – Fear, Anxiety, and Tension**. Guest Lecturer,** Policing Inside Out: Community Policing –Department of Sociology Graduate/Undergraduate Course - Howard University

Stanford, Shameka., (Spring 2018). Behavior Assessments and Communication Disorders as it Relates to Pediatric Dentistry. **Guest Lecturer,** Pediatric Dentistry–College of Dentistry Postgraduate Program - Howard University

Stanford, Shameka., (2019). Discussing the Impact and Confluence of the School-to-Confinement Pipeline and Communication Disorders in At-Risk Youth of Color – Coalition for Juvenile Justice Council of State Advisory Hill Day Annual Conference, Washington, DC

Stanford, Shameka., (Spring 2019). Behavior Assessments and Communication Disorders as it Relates to Pediatric Dentistry. **Guest Lecturer,** Pediatric Dentistry–College of Dentistry Postgraduate Program - Howard University

Stanford, Shameka., (Summer 2019). Cognitive and Communication disorders Officer Training and Awareness CCOTA© Program. **Guest Lecturer,** Prince George's County Sheriff's Department

## 5.4 Invited Presentations at Howard University

Johnson, Shameka., (2015) Teaching with Simulations. Howard University Feature Teacher Lecture CETLA – Washington, D.C.

Johnson, Shameka., (2016). Teaching with Technology. Howard University Teaching Assistant/Associate Training Institute – Washington, D.C

Johnson, Shameka. (2016). Creating a Commercial Online Course Using Blackboard Course Sites– Howard University 1st Annual Teaching with Technology Conference CETLA – Washington, D.C

Johnson, Shameka., (2016). Streamlining the Departmental Comprehensive Examination Through Blackboard - Howard University 1st Annual Teaching with Technology Conference CETLA – Washington, D.C

Stanford, S. N. (2017) Cognitive-Communicative Disorders and the School-to-Prison Pipeline. CHSOC Research/Creative Works Open House

Stanford, S. N. (2018). The Confluence of Untreated Communication Disorders and Disproportionate Representation of African-American Youth in the Prisons. CHSOC BYOL Research/Creative Works Presentation

Stanford, Shameka., (2018). Police, Law & Society: Tying the Caribbean to the Black Experience Conference: Global Best Practices Moderator – Howard University, Washington, D.C

Stanford, Shameka., (2018). The Process of Language Development and Academic Success–
Howard University Early Learning Program, Washington, D.C

Stanford, Shameka., (2018). Professional Public Speaking from the Speech-Language
Pathologists' Perspective. Mandela Washington Fellows – Howard University,
Washington, D.C

Stanford, Shameka., (2019). "The Howard University Inside Out Program -- Pedagogy,
Student Outcomes and Assessment– Howard University, Washington, D.C –

Stanford, Shameka., (2019). Stereotype Threat – Howard University Graduate School
Certificate Program, Washington, D.C

Stanford, Shameka., (2019). Implicit Bias – Howard University Graduate School Certificate
Program, Washington, D.C

Stanford, Shameka., (2019). Implicit Bias – Howard University, Washington, D.C – CETLA
Summer Institute

**5.5 Student Mentored Papers** [Presentations at Professional Meetings by Students]

Brown, Lakendra; Horn, Madeline; Seifullah, Safisha; & Johnson, Shameka. (Faculty Mentor).
(2016). Identifying Optimal Movie Scenes for Language Development and Intervention in
Children. National Black Association of Speech Language and Hearing, Virginia Beach,
VA

Braham, Rochelle; and Johnson, Shameka (Faculty Mentor). (2016). Investigating the Failing
Literacy Grade in Caribbean Territories.  National Black Association of Speech Language
and Hearing, Virginia Beach, VA

Gay, Alana; & Johnson, Shameka (Faculty Mentor). (2016). The Benefits of Short Study Abroad
Opportunities for COSD Graduate Clinicians. National Black Association of Speech
Language and Hearing, Virginia Beach, VA

Braham, Rochelle; & Stanford, Shameka (Faculty Mentor). (2017). The Impacts of Teaching
Styles on Phonological Awareness and Reading Skills in Early Learners in the Caribbean.
National Black Association of Speech Language and Hearing, Atlanta, GA

Polote, Jessica; Prioleau, Ryan; & Stanford, Shameka (Faculty Mentor). (2017). Increasing
Literacy Skills in Young African American Males at risk for or Experiencing Language
and Literacy Delays through Intrinsic Motivation. National Black Association of Speech
Language and Hearing, Atlanta, GA

Arginteanu, Elizabeth; Williams, Jasmine; & Stanford, Shameka (**Faculty Mentor**). (2017). The
Impacts of PECS training on the Effectiveness of Transition to a Hi-Tech Device.
National Black Association of Speech Language and Hearing, Atlanta, GA.

Browne, Kendra; Thompson-Carty, Yvette; & Stanford, Shameka (**Faculty Mentor**). (2018)

Polote, Jessica & Stanford, Shameka (**Faculty Mentor**). (2018). Increasing Literacy Skills in
Young African American Males at risk for or Experiencing Language and Literacy Delays
through Intrinsic Motivation. National Black Association of Speech Language and
Hearing, Washington, DC.

Braham, Rochelle; & Stanford, Shameka (**Faculty Mentor**). (2018). The Impacts of Teaching
Styles on Phonological Awareness and Reading Skills in Early Learners in the Caribbean.
National Black Association of Speech Language and Hearing, Washington, DC.

Williams, Jasmine & Stanford, Shameka (**Faculty Mentor**). (2018). The Impacts of PECS training on the Effectiveness of Transition to a Hi-Tech Device. National Black Association of Speech Language and Hearing, Washington, DC.

Mondesir, Danielle & Stanford, Shameka (**Faculty Mentor**). (2018). The Impact of Communicative Disorders on the Cyntoia Brown Criminal Justice Case HU Research Week

Edwards-Gaither, Lesley & Stanford, Shameka (**Faculty Mentor**). (2018). Culturally Diverse Treatment via Tele-Practice Methods. HU Research Week

Harris, Dorian & Stanford, Shameka (**Faculty Mentor**). (2019). The Impact of Language Development on African-American children exposed to Intimate Partner Violence. HU Research Week

Roberson, Erica & Johnson-Stanford, Shameka (**Faculty Mentor**). (2019). An analysis of Speech-Language Pathologists' Knowledge of the Sociolects in African-American iGeneration Teens. HU Research Week

## 5.6 Video Clips and Podcasts

Johnson, Shameka. (2016). Creating a Commercial Online Course Using Blackboard Course Sites.
Link: https://howard.tegrity.com/#/recording/97936f93-cb06-4091-9184-3698492a2f03?playbackToken=2JVIFDKC3RJBJ

Johnson, Shameka., (2016). Streamlining the Departmental Comprehensive Examination Through Blackboard.
Link: https://howard.tegrity.com/#/recording/80046d0c-41c2-4354-9834-959a768babdb?playbackToken=2LCUCTDC2PMM

Stanford, Shameka., (2019). The First-Generation Lounge featured Podcast.
Links: www.thefirstgenlounge.com
https://itunes.apple.com/us/podcast/the-first-gen-lounge/id1190175134?mt=2
https://open.spotify.com/show/0wLy3CCsisbKTUZebLdakf?si=EgiQVOU6ShabHCYsUut-zQ
https://play.google.com/music/m/I7yci4vnbghvvcwiuovrvuu5glu?t=The_First-Gen_Lounge

Stanford, Shameka., (9/12/2019). The American Speech-Language and Hearing Association Inaugural Podcast Episode – *Communication Disorders and the Criminal Justice System*.
Link: https://lnns.co/jtgydc5HVNI

## 5.7 Television Interviews

Wolfram, W. (Director). (2019). *Talking Black in America* [Documentary].
Trailer: https://youtu.be/l-AR5hCQcd4

Revised 8/1/2020                                                                                                    9

**6.0 SCHOLARSHIP – GRANTS**
**6.1 Funded Grants**
*Include PI or PDs, Title of project, Funding agency, period of funding and amount of funding.*

Johnson, Shameka, (2013). Academic Support for E-Learning Program - Increasing Clinical Competency and Skills  within graduate Communication Disorders Students at Richard Stockton College". $1,000. Office of Technology and Special Projects.

Johnson, Shameka. (2013). Interdisciplinary Collaborative Approach: Phonological Awareness and Reading Skills  Intervention.  $3,550. Office of the Provost for Mini Grants.

Johnson, Shameka. (2014). Research Resources & Small Equipment Grant. $29,557.00. Office of Associate Provost for Research and Graduate Studies.

Johnson, Shameka. (2016). Global Intervention for Reading and Phonological Awareness Skills Development (GIRPASD). $10,000. Office of Associate Provost for Research and Graduate Studies Advanced Summer Faculty Research Fellowship.

Johnson-Stanford, Shameka. (2016). Intrinsic Motivation through Cultural Interactive Storytelling- Increasing Literacy Skills in Young African American Males at risk for or experiencing language and literacy delays. $9,946.00. ASHA Multicultural Affairs – Projects on Multicultural Activities.

Stanford, Shameka. (2017). Developing Clinical Skills of Graduate Student SLPs through Short Study Abroad Trips. $4,000.00. Cable Bahamas Cares Foundation.

Stanford, Shameka. (2018). "Understanding the Disproportionate Representation of Juvenile Minorities in Special Education and the Juvenile Justice System: A Fundamental Discussion for the Justice of Minority Youth" Workshop.  $500.00. Hughes/Liggins Fund Faculty Development Intramural Grant.

Stanford, Shameka. (2018). "Best Practices for Creating Successful Faculty-Led Programs" CIEE Alumni Scholarship.  $1,000.00. CIEE International Faculty Development Seminars.

Stanford, Shameka. (2018).  "The Correlation between Communication and Cognitive Disorders and Academic Success and Juvenile Delinquency in Low Socioeconomic Standing-Minority Males" $15,000. Office of Associate Provost for Research and Graduate Studies Advanced Summer Faculty Research Fellowship.

Stanford, S.N. (2018). Developing Clinical Skills of Graduate Student SLPs through Short Study Abroad Trips to the Caribbean. $4,000.00. Every Child Counts.

Stanford, Shameka. (2019).  "Investigating the Executive Functioning Skills of Black Girls with Cognitive-Communicative Disorders placed at-risk for delinquency" $10,000. Office of

Associate Provost for Research and Graduate Studies Advanced Summer Faculty Research Fellowship.

**Research-Advisor & Doctoral Student Supported Funding**
Stanford, S., & Edwards-Gaither, L (*student*). (2017-2018). Just-Julian Graduate Research Assistantship. $20,000.00

**6.2 Unfunded Proposals**
Johnson, Shameka. (2014). Interdisciplinary Collaborative Approach: Phonological Awareness and Reading Skills Intervention. $8,000. Elva Knight Research Grant Foundation.

Johnson, Shameka., & Ortega, T. (2014). The Impacts of IPad on Communication Intent in Children with Autism. $20,000. NY Community Research Faculty Grant Foundation.

Johnson, Shameka & Castor, Chimene. (2015). The Effectiveness of using Telehealth to Implement Interdisciplinary Nutritional and Communication Disorders Clinical Health Intervention with Minority Children with Medical Complexities. $50,000.00. Georgetown-Howard University Center for Clinical and Translational Science (GHUCCTS) KL2 Junior Faculty Scholars Program.

Johnson, Shameka., & Davis, A. (2015). Determining the Impact and Effectiveness of Integrating Social Media into Social Reminiscence Programs for Aging African Americans with Mild-Moderate Dementia. $25,000.00. Michigan Center for Urban African-American Aging Foundation.

Johnson, Shameka. (2016). Personnel Preparation for Speech Language Pathologists and Special Educators at Minority Institutions: Interdisciplinary Learning, Language, and Literacy Training Program (I-LLL). $1,166,602.00. Office of Special Education.

Johnson, S.N., & Beckford, M. (2016). The Perception, Awareness, and Impact of Healthcare Media Coverage on the Quality of Life and Health Care of children with special needs in Emerging Caribbean Countries - Who is Responsible for Educating the Masses? $10,000.00. Mass Communication and Society Research Award.

