# EXHIBIT 1

## IN THE SUPREME COURT OF MISSOURI

| | |
|---|---|
| State of Missouri, | ) |
| | ) |
| Respondent, | ) |
| | ) |
| vs. | )     **Case No. SC75511** |
| | ) |
| Herbert Smulls, | ) |
| | ) |
| Appellant. | ) |

### AFFIDAVIT OF JOSEPH W. LUBY

1.      My name is Joseph W. Luby. I am licensed to practice law in both Missouri and Kansas. Since August 2001, I have been employed by the Death Penalty Litigation Clinic, formerly known as the Public Interest Litigation Clinic, and I have specialized in the representation of death-sentenced prisoners in Missouri and neighboring states during that time. My duties include direct client representation as well as consulting with and assisting other attorneys in death penalty cases in Missouri and other jurisdictions.

2.      Among my clients is Andre V. Cole, who was convicted of first degree murder and sentenced to death in the Circuit Court of St. Louis County. I represented Mr. Cole in federal habeas corpus proceedings and have also sought remedies for him in the Missouri Supreme Court. Mr. Cole remains my client today. Among Mr. Cole's claims is that his prosecutors peremptorily struck African-American veniremember Vernard Chambers on account of his race, or at least based

1

on race-based stereotypes concerning how Mr. Chambers might assess the case if he had been seated as a juror. *See Cole v. Roper*, 623 F.3d 1183, 1187-89 (8th Cir. 2010), *cert. denied*, 132 S. Ct. 147 (2011).

3.    In the course of representing Mr. Cole on federal habeas review, I investigated the circumstances of his claim of racial discrimination under *Batson v. Kentucky*, 476 U.S. 79 (1986). Those circumstances include a recent history of *Batson* reversals in St. Louis County cases. My investigation led me to the office of Dan Diemer, a private attorney who had previously worked in the St. Louis County Prosecutor's Office.

4.    On November 29, 2007, I visited Mr. Diemer's office in Clayton, Mo. I was accompanied by my former colleague and co-counsel Lori Leon, as well as Rizwanna Mahmood, a British student who was interning in our office at the time. Mr. Diemer met with the three of us for about one hour.

5.    Mr. Diemer stated that the St. Louis County Prosecutor's Office followed an unwritten practice known within the office as the "Postman Gambit." Mr. Diemer advised that the "Postman Gambit" had been invented by prosecutor Dean Waldemer, and that it was an effective method to eliminate African-Americans from jury service because the majority of postal workers who live in the County are African-American. Mr. Diemer explained that he did not specifically remember Mr. Waldemer stating that the purpose of the "Postman Gambit" was to exclude African-

2

American veniremembers, but that the purpose of the "Postman Gambit" was so obvious that it wasn't necessary for prosecutors to explain it to each other.

6.     Mr. Diemer further explained that the prosecutors in St. Louis County follow a consistent practice of excluding African-American jurors from capital trials because the prosecutors believe that such jurors are less likely to support the death penalty. Mr. Diemer stated that the office's practice was not formalized or reduced to writing because "they're smart enough" not to have such a written policy.

7.     Several weeks after my meeting with Mr. Diemer, I wrote him a letter asking him to execute an affidavit stating the same facts that he shared during our conversation. Mr. Diemer did not respond to this request.

Further affiant saith naught.

3

SIGNED: _____

DATE: _____ 12-23-2013

STATE OF Missouri )
                   )  ss.
COUNTY OF Jackson )

Subscribed and sworn to before me by Joseph Luby, who personally appeared before me and is known to me to be the person described herein and who declared that the aforementioned information is true and correct to the best of his knowledge and that he executed the foregoing authorization, and acknowledged that he executed the same as his free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal this 19th day of December, 2013.

My Commission Expires:

_____
Notary Public

CODI C. POTTS
NOTARY PUBLIC
NOTARY SEAL
COMMISSION
#11856512
MY COMMISSION EXPIRES 1/09/2015
JACKSON COUNTY
STATE OF MISSOURI

4