Stanford, S.N., (2017). The Correlation between Communication and Cognitive Disorders and Academic Success and Juvenile Delinquency in Low Socioeconomic Standing-Minority. $25,000.00. American Speech-Language Hearing Foundation

Stanford, S.N., & Davis, Alaina. (2018). Educating Low SES Minority Males Who Face Systemic Barriers: Redirecting the School to Prison Pipeline to the Pursuit of Higher Education. $50,000.00. Spencer Conference Grant- Spencer Foundation

Stanford, S.N., (2018). Examining the Effects of an Intervention aimed at Reducing Criminal Thinking and Behavior in Low-SES Juvenile Minority Males with Communicative and Cognitive Disorders. $25,000.00. Fahs-Beck Fund for Research and Experimentation

**7.0 TEACHING**
**7.1 Howard University**

Revised 8/1/2020                                                                                            11

**7.1.1 Courses** *(include course title and dates taught in reverse chronological order)*
**Undergraduate Courses**
1. Language Acquisition (Fall 2014-Present)

**Graduate Courses**
1. Language Disorders in School-Age Children (Fall 2014-Present)
2. Language Development (Fall 2014 – Present)
3. Early Intervention (Spring 2015-Present)
4. Doctoral Seminar in Learning Disabilities (Fall 2015)
5. Doctoral Topical Seminar in Language Disorders: Autism (Fall 2015)
6. Introduction to Signing Exact English (Spring 2016)
7. Doctoral Topical Readings: Augmentative & Alternative Communication Research (Spring 2016)
8. Specialty Clinical Practicum: Intensive AAC Training and Treatment (Spring 2016)
9. Doctoral Topical Seminar in Language Disorders: Child Language Disorders (Fall 2016)
10. Independent Study: Research (Fall 2016)
11. Independent Study: Advanced Hi-Tech AAC Devices (Spring 2017)
12. Private Practice (Spring 2018 – Present)
13. Master's Thesis – (Fall 2017 – Present)
14. Doctoral Research Practicum (Fall 2015 – Present)

**7.1.2 Student Supervision**
1. 2015-2016 Edge Up Specialty Clinic –Augmentative and Alternative Communication Practicum
2. 2013 – 2018 Graduate Clinicians without Borders Summer International Practicum
3. 2017 -2018 Inaugural Howard University Just-Julian Graduate Research Assistantship – Research Advisor
4. 2018 - Edge Up Specialty Clinic –International Tele-Practice Practicum

**7.1.3 Theses or Dissertations Directed**
(**M**) Gay, Alana. (2016). The Benefits of Short Study Abroad Opportunities for COSD Graduate Clinicians. *Graduate Capstone Project*

(**M**) Braham, Rochelle. (2018). The Impacts of Teaching Styles on Phonological Awareness and Reading Skills in Early Learners in the Caribbean. *Graduate Thesis*

(**M**) Williams, Jasmine (2018). The effects of behavior on fluid transition from low-tech AAC devices to Hi-tech devices in children with Critical Communication Needs (The Impacts of PECS training on the Effectiveness of Transition to a Hi-Tech Device). *Graduate Thesis*

(**M**) Polote, Jessica (2018). Increasing Literacy Skills in Young African American Males at risk for or Experiencing Language and Literacy Delays through Intrinsic Motivation. *Graduate Thesis*

(**M**) Seifullah, Safisha. (2018). Identifying Optimal Movie Scenes for Language Development and Intervention in Children. *Graduate Capstone Project*

(**M**) Browne, Kendra. (2018). The Knowledge and Awareness of Law Enforcement of Cognitive-Communicative Disorders. ***Graduate Thesis***

(**M**) Thompson, Yvette. (2018). Juvenile Justice Professionals Knowledge and Awareness of Cognitive-Communicative Disorders. ***Graduate Capstone Project***

(**D**) Lesley Edwards-Gaither (2018)**.** An Investigation of Speech-Language Pathologists' Use of Tele-practice with Culturally Diverse Populations: A Pilot Study. ***Just-Julian Assistantship and Doctoral Qualifier Research***

## 7.2 Other Universities
University of Guyana
Barry University – Nassau, Bahamas and Freeport, Bahamas
Stockton University – Galloway, New Jersey
University of Maryland College Park – College Park, MD
University of District of Columbia – Washington, DC

## Undergraduate Courses
1. Speech Correction for School-Age Children (Spring 2013)
2. Treatment and Methods (Fall 2013)
3. Child Language Disorders (Spring 2014)
4. Introduction to Linguistics (Fall 2015)
5. Neuroanatomy and Physiology Introduction (Fall 2015)
6.

## Graduate Courses
1. Phonology Disorders (Spring 2014)
2. Language Disorders in Young Children (Spring 2014)
3. Language Disorders in School-Age Children (Summer 2016)
4. Independent Study – Research (Spring 2014)
5. Thesis (Fall 2013-Spring 2014)
6. Child Language Disorders (Fall 2016)
7. Introduction to Signing Exact English
8. Disorders of Articulation and Phonology (Fall 2016)
9. Creating and Using Communicative Devices (Spring 2017)

## 7.1.2  Student Supervision
1. Winter 2013 International Practicum Experience

## 7.1.3 Theses or Dissertations Directed
1. Mortellite, Nicole. (2013 – 2014). Benefits of Yoga on Language Development in Non-Verbal Students. ***Graduate Student Thesis***

## 8.0 HONORS, AWARDS, AND OTHER DISTINCTIONS

| Year | Award |
|---|---|
| 2008 | Pi Lambda Theta International Honor Society |
| 2011 | Howard University Edward Bouchet National Honor Society |

| | |
|---|---|
| 2011 | Howard University Who's Who Among Students in American Colleges and Universities 2011-12 |
| 2012 | Howard University Golden Key International Honour Society |
| 2013 | American Speech-Language and Hearing Association Award for Continuing Education (ACE Award) |
| 2014 | North Carolina Central University Top 40 under 40 Honoree |
| 2014 | Howard University 2014-2015 Teaching with Technology Award |
| 2014 | Howard University CETLA Featured Teacher Award |
| 2015 | Howard University CETLA Green Teacher |

## 9.0 SERVICE
### 9.1 HU University Committees
1. Research Week Committee
2. Howard University Health Sciences Inter-Professional Education Committee
3. Howard University Office of the Provost Graduate Assistantships Task Force
4. Howard University Ralph Bunche International Faculty Advisory Committee
5. Howard University Admissions Advisory Committee
6. Howard University Academic and Administrative Program Prioritization Initiative 2018 Focus Group
7. Howard University Faculty Senate Appointment, Promotion, and Tenure Committee

### 9.2 College-wide Committees
1. Graduate Studies
2. Online Courses

### 9.3 Departmental Committees
1. Admissions – Director
2. Social
3. Online Courses
4. Student Affairs
5. Faculty/Staff Employment Search

### 9.4 Professional/Community Service

| Year | |
|---|---|
| 2010 – 2016 | Caribbean Center for Child Development /Visiting Speech-Language Pathologist |
| 2011 | Turks & Caicos Cheshire Hall Medical Centre & Neonatal Unit / Visiting Speech-Language Pathologist |
| 2011 - Present | Abaco Center for Special Needs /Speech-Language Pathologist/Board of Advisors |
| 2011 – Present | Every Child Counts Abaco/ Speech-Language Pathologist/Board of Directors |
| 2011-2018 | Hopedale Centre Visiting Speech-Language Pathologist |

Revised 8/1/2020                                                                                                           14

| 2012 – Present | Delta Sigma Theta Sorority Inc., Delta GEMS |
|---|---|
| 2012 – Present | Delta Sigma Theta Sorority Inc., Arts and Letters Committee |
| 2013 | St. Lucia Child Development and Guidance Center/Visiting Speech-Language Pathologist |
| 2014 | Caribbean Center for Child Development & Hopedale Centre Clinical Practicum Volunteer Supervisor |
| 2016 | University of Guyana-ASHA-PAHO Collaboration Volunteer Lecturer: Child Language Disorders |
| 2017 | University of Guyana-ASHA-PAHO Collaboration Volunteer Lecturer: Creating and Using Communicative Devices |
| 2017 | Abaco Center for Special Needs Clinical Practicum Volunteer |
| 2018 | Abaco Center for Special Needs Clinical Practicum Volunteer |

## Professional Service-Peer Review of Scholarly Works

| Year | |
|---|---|
| 2014-2015 | Howard University Center for Excellence in Teaching, Learning, and Assessment Reviewer |
| 2015, 2017 | American Speech-Language Hearing Association Leadership Development Program Reviewer |
| 2016 | Stoklosa, H., Human Trafficking: Identification, Intervention, and Prevention-   Course Development Reviewer |
| 2017 | Ross, K.D. Speech-Language Pathologists in Early Childhood Intervention: Working with Infants, Toddlers, Families, and Other Care Providers. *Plural Publishing* –Book Reviewer |
| 2018 | International Literacy Association Best Literacy Publication Judging Committee |
| 2017- Present | ASHA Perspectives Board Member |
| 2018-2020 | CAA CSDCAS Advisory Board Member |
| 2018 | NCCU 40 under 40 Awardee Selection Committee |

## 9.5 Public Service
## 10.0 MEMBERSHIPS IN PROFESSIONAL SOCIETIES

| Name of Organization | Position | Year |
|---|---|---|
| American Speech and Hearing Association | Member | 2009 – Present |
| Nat'l Black Association of Speech-Language | Member | 2008- Present |
| North Carolina Augmentative & Alternative Communication Committee | Member | 2008 – Present |

Revised 8/1/2020                                                                                                  15

| | | |
|---|---|---|
| Delta Sigma Theta Sorority Inc. | Member | **2012 – Present** |
| International Literacy Association | Member | **2016 – Present** |
| National Partnership for Juvenile Services | Member | **2017 – Present** |
| ASHA Professional Development Committee- | Board Member | **2017 -Present** |
| CAA CSDCAS Advisory Committee | Board Member | **2018-2020** |
| Coalition for Juvenile Justice | Member | **2017 – Present** |

**11.0 SPECIALIZED TRAINING AND CERTIFICATIONS**
**Certifications**
1. American Speech-Language-Hearing Association Certificate of Clinical Competence 2009 to Present
2. Responsible Conduct of Research – CITI
3. Social and Behavioral Research – CITI
4. Blackboard Certification
5. Distance Learning Certification
6. Course Redesign
7. Designing Syllabi
8. Teaching at Howard University
9. Picture Exchange Communication Systems Certification

**Professional Training and Specialty Clinical Areas of Practice**
1. Augmentative and Alternative Communication Specialist
2. Cultural Linguistic Diversity in Caribbean Populations
3. LiPS –Phonemic Awareness Program
4. Western Carolina Communication Disorders and Severe Disabilities Specialized Training Program (US  Department of Education Special Education & Rehabilitation Services grant funded)
5. American Speech-Language and Hearing Association Emerging Leaders Leadership Development  Program 2014 Cohort
6. Council of Academic Programs in Communication Sciences and Disorders 2016 Leadership Academy
7. University of New Hampshire Writing Academy 2015 Summer Program
8. The Inside Out Prison Exchange Program
9. Hofstra University Forensic Linguistics Intensive Training Program
10. Institute of Law, Psychiatry, & Public Policy: Assessing Risk for Violence with Juveniles
11. Institute of Law, Psychiatry, & Public Policy: Juvenile Forensic Evaluation Principles and Practice

Revised 8/1/2020                                                                                             16

12. National Institute of Health Regional Seminar Grant Writing and Funding

**E-Portfolio Link**: **http://sjohnsonslp.wixsite.com/drsstanford**

# Attachment GG



# MISSOURI STATE PUBLIC DEFENDER SYSTEM

## CAPITAL LITIGATION - EASTERN DISTRICT

1000 ST. LOUIS UNION STATION, STE. 300
SAINT LOUIS, MISSOURI 63103
Telephone: (314) 340-7662 Fax: (314) 340-7666

August 9, 2004

Attn: **Medical Records from St. Louis County Hospital**

Ms. Veronica Avery
John C. Murphy Medical Center
6065 Helen Ave.
Berkeley, MO 63134

RE: **Vincent McFadden Jr.,** ███ -80
& **Mother, Theresa Brown,** ███ -59

Dear Custodian of Records:

We represent the above-named individual in a very serious criminal matter. We understand that Birth records from St. Louis County Hospital exist at this center, under this client's mother's name, **Theresa Brown.** We are requesting copies of these birth records at this time.

In accordance therewith, we ask that you provide us with a complete copy of all records you possess relating to our client's birth records from St. Louis County Hospital, as soon as possible. A notarized HIPAA compliant release signed by our client's mother, has been enclosed to facilitate the prompt transfer of those records. I also request that the Custodian of Records complete the enclosed affidavit form so that the records may be admissible in court without a court appearance.

This request is made in connection with and for representation of our client in a criminal matter. Please call me at the number above if there are any questions regarding this request and if you would like me to pick these records up. Or else, you can mail them to the address above. Thank you for your time.

Sincerely,

Lisa McCulloch, M.A., L.P.C
Mitigation Specialist
MO STATE PUBLIC DEFENDER'S OFFICE

RECEIVED AUG 10 2004

acknowledge that I have received a copy of this authorization.

Print Name:(First) _Theresa_    (M.I.)    (Last) _Brown_

x_Theresa Brown_                    _July 9, 04_
Signature                            Date


Subscribed and sworn to before me this ___9___ day of

___July___, 20_04_.

_____
Notary Public

My commission expires: ___4-7-06___

```
" NOTARY SEAL "
Lisa McCulloch, Notary Public
St. Louis County, State of Missouri
My Commission Expires 4/7/2006
```



**Saint Louis COUNTY HEALTH**

## CERTIFICATE OF AUTHENTICITY
## OF MEDICAL RECORDS

**STATE OF MISSOURI**
**COUNTY OF ST. LOUIS**

I, _Mary E. Jones_ , Custodian of the medical records of St. Louis County Department of Health, St. Louis, Missouri, in accordance with the provisions of Section 287.140 RSMO. 1969, hereby certify on my oath that the documents, paper, and records consisting of _25_ pages, attached hereto, is the true, correct, full and complete copy of the hospital/clinic records of St. Louis County Department of Health concerning _Vincent McFadden Sr_ for the period of his/her hospitalization/examination and treatment from _3-25-80_ to _3-28-80_, as fully and completely as same as is on file with said St. Louis County Department of Health.

That said _Mary E. Jones_ , does further dispose and say that he/she is the custodian of said _St. Louis County Government_; that said records have been and remain in her/her custody and control; that said records have been kept and maintained in the regular and ordinary course of the business of St. Louis County Department of Health; that he/she is familiar with the mode of the preparation of said records and that the entries therein were at or about the time of happening and occurrence of the events of conditions recorded in said records; that said records truly and correctly record said events and conditions.

_Mary E. Jones_
Custodian

_March 7, 2005_
Date

Subcribed and sworn to before me this _7th_ day of _March_ , 20_05_.

_Carolyn Gentry_

CAROLYN GENTRY
Notary Public - Notary Seal
State of Missouri
St. Louis County
My Commission Expires July 29, 2007

**DOCHMC/ST. LOUIS COUNTY HOSPITAL**
601 SOUTH BRENTWOOD BLVD.
CLAYTON, MISSOURI 631

| ADM. DATE | ADM. TIME | ROOM & BED -51-·; | IN-PATIENT ADMISSIONS |
|---|---|---|---|
| 3/25/80 | 6~5p A.M. P.M. | 3218F | |

McFADDEN

| | | FIRST | MIDDLE | RELIGION: 57-58 | SEX -54 | MARITAL STATUS 80 | REV. CODE 43 | ORIGIN :791 |
|---|---|---|---|---|---|---|---|---|
| P A T I E N T | Brown | Baby Boy | L1 | M | S M W X D | U | 2 |

VINCENT JR.

| STREET ADDRESS | STATE | ZIP | DATE OF BIRTH | AGE | BIRTHPLACE | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| Normandy 63121 | | | /80 | NB | St. Louis | n/o |

| EMPLOYER AND ADDRESS | OCCUPATION | BUSINESS PHONE | HOME PHONE | VETERAN |
|---|---|---|---|---|
| n/a | n/a | n/a | 381-8607 | n/a |

**EMERGENCY**

| NAME OF PERSON TO BE NOTIFIED | ADDRESS | PHONE | RELATION |
|---|---|---|---|
| Theresa Brown | Above | Above | Mother |

| NEXT OF KIN | ADDRESS | PHONE | RELATION |
|---|---|---|---|
| Mother--Above | | | |

| MOTHERS MAIDEN NAME | FATHERS NAME |
|---|---|
| Theresa Brown | ? |

**GUARANT**

| GUARANTORS LAST NAME (C-13-26) | FIRST (C-26-34) | MIDDLE -C-35 | RELATIONSHIP | SOCIAL SECURITY NO. | HOME PHONE (66-73) |
|---|---|---|---|---|---|
| Brown | Theresa | | Mother | -2439 | 381-8607 |

| HOME ADDRESS C-36-59 | CITY (C-60-75) STATE | ZIP (C-76-80) | NAME & ADDRESS OF EMPLOYER | LENGTH |
|---|---|---|---|---|
| | Normandy Mo. | 63121 | None | |

| CHIEF OF SERVICE | STAFF OFFICER | PHY. CODE ·44-46 | ATTENDING PHYSICIAN | CONDITION CODE (60) | ADM. CLK. |
|---|---|---|---|---|---|
| Dr. Keller | | 096 | Dr. Emura | X☐s ☐c | GL |

| DATE OF PREV. ADMISSION | UNDER WHAT NAME | INFORMANT NAME & ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| n/a | | Mother's-Admission | | | |

| | DATE | DIV. | SERVICE (47-48) DATE | DIV. | SERVICE | DATE | DIV. | SERVICE |
|---|---|---|---|---|---|---|---|---|
| SERVICE/ TRANSFER | 3-2W | | 26 | | | | | |

| ADMITTING IMPRESSION | MEDICAL RECORDS NUMBER | DISCHARGE DATE |
|---|---|---|
| Newborn | n/a 04-2821 | 3-28-80 |

| FINAL DIAGNOSIS: COMPLICATION, INFECTION | | CODE |
|---|---|---|
| Newborn V30.0 | | |

**PRIMARY:**

**SECONDARY:**

**OPERATIONS:**

**PRIMARY AND DATE**

**SECONDARY AND DATE**

| CONSULTATION | DATE | SERVICE | DATE | SERVICE | DATE | SERVICE |
|---|---|---|---|---|---|---|
| | | | | | | |

**DISPOSITION**

DISCHARGE DATE: 3/28/80  TIME

☑ FAMILY RESIDENCE    ☐ SNF    ☐ SOAA

☐ FAMILY RESIDENCE WITH HOME CARE    ☐ ICF    ☐ EXPIRED

DISCHARGE SERVICE

NB

☐ OTHER    ☐ NURSING HOME CHRONIC CARE    ☐ MED. EXAM.    3 DAYS

☐ AUTOPSY

| SIGNATURE OF CHIEF RESIDENT | DATE | CHIEF OF SERVICE | DATE |
|---|---|---|---|
| 3/28/80 | | | |

PATIENT CHART

◦3 27 80          3-2W 3218D

**PHYSICIAN'S RECORD OF NEWBORN INFANT**

This Form Not Acceptable As A Permanent Record Unless Properly Filled Out

| (X) Male ( ) Female child of | Brown / Therese | R/M 3/25/8L | Color ( ) W (X) non-W | Hosp No. 10 77924 |
|---|---|---|---|---|
| | (Family Name) (Mother's given name) (Infant's given name) | | | |

| | Mo. Day Year Time: | Weight | Length | Chest circ. | Head circ. | Attending physician |
|---|---|---|---|---|---|---|
| BIRTH: | ▮▮ 80  1135 a.m. p.m. | 5 7 lbs oz 2490 gm | inches | | | discharge exam |

1. **GENERAL APPEARANCE** (maturity, activity, tone, cry, color, nutrition, edema)
active vigorous, strong cry

2. **SKIN** (icterus, rashes, hematoma)
mild icterus, papules resolved leaving residual post inflam pigmentation on face and chest

3. **HEAD, NECK** (molding, caput, craniotabes cephalohematoma)
⊖ molded sopt ant font. nml features

4. **EYES** (abnormalities, conjunctiva, red reflex)
bilat RR

5. **EARS, NOSE & THROAT** (lips, gums, palate)
ears nl shape, nares patent, palate intact

6. **THORAX**
symmetric

7. **LUNGS**
clear  bs =

8. **HEART** (including femoral pulse)
⊖ m RRR pp full

9. **ABDOMEN** (including umbilicus)
soft, liver palp 1cm below cm, ⊖ mass, umbil nl

10. **GENITALIA** (testes, circumcision; meatus, discharge)
nl uncirc ♂ testes ↓↓

11. **ANUS**
nl

12. **TRUNK AND SPINE**
intact, ⊖ dimpling

13. **EXTREMITIES** (including clavicles and abduction of hip joints)
intact ⊖ hip clicks

14. **REFLEXES** (Moro, grasp, sucking, swallowing)
symm moro, good grip and suck

**Impression and Discharge Diagnosis:**
Newborn, chr. Therese Torsten, nl newborn

3/28/80 _____ / Date        _____ Béíes / Physician's Signature

N-281 (2/76)

3 27

ST. LOUIS COUNTY DEPARTMENT OF COMMUNITY

HEALTH AND MEDICAL CARE

CLAYTON, MISSOURI 63105

PROGRESS NOTES

1077... N/O
BROWN, BABY BOY
/80 B/M

Brown

| | |
|---|---|
| 3-25-80 | Student admit note |
| 2000 | O: Baby is full term product of G1 P0 Ab0 21 y.o. BF, delivered vaginally & is c̄ spontaneous rupture of membranes and non-induced labor, 3 instrumentation or complications. Apgars 9', 9⁵, c̄ 1 off for color. Child was vigorous, crying and breathing spontaneously by 10 sec. Child was admitted to special care nursery due to pustular rash over face and neck, c̄ some lesions on chest. Gram stain of scraped lesions revealed no bacteria and Wright's stain revealed predominantly eosinophils c̄ scattered grant cells (rare). Cultures unr. |

antenatal hx - Mother reports only a minor cold du. ring pregnancy and a recurrent peri-anal abscess which she lanced repeatedly c̄ alcohol. ... wiped one ... dle during pregnancy. No febrile episodes or systemic complaints of chills or night sweats. No alcohol, drug, cigarette use. No exposure to hepatitis, rubella, mea- sles, TB. No hx valvular heart disease, RF, VD. No intercourse during pregnancy. BP nl throuot, as followed at Pine Lawn clinic. ⊕ OM checked in summer, 1979 due to full-scale w/u for uterine ca (mother had uterine ca) No hx sickle cell.

P.E. - Full-term appearing - well-formed ears, foot creases good UE tone

| HC | 32.5 cm (25⁵⁰ ‰) | Lgth | 48 cm (50⁰ ‰) | WT. 2450 (10⁵⁰ ‰) |

EDC    34 wks.   EGA 39 wks   AGA   Blood type O⁺/O⁺

VSS - P 140    R.R. 44 ā    retraction, grunting ↑ afebrile

HEENT - 2⁺ molding ā caput hematoma sutures easily displaced, ears patent, filled c̄ vernix. Pupils reactive to light, ⊕ red reflex. Conjunctiva free of lesions. nose patent ā lesions. Palate intact, no cyanosis.

☐ Primary H. C.    ☐ Secondary H. C. (inpt.)    ☐ Secondary H. C. (outpt.)

N-281 (2/76)

**ST. LOUIS COUNTY DEPARTMENT OF COMMUNITY**

**HEALTH AND MEDICAL CARE**

**CLAYTON, MISSOURI 63105**

**PROGRESS NOTES**

+3 27 80

3-2W 3219D

1077924  M/O
BROWN, BABY BOY
63121
/?O   B/M   /8L

no buccal or pharyngeal lesions seen.

CV - S₁, S₂ present. No murmurs heard. Femorals 2 bilaterally

Lungs - clear to (A); no upper airway noises.

Abd - Benign ē palpable organs. Umbilicus moist, clean. BS (+)

Neu - Testes both ↓ in pigmented scrotum meatus at tip.

anus - NL to external exam.

Ext - all digits accounted for. No cyanosis, clubbing. Clavicles intact, (+) hip click.

Skin - 1-2 mm pustular lesions ē halo of erythema over face and neck. Macular brownish lesions of similar size on chest (? old pustules). No mucosal lesions seen. Mongolian spots on back. No icterus. Mild facial bruising above eyes.

Ref - (+) symmetrical moro. Good grasp, suck. Good UE tone, attempts head control.

Imp: Dermatitis most likely [erythema toxicum] (esp ē eosinophilic lesion) although somewhat [early presentation].

Hx of abscess, ē possible bacteremia, worrisome although bacterial skin infection is not [likely] common at this early stage

P: ① Culture lesion for staph
② Isolation in special nursery
③ CBC, U/A in AM
④ VSS ē temp q 2°
⑤ Watch for ↑ temps, poor feeding, resp. distress
⑥ Routine orders otherwise

Chas. Goldman will [signature] AC

☐ Primary H. C.    ☐ Secondary H. C. (inpt.)    ☐ Secondary H. C. (outpt.)

3 51 80

N-281 (2/76)

ST. LOUIS COUNTY DEPARTMENT OF COMMUNITY

HEALTH AND MEDICAL CARE

CLAYTON, MISSOURI 63105

PROGRESS NOTES

3 27 80

3-2W 3218D

1077924   N/O
BROWN, BABY BOY                63121
▓▓▓▓  PO   B/K ▓▓▓▓  /8L

Brown, Baby Boy

| 3-26-80 | Baby sleeping comfortably; resp. difficulty. many of lesions resolving and leaving brown macula similar to those on trunk at birth. No new lesions seen in mouth, eyes, nose or elsewhere. Skin endemis ⊖ after 16°.
Tests: Bili  6.8/ 0.6  at 17° (axillary)  0⁺MBT/ 0⁺ baby
Temp hit peak of 100⁴ but dropped to 100 ⊏ reduction of isolette temp
U/A yellow, hazy     1.005     pH 5    sp ⊖
   3-5  WBC    few epis   clinitest ⊖
WBC  14.9/19.9/87.1         1 st/66 segs/ 21 L/ 8 M/ 4 E/ retic = 4.4%
Baby feeding well; good wgy. active
I: Possible UTI → mild elevation of fever; skin lesions not likely to be infectious.
P: ① await urine C+S, WBC not overly impressive?
② If T↑ sharply a baby decompensates, sepsis work up and empirical antibiotics
③ Watch bili level bili in AM
④ Isolette off now to lower temp
                    Chas. Roldman, w a/ _____ |
| 3/26 | Bili  6.9 / 0.6  @ 18 hrs |
| 3/27 | Bili  8.7 / 0.6  @ ~ 40 hrs
W/M  yellow          _____ |

☐Primary H. C.        ☐Secondary H. C. (inpt.)        ☐Secondary H. C. (outpt.)

N-281 (2/76)

ST. LOUIS COUNTY DEPARTMENT OF COMMUNITY

HEALTH AND MEDICAL CARE

CLAYTON, MISSOURI 63105

PROGRESS NOTES

· 3 27 80

5-2W 3218D

1577024 N/O
BROWN, BABY BOY

63121

7FO    B/M        '8L

| 3/26/80 | Doc #4 |
|---|---|

Baby doing. Beginning to gain wt.
Papules resolving on face and
chest. These are consistent w/
erythema toxicum w/ residual
post inflam hyperpigmentation.
Will be a while before
discharge today.

E. Boie, m.d.

☐ Primary H. C.    ☐ Secondary H. C. (inpt.)    ☐ Secondary H. C. (outpt.)



04-28-21

T4 AND    PKU BLOOD TEST

Missouri Division of Health

1017924    PKU 5    63/21

Baby's Name    Brown    M.

Address    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Mother    Theresa

Birth Date    ▉▉▉▉▉    -80

Date of First Milk Feeding    3-25-80

Breast ☐    Bottle ✗    Both 80

Date of Blood Sample    3-28-80

Premature?    Yes ☐    No ✗

Physician    Dr. Keller

Hospital    SLCH

City    Clayton, Mo. 63105

Serial Number    43381

Test Results    PKU NEGATIVE
           T4    NORMAL

DEPARTMENT OF COMMUNITY HEALTH MEDICAL CARE — CLAYTON, MISSOURI 3105

-able Tape | Remove Tape, Press Adhesive To Clean Smooth Dry Surface | UARCO Re-Usable Tape | Remove Tape, Press Adhesive To Clean Smooth Dry Surface | LK

PLACE THIRD REPORT AGAINST THIS LINE

UARCO Re-Usable Tape | Remove Tape, Press Adhesive To Clean Smooth Dry Surface | UARCO Re-Usable Tape

PLACE SECOND REPORT AGAINST THIS LINE

Request sample on mother, Mother and Mother

| NO | PRODUCT NEEDED | NO | PRODUCT NEEDED |
|---|---|---|---|
| | RED CELLS | | ALBUMIN 50ML LOT # |
| | WHOLE BLOOD | | RH IMMUNE GLOBULIN LOT |
| | FRESH FROZEN PLASMA | TECH | |
| | PLATELET CONCENTRATE | | |
| | PLASMA PROTEIN FRACTION | DATE 3/25/ | |

**PATIENT REQUISITION BLOOD BANK**

DEPARTMENT OF COMMUNITY HEALTH & MEDICAL CARE
CLAYTON, MISSOURI 63105

1980 MAR 26  9:34

| | | | |
|---|---|---|---|
| ☐ | TRANSFUSION CANDIDATE | ☐ | PRENATAL |
| ☐ | ABO ____ RH ____ | ☐ | ABO ____ Rh ____ |
| | | | ANTIBODY SCREEN ____ |
| ☐ | ANTIBODY SCREEN INDIRECT COOMBS ____ | ☒ | INFANT EVALUATION FOR HDN |
| | | ☒ | CORD BLOOD? YES |
| | | | ABO O Positive |
| ☐ | DIRECT COOMBS ____ | | MOTHERS ABO ____ RH ____ |
| ☐ | ANTIBODY IDENTIFICATION ____ | | DIRECT COOMBS Negative |
| ☐ | ANT GEN DETERMINATION ____ | ☐ | INDIRECT COOMBS WITH A CELLS ____ B CELLS ____ |

Brown Baby Boy
1077924

**PATIENT IS COMPATIBLE WITH:**

| DONOR NO | ABO | RH | REMARKS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BLOOD BANK COMMENTS

mo: Theresa

COLLECTED BY ____ DATE ____ TIME ____

DIAGNOSIS: NB cord blood

| BIRTHDATE | SEX | RACE Bl |

TIME NEEDED

☐ HOLD SAMPLE IN RESERVE FOR 48 HOURS TO BE CROSSMATCHED UPON REQUEST

REQUESTED BY Kelle
NOTE

☐ STAT   ☐ EXPEDITE   ☐ ROUTINE

☐ TO SURGERY ON   ☐ TO BE GIVEN ON

UNUSED BLOOD IS HELD IN CROSSMATCH 48 HOURS ONLY

TYPENEX NUMBER

CHART

**LAB REPORTS**          UARCO, INC.          **LAB REPORTS**

DEPARTMENT OF COMMUNITY HEALTH ● MEDICAL CARE — CLAYTON, MISSOURI 63105



**CLINICAL CHEMISTRY II**

DEPARTMENT OF COMMUNITY HEALTH & MEDICAL CARE
CLAYTON, MISSOURI 63105

| TEST | RESULT | NORMAL | TEST | NORMAL |
|------|--------|--------|------|--------|
| CHEM 12 | | | URIC ACID | ♂ 3.4-7.0 MG% ♀ 2.4-5.7 MG% |
| SGOT | | 0-21 IU/L | URINE CREATININE | ♂ 1.0-2.0 GM/24HR ♀ 0.8-1.8 GM/24HR |
| CPK | | 0-72 IU/L | | |
| ALKALINE PHOSPHATASE | | ADULTS 10-84 IU/L INFANTS 50-140 IU/L | ALBUMIN | 3.6-5.1 GM% |
| PHOSPHORUS | | 2.5-4.5 MG% | TRIGLYCERIDE | AGE DEPENDENT |
| DIRECT BILIRUBIN | 0.6 | 0-0.4 MG% | | |

MAR 26 PH 3 35

1077924 M/Q
BROWN BABY BOY           03121
/80   B/M              BL

| ☐ OP ORDER | ☐ ROUTINE | ☐ EMERGENCY |
| ☐ IN-PAT. | ☐ PRE-OP | ☐ TODAY |

DATE ORDERED / DATE TO BE DONE

DIAGNOSIS &/OR HISTORY

REQUESTED BY

DATE 3/26/80   TECH DuVall (Trell)

BROWN BABY BOY           03121
/80   B/M              BL

DEPARTMENT OF COMMUNITY HEALTH & MEDICAL CARE
CLAYTON MISSOURI 63105
**HEMATOLOGY**

DATE 3/26/80   LAB J. Sung

| | DATE | WBC | RBC | HGB | HCT | | | |
|---|------|-----|-----|-----|-----|---|---|---|
| | /80 | 450 | 19.9 | 5.71 | 19.9 | 57.1 | 34.7 | 34.8 |

**LAB REPORTS**

UARCO, INC.

**LAB REPORTS**



DEPARTMENT OF COMMUNITY HEALTH MEDICAL CARE — CLAYTON, MISSOURI 105

Remove Tape, Press
Adhesive To Clean
Smooth Dry Surface

UARCO Re-Usable Tape

Remove Tape, Press
Adhesive To Clean
Smooth Dry Surface

PLACE THIRD REPORT
AGAINST THIS LINE

Remove Tape, Press
Adhesive To Clean
Smooth Dry Surface

UARCO Re-Usable Tape

Remove Tape, Press
Adhesive To Clean
Smooth Dry Surface

UARCO Re-

PLACE SECOND REPORT
AGAINST THIS LINE

**URINALYSIS**

DEPARTMENT OF COMMUNITY HEALTH & MEDICAL CARE
CLAYTON, MO. 63105

☒ VOIDED  ☐ CATH.  ☐ MID-STREAM  ☐ OTHER

| TEST | NORMAL | RESULTS | MICROSCOPIC | NORMAL | RESULTS |
|------|--------|---------|-------------|--------|---------|
| STANDARD URINALYSIS | | | R.B.C. | NONE OR RARE | / |
| COLOR | | | W.B.C. | FEW OR OCC | 3-3 |
| TRANSPARENCY | | Hazy | EPITH | FEW TO MOD NO | Few |
| SP. GR. | 1.015 1.0 | | CASTS: HY | NONE | |
| PH | 4.5-8.0 | 5.0 | GRAN | NONE | |
| PROTEIN | NEG | | WBC | NONE | |
| GLUCOSE | NEG | — | MUCOUS THREADS | | |
| KETONE | NEG | | BACTERIA | | |
| BILIRUBIN | NEG | | CRYSTALS | | |
| BLOOD | NEG | | MISC. | | |
| UROBILINOGEN | 0.1-1.0 EHRLICH UNITS | 0.1 | | | |

1077924  N/O
BROWN BABY BOY

RO  B/M

DATE ORDERED 3/26/80   DATE TO BE DONE
☐ OP. ☐ ER  ☐ ROUTINE ☐ EMERGENCY
☐ IN-PAT.  ☐ PRE-OP ☐ TODAY

DIAGNOSIS &/OR HISTORY
R/O sepsis

REQUESTED BY
Dr. Boise

DATE 3-26-80

STANDARD URINALYSIS INCLUDES SP GRAVITY, PROTEIN, GLUCOSE, pH, KETONE, BLOOD, BILIRUBIN, UROBILINOGEN, AND MICROSCOPIC.

UARCO, INC.

LAB REPORT

LAB REPORTS

DEPARTMENT OF COMMUNITY HEALTH MEDICAL CARE — CLAYTON, MISSOURI 63105

**MICROBIOLOGY**

DEPARTMENT OF COMMUNITY HEALTH & MEDICAL CARE
CLAYTON, MO. 63105

Baby Boy Brown    3-2W
1077924
-80

**PRELIMINARY REPORT**

610

| SOURCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| THROAT | NOSE | EYES | EAR | URE-THRAL | VAGI-NAL | CERV-CAL | |
| WOUND | SPUTUM | | URINE | FECES X | OTHER Skin vesicle | | |

SMEARS

| | CULTURES |
|---|---|
| X GRAM STAIN | X ROUTINE CULTURE |
| ANAEROBIC CULTURE | FUNGUS CULTURE |
| ACID FAST SMEAR | ACID FAST CULTURE |
| OTHER | BLOOD CULTURE |
| | SERUM ASSAY |
| ROUTINE DISC | DIRECT ASSAY |
| QUANT. TUBE | |

RESULTS:

No growth after 2 days.

| ☐ OP. ☐ ER ☐IN-PAT. | ☐ ROUTINE ☐ EMERGENCY ☐ PRE-OP ☒TODAY |

DATE ORDERED  DATE TO BE DONE
3-25-80
DIAGNOSIS &/OR HISTORY
r/o Staph  indy
REQUESTED BY  Goldman

2:00 pm
DATE 3-27-80    TECH. jmm.    M.D.

---

BROWN BABY BOY
/80 B/M
Called

| ALKALINE PHOSPHATASE | ADULTS 10-64 R/L INFANTS 50-100 R/L | ALBUMIN | 3.5-5.1 GM% |
|---|---|---|---|
| | | | |
| PHOSPHORUS | 2.5-4.5 MG% | TRIGLYCERIDE | AGE DEPENDENT |
| DIRECT BILIRUBIN | 0.6 | 0-0.4 MG% | |

DATE ORDERED  DATE TO BE DONE
3/27   3/27
☐ OP ☐ ER  ☐ ROUTINE ☐ EMERGENCY
☐ IN-PAT. SO  ☐ PRE-OP ☐ TODAY

DIAGNOSIS &/OR HISTORY

REQUESTED BY  Goldman
DATE 3-27-80    TECH. Tucker/Ames

**CHART**

---

Brown, Baby Boy
1077924
80

| | | C REACTIVE PROTEIN | |
|---|---|---|---|
| H ANTIBU | | COLD AGGLUTININS | |
| SALMONELLA GRP A O ANTIGEN | | RUBELLA H.I. | |
| SALMONELLA GRP C H ANTIGEN | | ANA (ANTI-NUCLEAR ANTIBODIES) | |
| SALMONELLA GRP B O ANTIGEN | | TOXOPLASMA ANTIBODIES | |
| BRUCELLA SP. | | HISTOPLASMOSIS CF | |
| PASTEURELLA TULARENSIS | | CRYPTOCOCCUS ANTIGEN | |
| PROTEUS OX 19 | | CRYPTOCOCCUS ANTIBODIES | |
| PROTEUS OX 2 | | HEPATITIS B SURFACE ANTIGEN | |
| PROTEUS OX K | | HEPATITIS A ANTIBODIES | |
| OTHER | | | |

DATE ORDERED  DATE TO BE DONE
3/
☐ OP. ☐ ER  ☐ ROUTINE ☐ EMERGENCY
☐ IN-PAT.  ☐ PRE-OP ☐ TODAY
DIAGNOSIS &/OR HISTORY
R/O Cord Blood
REQUESTED BY  Miller
DATE MAR 27 1980    TECH. TCW

**LAB REPORTS**

UARCO, INC.



624

## MICROBIOLOGY

DEPARTMENT OF COMMUNITY HEALTH & MEDICAL CARE
CLAYTON, MO. 63105

| THROAT | NOSE | EYES | EAR | URE-THRAL | VAGI-NAL | CERVI-CAL |
|--------|------|------|-----|-----------|----------|-----------|
| WOUND | SPUTUM | | X URINE | FECES | OTHER | |

**SMEARS / CULTURES**

| | | |
|---|---|---|
| X GRAM STAIN | X ROUTINE CULTURE | |
| ANAEROBIC CULTURE | FUNGUS CULTURE | |
| ACID FAST SMEAR | ) FAST CULTURE | |
| OTHER | )OD CULTURE | |
| ROUTINE DISC | RUM ASSAY | |
| QUANT. TUBE | DIRECT ASSAY | |

RESULTS:

3,400 colonies/ml of coagulase-negative
Staphylococcus epidermidis

1077924   R/O
BROWN, BABY BOY

3-28. 32185

63131

/80   B/M   /8L

| DATE ORDERED | DATE TESTED | □ OP. □ ER | □ ROUTINE □ EMERGENCY |
|---|---|---|---|
| 3/26/80 | | □ IN-PAT. | □ PRE-OP □ TODAY |

DIAGNOSIS &/OR HISTORY

R/O sepsis

2:30 pm

REQUESTED BY

Dr Boise

| | DATE | TECH. |
|---|---|---|
| M.D | 3-28-80 | jjm |

FINAL REPORT

---

| CPK | 0-72 IU/L | | | | |
|-----|-----------|--|--|--|--|
| ALKALINE PHOSPH | ADULTS 10-64 IU/L INFANTS 50-140 IU/L | ALBUMIN | | 3.5-5.1 GM% | |

1077924   N/O
BROWN, BABY BOY

63121

/80   B/M   /8L

| DATE COLLECTED | | □ OP □ ER | □ ROUTINE □ EMERGENCY |
|---|---|---|---|
| 3-28-80 | 3-28-80 | X IN-PAT. | □ PRE-OP X TODAY |

DIAGNOSIS &/OR HISTORY

| PHOSPHORUS | 2.5-4.5MG% | TRIGLYCERIDE | AGE DEPENDENT |
|------------|-----------|--------------|---------------|
| DIRECT BILIRUBIN | 0.1 | 0-0.4MG% | |

REQUESTED BY

Dr Boise

| DATE | TECH |
|------|------|
| 3-28-80 | Judson |

CHART

---

| ANAEROBIC CULTURE | FUNGUS CULTURE | |
|-------------------|----------------|--|
| ACID FAST SMEAR | ACID FAST CULTURE | |
| OTHER | BLOOD CULTURE | |
| ROUTINE DISC | SERUM ASSAY | |
| QUANT. TUBE | DIRECT ASSAY | |

RESULTS:

CULTURE SHOWS NO
AEROBIC OR ANAEROBIC
GROWTH AFTER 8 DAYS

Baby Boy Brown

1077924

80

3-28

| DATE ORDERED | DATE TO BE DONE | □ OP. □ ER | □ ROUTINE □ EMERGENCY |
|---|---|---|---|
| 3-25-80 | | X IN-PAT. | □ PRE-OP X TODAY |

DIAGNOSIS &/OR HISTORY

R/O staph inty

REQUESTED BY

Goldman

| | DATE | TECH |
|---|---|---|
| M.D | 3/29/8 | ee |

FINAL REPORT

---

**LAB REPORTS**                    UARCO, INC.                    **LAB REPORTS**

3 27 6J

## St. Louis County Department of Community
## Health and Medical Care



1077024   N/O
BROWN, BABY
B/M

| DATE | TIME | DOCTORS' ORDERS |
|---|---|---|
| | 1. | All babies are to be placed under the infant warmer in the delivery room and then in a warm incubator in the Nursery. |
| | 2. | Notify House Physician:  Infants less than 2500 gms. or 37 weeks gestation, or more than 3500 gms. or 43 weeks gestation, meconium-stained infants; unsterile deliveries, infants of mothers with PROM; toxemia, diabetes; infection, fever, traumatic deliveries, infants with APGAR less than 8; resuscitated infants; infants with jaundice, vomiting; poor feeding, distention, jitteriness, lethargy, cyanosis and respiratory distress. |
| | 3. | 1 Mg. of Vit. K1 I.M. at birth. |
| | 4. | Ilotycin Ointment in eyes at birth. |
| | 5. | Soap bath after baby is warm. |
| | 6. | Vital signs:  Axillary temp; heart rate, and respirations on admission; then:  Premies - q 3 hrs.  Full term  -  Temp, pulse and respiration once each shift.  Call Doctor if T. is over 37$\frac{5}{}$ or less than 36$\frac{2}{}$. If pulse is over 160 or less than 100.  If respirations are over 60 or less than 30.  Immediately put in warm incubator if T. less than 36°. |
| | 7. | Note and record first stool and first urine.  Call Doctor if no stool or urine in 24 hrs. or if bloody stool is passed. |
| | 8. | Normal newborns over 2750 gms. are weighed every other day unless ordered otherwise by Doctor.  All other infants weighed once daily. |
| | 9. | Umbilicus - apply triple dye to cord after adm. bath and twice daily thereafter.  Do not put on cords of ABO or Rh. incompatibility or with umbilical catheter.  Fold diaper below cord and shirt above. |
| | 10. | Perineal Care:  Vaseline gauze to circ. site; leave infant undiapered if perineum is red or excoriated. |
| | 11. | All infants should have Dextrostix done at 1 and 2 hours of age. Call Doctor if less than 45 (any lethargic or jittery or dusky babies to have Dextrostix done by Nurse at any time and call results to Doctor). |

☐ Primary H. C.          ☐ Secondary H. C. (inpt.)          ☐ Secondary H. C. (outpt.)

OB201b

| DATE | TIME | DOCTORS' ORDERS |
|------|------|-----------------|
| | 12. | The Nurse may administer oxygen to any infant with cyanosis or |
| | | respiratory distress and must call Doctor immediately. |
| | 13. | P.K.U. screening test is done on day of discharge. |
| | 14. | A.) 3 tubes of cord blood are obtained for each infant.  Infants of |
| | | O positive mothers have stat type and coombs.  Infants of Rh |
| | | negative mothers have stat type coombs, CBC and bilirubin. |
| | | Notify Doctor immediately of lab. results. |
| | | All other infants:  2 tubes of blood goes in Nursery refrigerator. |
| | | B.) All infants have the 3rd tube of blood sent for R.P.R. test. |
| | | No infant is to be discharged before his/her syphilis serology is |
| | | known to Doctor.  Notify Doctor of all positive RPR tests. |
| | 15. | Feeding Routine: |
| | | A.) All newborn infants are:  1.) N.P.O. for 3 hours after birth. |
| | | 2.) Feed 1 feeding of sterile water at 3 hours of age. |
| | | B.) All bottle fed infants:  1.) To be fed similac  -  or Enfamil |
| | | with iron formulae, unless otherwise ordered by Pediatrician. |
| | | 2.) Fed their first formula at 4 hours of age and then placed |
| | | on a 4 hour schedule. |
| | | C.) All breast-fed babies:  1.) To breast at 6 hours of age. |
| | | 2.) Put on four hour schedule at 6 hours of age. |
| | | 3.) May be put to breast earlier or put on a different feeding |
| | | schedule with the permission of the Doctor.  Write order |
| | | accordingly. |
| | | 4.) May be supplemented with sterile water only unless a |
| | | formula supplement is ordered by the Pediatrician. |
| | | 5.) Babies undergoing Bilirubin Light Therapy are supplemented |
| | | with 5% Dextrose Water. |
| | | D.) The Physician orders any changes in the feeding regimen as out- |
| | | lined above:  These changes may be decided jointly with the |
| | | Nurse and it is the Physician's responsibility to write the |
| | | orders indicating the changes: |
| | | E.) All infants less than 2500 grams receive 0.3 cc. multivitamins |
| | | daily. |
| | 16. | All premies get hemoglobin and hematocrit once weekly. |

3 5J e7

# PHYSICIAN'S ORDERS

ST. LOUIS COUNTY DEPT. OF COMMUNITY HEALTH & MEDICAL CARE

CLAYTON, MISSOURI

**AUTOMATIC STOP ORDERS IN THIS HOSPITAL ARE:**

| 1. Narcotics | 72 Hours |
| 2. Sedatives & Hypnotics | 96 Hours |
| 3. Tranquilizers | 96 Hours |
| 4. Antibiotics | 7 Days |
| 5. Steroids | 14 Days |

6. Anticoagulants & Ergonovine Maleate must be ordered specifically as to dosage and time.

DOCTOR: Please include Date, Time and Signature on each set of orders.

**IMPRINT PATIENT'S PLATE HERE**

1077924  N/O
BROWN, BABY BOY

Brown, Baby Boy

☐ Generic equivalent may be substituted unless checked

| DATE | TIME | ORDERS — USE BALL POINT PEN AND PRESS FIRMLY |
|------|------|-----------------------------------------------|
| 3-25-80 | 2000 | ① admit to special care |
| | | ② Dx: Dermatitis, R/O bacterial etiology |
| | | ③ Cond: Good |
| | | ④ VSS q 2° c̄ temperature. Please get baseline BP. |
| | | ⑤ Routine newborn orders otherwise. |
| | | ⑥ Call H.O. for T ≥ 101°F, resp. distress, P >170, poor feeding, spitting |
| | | ⑦ Isolation c̄ globes, good handwashing, etc. |
| | | ___ Chas. Goldman, wa/ Shuba H.O. |
| 3/27/80 | | Transfer to Regular NB Nursery ____ ____ |
| | | ____ Shu___ |
| 3/29 | | May circ w/ mother's permission ____ E. Roi___ |
| 3/28 | | May discharge today c̄ ⊖ RPR on chart and bili senett c̄'d w/ pediatrician ____ E. Roi___ |

INSTRUCTIONS: 1. IMPRINT PATIENT INFORMATION IN PLATE AREA BEFORE PLACING IN CHART.
2. RULE OFF UNUSED LINES AFTER LAST COPY HAS BEEN SENT TO PHARMACY. IMPRINT NEW SET AND PLACE IN CHART.



N-500 REV. 2-68

# St. Louis County Department of Community Health and Medical Care

## GRAPHIC CHART

Brown, Baby Boy

3 27 6

Brown, Baby Boy
B/M



N-812a

**ST. LOUIS COUNTY**
**DEPARTMENT OF COMMUNITY HEALTH**
**AND MEDICAL CARE**

**PARENTERAL FLUID AND MEDICATION**
**ADMINISTRATION RECORD**

3-27-80

1077904    N/O
BROWN, BABY BOY
/PO   B/M

ALLERGIES:

PATIENT IDENTIFICATION

| START DATE | STOP DATE | MEDICATION & DOSE | R | FREQ | DATE 3/25/80 | DATE 3/27/80 | DATE 3/28/80 | DATE | DATE |
|---|---|---|---|---|---|---|---|---|---|
| 3/25 | | Hotgun out | on | x2 | 1850y4 2050% | 70 | 8 | | |
| 3/80 | | Triple dye to String | 1 | bid 95 | | 10 | 10 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | 3 5 6 | | |

INITIALS, SIGNATURE & TITLE:



N-812b

ST. LOUIS COUNTY
DEPARTMENT OF COMMUNITY HEALTH
AND MEDICAL CARE

PARENTERAL FLUID AND MEDICATION
ADMINISTRATION RECORD

3 27 63

BROWN, BABY BOY

PATIENT IDENTIFICATION

| DATE DUE | TIME DUE | INIT | NON-RECURRING MEDICATION | GIVEN TIME | INIT | DATE DUE | TIME DUE | INIT | NON-RECURRING MEDICATION | GIVEN TIME | INIT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1 80 | | | Aqu- Mephyton 1mg Impeol | 1855 | H | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| START DATE | STOP DATE | FLUID & VOLUME ADDITIVE & DOSE | R | DATE | DATE | DATE | DATE | DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

INITIALS, SIGNATURE & TITLE:

3 27 63

F 270

# St. Louis County Department of Community  Health and Medical Care

BROWN, BABY ███████

Division___3-2 W___

1077991

**BABY RECORD**

**CHILD** Admission No.____ B/M 3/25/█ Ward____ Bed____

Name___Brown   Baby   Boy___

Born ████ 1835, 1820 ___M. Sex M Weight 2980 Length____cm., Maturity____

Diameter of Head: B. P.____cm., B. T.____cm., O. M.____cm., O. F.____cm.,

S. B.____cm., O. F. Circ.____cm.

**MOTHER** Admission No.____Ward____Bed____

Name___Brown, Therese___

6/7

Caput succedaneum: Size____Location____

Respiration (Normal); Superficial; Absent; Delayed, how long?____Asphyxia livida / pallida

Methods of resuscitation___bulb___

Tongue Tie____Phimosis____Imperforations____Hernia____

Injuries, Deformities or Diseases____

Cord Dressing___Clayzed___     Treatment of Eyes___Argon___

Dr.____Ass't Physician

| DAY OF LIFE | Date | TEMPERATURE A.M. | TEMPERATURE P.M. | Stools NO. | Stools CHARACTER | NO. OF FEEDINGS BREAST | NO. OF FEEDINGS ARTIF. | Weight | Eyes | Cord | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3/25/80 | | 99 | 1 | mec | | ✓ | 2980 | exud | clot | Vitamin K 1y old |
| 2 | 3/26/80 | 100 | 99⁶ | | | ✓ | | 2350 | clear | on | |
| 3 | 3/27/80 | | 97½ | 5 | green | | ✓ | 2380 | " | " | |
| 4 | 3/28/80 | 97 | | | | ✓ | | 2480 | ʌ | '' | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |

Pre-Discharge examination____19____by Dr.____

Child's Weight____Length____cm., Navel____General Condition____

Food: Mother's Breast; (Artificial).     Discharged____19____

Remarks____

**DOCHMC**
**NURSERY NURSES' NOTES**     Weights:  Birth 2480  5/7  Previous Day _____ Today _____

1077..4  N.J
DROWN.BABY BOY
RO  B/M

| Time | Isol | Ax | H.R. | R.R. | Grunting | Flaring | Retracting | Apnea | O2 | GEN. | EXTREMETIES | Feedings | Stools | Urine | E.T. | D. Stix | Tremors | B.P. | Nurses Notes |
|------|------|----|------|------|----------|---------|------------|-------|----|----|----|----|----|----|----|----|----|----|----|
| 730 | 91 | 99 | 140 | 44 | ō | ō | ō | ō |  |  |  |  |  |  |  |  |  | Boxoo | Newborn male infant (womac 1835 |
| 1936 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 4/5 |  |  | 2470 grams 5 lb 7 oz admitted to SN. Color pink. Rash over face and generalized. Pediatrician here to examine |
| 2035 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 4/5 |  |  | Infant. Culture of skin taken per Dr Shabang. Placed in isolette on gown/glove isolation |
| 9300 | 93 | 99 | 144 | 36 | o | o | o | o |  |  |  |  |  |  |  |  |  |  | Motyen began |

OB 373        N:8/78

3 26 6;

**DOCHMC**
**NURSERY NURSES' NOTES**     Weights:  Birth _____ Previous Day _____ Today _____

1077... 4   N/O
BROWN, BABY BOY

Brown

| Time | Isol | Ax | H.R. | R.R. | Grunting | Flaring | Retracting | Apnea | O2 | CYANOSIS GEN. | EXTREMETIES | Feedings | Stools | Urine | SUCTION ORAL E.T. | D. Stix | Tremors | B.P. | Nurses Notes |
|------|------|-----|------|------|----------|---------|-----------|-------|-----|------|-------------|----------|--------|-------|------|---------|---------|------|--------------|
| 10 | 85 | 98 | 148 | 52 | | | | | | | | | | | | | | | |

Nurses Notes

OB 373     N:8/78

**DOCHMC**
**NURSERY NURSES' NOTES**    Weights: Birth **2480**  Previous Day **2480**  Today **2350**

10779.4  R70
BROWN, BABY BOY

| Time | Isol | Ax | H.R. | R.R. | Grunting | Flaring | Retracting | Apnea | O2 | GEN. | EXTREMITIES | Feedings | Stools | Urine | E.T. | D. Stix | Tremors | B.P. | Nurses Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | ✓ | 98 | 160 | 48 | ō | ō ē | | ō | | | | | | ✓ | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| 2 | 94 | 98 | 160 | 48 | | | | | | | | | | | | | | | |
| 4 | 94 | 98 | 140 | 36 | ō | ō | ō | ē | | | | | | | | | | | |
| 6 | 94 | 100 | 140 | 40 | ō | ō ō | ō | | | | | | | | | | | | |
| 8 | 95 | 100 | 140 | 64 | | | | | | | 9-2 | | | | | | | | |
| 10 | 93 | 100° | 156 | 52 | | | | | | | | | | | | | | | |
| 12 | 94 | 100° | 160 | 64 | | | | | | | 12 2 | | ✓ | | | | | |
| 2 | 90 | 100° | 148 | 52 | | | | | | | | | | | | | | | |
| 4 | 89 | 100 | 160 | 48 | | | | | | | 4-2½ | | | | | | | | |
| 6 | 88 | 99° | 140 | 44 | | | | | | | | mec | | | | | | |
| 8 | | 99° | 152 | 48 | | | | | | | 8 2½ | | | | | | | |

OR 373      N:8/78

DOCHMC
NURSERY NURSES' NOTES

Weights: Birth 2410 Previous Day 2310 Today 2380

3 27 6

1077..4 N/O
BROWN,BABY [redacted]
B/M [redacted] /80

| Time | Temp. Isol | Temp. Ax | H.R. | R.R. | Grunting | Flaring | Retracting | Apnea | O2 | Cyanosis GEN. | Cyanosis EXTREMETIES | Feedings | Stools | Urine | Suction ORAL / E.T. | D. Stix | Tremors | B.P. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | Isolette [illegible] | 98.2 | 144 | 68 | | | | | | | | 1/2 | gr | ✓ | | | | |
| 2 | Isol | 98 | 140 | 60 | | | | | | | | | gr. | ✓ | | | | |
| 4 | " | 98.4 | 148 | 64 | | | | | | | | 3 1/2 | g | ✓ | | | | |
| 6 | | 98.6 | | | | | | | | | | | | | | | | |
| 8 | off | 97 | 144 | 52 | | | | | | | | 2 1/2 | gr | ✓ | | | | |

Nurses Notes

Infant remains in isolette [illegible] - Continue isolation [illegible] gloves. [illegible] [illegible] - [illegible] well [illegible] [illegible]. [illegible] No apparent signs [illegible] [illegible] [illegible] [illegible]

8- Wt. ↑. Temp ↓. Infant wrapped in blanket. bath held. Takes formula well. Has green stool x2. Remains on [illegible] & glove isolation. Slight jaundice noted. 10 [illegible] Pediatricians here. Blood drawn for [illegible] to lab. S. [illegible] Placed in open crib. Transferred to regular nursery. S. [illegible]

Schuylar [illegible]
3/27/80 Taking 1 1/2 to 2 1/2 oz formula [illegible] particular problems. Has voided x2 & [illegible] x4 [illegible]
[illegible] Kelly [illegible]

N-550

**St. Louis County Department of Community Health and Medical Care**

**NURSES RECORD**

Brown.

3 28 7_

1077S_4  N/_
BROWN.BABY BOY
_80  B/N  _80

| DATE | HOUR | REMARKS |
|------|------|---------|
| 3-28-80 | 12 m. | 1. 98° HR 140 R 52. Baby is jaundiced. Fed. 3½ oz of formula = problems. Took feeding well. I Elgin RN. Voiding and having normal stool. Strong cry. Baby coping quite well. I Elgin RN |
| 3/28/80 | 8 a.m. | Cry and color good. Active. Tolerating feedings fairly well. Voiding = difficulty. Having normal stool. Umbilical _____ Dr. Bois notified. Infant has flat moles? on face, neck + trunk. |
|  | 10 a.m. | Discharge exam done by Dr. Bois. Newborn instructions and demonstrations on diet, bath, dress, cord care and medical follow-up. Mother states that she understands instructions and felt comfortable doing procedures. |
|  | 1 p.m. | Has not been circumcised. _____ RN. Mother is aware of infant not circumcised. _____ Nor_ RN |

☐ Primary H. C.     ☐ Secondary H. C. (inpt.)     ☐ Secondary H. C. (outpt.)

3 27.8



1077904   N/O
BROWN, BABY BOY
/PO   B/M

## St. Louis County Department of Community Health and Medical Care

### NURSES DISCHARGE SUMMARY

| DATE | HOUR | REMARKS |
|---|---|---|
| 3/28/80 | 1 P | Discharge Placement: Home ✓   Nrsg. Home   Other |
| | | Mode: Ambulatory   Wheelchair   Stretcher *Per arms of Mother* |
| | | Patient's condition at discharge: |
| | | Afebrile: yes ✓  no   Free of pain: yes ✓ no |
| | | Oriented X3: yes  NA  no   Appropriate behavior: yes ✓ no |
| | | Ability to function independently: yes   no ✓ |
| | | Hygiene: Self care   Assist   Total care ✓ |
| | | Skin in good condition: yes ✓  no |
| | | Eating well: yes ✓ no   Taking so fluids well: yes ✓ no |
| | | Able to void: yes ✓ no   Normal defecation: yes ✓ no |
| | | Type & extent of activity: *Newborn* |
| | | Understands activity: pt.: yes NA no   family: yes ✓ no |
| | | Type of diet *Similac c Iron*   Seen by dietician: yes NA no |
| | | Understands diet: pt.: yes NA no   family: yes ✓ no |
| | | Special Instructions: (Specify) *Newborn care - diet, baths, dress, cord care and medical follow-up* |
| | | Understands Instructions: pt.: yes NA no   family: yes ✓ no |
| | | Ability to perform: pt.: yes   no ✓ family: yes ✓ no |
| | | Understands meds: pt.: yes NA no   family: yes NA no |
| | | X-ray or lab requisitions with patient: yes NA no |
| | | Returned pre-admission drugs (if any): yes NA no |
| | | Person who came for pt.: *Mother*   Discharge meds with pat. yes NA no |
| | | Follow up care:   Clinic appointment date: |
| | | VNA   Public Health   Other |
| | | _____ Signature |

☐ Primary H. C.   ☐ Secondary H. C. (inpt.)   ☐ Secondary H. C. (outpt.)

# Attachment HH

# Vinita Park Police Department

8374 Midland, Vinita Park, MO 63114

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 01/22/2015 1216 | **STATUTORY RAPE (F) 2ND DEGREE** | **15-00082** | **OPEN** |

**Supplemental Report**

| Supp. No. | Date / Time | ID | Officer Name |
|---|---|---|---|
| 0001 | 1/26/2015 4:27 PM | V256 | PO Lorthridge 256 |

FURTHER INVESTIGATION

Relative to the original report I would like to add the following:

On Friday, January 23, 2015 at 1530 hours I arrived to the residence of juvenile, S. B████ located at ██████████ St. Louis, Mo. 63136 to conduct a follow-up investigation. Upon arrival I met with guardian/reporting party; identified as:

Michelle Howard B/F
████1980
████1795
██████████, St. Louis, Mo. 63136

Howard stated S. B████ had recently moved in with her, due to having troubles while living with her Grandmother. S. B████ would frequently run away from home while residing with the Grandmother; identified as:

Marie Simmons B/F
████1942
████0321
██████████ St. Louis, Mo. 63137

Howard is now the current guardian of S. B████ and allowed me to interview her concerning the alleged molestation incident previously reported on 1/22/2015 at 1145 hours.

I met with S. B████ who stated she has known offender; identified as:

David L. Brown B/M
████1941
████5902
██████████ St. Louis, Mo. 63130

since she was approximately 14 years old, when he became her Godfather. During this time Brown would support S. B████ financially by making large purchases for her, including items such as:

| Reporting Officer | V216   PO Colten Brown 216 | Approving Officer ( I )   V177   Lt. Clay Farmer 177 |
|---|---|---|
| | | ( Cover Pages Only ) |
| Approving Officer ( II )   V177   Lt. Clay Farmer 177 | | Approving Officer ( III )   V177   Lt. Clay Farmer 177 |
| ( Cover Pages Only ) | | ( Cover Pages Only ) |

| Page  9  of  16 | Printed  01/30/2015 1059 |
|---|---|

© 1994 - 2014. Information Technologies, Inc. http://www.itiusa.com

# Vinita Park Police Department

8374 Midland, Vinita Park, MO 63114

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 01/22/2015 1216 | **STATUTORY RAPE (F) 2ND DEGREE** | **15-00082** | **OPEN** |

computers, cell phones, clothing, shoes, other miscellaneous items, large amounts of cash, tattoos and piercings.

Initially Brown inquired about being S. B███████ Godfather to her Grandmother, Simmons. Simmons authorized Brown to be the Godfather due to S. B███ not having a father figure in her life. Brown would contact Simmons initially concerning the financial needs of S. B███ however following him purchasing her a cellular telephone, Brown no longer contacted Simmons and began communicating directly to S. B████

B███ stated following her turning 15 years old, she noticed a difference in the way Brown treated her. Brown would call her more often than he did prior and he also began asking her when she would be his girlfriend. Brown would further tell S. B███ she did not need to be involved with any young boys who couldn't take care of her. It was at this time, S. B███ began to feel like Brown was coming onto her; however she decided to brush it off and continue to ignore his verbal coercion and advances.

S. B███ stated in the winter of 2014, approximately on/near November 4th and/or November 21st; Brown touched her sexually for the first time. He picked her up in the morning from a corner near her school bus stop, and instead of taking her to school Brown took her to his apartment located at ███████ ██████████ St. Louis, Mo. 63130 Apt. 1S.

Upon entering Brown's apartment B███ stated she sat on the couch in his living room while he went into his second bedroom. Approximately 10 minutes passed when Brown yelled for her to come into his second bedroom. B███ further stated she went into Brown's second bedroom to see what he wanted, at which time he grabbed her arm, pulled her close to him attempting to kiss her. B████ stated she pulled away and turned her head in an attempt to avoid kissing Brown.

Brown then grabbed her hand and walked her into his first bedroom. Upon entering the first bedroom, Brown began kissing her on her neck. B███ stated she attempted to pull away; however Brown wrapped his arms around her waist and pulled her into him tighter. Brown then told her to lay down on the bed, which she complied. Brown stood over her and slid her pants off, then knelled on his bed and slid her shirt over her head. Brown then removed her undergarments and began rubbing, squeezing, licking and sucking both of her breasts. Brown then licked down to S. B███ stomach, at which time he lowered his mouth to her vagina and began sucking and licking her vagina. B███ stated he sucked her vagina for what seemed like 10 to 15 minutes, then rolled over on the bed and removed all of his clothing. Brown then got out of the bed and walked over to his dresser drawer.

Brown's back was turned while he was standing at his dresser; however B███ believes he was

| Reporting Officer | V216 | PO Colten Brown 216 | Approving Officer ( I )  V177  Lt. Clay Farmer 177 |
|---|---|---|---|
| | | | ( Cover Pages Only ) |
| Approving Officer ( II )   V177   Lt. Clay Farmer 177 | | | Approving Officer ( III )    V177   Lt. Clay Farmer 177 |
| ( Cover Pages Only ) | | | ( Cover Pages Only ) |

© 1994 - 2014. Information Technologies. Inc. http://www.itiusa.com

# Vinita Park Police Department

8374 Midland, Vinita Park, MO 63114

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 01/22/2015 1216 | **STATUTORY RAPE (F) 2ND DEGREE** | **15-00082** | **OPEN** |

putting on a condom. Brown returned to his bed and laid his body on top of her, fully penetrating her vagina with his penis. B███ stated Brown pulled and pushed his penis in and out of her vagina for what seemed like 10 to 15 minutes and she does not recall if he ejaculated. When Brown got up B███ speedily put her clothes back on and went into the bathroom and cried. Following this encounter B███ stated Brown took her out for a day of shopping and lunch, then returned her to the corner near her bus stop to make it appear like she attended school for the day.

S. B███ stated the second sexual encounter she had with Brown was on, or approximately around December 4th and/or December 5th 2014. On or around this date Brown again picked B███ up at a corner near her school bus stop; however instead of taking her to school he took her to the EconoLodge located at 4576 Woodson Rd., Woodson Terrece, Mo. 63134.

Upon arrival to the hotel B███ stated she sat on the bed and watched television for a period of about 10 to 15 minutes when Brown walked up to her and asked, "Can I get some of that?" B███ stated Brown then put his hand inside her shirt and began rubbing on her breasts. He then took off her clothing and began licking and sucking her vagina. This second encounter lasted for approximately 10 minutes, at which time she got up and put her clothes back on. Following S. B███ putting her clothes back on Brown stated, "We are not finished!" S. B███ then replied to Brown, "I am!" Brown then took S. B███ out for a day of shopping and lunch, then returned her to the corner near her bus stop in time to make it appear she had been to school.

B███ further stated of a third attempt sexual encounter shortly following her turning 16 years old. She does not recall the exact date of the attempt, nor the exact whereabouts; however she does recall being somewhere far away at an unknown hotel. B███ stated in the third attempt encounter Brown picked her up at the corner hear her bus stop and took her to an unknown hotel. Following arriving to the hotel Brown attempted to remove her clothing. S. B███ refused to allow Brown to remove her clothing and told him she was on her period, in an effort to get him to stop. Brown then took S. B███ out for a day of shopping and also to get a tattoo at Tattoo City 6316 W. Florissant, St. Louis Mo. 63136.

S. B███ missed a total of 14 days from school and stated all those days were spent with Brown attempting and/or having a sexual encounter with her. B███ stated she knew these incidents were wrong, but did not know how to get Brown to stop. She further stated Brown started with verbal coercion and later escalated to sex following a period of him constantly talking about it over and over again.

Witness/ Cousin of victim identified as:

| Reporting Officer    V216   PO Colten Brown 216 | Approving Officer ( I )   V177   Lt. Clay Farmer 177<br>( Cover Pages Only ) |
|---|---|
| Approving Officer ( II )   V177   Lt. Clay Farmer 177<br>( Cover Pages Only ) | Approving Officer ( III )   V177   Lt. Clay Farmer 177<br>( Cover Pages Only ) |

Page  11  of  16                    Printed  01/30/2015 1059

# Vinita Park Police Department

8374 Midland, Vinita Park, MO 63114

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 01/22/2015 1216 | **STATUTORY RAPE (F) 2ND DEGREE** | **15-00082** | **OPEN** |

Margaret Ray B/F

1994

5485

St. Louis, Mo. 63136

stated Brown attempted to coerce her into having sex with him when she was 19 years old. Ray stated Brown would buy her things and give her money, while telling her he wanted to be her sugar daddy. Ray recalls in the past when Brown took her to his apartment located at 8420 Atherton Dr. Apt. 1s, St. Louis, Mo. 63130 and provided her with Amsterdam alcohol to drink. Ray stated following her getting drunk Brown asked her to stay at his house because he wanted to be with a young girl. Brown further told Ray that he would take care of her and it could be a secret between the two of them. Ray refused his advances and left his apartment without further incident.

Ray further stated she believed Brown was attempting to do the same to her cousin (S. B████) due to the amount of money and items Brown was giving her; however when she asked B████ in the past, she would not tell her.

On Monday January 26, 2015 I followed up with a visit to Riverview Gardens High School where S. B████ attends school. I met with the Administrative Assistant to the principal (Rochelle Goldman) who provided me the school attendance records of S. B████ (See attached) B████ was absent from school a total of 14 days from August 11, 2014 to January 22, 2015, which she stated were days she spent with Brown instead of being present at school. Bowens provided a written statement to the school administration concerning this incident, of which I have received a copy of. (See attached) Both items were seized, packaged and placed into evidence.

On Monday January 26, 2015 I also conducted an investigation at the EconoLodge Hotel, at which time I met with employee Navin who provided me with records and receipts of Brown staying at the Hotel on 12/5/2014 and 12/6/2014. (See attached) The records were seized, packaged and placed into evidence.

Attempts to contact a representative for Tattoo City where to no avail.

I contacted the St. Louis County Children's Division and spoke with case worker Erin Moore to hot line this incident. Moore will be following up with S. B████ concerning this incident.

I further contacted the CAC and spoke with Adrian who has scheduled a forensic interview with S.

| Reporting Officer | V216   PO Colten Brown 216 | Approving Officer ( I )   V177   Lt. Clay Farmer 177 |
|---|---|---|
| | | ( Cover Pages Only ) |
| Approving Officer ( II )   V177   Lt. Clay Farmer 177 | | Approving Officer ( III )   V177   Lt. Clay Farmer 177 |
| ( Cover Pages Only ) | | ( Cover Pages Only ) |

Page   12   of   16                    Printed   01/30/2015 1059

© 1994 - 2014 Information Technologies Inc. http://www.sttusa.com

# Vinita Park Police Department

8374 Midland, Vinita Park, MO 63114

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 01/22/2015 1216 | **STATUTORY RAPE (F) 2ND DEGREE** | **15-00082** | **OPEN** |

B███ for Wednesday, February 4, 2015 at 3:00 p.m.

An arrest attempt will be conducted to bring Brown into custody.

Any further information will be submitted in a supplemental report.

Respectfully Submitted,

P.O. Lorthridge, DSN 256

| Reporting Officer        V216    PO Colten Brown 216 | Approving Officer ( 1 )    V177   Lt. Clay Farmer 177 |
|---|---|
| | ( Cover Pages Only ) |
| Approving Officer ( II )    V177   Lt. Clay Farmer 177 | Approving Officer ( III )    V177   Lt. Clay Farmer 177 |
| ( Cover Pages Only ) | ( Cover Pages Only ) |

Page  13  of  16                    Printed  01/30/2015 1059

© 1994 - 2014. Information Technologies, Inc. http://www.itiusa.com

# Vinita Park Police Department

8374 Midland, Vinita Park, MO 63114

## Offense / Incident Report

| Report Date | Type of Incident | | Complaint No. | Case Status |
|---|---|---|---|---|
| 01/22/2015 1216 | STATUTORY RAPE (F) 2ND DEGREE | | 15-00082 | OPEN |

**Supplemental Report**

| Supp. No. | Date / Time | ID | Officer Name |
|---|---|---|---|
| 0002 | 1/29/2015 7:46 PM | V256 | PO Lorthridge 256 |

SUBJECT IN CUSTODY

Relative to the original report I would like to add the following:

On January 29, 2015 at 1654 hours offender identified as;

David Brown B/M
███1941
██████5902

was taken into custody at his home, located at ████████████████████ St. Louis, Mo. 63130. He was searched for weapons and safety, handcuffed then detained in my police vehicle. I conveyed Brown to the St. Ann Police Department for questioning. Brown's interview was conducted in interview room #2 at the St. Ann Police Department, which is equipped with audio and visual recording equiptment. Upon arrival to the St. Ann Police Department I read Brown his Miranda Rights, which he stated he understood and indicated so by signing the Miranda Warning form. (See attached) The Miranda form was seized, packaged and placed into evidence.

When asked if he wanted to make a statement, Brown stated he was acting as a Godfather to B████ since she was approximately 14 years old. He further stated he became involved in a sexual relationship with her while she was 14 years old. Brown stated on one occasion he took S. B████ to his apartment and had sexual intercourse with her. He further stated he also performed oral sex on B████

Brown went on to state he took B████ to a hotel located on Woodson Road a second time where he again had a sexual encounter with her. He also stated he took her to the Red Roof in on Zumbehl Road a third time and had a sexual encounter with her. Brown further stated he would pick B████ up down the street from her house on many occasions which caused her to miss school. Brown stated he purchased many items for S. B████ throughout this time period. He believes S. Bowens initiated sexual contact with him, and he was unable to resist her advances; however he knew it was wrong.

I offered Brown an opportunity to reduce his statements in writing, at which time he stated he was not a good writer and he had trouble reading. I advised Brown he was under arrest for statutory rape and sodomy. He was conveyed to the St. Ann Police Department jail and booked awaiting application of

| Reporting Officer | V216 | PO Colten Brown 216 | Approving Officer ( I ) | V177 | Lt. Clay Farmer 177 |
|---|---|---|---|---|---|
| | | | ( Cover Pages Only ) | | |
| Approving Officer ( II ) | V177 | Lt. Clay Farmer 177 | Approving Officer ( III ) | V177 | Lt. Clay Farmer 177 |
| ( Cover Pages Only ) | | | ( Cover Pages Only ) | | |

Page  14  of  16                     Printed  01/30/2015 1059

© 1994 - 2014. Information Technologies, Inc. http://www.itiusa.com

# Vinita Park Police Department

8374 Midland, Vinita Park, MO 63114

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 01/22/2015 1216 | **STATUTORY RAPE (F) 2ND DEGREE** | **15-00082** | **OPEN** |

warrant. Brown's recorded interview was placed on a CD, seized and packaged as evidence.

A computer inquiry of Brown did not reveal any prior history.

This incident will be forwarded to the St. Louis County Prosecuting Attorney's Office and an application of warrant will be filed.

Any further information will be submitted in a supplemental report.

Respectfully Submitted,

P.O. Lorthridge, DSN 256

| Images | | | | | |
|---|---|---|---|---|---|
| | ID Number **15-00082** Name **S. B**▊ | Date / Time **01/27/2015 1525** | Subject Type **OFFENSE / INCIDENT** Description | Image / Attachment Type **DIGITAL CAMERA - GIF** | Sealed ☐ |
| | Taken Date / Time **01/20/2015 1530** | Agency **OTHER SOURCE** | Image Captured By **V256 - PO Lorthridge 256** | Original File Name **C:\Users\slorthridge\Downloads\IMG_2353 .JPG** | |
| | ID Number Name **SCANNED_1** | Date / Time **01/29/2015 1700** | Subject Type **OFFENSE / INCIDENT** Description | Image / Attachment Type | Sealed ☐ |
| | Taken Date / Time **01/29/2015 1658** | Agency | Image Captured By - | Original File Name **SCANNED_1.jpg** | |
| | ID Number Name **SCANNED_1** | Date / Time **01/29/2015 1700** | Subject Type **OFFENSE / INCIDENT** Description | Image / Attachment Type | Sealed ☐ |
| | Taken Date / Time **01/29/2015 1658** | Agency | Image Captured By - | Original File Name **SCANNED_2.jpg** | |

| Reporting Officer **V216    PO Colten Brown 216** | Approving Officer ( I )    **V177    Lt. Clay Farmer 177** ( Cover Pages Only ) |
|---|---|
| Approving Officer ( II )    **V177    Lt. Clay Farmer 177** ( Cover Pages Only ) | Approving Officer ( III )    **V177    Lt. Clay Farmer 177** ( Cover Pages Only ) |

Page   15   of   16          Printed   01/30/2015 1059

© 1994 - 2014 Information Technologies, Inc. http://www.itiusa.com

# Attachment II

| SECTION 1 – IDENTIFICATION DATA | | | SECTION II – CLASSIFICATION AND ASSIGNMENT DATA (Continued) | | | |
|---|---|---|---|---|---|---|

**1. NAME**
MCFADDEN VINCENT

**2. SSN**
███-4618

**6. MILITARY OCCUPATIONAL SPECIALTIES** ☐ CONT

| MOSC | TITLE | DATE |
|---|---|---|
| (A) 11B10 | Infantryman | 780129 |
| (P) 44B10 | Welder | 830620 |
| (S) 65D10 | Railway Car Repairer | 830620 |

**SECTION II – CLASSIFICATION AND ASSIGNMENT DATA**

**3. MOS EVALUATION SCORES** ☐ CONT

| MOSC | YR & MO | SCORE | YR & MO | SCORE | YR & MO | SCORE |
|---|---|---|---|---|---|---|
| | | | | | | |

**4. ASSIGNMENT CONSIDERATIONS** ☐ CONT

~~US ARMY TRAINING OF CHOICE ENLISTMENT OPT WITH TNG IN~~
~~MOS 16B10 TABLE M-3 AR601-210~~
Disqual for asgmt to nuc dy pos UP AR 50-5 (771102)

**7. AVIATION ASI & GUNNERY QUALIFICATION** ☐ CONT

| AIRCRAFT | INSTR PILOT | | GUNNERY SYSTEM | |
|---|---|---|---|---|
| F/W | R/W | F/W | R/W | TNG | INSTR |

**8. APTITUDE AREA SCORES** ☐ CONT

| AREA | SCORE | AREA | SCORE |
|---|---|---|---|
| GT | 76 | | |
| GM | 74 | | |
| EL | 79 | | |
| CL | 87 | | |
| MM | 96 | | |
| SC | 82 | | |
| CO | 97 | | |
| FA | 91 | | |
| OF | 94 | | |
| ST | 92 | | |

DATE 770725
PLACE ST LOUIS MO

**5. OVERSEA SERVICE** ☐ CONT | DEPN ARR OS

| FROM | THRU | AREA AND COUNTRY | MO | TYPE | NTC |
|---|---|---|---|---|---|
| ~~780127~~ | ~~800505~~ EURA GERMANY | | | K | |
| | | | 30 | | |

**9. AWARDS, DECORATIONS & CAMPAIGNS** ☐ CONT

Rifle M-16 (EX) QUAL BAD (840616)
Grenade
ASR / OSR

**10. OTHER TESTS** ☐ CONT

| TEST | SCORE | DATE |
|---|---|---|
| MDB- | | |
| OCT | | |
| DLAT | | |
| OQI-1 | | |
| FAST- | | |
| OB | | |
| WOCB | | |

**11. AMERICAN BOARD CERTIFICATION & LICENSES OR CERTIFICATES HELD** ☐ CONT

**12. LANGUAGE PROFICIENCY**

| DA FORM 330 SUBMITTED | DATE |
|---|---|
| | |

DA FORM 2-1   1 JAN 73

PERSONNEL QUALIFICATION RECORD – PART II

| SECTION II – CLASSIFICATION AND ASSIGNMENT DATA (Continued) | | | | | SECTION III – SERVICE, TRAINING AND OTHER DATES | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 13. PILOT RATINGS | | | | | 18. APPOINTMENTS AND REDUCTIONS ☐ CONT | | | | 19. SPECIALIZED TRAINING ☐ CONT | |
| ORIGINAL | DATE | CURRENT | DATE | | GRADE | COMP | EFFECTIVE DATE | DATE OF ELIG/RANK | SUBJECT | DATE |
| | | | | | | | | | ATP 21-114 (BCT) | 771007 |
| 14. FLYING STATUS | | | ☐ CONT | | PV1 | | | 770811 | Geneva-Hague Conventions | 770915 |
| | | | | | PV2 | | | 780211 | | |
| | | | | | PFC | | | 780811 | Military Justice | 770812 |
| INSTRUMENT CERTIFICATION | | | | | SP4 | | | 790619 | Benefits of Honorable Discharge | 720815 |
| 15. INTERNSHIPS, RESIDENCIES AND FELLOWSHIPS ☐ CONT | | | | | | | | | Race Rel-1 | 770913 |
| HOSPITAL | TYPE OR SERVICE | MONTHS | YEAR | | | | | | | |

| 16. HOSPITAL/TEACHING APPOINTMENTS AND PRIVATE PRACTICE ☐ CONT | | | | | 20. BASIC ENLISTED SERVICE DATE (BESD) | | 770725 | | |
|---|---|---|---|---|---|---|---|---|---|
| FROM | THRU | INSTITUTION/LOCATION | TYPE | DURAT | 21. TIME LOST (Sec 972, Title 10, USC) ☐ CONT | | | | |
| | | | | | FROM | THRU | DAYS | REASON | |

| 17. CIVILIAN EDUCATION AND MILITARY SCHOOLS ☐ CONT | | | | | | SECTION IV – PERSONAL AND FAMILY DATA | | |
|---|---|---|---|---|---|---|---|---|
| SCHOOL | | MAJOR/COURSE/MOSC | DURAT | COMP | YEAR | 22. PHYSICAL STATUS | 23. PLACE OF BIRTH AND CITIZENSHIP | |
| NORMANDY HS | MO | ~~ONE~~ GEN | 4YRS | YES | 77 | HEIGHT | WEIGHT | GLASSES | SELF ARKANSAS |
| USAITC | | Infantryman 11B | 7wks | yes | 78 | 68 | 156 | ☐ YES ☑ NO | SPOUSE |
| OJT | | 65D10 Rwy Car | 65Hrs | Yes | 83 | DATE OF EXAM 830626 | CITIZENSHIP OF SPOUSE |

(continuation of SECTION IV)

| 22. PHYSICAL STATUS | | 23. PLACE OF BIRTH AND CITIZENSHIP |
|---|---|---|
| HEIGHT: 68  WEIGHT: 156  GLASSES: ☐ YES ☑ NO | SELF ARKANSAS | SPOUSE |
| DATE OF EXAM 830626 | CITIZENSHIP OF SPOUSE | |

| 24. NUMBER OF DEPENDENTS | | 25. HOME OF RECORD/ADDRESS |
|---|---|---|
| ADULT | CHILDREN | HOR ST LOUIS MO |
| φ | φ | St. Louis, MO 63121 |

| 26. CIVILIAN OCCUPATION | | | |
|---|---|---|---|
| JOB TITLE: ~~NONE~~ FOOD SERVICE HELPER I | | | |
| DOT CODE | CRITICAL OCCUPATION ☐ YES ☐ NO | NO. MONTHS EMPLOYED 24 | MOSC |
| DUTIES PERFORMED FOOD SERVICE HELP | | | |
| EMPLOYER STATE HOSPITAL | | | |

## SECTION V – MISCELLANEOUS

| 27 REMARKS | 28 | ITEM CONTINUATION |
|---|---|---|
| | ITEM NO. | DATA |

### SECTION IX – RESERVE COMPONENT DATA

| | |
|---|---|
| 32a. READY RESERVE OBLIGATION EXPIRATION DATE: | 890715 |
| b. DA FORM 3726 OR 3726-1 AGREEMENT EXPIRATION DATE: | |
| c. SERVICE OBLIGATION EXPIRATION DATE: | |
| d. MANDATORY REMOVAL FROM ACTIVE STATUS: | 18 0630 |
| e. RETIREMENT YEAR ENDING DATE: | 0824 |

29 DATE DA FORM 20B PREPARED:

30 DATE DUPLICATE DA FORM 2-1 SUBMITTED:

31 REPORT OF CHANGES

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 |
| 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 |
| 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 |

| 33. | DATE | 34. SIGNATURE |
|---|---|---|
| PREPARED 770815 | REVIEWED 17 oct 82 | Vincent McFadden |

## SECTION VII – CURRENT AND PREVIOUS ASSIGNMENTS

35. RECORD OF ASSIGNMENTS · ☐ CONT

| EFFECTIVE DATE | DUTY MOSC | PRINCIPAL DUTY | ORGANIZATION AND STATION OR OVERSEA COUNTRY | NON-DUTY DAYS BP YR/MO | NON-RATED DAYS EP YR/MO | TYPE REPORT |
|---|---|---|---|---|---|---|
| RES 7707-7708 DELAYED ENLISTMENT | | | | — | — | — |
| 770811 | | ENLISTMENT | AFEES ST LOUIS MO | | | None |
| 770811 | | RECEPTEE | USARECSTA FT BLISS TX | | | None |
| 770816 | | Basic Cbt Tng | A Btry 2 TngBnUSAADBCTBdeFtBlissTx | | | None |
| 771007 | | Remedial Reading | Btry TngBnUSAADBCTBdeFtBlissTx | — | — | — |
| 771102 | ----------- | Dy UNASGD | C-3 1st ADA TNG BDE FBT | — | — | — |
| 771122 | -- | CASUAL | ENR TO GA | -- | =- | None |
| 771205 | 11B00 | AIT | Co A 2d Bn 1st AIT BDE FT BNG GA | - | - | None |
| 780126 | --- | Casual | ENROUTE TO Germany | — | — | — |
| 780202 | 11B10 | APC DRIVER | Co A 2nd Bn 22nd INF GERMANY | - | - | NONE |
| 780925 | 11B10 | APC DRIVER | CO A 2nd Bn 22nd Inf Germany (Atch) HHC 4th Brigade, 4th Inf Div Germany | - | - | - |
| 781204 | 11B10 | PAC Driver | Co A 2nd Bn 22nd Inf Germany | 7811 | 7906 | INIT |
| 790701 | 11B10 | RIFLEMAN | CO A 2nd BN 22nd Inf Germany | | | |
| 790701 | 11B10 | RAD TELEPHONE OP | A Co 2nd Bn 22nd Inf Germany | - | - | NONE |
| AUG 11 1980 | REFRAD-TRF TO USAR CON GP (REINF) | | | | | |
| 820514 | RCPAC ST LOUIS MO | | | | | |
| 820608 | 44B10 | WELDER | 226th Trans Co (RCR) St Louis MO | | | |

# Attachment JJ



IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS

STATE OF MISSOURI

STATE OF MISSOURI,              )
                               )    **ORIGINAL**
        Plaintiff,              )
                               )
vs.                            )    Cause Nos.  03CR-0005
                               )                03CR-2642
VINCENT McFADDEN,              )
                               )
        Defendant.             )

Deposition of Witness

**EDWIN MENZENWERTH**

Taken on Behalf of the Defendant

October 22, 2004

_____

Sandra K. Parker, C.C.R. No. 772

1

And he told me that he had contacted the medical examiner's office along with us, and that was pretty much the extent of Officer Moore's investigation and as he related it to me.

Q.    So, Officer Moore never related to you that there was a potential witness by the name of Vaughn Shiver, S-h-i-v-e-r?

A.    No, ma'am.

Q.    Do you recall reading that in Officer Moore's police report, that there was a potential witness named Vaughn Shiver?

A.    When I read his report, that was several -- I want to say I got it several weeks later. And I read it, but I didn't -- it didn't document that Vaughn had witnessed anything.

MS. KRAFT:  Okay.  Do you want to mark that?

(WHEREUPON, THE REPORTER DULY MARKED FOR IDENTIFICATION DEFENDANT'S EXHIBIT C.)

Q.    (By Ms. Kraft)  Detective, I'm going to hand you what I've marked as Defendant's Exhibit C for purposes of the deposition.

A.    Sure.

Q.    Do you recognize that as Officer Moore's Pine Lawn report?

A.    Yes.

Q.    Do you see the bottom paragraph on that first page where it indicates that witnesses were identified?

A.    I'm -- the very last, begins Officer Crosby?

Q.    Yes.

A.    Yes, I'm here.

Q.    Does it list in there that Vaughn Shiver is a witness that they have identified on the bottom of that first page?

A.    Yes, it does.

Q.    So, you've never personally spoken to Vaughn Shiver about whether or not he or she witnessed anything?

A.    That's correct.

Q.    Do you know if any other officers involved with this investigation have spoken to Vaughn Shiver?

A.    I'm not aware that anyone -- no one from the St. Louis County Police Department has spoken with Vaughn Shiver about this.

Q.    Now, does it also list a potential witness named Tom Thomas?

A.    Yes, it does.

11

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, I filed the foregoing electronically with the

Clerk of the Court using the CM/ECF system. Notice of this filing and its viewing and

downloading are hereby provided to all counsel of record by operation of the CM/ECF

system.

/s/ Laurence E. Komp
Laurence E. Komp
Counsel for Petitioner